**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARIA SUAREZ,<br><br>      Plaintiff,<br><br>   v.<br><br>SOUTHERN GLAZER'S WINE AND SPIRITS OF NEW YORK, LLC,<br><br>      Defendant. | Case No. 2:19-cv-07271-GRB-SIL |

## CORPORATE DISCLOSURE STATEMENT

Defendant Southern Glazer's Wine and Spirits of New York, LLC, by and through its attorneys, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby certifies that Southern Glazer's Wine and Spirits of New York, LLC is a wholly-owned subsidiary of Southern Glazer's Wine and Spirits, LLC. Southern Glazer's Wine and Spirits, LLC has no publicly held parent corporation owning 10% or more of its stock.

Dated: March 26, 2020
   New York, New York

                By: *s/ Anjanette Cabrera*
                   Anjanette Cabrera
                   Stephen Stecker
                   Constangy, Brooks, Smith & Prophete LLP
                   620 Eighth Avenue, 38th Floor
                   New York, New York 10018
                   Phone: (646) 341-6536
                   Email: acabrera@constangy.com
                   **COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** to be filed with the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record:

>Steven John Moser
>Moser Law Firm, PC
>3 School Street, Suite 207B
>Glen Cove, New York 11542
>Phone: (516) 671-1150
>E-mail: smoser@moseremploymentlaw.com
>**COUNSEL FOR PLAINTIFF**

Dated: March 26, 2020
      New York, New York

By: *s/ Anjanette Cabrera*
Anjanette Cabrera
Stephen Stecker
Constangy, Brooks, Smith & Prophete LLP
620 Eighth Avenue, 38th Floor
New York, New York 10018
Phone: (646) 341-6536
E-mail: acabrera@constangy.com
**COUNSEL FOR DEFENDANT**