**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

Maria Suarez,

            Plaintiff,

     *-against-*

Southern Glazer's Wine and Spirits of New York, LLC,

            Defendant.

Case No. 2:19-cv-07271-JS-SIL

---

## **PROPOSED DISCOVERY PLAN**

Plaintiff Maria Suarez and Defendant Southern Glazer's Wine and Spirits of New York, LLC submit the following Proposed Discovery Plan in connection with the Initial Conference scheduled for January 20, 2021, at 12:00 P.M. (Eastern), and pursuant to the Court's Initial Conference Order (Doc. No. 11):

| Deadlines & Court Appearances | Date |
| --- | --- |
| Exchange of Rule 26(a)(1) disclosures | January 18, 2021 |
| Service of first interrogatories and document demands | February 3, 2021 |
| Responses to first interrogatories and document demand | March 22, 2021 |
| Motion to join new parties or amend the pleadings | April 5, 2021 |
| Status conference in courtroom 820 | **TBD by Court** |
| Completion of depositions | May 6, 2021 |
| Identification of case-in-chief experts and service of Rule 26 disclosures | July 5, 2021 |
| Identification of rebuttal experts and service of Rule 26 disclosures | August 4, 2021 |
| Commencement of summary judgment motion practice | October 4, 2021 |
| Pretrial conference in courtroom 820 | **TBD by Court** |

Dated: January 12, 2021

JOINTLY AND RESPECTFULLY SUBMITTED:

| | |
|---|---|
| _____ | _____ |
| Steven John Moser | Anjanette Cabrera |
| Moser Law Firm, PC | Stephen Stecker |
| 3 School Street, Suite 207B | Constangy, Brooks, Smith & Prophete LLP |
| Glen Cove, New York 11542 | 620 Eighth Avenue, 38th Floor |
| Phone: 516.671.1150 | New York, New York 10018 |
| Email: smoser@moseremploymentlaw.com | Phone: 646.341.6536 |
| | Email: acabrera@constangy.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

SO ORDERED THIS ___ DAY OF _____ 2021:

_____
The Honorable Steven I. Locke
United States Magistrate Judge