**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

Maria Suarez,

                Plaintiff,

            *-against-*

Southern Glazer's Wine and Spirits of New York,
LLC,

                Defendant.

_____

                     Case No. 2:19-cv-07271-JS-SIL

## DISCOVERY PLAN

      Plaintiff Maria Suarez and Defendant Southern Glazer's Wine and Spirits of New York,

LLC submit the following Proposed Discovery Plan in connection with the Initial Conference

scheduled for January 20, 2021, at 12:00 P.M. (Eastern), and pursuant to the Court's Initial

Conference Order (Doc. No. 11):

| Deadlines & Court Appearances | Date |
|---|---|
| Exchange of Rule 26(a)(1) disclosures | January 18, 2021 |
| Service of first interrogatories and document demands | February 3, 2021 |
| Responses to first interrogatories and document demand | March 22, 2021 |
| Motion to join new parties or amend the pleadings | April 5, 2021 |
| Status conference in courtroom 820 | **TBD by Court** |
| Completion of depositions | May 6, 2021 |
| Identification of case-in-chief experts and service of Rule 26 disclosures | July 5, 2021 |
| Identification of rebuttal experts and service of Rule 26 disclosures | August 4, 2021 |
| Commencement of summary judgment motion practice | October 4, 2021 |
| Pretrial conference in courtroom 820 | **TBD by Court** |

Dated: January 12, 2021

JOINTLY AND RESPECTFULLY SUBMITTED:

_____

Steven John Moser
Moser Law Firm, PC
3 School Street, Suite 207B
Glen Cove, New York 11542
Phone: 516.671.1150
Email: smoser@moseremploymentlaw.com

**ATTORNEY FOR PLAINTIFF**

_____

Anjanette Cabrera
Stephen Stecker
Constangy, Brooks, Smith & Prophete LLP
620 Eighth Avenue, 38th Floor
New York, New York 10018
Phone: 646.341.6536
Email: acabrera@constangy.com

**ATTORNEYS FOR DEFENDANT**

SO ORDERED THIS __20th__ DAY OF __January__ 2021:

/s/ STEVEN I. LOCKE

_____

The Honorable Steven I. Locke
United States Magistrate Judge

2