| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>           U.S. MAGISTRATE JUDGE | DATE: 4/14/21<br>TIME: 12:00 pm |

CASE:  **CV 19-7271 (GRB) Suarez v. Southern Glazer's Wine and Spirits of New York, LLC**

TYPE OF CONFERENCE:   STATUS          FTR:

APPEARANCES:
   For Plaintiff:   Steven Moser

   For Defendant: Stephen Stecker

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:  Status conference held.  Consistent with the conversation on the record, Plaintiff will produce all outstanding discovery responses, including an executed proposed confidentiality order, on or before April 28, 2021.   Notwithstanding the foregoing, discovery will be stayed for 45 days.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

       6/3/21 at 12:00 pm           : Status conference

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**


                                    SO ORDERED

                                     /s/Steven I. Locke
                                    STEVEN I. LOCKE
                                    United States Magistrate Judge