| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

BEFORE: STEVEN I. LOCKE    DATE: 10/12/21
       U.S. MAGISTRATE JUDGE    TIME: 10:00 am

CASE: **CV 19-7271(GRB) Suarez v. Southern Glazer's Wine and Spirits of New York, LLC**
TYPE OF CONFERENCE:   STATUS        FTR:

APPEARANCES:
    For Plaintiff: <u>Steven Moser</u>

    For Defendant: <u>Stephen Stecker</u>

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other: Status conference held. Plaintiff's deposition will go forward as described on the record. Plaintiff's counsel will either file a substitution of counsel or a motion to withdraw in advance of the next conference (indicating service on all parties and his client with direction that his client appear at the next conference) sufficient to allow opposition to be filed so that the motion may be addressed on the record.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

   <u>12/2/21 at 2:00 pm</u>            : Status conference

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

                                      SO ORDERED

                                      /s/Steven I. Locke
                                    STEVEN I. LOCKE
                                    United States Magistrate Judge