

101 6th Avenue
New York, NY 10013

sstecker@constangy.com
646.341.6554

February 28, 2022

**VIA ECF**

The Honorable Steven I. Locke
United States Magistrate Judge
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re:** Maria Suarez v. Southern Glazer's Wine and Spirits of New York, LLC, Case No. 2:19-cv-07271-GRB-SIL

The Honorable Steven I. Locke:

I am counsel for Defendant Southern Glazer's Wine and Spirits of New York, LLC in this case and write jointly with counsel for Plaintiff Maria Suarez.

On December 17, 2021, the Court granted the parties' joint request for a referral to the court annexed mediation program pursuant to Local Civil Rule 83.8. The Court ordered mediation to be held by March 2, 2022.

After meeting and conferring, the parties have agreed to Chaim Book as mediator. Unfortunately, Mr. Book's first available mediation date is May 10, 2022. Because Mr. Book has extensive experience mediating employment law cases, and because Mr. Book has represented both plaintiffs and defendants in employment cases, the parties believe that Mr. Book is the mediator best positioned to help them resolve this case. The parties therefore would like to proceed with using Mr. Book as mediator. The parties will ask Mr. Book to notify them if any earlier mediation dates become available.

For these reasons, the parties respectfully request an extension of the deadline to complete from March 2, 2022 to **May 10, 2022**.

Thank you for Your Honor's consideration of the above request.

Respectfully submitted,

*Stephen Stecker*

Stephen Stecker

Alabama   California   Colorado   Florida   Georgia   Massachusetts   Minnesota   Missouri
New Jersey   New York   North Carolina   South Carolina   Tennessee   Texas   Virginia