| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE:  5/17/22<br>TIME:   1:30 pm |

CASE:  **CV 19-7271 (GRB) Suarez v. Southern Glazer's Wine and Spirits of New York, LLC**

TYPE OF CONFERENCE:   STATUS                                       FTR:

APPEARANCES:
    For Plaintiff:   Steven Moser

    For Defendant: Steven Stecker

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [     ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:   Status conference held. The Amended Scheduling Order is as follows:
**6/17/2022: Responses to most recent set of interrogatories and document demands.**
**8/15/2022: Completion of depositions**
**9/15/2022: Commencement of summary judgment motion practice.**


                                                SO ORDERED

                                                 /s/Steven I. Locke
                                                STEVEN I. LOCKE
                                                United States Magistrate Judge