IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA SUAREZ,<br><br>        Plaintiff,<br><br>v.<br><br>SOUTHERN GLAZER'S WINE AND SPIRITS OF NEW YORK, LLC,<br><br>        Defendant. | Case No. 2:19-cv-07271 |

## DECLARATION OF ANJANETTE CABRERA

I, Anjanette Cabrera, make this declaration under 28 U.S.C. § 1746.

1.  I am a partner with the law firm of Constangy, Brooks, Smith, & Prophete, LLP. I am submitting this declaration in support of the motion for summary judgment by Defendant Southern Glazer's Wine and Spirits of New York, LLC ("SGWS"). Since I have represented SGWS from the beginning of this case, I am familiar with its procedural and factual background.

2.  Attached are true and correct copies of:

    - Employee Handbook (Exhibit 1) (SGWS1001-1083)

    - Personnel Action Notice dated October 10, 2007 (Exhibit 2) (SGWS1500)

    - Suarez's Performance Evaluations, 2010 – 2014 (Exhibit 3) (SGWS1449-1460, 1465-1468, 1469-1482)

    - WMI Administrator Offer History and Letter (Exhibit 4) (SGWS1413-1416)

    - WMI Administrator History and Job Description (Exhibit 5) (SGWS895-900)

    - September 2016 WMI Administrator Performance Expectations Memo (Exhibit 6) (SGWS2658-2659)

1

- January 2017 Performance Improvement Plan (Exhibit 7) (SGWS2661-2663)

- 2016 and 2017 Performance Reviews (Exhibit 8) (SGWS2665-2669, 2671-2672)

- January 2017 Written Warning and December 2017 Final Written Warning (Exhibit 9) (SGWS2674-2676, 2678-2679)

- NY RIF List (Exhibit 10) (SGWS1176)

- Termination Letter (Exhibit 11) (SGWS1483)

- WMI Inventory Control Manager History (Exhibit 12) (SGWS891-894)

- SGWS' Responses to Plaintiff's First Set of Interrogatories (Exhibit 13)

- Roy Kohn Deposition Excerpts (Exhibit 14)

- Kevin Randall Deposition Excerpts (Exhibit 15)

- Melissa Johnson Deposition Excerpts (Exhibit 16)

- Tonisha Durant Deposition Excerpts (Exhibit 17)

- Barry Finkelstein Deposition Excerpts (Exhibit 18)

- Suarez's Deposition Excerpts (Exhibit 19)

- August 2016 Email Thread (Exhibit 20) (SGWS1927)

- March 2017 Email (Exhibit 21) (SGWS1974-1975)

- Daily/Weekly Task Report (Exhibit 22) (SGWS1356)

- Payroll Records 2012-2017 (Exhibit 23) (SGWS63, 106, 169, 212, 265, 319)

- Elizabeth Toohig Deposition Excerpts (Exhibit 24)

- Suarez' Deposition Testimony in Sajous Matter (Exhibit 25) (SGWS815-856)

- Suarez' May 2013 Email (Exhibit 26) (PL265-266)

- Dina Wald Margolis Deposition Excerpts (Exhibit 27)

- January 2017 Email (Exhibit 28) (SGWS1983)

- Toohig Emails (Exhibit 29) (SGWS1865-1870, 1877-1879, 1924-1928, 1949, 1952-1953, 1961-1966, 1973-1976, 1978, 1983-1984, 1993-2039, 2063-2064, 2068-2069, 2088, 2255)

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON JANUARY 3, 2023**

_/s/ Anjanette Cabrera_
Anjanette Cabrera