# Southern Wine & Spirits of New York

## PERSONNEL ACTION NOTICE

**Sap Number:** 32468
**Position Number:**

**EXHIBIT 2**

**HR Use ONLY**
Benefit Change
☐ Yes  ☐ No

**EFFECTIVE DATE:** 6-4-07

**LAST NAME:** Suarez
**FIRST:** Maria
**MIDDLE:**

### STATUS CHANGE

- ☒ Salary Change
- ☒ Promotion
- ☒ Reclassification
- ☐ Transfer
- ☐ New Position
- ☐ Replacement
- ☐ Bonus
- ☐ Leave of Absence

Reason Code:

- ☐ Return from Leave
- ☐ Other/Explain in remarks

| | FROM | TO |
|---|---|---|
| MANAGER | | |
| DIVISION/CO. CODE | | |
| DEPARTMENT | | |
| POSITION OR JOB TITLE | Admin Asst. | Inventory Control Manager |
| WORK SCHEDULE/SHIFT | | |
| RATE OR SALARY ☐ Hourly ☒ Salary | 45,032 | 54,000 |
| SALES NUMBER | | FOR SAPPHIRE USE |
| TEAM NUMBER | | |
| MISC. MARKET # (KAM, KAD, FINE WINE, CHANNEL, DOS) | | |

**FOR TERMINATIONS ONLY:** ☐ Voluntary  ☐ Involuntary   Reason:

**REMARKS:**

Manager/Supervisor: Print and sign name for approval   Date

Department Head: Print and sign name for approval   Date
[signature]

Division VP: [signature] Ernest Risley Gonzales 10/10/07

GM/EVP (salary adjustments only): Print and sign name for approval   Date
[signature]

APPROVED

SGWS 001500
CONFIDENTIAL