

# SOUTHERN WINE & SPIRITS OF NY
## Human Resources Department

May 4, 2016

Maria Suarez
515 Greengrove Ave
Uniondale, NY 11553

Dear Maria,

Congratulations on being offered the transfer to WMI Administrator. You have worked hard to achieve this position and we hope you accept the offer. The projected start date is May 9, 2016.

## COMPENSATION

Your annual salary rate will be $75,000 payable in weekly installments of $1442.31 each Friday. In addition, you will be eligible to receive a single bonus payment of $5,000 upon the successful implementation of the WMI project in 2017. As an exempt employee, you are not eligible to receive overtime.

## BENEFITS

There will be no change to your benefits with your promotion/transfer.

## TIME OFF

There will be no change to your paid leave time with your promotion/transfer.

## CONFIDENTIALITY AND PROPRIETARY INFORMATION

You are encouraged to review the Employee Handbook as there may be requirements outlined in the policies, procedures and related work rules that apply to your new position. Any questions should be presented to your Manager or your Human Resources Representative.

## OTHER

We are looking forward to having you in this new role at Southern. However, we recognize that you retain the option, as does Southern, of ending your employment with Southern at any time, with or without notice and with or without cause. As such, your employment with Southern is at-will and neither this letter nor any other oral or written representations may be considered a contract for any specific period of time with the exception of an express written employment contract signed by you and senior executive of Southern.

This offer is valid for three days from the date of this letter. Consequently, we ask that you respond by signing this letter to indicate your acceptance of the terms and conditions discussed hereinabove and return it to me via fax, at 516.730.8266 or email at dmargolis@southernwine.com.

If you have any questions, please call me at (516) 730-3262.

We wish you the best of luck in your new position with Southern Wine & Spirits of NY.

Sincerely,

*Dina J. Wald-Margolis*

Dina J. Wald-Margolis, PHR, SHRM-CP
Talent Acquisition Manager

**ACKNOWLEDGEMENT OF RECEIPT**
I acknowledge that I have received a copy of the above offer and accept your offer of transfer/promotion at the terms stated above.

| Print Name | Signature | Date |
|---|---|---|
| M Suarer | Maria Suarer | 5/5/2016 |

313 Underhill Boulevard * PO Box 9034 * Syosset, NY 11791-9034

Tel: (516) 921-9005 * Fax: (516) 730-8266

CONFIDENTIAL                               SGWS 001414

| Candidate Name | Job Title |
|---|---|
| Suarez, Maria I (2899305) | WMi Administrator - NY (00011878) |

# Suarez, Maria I (2899305) applied for job: WMi Administrator - NY (00011878)

| | | |
|---|---|---|
| Step<br>Offer | Latest Submission Medium<br>Online | Recruiter<br>Dina Margolis |
| Status<br>Approved | Source<br>Not Specified | Hiring Manager<br>Kevin Randall |
| Creation Date<br>Mar 3, 2016 | Submission Type<br>Internal | |

## Offers

| | Offer 1 (Current) | Requisition |
|---|---|---|
| **Top Section** | | |
| SAP Position # to be used | 10034632 - 4500 \|WMI Administrator \| Salary \|Non-Union \|451700 \|NYMW \| 01/29/2016 | - |
| Status | Approved | - |
| Approved | Apr 28, 2016 | - |
| Tentative | ☐ | - |
| Currency | USD | USD |
| Salary Type | Yearly | Yearly |
| Annualized Salary | USD75,000.00 | - |
| Salary (Pay Basis) | USD75,000.00 | USD0.00 |
| **Bonuses** | | |
| Bonus | 5000 | - |
| **Details** | | |
| Vacation Units | Weeks | - |

## History

| Date | Events | Details | Comments | By |
|---|---|---|---|---|
| 00011878 (WMi Administrator - NY) | | | | |
| Apr 28, 2016<br>11:02 AM | Offer 1 - Fully approved | | | Larry Goodrich |
| Apr 28, 2016 | Offer 1 - Approved | | | Larry Goodrich |

| Candidate Name | | | | Job Title |
|---|---|---|---|---|
| Suarez, Maria I (2899305) | | | | WMi Administrator - NY (00011878) |

| Date | Events | Details | Comments | By |
|---|---|---|---|---|
| 11:02 AM | | | | |
| Apr 28, 2016 8:29 AM | Offer 1 - Approved | | | Beth Toohig |
| Apr 25, 2016 7:18 AM | Offer 1 - Approved | | | Roy Kohn |
| Apr 21, 2016 6:00 PM | Offer 1 - Approved | | | Kevin Randall |
| Apr 21, 2016 4:33 PM | Offer 1 - Approval Request Submitted | Approval Path: Kevin Randall, Roy Kohn, Beth Toohig, Larry Goodrich | This is a reclassification of Maria's current role with additional functions due to WMi. The salary adjustment is about a 4% increase and the 5,000 bonus is only available after the first year and the successful implementation of WMi. There are no other positions comparable to this. | Dina Margolis |
| Apr 21, 2016 4:33 PM | Offer 1 - Approved Offer Recipient Changed | Changed to: Dina Margolis | This is a reclassification of Maria's current role with additional functions due to WMi. The salary adjustment is about a 4% increase and the 5,000 bonus is only available after the first year and the successful implementation of WMi. There are no other positions comparable to this. | Dina Margolis |
| Apr 21, 2016 4:30 PM | Offer 1 - Created | | | Dina Margolis |

CONFIDENTIAL                                                                                          SGWS 001416