EXHIBIT 5

# WMi Administrator - NY (00011878)

Status
Filled

Recruiter
Margolis, Dina

Status Details
Filled

Hiring Manager
Randall, Kevin

Primary Location (City Required)
United States > New York > Syosset

Requisition Type
Professional

Hired Candidates
1 out of 1

# History

| Date | Event | Detail | By |
|------|-------|--------|-----|
| May 5, 2016, 2:15:14 PM | Requisition Filled | Filled | Margolis, Dina (00032603) |
| May 5, 2016, 2:15:12 PM | Requisition Unposting All (Job Board) | The requisition unposting action was requested for all job board postings from all suppliers | Margolis, Dina (00032603) |
| May 5, 2016, 2:15:11 PM | Employee Hired | Hired "Maria I Suarez (2899305)" | Margolis, Dina (00032603) |
| May 5, 2016, 2:14:51 PM | Last Position Accepted | Last Position Accepted | Margolis, Dina (00032603) |
| Mar 7, 2016, 2:23:20 PM | Requisition Unposted | The requisition has been unposted from the following Career sections: SWS - Internal - Career Section. | Margolis, Dina (00032603) |
| Feb 10, 2016, 11:54:50 AM | Requisition Unposted | The requisition has been unposted from the following Career sections: SWS - External - Career Section. | Margolis, Dina (00032603) |
| Jan 28, 2016, 8:31:16 AM | Requisition Posted | The requisition has been posted on the following Career sections: SWS - External - Career Section, 2nd Pass Application - REQUIRED FOR POSTING, SWS - Internal - Career Section. | Margolis, Dina (00032603) |
| Jan 28, 2016, 8:15:58 AM | Requisition Approved | The requisition has been approved. | Goodrich, Larry (00001602) |
| Jan 28, 2016, 7:10:45 AM | Requisition Approved | The requisition has been approved. | Toohig, Beth (00025749) |
| Jan 27, 2016, 7:26:17 PM | Requisition Approved | The requisition has been approved. | Kohn, Roy (00020766) |
| Jan 27, 2016, 6:02:19 PM | Requisition Approved | The requisition has been approved. | Randall, Kevin (00032627) |
| Jan 27, 2016, 4:28:56 PM | Requisition Approval Requested | The approval of the requisition has been requested to: "Kevin Randall, Roy Kohn, Beth | Margolis, Dina (00032603) |

| | | Toohig, Larry Goodrich". : This position will not be filled prior to March 1, 2016 without Corporate approval. | |
|---|---|---|---|
| Jan 27, 2016, 4:27:32 PM | Requisition Duplicated | Created from Duplication of "00007154" | Margolis, Dina (00032603) |

# Requisition Logistics

## Identification

Position Title
WMI Administrator - NY

Job
WMI Project Manager

Justification
Addition to Staff - Budgeted

Number of Openings
1

Position Type
Full Time / Regular

## User Group

User Group
New York - Metro

## Owners

Recruiter
Margolis, Dina

Hiring Manager 1
Randall, Kevin

HR Business Partner
Noach, Naomi

## Structure

### Organization (Cost Center Required)

| Company | Southern Glazer's Wine and Spirits |
|---|---|
| Company Code | 4500 SGWS New York Metro |
| Cost Center | 451700 NY Met Whse - Day |

### Primary Location (City Required)

| Country | United States |
|---|---|
| State | New York |
| City | Syosset |

### Job Field (Required)

| Category | Warehouse |
|---|---|

**CONFIDENTIAL**

**SGWS 000896**

Job Template     WHS-0028 - WMI Project Manager

## Profile

Education Level
Bachelor's Degree

Travel
No

Shift
Day Shift

Union Status
Non-Union

# Administration

## Candidate Selection Workflow

Candidate Selection Workflow
SGWS CSW

## Regulations

EEO Job Category
Officials and Managers

EEO Establishment
Not Specified

## Other

FLSA
Exempt

## Compensation

Currency
US Dollar (USD)

Salary Type
Yearly

Minimum Salary
0.0

## Additional Information

Additional Information
Not to be filled prior to 3/1/16 without approval from Corporate

# Description (External)

Description - External
The Administrator will act as the functional resource for supporting Southern Wines '  Manhattan Software (WMi –
iSeries). The candidate will assist to configure, operate, train, oversee & analyze our WM (&Operations) functions to
achieve project objectives; ensure smooth start-up & transition by providing leadership and training to the local staff.
Southern Wine Corporate will drive the WM application process.

Core Responsibilities:

Strategy (50%):
- Participate in Operational Initiatives as necessary
- Provide Leadership with External and Internal management teams regarding facility and operational improvements
- Identify Operational opportunities improved organizational efficiencies and provide/recommend innovative solutions to help achieve the business goals
- Proactively work to reduce costs and improve productivity (continuous Improvement)
- Assist in the development of warehouse process
- Provide leadership direction to Operations team to identify industry trends and communicate benefits and potential risks associated with developed strategies to improve business performance
- Develop and implement WMS (manage projects, design specs, develop modifications, etc.)
- Provide support to the division (24x7) or as directed by your manager (rotation)
- Assist with other distribution systems development (Conveyors/MHE, Voice Picking & slotting etc.)
- Provide training for employees on procedures/systems
- Collaborates with other functional areas to identify system integration opportunities
Execution (30%)
- Implement operations continuous improvement measures and initiatives
- Communicate effectively up and down the organizational hierarchy in Operations and Senior leadership
- Ensure effective administration and compliance of all internal process and procedures
- Organize and manage work effectively and efficiently amongst the team members
- Work with other discipline leaders on projects to ensure efficient execution across the entire lifecycle of the project
- Support and help train our internal and external customers on new operational changes and communicate those changes effectively
- Manage project plans and assign team resources as necessary
Building Capabilities (20%):
- Provide leadership and management to the Operations team
- Develop, and encourage excellence within the Operations team
- Stay current on emerging warehouse MHE solutions, trends, technologies, and best practices
- Train and develop a high performing work team, encouraging excellence and team building
- Motivate team members to work collaboratively and effectively while mitigating conflict and communication problems
Results / Metrics Position Will Be Measured Against:
- Accomplishment of planned objectives
- Quality of development of application solutions with adherence to budget and schedules
- Ability to create and implement solutions to meet business needs which result in the desired business results as well as the lowest total cost of ownership over time
- Compliance to development standards and processes
- Effective rationalization of applications linked to the overall Southern rationalization / standardization approach
- Quality of interactions with senior and executive Supply Chain and business management
- Ability to get work done and to develop others,
- Adherence to performance management objectives and goals
- Ability to build a high performing team
- Ability to accept and lead change initiatives throughout the organization
- Ability to influence others

Qualifications - External
Education Requirements:
• Bachelor's Degree (Industrial engineering, business administration, computer science, information systems, or other industry related curriculum)
• Graduate Degree preferred (MBA, MS or equivalent curriculum)
Note: Sufficient and relevant work experience may be considered in lieu of the educational requirements.
Experience Requirements:
- 5 or more years of work experience
- 3 or more years of work experience in Warehouse Operations
- 3+ years ' experience with AS400 systems, RPGLE, CLLE, AS/400 Query a plus
- Knowledge of wholesale distribution strongly preferred
- Strong analytical and problem solving skills
- Proven project management experience and change management skills in a team environment
- 5+ years ' experience in Information Systems, Warehouse Management Systems / Operations or Technology areas in a warehouse distribution environment
- 3+ years ' experience with AS400 systems, RPGLE, CLLE, AS/400 Query a plus
- Knowledge of wholesale distribution strongly preferred
- Knowledge and understanding of Labor Management processes strongly preferred
- MS Office and other general desktop software experience required

- Advanced understanding of Excel strongly preferred
- Advanced understanding of SQL preferred
- Must be able to communicate effectively at all levels.
- Proven ability to work well independently and in a team environment
- Must have some experience with conveyor systems, pick to belt operations and other MHE systems
- Strong organizational & time management skills. Must be able to multi-task, prioritize effectively, and change direction on short notice in an effective manner. Do what it takes to get the job done.
Travel Required? Yes in the state of NY/NJ primarily
Domestic travel only
Comments:
This position description is not intended, and should not be construed to be an exhaustive list of all responsibilities, skills, efforts or working conditions associated with the job. It is intended, however, to be an accurate reflection of those principal job elements for making decisions related to job performance, employee development, and compensation. As such, the incumbent may perform other duties and responsibilities as required. This job description and the position's duties and responsibilities may be modified at the discretion of management without prior notice

# Description (Internal)

Description - Internal

The Administrator will act as the functional resource for supporting Southern Wines '  Manhattan Software (WMi – iSeries). The candidate will assist to configure, operate, train, oversee & analyze our WM (&Operations) functions to achieve project objectives; ensure smooth start-up & transition by providing leadership and training to the local staff. Southern Wine Corporate will drive the WM application process.

Core Responsibilities:

Strategy (50%):
- Participate in Operational Initiatives as necessary
- Provide Leadership with External and Internal management teams regarding facility and operational improvements
- Identify Operational opportunities improved organizational efficiencies and provide/recommend innovative solutions to help achieve the business goals
- Proactively work to reduce costs and improve productivity (continuous Improvement)
- Assist in the development of warehouse process
- Provide leadership direction to Operations team to identify industry trends and communicate benefits  and potential risks associated with developed strategies to improve business performance
- Develop and implement WMS (manage projects, design specs, develop modifications, etc.)
- Provide support to the division (24x7) or as directed by your manager (rotation)
- Assist with other distribution systems development (Conveyors/MHE, Voice Picking & slotting etc.)
- Provide training for employees on procedures/systems
- Collaborates with other functional areas to identify system integration opportunities
Execution (30%)
- Implement operations continuous improvement measures and initiatives
- Communicate effectively up and down the organizational hierarchy in Operations and Senior leadership
- Ensure effective administration and compliance of all internal process and procedures
- Organize and manage work effectively and efficiently amongst the team members
- Work with other discipline leaders on projects to ensure efficient execution across the entire lifecycle of the project
- Support and help train our internal and external customers on new operational changes and communicate those changes effectively
- Manage project plans and assign team resources as necessary
Building Capabilities (20%):
- Provide leadership and management to the Operations team
- Develop, and encourage excellence within the Operations team
- Stay current on emerging warehouse MHE solutions, trends, technologies, and best practices
- Train and develop a high performing work team, encouraging excellence and team building
- Motivate team members to work collaboratively and effectively while mitigating conflict and communication problems
Results / Metrics Position Will Be Measured Against:
- Accomplishment of planned objectives
- Quality of development of application solutions with adherence to budget and schedules

- Ability to create and implement solutions to meet business needs which result in the desired business results as well as the lowest total cost of ownership over time
- Compliance to development standards and processes
- Effective rationalization of applications linked to the overall Southern rationalization / standardization approach
- Quality of interactions with senior and executive Supply Chain and business management
- Ability to get work done and to develop others,
- Adherence to performance management objectives and goals
- Ability to build a high performing team
- Ability to accept and lead change initiatives throughout the organization
- Ability to influence others

Qualifications - Internal

Education Requirements:
• Bachelor's Degree Required (Industrial engineering, business administration, computer science, information systems, or other industry related curriculum)
• Graduate Degree Preferred (MBA, MS or equivalent curriculum)
Note: Sufficient and relevant work experience may be considered in lieu of the educational requirements.
Experience Requirements:
- 5 or more years of work experience
- 3 or more years of work experience in Warehouse Operations
- 3+ years ' experience with AS400 systems, RPGLE, CLLE, AS/400 Query a plus
- Knowledge of wholesale distribution strongly preferred
- Strong analytical and problem solving skills
- Proven project management experience and change management skills in a team environment
- 5+ years ' experience in Information Systems, Warehouse Management Systems / Operations or Technology areas in a warehouse distribution environment
- 3+ years ' experience with AS400 systems, RPGLE, CLLE, AS/400 Query a plus
- Knowledge of wholesale distribution strongly preferred
- Knowledge and understanding of Labor Management processes strongly preferred
- MS Office and other general desktop software experience required
- Advanced understanding of Excel strongly preferred
- Advanced understanding of SQL preferred
- Must be able to communicate effectively at all levels.
- Proven ability to work well independently and in a team environment
- Must have some experience with conveyor systems, pick to belt operations and other MHE systems
- Strong organizational & time management skills. Must be able to multi-task, prioritize effectively, and change direction on short notice in an effective manner. Do what it takes to get the job done.
Travel Required? Yes in the state of NY/NJ primarily
Domestic travel only

Comments
This position description is not intended, and should not be construed to be an exhaustive list of all responsibilities, skills, efforts or working conditions associated with the job.  It is intended, however, to be an accurate reflection of those principal job elements for making decisions related to job performance, employee development, and compensation.  As such, the incumbent may perform other duties and responsibilities as required.  This job description and the position's duties and responsibilities may be modified at the discretion of management without prior notice