**EXHIBIT 6**



**SOUTHERN GLAZER'S WINE AND SPIRITS**
313 Underhill Blvd.
Syosset, NY  11797

Bus: 516.730.3677

**John Wilkinson**
Warehouse Director

# Memo

| | |
|---|---|
| To: | Maria Suarez |
| From: | John Wilkinson |
| Date: | September 2, 2016 |
| Subject: | WMI Administrator Performance Expectations |

During the last 12 weeks SGWS at great expense has brought in WMI subject matter experts to assist Metro in setting up the Syosset warehouse, as well as, train all employees on the new requirements pertaining to his or her position. During this timeframe you were repeatedly asked to spend time with the conversion team and to learn how each of them manage their individual locations.  It was repeatedly brought to my attention that you spent very little time at the WMI desk interacting with the experts and was uncooperative during training and indicating that you were confident you had master the new process for inventory control.

Since our go live date with WMI there have been several large errors made by you that could have been financially detrimental to SGWS.  Specifically you are making negative adjustments to inventory without verifying and researching the discrepancy.  An example is on August 19th you counted out an entire pallet of Faust Cabernet, only to be found later in the speedline.  You did not research the misplaced pallet nor did you communicate the discrepancy. Another example happened on Friday, August 26th when you counted out 49 cases of Concannon Cabernet only to have 41 cases found and added back into inventory on August 29th.  These are just two examples of the numerous errors that have been found and corrected.

To clarify my expectations going forward it is anticipated that any large adjustment must be physically reviewed and researched by you and then communicated to Tonisha, Eric, Steve, Kevin and myself prior to making the adjustment from inventory.  I define a large adjustment to be anything over 20 cases or valued over $500.00.  I understand that often the cycle count is correctly done by an Inventory Control Clerk, however, follow through must happen going forward.  The task is not complete until the misplaced inventory is found by you or a member of your team. If you are not successful it needs to be communicated to those listed above.

1

CONFIDENTIAL
CONFIDENTIAL

Maria, ==I and the rest of the team are here to help support you throughout the learning process.== ==It is my expectation that Syosset's inventory control will function the same as Syracuse and the other locations throughout SGWS.== Melissa Johnson, Danny Layman and Manny Porras will continue to offer you training and guidance, I encourage you to learn as much as you can from them as they are managing successful locations.

I am including a copy of your job description and the Cycle Counting Daily Procedure that Steve outlined to everyone last week for your review. Again, ==the entire team is available to help guide you and aid in your success in your new role. Please let me know if there is any additional training that you would like made available to you or if I can make arrangements to have the subject matter experts spend more time with you== and I will make it happen.

---

I have reviewed the above and the performance expectations for a WMI Administrator and acknowledge my role and responsibilities. I further understand that failure to follow directives may lead to disciplinary action, up to and including termination.

| | | |
|---|---|---|
| Maria Suarez | (Date) | John Wilkinson          9/2/16          (Date) |

2

CONFIDENTIAL
CONFIDENTIAL