# EXHIBIT 10

| Male:   | 21 | 80.8% |
| Female: | 5  | 19.2% |

| Employee No. | Name | Position / Title | Date of Hire | Gender | Age | Race / Ethnicity | Date Offered | Signed |
|---|---|---|---|---|---|---|---|---|
| 32421 | Caren Sager-Steinhauser | Manager, Employee Services | 2/22/2005 | Female | 63 | White | 4/6/2018 | 4/9/2018 |
| 24349 | Christopher Keinle | Director of Sales | 12/1/2009 | Male | 43 | White | 4/6/2018 | 4/23/2018 |
| 32423 | Gordon Sandmeier | Director of Sales | 1/10/2005 | Male | 52 | White | 4/6/2018 | 4/9/2018 |
| 32282 | James Malone | Sales Manager | 1/17/2005 | Male | 49 | White | 4/6/2018 | 6/1/2018 |
| 44997 | Jimmy Crespo | TAS Sales Manager | 4/1/2016 | Male | 48 | Hispanic/Latino | 4/6/2018 | 4/18/2018 |
| 32545 | Jonathan Corey | Sales Manager | | Male | 44 | | 4/6/2018 | 5/24/2018 |
| | Kenneth Thomasula | Visual Merchandising Specialist | | Male | 63 | White | 4/6/2018 | 4/10/2018 |
| | Lawrence Callahan | Warehouse Manager, Mid | | Male | 61 | White | 4/6/2018 | 4/9/2018 |
| | Lawrence Lospinuso | Warehouse Manager, Mid (NJ) | | Male | | | 4/6/2018 | 4/10/2018 |
| | Linda Linbrunner | Warehouse Supervisor, Night | | Female | | | 4/6/2018 | 4/13/2018 |
| | Lois Grumet | Channel Manager | | Female | 62 | White | 4/6/2018 | 5/17/2018 |
| 49178 | Lowell Supran | Sales Manager | | Male | 53 | Undisclosed | 4/6/2018 | 4/20/2018 |
| 32468 | Maria Suarez | WMI Administrator | | Female | 49 | | 4/6/2018 | |
| | Matthew Rodwick | Sales Manager | | Male | | | 4/6/2018 | 4/9/2018 |
| | Orlando Medina | Premium Spirits Specialist | | Male | 54 | Hispanic/Latino | 4/6/2018 | 4/23/2018 |
| | Peter Choy | Sales Manager | | Male | | | 4/6/2018 | 4/9/2018 |
| | R. Michael Kimber | Director of Sales | | Male | 51 | White | 4/6/2018 | 4/16/2018 |
| 18785 | Richard Shipman | Fine Wine Specialist | | Male | 54 | White | 4/6/2018 | 4/30/2018 |
| | Sal Ferraro | router | | Male | | | 4/6/2018 | 4/10/2018 |
| | Steven Smith | Director Merchandising | | Male | 67 | White | 4/6/2018 | 4/13/2018 |
| 15666 | Tara Stevens | Administrative Assistant | | Female | 44 | White | 4/6/2018 | 4/25/2018 |
| | Thomas Labella | Channel Manager | | Male | 65 | White | 4/6/2018 | 4/16/2018 |
| 32298 | Todd May | Sales Manager | | Male | 45 | | 4/6/2018 | 5/29/2018 |
| 24014 | Vittorio Lanni | Director of Sales | | Male | 51 | White | 4/6/2018 | 4/11/2018 |
| | William Regan | Sales Manager | | Male | | | 4/6/2018 | 4/23/2018 |
| | Walter Berkstresser | Key Account Specialist Casino | | Male | 60 | White | 4/6/2018 | 4/11/2018 |

SGWS 001176

CONFIDENTIAL