**EXHIBIT 11**



SOUTHERN GLAZER'S WINE & SPIRITS OF NY

Human Resources Department

April 10, 2018

Maria Suarez
515 Greengrove Ave
Uniondale, NY 11553

Dear Maria:

This letter is to confirm that your employment with Southern Glazer's Wine & Spirits of New York has been terminated effective April 6, 2018 due to your involuntary seperation.

You will receive information regarding your continuation of benefits (COBRA) directly from Ceridian COBRA Services, if you were enrolled and receiving benefits. If you participated in the 401(k) Retirement Savings Plan, you will receive information from Schwab, regarding your funds. You can contact Schwab at 1-800-724-7526 or visit their website workplace.schwab.com

Any monies owed to you, in wages or the payout of your leave balances, if applicable, will be processed through the normal pay cycle. Please be reminded that your final paycheck will be a "live check" and not directly deposited into your account.

Should your address change in the future, please notify me immediately to ensure your benefit and tax information is forwarded appropriately.

If you have any questions, I can be reached at 516-730-3247. I wish you the best in your future endeavors.

Sincerely,

*Shanieka Jean-Charles*

Shanieka Jean-Charles
Human Resources Sr. Generalist

313 Underhill Boulevard * PO Box 9034 * Syosset, NY 11791-9034
Tel: (516) 921-9005 * Fax: (516) 730-8266

**CONFIDENTIAL**     **SGWS 001483**