# WMI Inventory Control Manager (00013239)

**Status**
Filled

**Status Details**
Filled

**Requisition Type**
Professional

**Hired Candidates**
1 out of 1

**Recruiter**
Margolis, Dina

**Hiring Manager**
Randall, Kevin

**Primary Location (City Required)**
United States > New York > Syosset

# History

| Date | Event | Detail | By |
| --- | --- | --- | --- |
| May 18, 2016, 10:57:59 AM | Requisition Filled | Filled | Margolis, Dina (00032603) |
| May 18, 2016, 10:57:58 AM | Requisition Unposting All (Job Board) | The requisition unposting action was requested for all job board postings from all suppliers | Margolis, Dina (00032603) |
| May 18, 2016, 10:57:53 AM | Employee Hired | Hired "Tonisha Durant (727922)" | Margolis, Dina (00032603) |
| May 18, 2016, 10:57:00 AM | Last Position Accepted | Last Position Accepted | Margolis, Dina (00032603) |
| Apr 14, 2016, 4:33:52 PM | Requisition Unposted | The requisition has been unposted from the following Career sections: SWS - Internal - Career Section. | Margolis, Dina (00032603) |
| Apr 13, 2016, 9:55:42 AM | Requisition Unposted | The requisition has been unposted from the following Career sections: SWS - External - Career Section. | Margolis, Dina (00032603) |
| Apr 4, 2016, 8:57:44 AM | Requisition Posted | The requisition has been posted on the following Career sections: SWS - External - Career Section, 2nd Pass Application - REQUIRED FOR POSTING, SWS - Internal - Career Section. | Margolis, Dina (00032603) |
| Apr 4, 2016, 8:47:20 AM | Requisition Approved | The requisition has been approved. | Goodrich, Larry (00001602) |
| Apr 1, 2016, 6:52:25 PM | Requisition Approved | The requisition has been approved. | Toohig, Beth (00025749) |
| Apr 1, 2016, 6:11:13 PM | Requisition Approved | The requisition has been approved. | Kohn, Roy (00020766) |
| Apr 1, 2016, 5:03:01 PM | Requisition Approved | The requisition has been approved. | Randall, Kevin (00032627) |
| Apr 1, 2016, 3:11:05 PM | Requisition Approval Requested | The approval of the requisition has been requested to: "Kevin Randall, Roy Kohn, Beth | Margolis, Dina (00032603) |

| | | | |
|---|---|---|---|
| | | Toohig, Larry Goodrich". : this req is for a budgeted addition to headcount. It is due to the addition of WMI systems in the the warehouse. | |
| Apr 1, 2016, 2:34:40 PM | Requisition Duplicated | Created from Duplication of "00003085" | Margolis, Dina (00032603) |

# Requisition Logistics

### Identification

Position Title
WMI Inventory Control Manager

Job
Inventory Cost Supervisor

Justification
Addition to Staff - Budgeted

Number of Openings
1

Position Type
Full Time / Regular

### User Group

User Group
New York - Metro

### Owners

Recruiter
Margolis, Dina

Hiring Manager 1
Randall, Kevin

HR Business Partner
Noach, Naomi

### Structure

#### Organization (Cost Center Required)

| | |
|---|---|
| Company | Southern Glazer's Wine and Spirits |
| Company Code | 4500 SGWS New York Metro |
| Cost Center | 451700 NY Met Whse - Day |

#### Primary Location (City Required)

| | |
|---|---|
| Country | United States |
| State | New York |
| City | Syosset |

#### Job Field (Required)

| | |
|---|---|
| Category | Warehouse |

Job Template   ACC-0048 - Inventory Cost Supervisor

## Profile

Shift
Day Shift

Union Status
Non-Union

## Administration

### Candidate Selection Workflow

Candidate Selection Workflow
SGWS CSW

### Regulations

EEO Job Category
Officials and Managers

EEO Establishment
Not Specified

### Other

FLSA
Exempt

### Compensation

Currency
US Dollar (USD)

Salary Type
Yearly

Minimum Salary
0.0

## Description (External)

Description - External
- Responsible for directing, monitoring, completing, and supporting all inventory control accounting transactions

- Identifies, analyzes and resolves inventory issues
- Manage work assignments within department to ensure timely completion of all receipts, transfers, inventory adjustment and related tasks; reorganize workload as necessitated by change in priorities and workflow
- Manage the monthly physical inventory and data entry of inventory counts; assist with and reconcile physical inventory discrepancies
- Provide prompt response to inquiries, and timely resolution of issues, as requested by department staff and internal and external customers
- Support all audit activities as requested and provide auditors with necessary information on a timely basis
- Other duties and special projects as assigned

Qualifications - External

Knowledge/Skills/Abilities:
- Working knowledge of inventory accountability
- Microsoft Office, Excel, and the use of enterprise resource planning software - SAP preferred
- Ability to organize and prioritize workload to accommodate departmental deadlines
- Effective written and verbal communication skills; ability to analyze and explain multi-step, complex transactions

Experience:
- Prior management experience including staff training and development and performance management
- Minimum 2 years Inventory Control experience

Education Desired:
- Bachelors degree-Business–financial accounting coursework

# Description (Internal)

Description - Internal

- Responsible for directing, monitoring, completing, and supporting all inventory control accounting transactions
- Identifies, analyzes and resolves inventory issues
- Manage work assignments within department to ensure timely completion of all receipts, transfers, inventory adjustment and related tasks; reorganize workload as necessitated by change in priorities and workflow
- Manage the monthly physical inventory and data entry of inventory counts; assist with and reconcile physical inventory discrepancies
- Provide prompt response to inquiries, and timely resolution of issues, as requested by department staff and internal and external customers
- Support all audit activities as requested and provide auditors with necessary information on a timely basis
- Other duties and special projects as assigned

Qualifications - Internal

Knowledge/Skills/Abilities:
- Working knowledge of inventory accountability
- Microsoft Office, Excel, and the use of enterprise resource planning software - SAP preferred
- Ability to organize and prioritize workload to accommodate departmental deadlines
- Effective written and verbal communication skills; ability to analyze and explain multi-step, complex transactions

Experience:
- Prior management experience including staff training and development and performance management
- Minimum 2 years Inventory Control experience

Education Desired:
- Bachelors degree-Business–financial accounting coursework