EXHIBIT 15

October 3, 2022

---

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MARIA SUAREZ,
                    Plaintiff,
        -against        19-CV-02721-GRB-SIL

SOUTHERN GLAZER'S WINE & SPIRITS OF
NEW YORK, LLC,
                    Defendant.
----------------------------------------X
                    October 3, 2022
                    200 Broadhollow Road
                    Melville, New York
                    10:30 a.m.

        EXAMINATION BEFORE TRIAL of a
Defendant, Southern Glazer's Wine & Spirit, by
Kevin Randall, pursuant to Notice, held at the
above-mentioned time and place, before Camille
Dandola, a Notary Public of the State of New
York.

---

Page 3

1    F E D E R A L   S T I P U L A T I O N S
2
3        IT IS HEREBY STIPULATED AND AGREED
4    by and between the counsel for the respective
5    parties hereto, that the filing, sealing, and
6    certification of the within deposition shall
7    be and the same are hereby waived;
8
9        IT IS FURTHER STIPULATED AND AGREED
10   that all objections, except as to the
11   form of the question, shall be reserved
12   to the times of the trial.
13
14       IT IS FURTHER STIPULATED AND AGREED
15   that the within deposition may be signed before
16   any Notary Public with the same force and
17   effect as if signed and sworn to before this
18   court.
19
20
21               *    *    *    *
22
23
24
25

---

Page 2

1    A P P E A R A N C E S:
2
3    MOSER LAW FIRM, PC
     Attorneys for Plaintiff
4        5 East Main Street
         Huntington, New York 11743
5
     BY:  STEVEN MOSER, ESQ.
6
7
     CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
8    Attorneys for Defendant
         175 Pearl Street, Suite C-402
9        Brooklyn, New York 11201
10   BY:  ANJANETTE CABRERA, ESQ.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 4

1    K E V I N   R A N D A L L, the witness herein,
2    having been first duly sworn by a Notary Public
3    in and of the State of New York, was examined
4    and testified as follows:
5        THE REPORTER:  Please state your
6        name and address for the record.
7        THE WITNESS:  Kevin Randall, 345
8    Underhill Boulevard, Syosset, New York.
9    EXAMINATION BY
10   MR. MOSER:
11       Q.  Good morning, Mr. Randall.  My name is
12   Steve Moser.  I am an attorney.  I represent Maria
13   Suarez with regard to certain claims that she has
14   against Southern Glazer's Wines and Spirits.
15       Have we ever met before today?
16       A.  No.
17       Q.  Do you understand that the oath that
18   you just took to be the same oath to tell the truth
19   in front of the judge and the jury?
20       A.  I do.
21       Q.  Have you ever testified under oath
22   before?
23       A.  In arbitration cases.
24       Q.  How many arbitration cases did you
25   testify in, briefly?

1 (Pages 1 to 4)

Page 5

K. RANDALL

1
2      A.   Possibly three.
3      Q.   What was the nature of those
4  arbitrations?
5      A.   There was one with work rules in the
6  warehouse between clerical and the warehouse work.
7  I've been around 17 years.  I can't remember the
8  other ones but I have been in a couple.
9      Q.   Were those all union arbitrations?
10     A.   I'd say, yes.
11     Q.   Which union did they involve?
12     A.   Local 1 here in Metro New York.  I came
13  here from Syracuse originally.  Up there I didn't
14  have any.
15     Q.   Are you currently employed by Southern
16  Glazer Wine and Spirits?
17     A.   Yes.
18     Q.   In the past 10 years has the corporate
19  name changed?
20     A.   Yes.  Went to Southern Wine and Spirits
21  to Southern Glazers Wine and Spirits.
22     Q.   Why did it change?
23     A.   We had a merger between our company and
24  another company based in Texas.
25     Q.   For the purposes of today's deposition

Page 6

K. RANDALL

1
2  when I say Southern I am going to mean Southern
3  Glazer Wine and Spirits or its predecessor,
4  Southern Wine and Spirits.  Do you understand that?
5      A.   I understand that.
6      Q.   How long have you been employed by
7  Southern?
8      A.   Since 2005, it would be 17 years.
9      Q.   How old are you?
10     A.   I'm 64.
11     Q.   When are you scheduled to retire, if
12  ever?
13     A.   I'm planning on at 68, three more
14  years.
15     Q.   What's your highest level of education?
16     A.   I have a bachelor's degree in
17  accounting from Le Moyne College in Syracuse.
18     Q.   Who were you employed for before you
19  worked for Southern?
20     A.   A company called Wine Merchants.  The
21  same industry.  Wine Merchants that was in
22  Syracuse.
23     Q.   How long were you employed by Wine
24  Merchants for?
25     A.   Ten years.

Page 7

K. RANDALL

1
2      Q.   Was Wine Merchants acquired by
3  Southern?
4      A.   No.
5      Q.   When you left Wine Merchants what was
6  your job title?
7      A.   At Wine Merchants I was the head of the
8  purchasing department in Wine Merchants.
9      Q.   Why did you leave Wine Merchants?
10     A.   Southern Wine and Spirits opened up the
11  building and so they were looking for experienced
12  help and so I applied for the job.
13     Q.   Into what position were you originally
14  hired?
15     A.   It as the head of purchasing.
16     Q.   How long were you head of purchasing
17  for?
18     A.   About a year and half.
19     Q.   What was your next job title?
20     A.   Director of operations.
21     Q.   Were you the director of operations for
22  the specific facility or region?
23     A.   Upstate New York.
24     Q.   What did that encompass, what
25  geographic area?

Page 8

K. RANDALL

1
2      A.   Everything north of the Tappan Zee
3  Bridge.
4      Q.   Who did you report to when you were the
5  director of operations?
6      A.   The GM in Syracuse, Dan Sisto.
7      Q.   For how long were you the director of
8  operations for Upstate New York?
9      A.   For the remaining eight years that I
10  was there.
11     Q.   Why did you leave Upstate New York?
12     A.   I got promoted to the vice-president of
13  operations in Metro New York.
14     Q.   For Southern?
15     A.   Southern, yes.
16     Q.   What geographic area does Metro New
17  York cover?
18     A.   Tappan Zee Bridge down to Manhattan,
19  Long Island.
20     Q.   How many Southern facilities are
21  located south of the Tappan Zee in New York?
22     A.   One.
23     Q.   Where is that located?
24     A.   Syosset, New York.
25     Q.   How big is the Syosset, New York

Page 9

K. RANDALL

1
2    warehouse?
3        A.   It is 375,000 square feet.
4        Q.   How much inventory is stored at any
5    given time in terms of value in this warehouse?
6        A.   Two billion.
7        Q.   Can you describe your role as a VP of
8    operations in Metro New York?
9        A.   I oversee all the departments under the
10   operations umbrella.  It would be delivery,
11   warehouse, it would be facilities, customer
12   service.
13       Q.   How many people work under you?
14       A.   Six hundred.
15       Q.   Do you like working at Southern?
16       A.   Love it.
17       Q.   Who is your direct report?
18       A.   Right now Roy Kohn, K-O-H-N.
19       Q.   Who is Roy Kohn?
20       A.   He is the regional vice-president,
21   northeast region.
22       Q.   How long have you known Mr. Kohn?
23       A.   Fifteen years.
24       Q.   Are you friends with Mr. Kohn?
25       A.   No.  Not friends, business.

Page 10

K. RANDALL

1
2        Q.   Business associates?
3        A.   Yes.
4        Q.   What's your total salary?
5            MS. CABRERA:  Objection.  Why is
6        that relevant?
7            MR. MOSER:  If a witness is
8        testifying for an employer and is
9        earning a half-million dollars a year
10       in a job, I think that's relevant.  I
11       don't know how much he is earning but I
12       think it's relevant.
13           MS. CABRERA:  I mean I don't want
14       to start the deposition this way.  I
15       don't see how that is at all relevant
16       to this case or anything in this case.
17       If you can, let's just put an pin in
18       it.  I am not going to tell him to
19       answer for the entire day.  I am
20       directing him at this point not to
21       answer that question.
22           He is not a named individual in
23       this case.  I don't understand why his
24       salary is at all relevant.  I am
25       directing you not to answer that

Page 11

K. RANDALL

1
2        question.
3            MR. MOSER:  Mark it for a ruling.
4        Q.   Have you ever been accused of sexual
5    harassment in the workplace?
6        A.   No.
7        Q.   Have you ever been accused of
8    discrimination in the workplace?
9        A.   No.
10       Q.   Have you ever been a party to any prior
11   litigation?
12       A.   No.
13       Q.   Have you ever sued or been sued by
14   anyone?
15       A.   No.
16       Q.   Where were you born?
17       A.   Watertown, New York.
18       Q.   Have you ever been convicted of a
19   crime?
20       A.   No.
21       Q.   Are you familiar with an individual by
22   the name of Maria Suarez?
23       A.   I am.
24       Q.   Who is Maria Suarez?
25       A.   Maria worked under my organization

Page 12

K. RANDALL

1
2    chart when I came to Metro New York in 2013, in the
3    inventory capacity.
4        Q.   Let's go back just for a moment.  Did
5    you do anything to prepare for your deposition here
6    today?
7        A.   I spoke with counsel.
8        Q.   I don't want to know what you spoke
9    about.  You spoke with the counsel, correct?
10       A.   Yes.
11       Q.   Did you review documents to prepare for
12   today?
13       A.   There was a couple.
14       Q.   What documents did you review?
15       A.   There were some emails I believe.
16       Q.   Besides reviewing emails, did you
17   review any other documents to prepare for your
18   testimony here today?
19       A.   No.
20       Q.   Are you under the influence of any
21   narcotics or medication which will affect your
22   ability to testify truthfully and accurately?
23       A.   No.
24       Q.   Can you think of any reason why you
25   would not be able to testify truthfully and

October 3, 2022

Page 13

K. RANDALL

1    accurately today?
2        A.   No.
3            MS. CABRERA:  Off the record.
4        (Whereupon, an off-the-record
5        discussion was held.)
6    
7        Q.   Back in 2013 when you came from Upstate
8    New York to the Syosset facility was the warehouse
9    the same size?
10       A.   Yes.
11       Q.   Was the total value of the inventory
12   stored at that facility approximately the same in
13   2013?
14       A.   It was slightly less.  We picked up a
15   line called De Angelo.  A higher level of spirits.
16   I would say it was half a billion less.
17       Q.   It was approximately 1.5 billion in
18   2015, correct?
19       A.   Yes.
20       Q.   Have you ever been trained in human
21   resources?  Have you ever received any training in
22   human resources either by Southern Wine and Spirits
23   or educationally outside of Southern?
24       A.   In Syracuse human resources reported to
25   me under my umbrella.  When I came to Metro there

Page 14

K. RANDALL

1            K. RANDALL
2    was a separate division for that.  I was in charge
3    of human resources, no formal training.
4        Q.   Did you ever receive any formal
5    training from Southern Wine and Spirits regarding
6    sexual harassment in discrimination in the
7    workplace?
8        A.   Yes, she has.
9        Q.   When did you receive that formal
10   training?
11       A.   We do this all the time at Southern
12   Glazer's University online.  I do not recall the
13   last time that I had it.  It has been numerous
14   times.
15       Q.   Had you had your last session in the
16   past five years?
17       A.   Yes.
18       Q.   Is that something that is voluntary or
19   mandatory?
20       A.   I look at it as voluntary.  They post
21   it but I believe New York State now has something
22   where you have to have it done yearly.
23       Q.   Until what date was Maria Suarez
24   employed by Southern; you can give me an
25   approximate date?

Page 15

K. RANDALL

1            K. RANDALL
2        A.   Approximate date.
3        Q.   I am not asking you to be a dictionary,
4    that's fine.
5        A.   I am going to say 2018.
6        Q.   If I said April 6th of 2018 does that
7    refresh your recollection, does that sound right?
8        A.   April 6th is the correct date, if it is
9    2018, yes.
10       Q.   When you were promoted to work at the
11   Syosset facility were there any litigations pending
12   against Southern?
13       A.   Not that I was made aware of.
14       Q.   At any point in time after you began
15   your work as the VP of operations in the Metro New
16   York did you become aware of any litigation by
17   employees of Southern against Southern?
18       A.   I was aware of one.
19       Q.   Which one were you aware of?
20       A.   I don't know if I have her name right.
21   Maybe it was Josie.
22       Q.   If I said Josie Sajous?
23       A.   That could be her last name.  I do not
24   know her last name.
25       Q.   Were there any litigations pending when

Page 16

K. RANDALL

1            K. RANDALL
2    you were transferred?
3        A.   Not that I know of.
4        Q.   Do you know an individual by the name
5    of Tatiana Herdocia?
6        A.   She is an employee.
7        Q.   Has she ever sued Southern?
8        A.   I believe she has.
9        Q.   On how many occasions?
10       A.   Two.
11       Q.   What did she sue Southern for?
12       A.   I don't get involved in those at that
13   level.  I believe it was to do with in equity in
14   pay between warehouse and clerical.
15       Q.   Did that have anything to do with sex
16   discrimination?
17       A.   No.
18       Q.   Do you know an individual by the name
19   of Ena Scott?
20       A.   I do.
21       Q.   Did she also sue Southern?
22       A.   I believe, yes.
23       Q.   On how many occasions?
24       A.   I am going to say two.
25       Q.   What was the nature of her claims

4  (Pages 13 to 16)

October 3, 2022

Page 17

K. RANDALL

1
2   against Southern?
3       A.   Very similar.  The difference between
4   clerical work and warehouse work.
5       Q.   Is there still a union at Southern in
6   Syosset?
7       A.   Yes.
8       Q.   Was there a union in place when you
9   came from Upstate New York?
10      A.   Yes.
11      Q.   Was that Local 1?
12      A.   Local 1.
13      Q.   Under the terms of the collective
14  bargaining unit between Local 1 and Southern were
15  there two classifications of employees, the
16  warehouse and clerical?
17      A.   That's correct.
18      Q.   Is that the same today that collective
19  bargaining unit as the two classifications of
20  employees, warehouse and clerical?
21      A.   Yes.
22      Q.   How many hours per week did you work
23  when you first came from Upstate New York to
24  Syosset?
25      A.   In my position I'm going to say 60 to

Page 18

K. RANDALL

1
2   70 hours per week.
3       Q.   Did you have weekly meetings when you
4   came from upstate?
5       A.   Yes, I have staff meetings.  Yes, I'd
6   have to.
7       Q.   If you can just give me a general
8   breakdown of how you spent your time as VP of
9   operations when you came from Upstate New York?
10      A.   In charge of the budgets.  I have to do
11  monetary decisions every day.  I am in charge of
12  the delivery department, which is the teamsters.  I
13  have to deal with that group of folks and I also
14  have to oversee the Local 1 employees in that part
15  of the business.
16      Q.   What percentage of the week was spent
17  in meetings with employees?
18      A.   With employees, 10 percent.
19      Q.   Other than meetings with employees you
20  met -- did you meet with other individuals?
21      A.   My direct staff.  I was not in the same
22  building at 345 when I came down.  I was stationed
23  in 313.  I was not in the same building as the
24  warehouse and delivery folks.
25      Q.   There is offices in 313 Underhill as

Page 19

K. RANDALL

1
2   well?
3       A.   Yes.
4       Q.   And there's a warehouse?
5       A.   Yes, next to it.
6       Q.   When I said employees, I meant any
7   employees, including direct staff.  In total what
8   percentage of your time was spent in meetings with
9   employees, either lower level employees or your
10  direct staff?
11      A.   Thirty-five percent.
12      Q.   Who did you have regular meetings with
13  in terms of your direct staff?
14      A.   Names?
15      Q.   Yes.
16      A.   John Wilkinson was our director of
17  operations.  Robert Weiser was our manager of
18  delivery, that was the two people that I dealt with
19  from that building as well as my boss and
20  accounting people on 313.
21      Q.   When you say "that building" you are
22  referring to the warehouse?
23      A.   At 345, yes.
24      Q.   Who from accounting did you meet with?
25      A.   Usually it would be Adam Pinacowski.

Page 20

K. RANDALL

1
2   He is the assistant controller, as well as his
3   staff, which I do not know all the names.  It's
4   been awhile.  We would sit down once a month review
5   the inventory.
6       Q.   Did you have a one-on-one meeting with
7   Maria Suarez?
8       A.   Yes.
9       Q.   On how many occasions?
10      A.   Maybe six.
11      Q.   Were those meetings requested by you,
12  her or someone else?
13      A.   I don't think she requested.  The one
14  that I am referring to was the one that I know
15  about was when we had a reorganize.
16      Q.   When you say "reorganize" what are you
17  referring to?
18      A.   When we went into a WMI warehouse
19  management system, I believe it was 2017 and we
20  brought in computers and a scanner gun to do
21  inventory versus a cycle counts monthly and I
22  brought that technology with me from Upstate.  We
23  had to have some different jobs aligned.  We kind
24  of reorganized how the inventory control team would
25  look.

5 (Pages 17 to 20)

October 3, 2022

Page 21

K. RANDALL

1
2    Q.   Was there any resistance to that change
3    from the union?
4        A.   No.
5        Q.   If fully implemented would the
6    transition to WMI reduce the time that it took to
7    do the inventory?
8        A.   I wouldn't say it was to reduce the
9    time.  We had to do it each day versus doing it
10   physical at the end of the month.
11       Q.   As a result of implementing the WMI
12   would it reduce the total number of hours needed to
13   be worked at the facility?
14       A.   I suppose that would be right.  We
15   wouldn't be physically counting every month with
16   the whole warehouse.  It was not part of their
17   position to do.  Everyone counted when we did the
18   physical counts.
19       Q.   Did you ever do an analysis of the
20   labor savings that would be seen from implementing
21   WMI?
22       A.   No.
23       Q.   Can you give me an estimate of what
24   percentage in terms of man hours that would be
25   saved by implementation of WMI?

Page 22

K. RANDALL

1
2        A.   It'd be a guess that we count every two
3    months, we do a physical count, 50 people work on a
4    Saturday counting.
5        Q.   Did total payroll expenses go down as a
6    result of implementing WMI?
7        A.   No.  And the learning curve was very
8    much difficult.
9        Q.   Does Southern have an
10   anti-discrimination policy when it comes to
11   employees?
12       A.   Yes.
13       Q.   What is that policy?
14       A.   We cannot discriminate, many different
15   factors from race to color, to religion to sex, et
16   cetera, et cetera.
17       Q.   Why does Southern have that policy
18   against discrimination on the basis of race,
19   religion, sex, national origin and race?
20       A.   I suppose to make a fair playing field
21   for everyone.  Most companies have it.
22       Q.   Is there any other reason why it's
23   important not to discriminate against someone's
24   age, race, religion, disability or the color of
25   their skin?

Page 23

K. RANDALL

1
2        A.   The obvious reason is to be fair.
3        Q.   Would Southern have these policies in
4    place in your opinion even if there were not laws
5    that required it to?
6        A.   Southern is a family business, family
7    owned and, yes, they would go.
8        Q.   Does Southern have a policy to protect
9    an individuals who report discrimination or
10   harassment in the workplace?
11       A.   Yes, we do.
12       Q.   What is that policy?
13       A.   You cannot discriminate against someone
14   who has stepped forward, I guess, in a case, there
15   is no discrimination in that.
16       Q.   Why is that policy in place?
17       A.   I believe so people can be open and
18   honest about what they have seen or what they have
19   believed they have seen.
20       Q.   Is there any reason why this is
21   important to protect individuals who report
22   discrimination or harassment in the workplace?
23       A.   Just their job security.
24       Q.   To protect the individuals who want to
25   be open and honest with the employer?

Page 24

K. RANDALL

1
2        A.   Or who have been asked to testify in a
3    case.
4        Q.   What is the process for reporting
5    alleged discrimination at Southern?
6        A.   We have a group named that you can
7    report discriminations to, it's human resources,
8    obviously the first step in that direction, or the
9    vice president of the regional, and I suppose even
10   though they haven't come to me, I suppose they
11   could come to me as well.
12       Q.   How long has Southern's policy against
13   discrimination as you earlier described been in
14   effect?
15       A.   I can't think of when it wasn't.  I
16   believe since I started with the company.
17       Q.   The previous policy that you describe
18   against retaliation against people who step forward
19   how long has that been in effect?
20       A.   I believe it's the same amount of time.
21       Q.   Seventeen years, ever since you have
22   been there, correct?
23       A.   Yes.
24       Q.   Now does the discrimination -- does the
25   anti-retaliation policy also protect someone who

6  (Pages 21 to 24)

Page 25

K. RANDALL

1
2   turns out to be wrong?  Let me give you an example.
3   Let's say you have a woman that claims that she is
4   doing the same job as a man.  They were hired
5   precisely the same date and they are doing exactly
6   the same things and exactly the same location and
7   she reports to human resources she's paid $20 an
8   hour and her co-worker is being paid $30 an hour
9   and he's a man.  How would that be investigated?
10      A.   I believe that it would have to go to
11  human resources is the first step of the claim.
12      Q.   And then what would happen?
13      A.   They would have to do an investigation
14  as to the claim to see if there is any validity as
15  to what has been claimed.
16      Q.   Let's say Southern found out that the
17  woman was wrong.  Review of payroll records
18  indicates that the man was paid, not paid $30 an
19  hour but was paid same as the woman, $20 an hour,
20  would she still be protected by the
21  anti-retaliation policy?
22      A.   I believe so, yes.
23      Q.   Why?
24      A.   I believe the person was being honest
25  in their claim and they felt that they were

Page 26

K. RANDALL

1
2   correct, it needed to be investigated.  Sometimes
3   claims only need to be investigated.  They may not
4   always be valid.
5       Q.   Is there any other reason why it's
6   important that anti-retaliation policy protects
7   people who turn out to be wrong?
8       A.   Again, it's job security.
9       Q.   Is that to encourage people to actually
10  come forward and report discrimination?
11      A.   Sure it is.
12      Q.   Is it fair to say that without people
13  coming forward to report discrimination sometimes
14  it's difficult to know if anything is going on?
15      A.   Human resources needs to know this.
16      Q.   Correct?
17      A.   Yes.
18      Q.   Is it fair to say that human resources
19  sometimes will only get to know something that is
20  going on if someone reports something in terms of
21  discrimination?
22      A.   Yes.
23      Q.   In your 17 years at Southern Glazer's
24  Wine and Spirits are you aware of any
25  discrimination complaints that were made either

Page 27

K. RANDALL

1
2   formally or informally?
3       A.   I believe that informally the only one
4   that I can really know is Josie's one, that you
5   mentioned earlier.  I was not involved in that case
6   but I did hear about it.
7       Q.   Who did you hear of that from?
8       A.   Possibly the director of operations,
9   maybe John Wilkinson.  I was not involved in that
10  at all.
11      Q.   Do you recall what John Wilkinson told
12  you about that?
13      A.   No, it was going on.  I don't believe I
14  heard another name.  It may be started before I got
15  there.  I don't know.
16      Q.   Other than that claim of discrimination
17  by Josie are you aware of any other claim of
18  discrimination that were made by any employee of
19  Southern Wine and Sprits during your tenure?
20      A.   I would think that the two other cases
21  that is we spoke about earlier was not
22  discrimination but more classification.  So I would
23  not call those discrimination cases.
24      Q.   What was the nature of Josie's
25  discrimination claim?

Page 28

K. RANDALL

1
2       A.   I have no idea.  I was not privy to any
3   of that.
4       Q.   Who was Josie's supervisor?
5       A.   Maria Suarez.
6       Q.   Who was Ena Scott's supervisor?
7       A.   Maria Suarez.
8       Q.   Who was Tatiana Herdocia's immediate
9   supervisor?
10      A.   Maria Suarez.
11      Q.   Is it fair to say that the three women
12  who reported to Maria Suarez filed claims against
13  Southern?
14      A.   That would be a fact.
15      Q.   Did they also commence federal lawsuits
16  against Southern?
17      A.   I believe it was federal lawsuits.
18      Q.   In all of your time at Southern Wine
19  and Spirits have you ever had, other than in this
20  particular instance, three employees who reported
21  to an individual supervisor file federal lawsuits?
22      A.   I can't say as I have.
23      Q.   Do you have anymore specific
24  understanding about what the lawsuits were
25  claiming?  You mentioned that there were two

7 (Pages 25 to 28)

Page 29

```
 1              K. RANDALL
 2  lawsuits regarding classification.  Do you have
 3  anymore understanding about what those lawsuits
 4  were claiming?
 5       A.  No.  I was involved in the Ena Scott
 6  one as it went to arbitration.  That's how I know
 7  about that one.  That's the classification between
 8  clerical and warehouse.
 9       Q.  Did you testify at that arbitration?
10       A.  I did.
11       Q.  Was that under oath?
12       A.  It was, yes.
13       Q.  Was Ena Scott claiming that women were
14  not allowed to have the warehouse classification?
15       A.  No.
16       Q.  When you were transferred from Upstate
17  New York to Syosset how many individuals covered by
18  the collective bargaining agreement had the
19  clerical classification?
20       A.  In Metro New York?
21       Q.  Yes.
22       A.  Fifty.
23       Q.  How many individuals at that time had
24  the warehouse classification?
25       A.  It was 150.
```

Page 30

```
 1              K. RANDALL
 2       Q.  At the time that you came to Syosset
 3  from Upstate New York did any female employee hold
 4  a warehouse classified job?
 5       A.  No.
 6       Q.  Today does any female employee hold a
 7  warehouse classified job in Syosset?
 8       A.  I want to speak to my -- since that
 9  time we have opened another DC underneath Local 1,
10  in Linden, New Jersey, that they help produce cases
11  to feed our customers.  We do it in Jersey and
12  bring it over.  In that location we have
13  approximately seven female employees working in the
14  warehouse.  They do not have different
15  classifications in that contract.
16           MR. MOSER:  Can you read back the
17       question.
18           (Whereupon, the referred to
19       question was read.)
20       A.  No.
21       Q.  How many warehousemen are there?
22       A.  There are 130.
23       Q.  Since you have taken over
24  responsibility for operations at the Syosset
25  facility has any female been hired into a warehouse
```

Page 31

```
 1              K. RANDALL
 2  classified position?
 3       A.  No.
 4       Q.  Can you explain why not?
 5       A.  I am just going to guess because it's
 6  an evening position, overnight, and no one has
 7  applied for it.
 8       Q.  Is it your job, as the director of
 9  operations, to make sure that there's no
10  discrimination against women?
11       A.  Yes.
12       Q.  What have you done to make sure that
13  there's no discrimination against women in the
14  warehouse classified position?
15       A.  When we use temporary help, we have had
16  women come to work for us in the evenings and
17  hoping that they want to say with us but normally
18  they don't want to stay in the job.  If they
19  applied for it we definitely would consider them.
20       Q.  Are you aware that Ena Scott wanted to
21  be classified as warehouse?
22       A.  Absolutely.
23       Q.  Are you aware that Tatiana Herdocia
24  also wanted to be classified as warehouse?
25       A.  Tatiana just recently did apply for a
```

Page 32

```
 1              K. RANDALL
 2  night warehouse position.
 3       Q.  Was she hired?
 4       A.  She withdraw her name.
 5       Q.  Was she hired?
 6       A.  No.
 7       Q.  Do you know why she withdraw her name?
 8       A.  I believe it was the hours.  It is days
 9  to nights.
10       Q.  Why would she have to work nights?
11       A.  Union Local 1 is all by seniority.  Any
12  position that you start with is on the evening
13  shift.  Only seniority raises you up to the day
14  position.
15       Q.  So any female that would be hired into
16  a new position would have to work nights?
17           MS. CABRERA:  Objection.  You can
18       answer that.
19       A.  If you want a warehouse position, then,
20  yes, that's the position that we post for and
21  that's the position that's open.
22       Q.  Do you think that that policy of
23  forcing a woman to work at night would have a
24  discriminatory affect on women?
25           MS. CABRERA:  Objection.  It
```

October 3, 2022

Page 33

K. RANDALL

1
2    completely mischaracterizes what he
3    said.  He said anyone who applies for
4    the job, not just women.  He's saying
5    forcing women to work at night, that's
6    not at all what he said.
7        Q.   Do you think that the policy requiring
8    new hires to work at night would have a
9    discriminatory impact on women?
10       A.   No, I do not.
11       Q.   Do you believe that women feel
12   comfortable walking around or being out at night as
13   much as a man does?
14       A.   I believe they would in our warehouse,
15   we have security.
16       Q.   Other than what you've mentioned have
17   you done anything else with regard to the warehouse
18   classification to make sure that there is no
19   discrimination against women?
20       A.   Besides monitoring what goes on in the
21   building.
22       Q.   Are you aware that there were many
23   women who applied for the warehouse classified
24   position?
25       A.   No.

Page 34

K. RANDALL

1
2        Q.   Do you know why any of those women were
3    not hired?
4        A.   I do not know who they are.
5        Q.   Do you know why they were not hired?
6        A.   No.
7            MS. CABRERA:  Objection.  He said
8        he didn't know they applied.  If he
9        doesn't know they applied how would he
10       know why they were not hired?
11       Q.   In your opinion is there any
12   discrimination against women in terms of the
13   warehouse classified positions at Southern?
14       A.   No.
15       Q.   How many individuals have been hired
16   into the warehouse classification since you became
17   the director of operations in Syosset?
18       A.   A guess would be 50.
19       Q.   Each one of those individuals hired was
20   a man, correct?
21       A.   In the warehouse positions.
22       Q.   Correct?
23       A.   Yes.
24       Q.   How many women applied for those
25   warehouse positions?

Page 35

K. RANDALL

1
2        A.   I have no idea if any did.  I don't
3    believe anyone did.
4        Q.   What's that belief based upon?
5        A.   Just what I'm told or what I know.  I
6    do not do the hiring.
7        Q.   Are you responsible for managing the
8    individuals who do the hiring?
9        A.   Absolutely.
10       Q.   Who are those individuals?
11       A.   At the time it was John Wilkinson, who
12   was the director of operations for many years and
13   now we have the warehouse management staff at night
14   that does the hiring.
15       Q.   Who is that?
16       A.   John Pilus would be his name, our night
17   manager.
18       Q.   Who told you that no women applied for
19   the warehouse classified position?
20       A.   No one told me.  I just don't know of
21   any.
22       Q.   It could be that women applied, it
23   could be that some women applied, you don't know;
24   is that fair to say?
25       A.   I have no idea, yes.

Page 36

K. RANDALL

1
2        Q.   As the VP of operations are you the
3    senior person in charge of making sure there is no
4    discrimination in your workforce?
5        A.   Yes.
6            (Whereupon, a short recess was held.)
7        Q.   You mentioned a meeting that you had
8    with Maria Suarez when you transitioned to WMI,
9    correct?
10       A.   Yes.
11       Q.   Do you recall any other meetings that
12   you had with Maria Suarez besides that particular
13   meeting?
14       A.   Not one-on-one, no.  Most of everything
15   that I can recall, again, it's been a few years,
16   would have been with her direct manager as well.
17       Q.   That would have been John Wilkinson?
18       A.   Yes.
19       Q.   When you met with John Wilkinson were
20   you meeting with John Wilkinson and Maria or just
21   John Wilkinson?
22       A.   I met with John Wilkinson almost
23   weekly.  I am sure it was John and she could have
24   been there.
25       Q.   Do you recall any meeting attended by

9 (Pages 33 to 36)

Page 37

K. RANDALL

1
2   you, John Wilkinson, and Maria Suarez?
3       A.   I don't recall any but would have to
4   say positively we would have had to have had that
5   meeting.
6       Q.   Do you recall anything that was
7   discussed at any of the meetings that you had where
8   John Wilkinson and Maria Suarez were present?
9       A.   Before WMI or after WMI?
10      Q.   Before or after.
11      A.   Before she was always in the inventory
12  control meetings with the accounting and John would
13  be there as well.  We were all in the same monthly
14  recap meeting.
15      Q.   So before WMI was implemented there was
16  monthly inventory control meetings?
17      A.   With accounting.
18      Q.   How many people attending that?
19      A.   I'd say about eight to 10.
20      Q.   So you attended, John Wilkinson and who
21  were the other attendees?
22      A.   Maria was there and there would be
23  someone from accounting, I don't know, it probably
24  they changed now but Adam Pienczykoswki, he is the
25  assistant controller.  He would be in those

Page 38

K. RANDALL

1
2   meetings as well before we booked them.  It's all
3   about financial events.
4       Q.   Who was the most junior, let's say,
5   individual who attended those meetings?
6       A.   Probably someone in accounting.
7       Q.   Why did Maria attend those meetings?
8       A.   It was her responsibility about her
9   team to analyze the results, come up with
10  suggestions, what numbers to book and not book.
11      Q.   Do you have an understanding of what
12  Maria Suarez' job duties were before WMI was
13  implemented?
14      A.   Yes.
15      Q.   What were those job duties?
16      A.   Job duties were to count the inventory,
17  maintain inventory in the correct locations, and at
18  the end of the month to balance out the inventory
19  to the best of her ability.
20      Q.   Did she do the physical counting
21  herself or did her staff do that?
22      A.   Her staff should have done that.  Did
23  she do that?  I don't know, but her staff were the
24  ones assigned.  They are union clerical staff
25  accountant.

Page 39

K. RANDALL

1
2       Q.   So you don't know whether she counted
3   inventory before WMI was implemented.
4       A.   She should have taken their count and
5   analyzed them.  I don't know.  I was not in the
6   same building for a while.
7       Q.   She was the inventory control manager
8   before the WMI was implemented?
9       A.   Yes.
10      Q.   How important is that job?
11      A.   It's our finances.  It's how we book
12  our inventory each month.  That goes into the
13  bottom line.
14      Q.   How much inventory was Maria
15  Responsible for keeping a count of when she was the
16  inventory control manager?
17      A.   It was 1.5 billion.
18      Q.   That would be important that she did
19  her job correctly as inventory control manager?
20      A.   Yes.
21      Q.   If she made a mistake as inventory
22  control manager how could that negatively effect
23  Souther's business?
24      A.   If you book inventory out we couldn't
25  sell it.  If we booked it out it would show as a

Page 40

K. RANDALL

1
2   loss on the statements.  Her job was to present it
3   to the accounting department of her accountings for
4   the month so they could approve the booking of the
5   inventory.  That was what the meetings were about.
6       Q.   The way that she did her job as
7   inventory control manager had an affect on the
8   financials of Southern Wines and Spirits, correct?
9       A.   Yes.
10      Q.   Did you consider her trustworthy?
11      A.   Yes.
12      Q.   Did she do her job well when she was
13  inventory control manager?
14      A.   Yes.
15      Q.   How long was she the inventory control
16  manager?
17      A.   She was there when I got there.  So
18  2013, I don't know when she started doing it, from
19  2013 to 2018 or '17.
20      Q.   Is there a way to measure the accuracy
21  of inventory?
22      A.   Just track records month to month.  If
23  some cases are gone and next month they show back
24  up again, you are really looking for trends.
25      Q.   Are there any metrics in place that

October 3, 2022

Page 41

K. RANDALL

1          K. RANDALL
2 could be used to determine how well Maria was doing
3 her job when she was inventory control manager?
4          A.  I don't think there is metrics.  There
5 is just profit and loss of the inventory.
6          Q.  When she was inventory control manager
7 were there any attempted thefts of inventory?
8          A.  There was one before my time.  Someone
9 had done some theft but I don't know the name or
10 what happened.
11          Q.  Did she have any role in uncovering
12 that?
13          A.  I have no idea.
14          Q.  In your 17 years at Southern have you
15 ever seen any discrimination against women?
16          A.  No.
17          Q.  Who made the decision to implement WMI
18 on Long Island?
19          A.  It was my decision.  We were the last
20 Southern site to implement WMI.  I had it in
21 upstate for three or four years previously and it
22 was, corporate would like to have that implemented.
23 I was put to the task of implementing it in Syosset
24 was the last DC to do so.
25          Q.  You mentioned there was a learning

Page 42

K. RANDALL

1          K. RANDALL
2 curve for WMI, correct?
3          A.  Yes.
4          Q.  How long -- did you implement WMI in
5 any other facility?
6          A.  Upstate New York.
7          Q.  How long was that learning curve in
8 Upstate New York would you say?
9          A.  Six months probably.  There's a
10 learning curve from everyone from the employees all
11 the way up through the ranks.  So to do so I would
12 bring in help from other sites who have WMI, to
13 teach it.
14          Q.  Do you have any other understanding of
15 what Maria's job was when she was inventory control
16 manager other than what you have already testified
17 to?
18          A.  She would oversee the counters on a
19 daily basis, assigning their counts or their
20 workload.
21          Q.  Did Maria, when I say "Maria," I mean
22 Maria Suarez, did Maria have a reputation for being
23 difficult?
24          A.  No.  It could be a reputation on
25 difficulty in the meetings with the accounting,

Page 43

K. RANDALL

1          K. RANDALL
2 maybe they didn't understand her point of what her
3 job was compared to what they wanted.  I personally
4 never saw it.
5          Q.  Would you describe Maria as quiet?
6          A.  Yes, she be quiet but passionate.
7          Q.  But when she thought she was right
8 about something would she voice it?
9          A.  Yes.
10          Q.  How old was Marie when you transferred
11 from Upstate New York?
12          A.  I have no idea.  Do you know guessing a
13 women's age.
14          Q.  She was at least in her 40's, right?
15          A.  I would guess that you are probably
16 correct in her 40's.
17          Q.  What's her primary language?
18          A.  English.
19          Q.  Do you know if she was born here or
20 born in another country?
21          A.  No.
22          Q.  Does she speak with an accent?
23          A.  Not one that you couldn't understand.
24 I think she does speak Spanish, but, no.
25          Q.  Does she speak with an accent though?

Page 44

K. RANDALL

1          K. RANDALL
2          A.  Maybe a slight one.
3          Q.  What is her background in terms of her
4 education, are you aware of that?
5          A.  No.
6          Q.  Do you know whether or not she has any
7 background in accounting?
8          A.  I do not know.  She was hired before I
9 got there.
10          Q.  Does Southern have a job description
11 for every single employee that works in Syosset?
12          A.  Employees, probably not an employee,
13 but for ever job assignment there should be a job
14 description.
15          Q.  So each employee would have a job
16 description which describes what that employee does
17 even if the employee's name is not on the job
18 description; is that fair to say?
19          A.  We also list any other job otherwise
20 required, yes.
21          Q.  What is the purpose of the job
22 description?
23          A.  Give the employee indication of what
24 they're responsible for.
25          Q.  There any other reasons for having the

Lexitas Court Reporting
800-678-0166

October 3, 2022

Page 45

K. RANDALL

1
2  job description?
3      A.   Not that I can think of.  Everybody is
4  responsible for what they are or what they go to or
5  apply for a position.  They know what they are
6  applying for.
7      Q.   Is there someone at Southern who let's
8  say sweeps the floors?
9      A.   Porters.
10     Q.   Does the porter's job description let
11 them know that they have to sweep the floors?
12     A.   Yes.
13     Q.   Now assume that there is a porter,
14 could the porter's supervisors ask him to drive a
15 truck to make the delivery?
16     A.   No.
17     Q.   Why not?
18     A.   They wouldn't be qualified for the
19 position, first, and, second of all, it wouldn't be
20 under their scope of employment.
21     Q.   Could a foreperson ever be disciplined
22 for refusing to drive a truck?
23     A.   No.
24     Q.   Why not?
25     A.   It is not in their job description and

Page 46

K. RANDALL

1
2  I am sure all discipline goes through the union so
3  I don't see that how we can discipline someone like
4  that.
5      Q.   So is it fair to say that in order to
6  discipline someone for not doing something that it
7  would have to be part of the thing that they were
8  not doing but be part of their job description?
9      A.   Sure.
10     Q.   Let say that you wanted a porter to
11 drive a truck, what would be the process?  Would
12 they have to apply for a driver's position?
13     A.   Yes and get a CDL license to drive it.
14     Q.   Once he gets a CDL license, establishes
15 the qualification, and he is hired, then he can be
16 expected to drive a truck, correct?
17     A.   Yes.
18     Q.   If he doesn't drive a truck or doesn't
19 drive a truck well he can be disciplined for it; is
20 that fair to say?
21     A.   True.
22     Q.   Are there performance evaluations at
23 Southern?
24     A.   For everyone but union employees.
25     Q.   How frequently are these performance

Page 47

K. RANDALL

1
2  evaluation conducted?
3      A.   Yearly.
4      Q.   Why are they done yearly?
5      A.   Annual review of the employees, the
6  work performance and future goals to be set.
7      Q.   Is that pursuant to a company-wide
8  policy?
9      A.   Yes.
10     Q.   But the union people did not get it.
11     A.   Just non-union, yes.
12     Q.   Is there any reason why Southern would
13 not perform an annual performance appraisal of an
14 employee?
15     A.   No.
16     Q.   If you found out that a supervisor was
17 not conducting annual performance evaluations of
18 his staff what would you do?
19     A.   A manager?
20     Q.   Yes.
21     A.   HR would inform me that it wasn't
22 completed, to which time that I would address with
23 that manager that they have to do it.  It is
24 required.
25     Q.   Why?

Page 48

K. RANDALL

1
2      A.   It's part of our annual review that
3  also reflects their pay increases.
4      Q.   Is part of the purpose of the
5  performance review to let the employee know if they
6  were doing a good job?
7      A.   That's the point of it.
8      Q.   It's also important to let them know
9  where they are not doing a so good job so they can
10 improve; is that fair to say?
11     A.   Yes.
12     Q.   They are reviewed based upon their
13 success in fulfilling what is in their job
14 description?
15     A.   In their role with the company, yes.
16     Q.   In their role -- is their role with the
17 company described in the job description?
18     A.   Yes.
19         (Whereupon, a short recess was held.)
20     Q.   Who conducts the performance evaluation
21 of a given employee?
22     A.   The manager.
23     Q.   So for Maria Suarez who would that be?
24     A.   It would have been John Wilkinson.
25     Q.   If you found out that an employee was

12  (Pages 45 to 48)

October 3, 2022

Page 49

K. RANDALL

1  being reprimanded for not doing something that
2  wasn't in their job description what would you do?
3      A.  I would investigate it to see what the
4  claim was.
5      Q.  For example if you had the porter and
6  you found out that the porter was being disciplined
7  for not driving a truck, what would you do?
8      A.  I would stop and discipline him,
9  obviously.
10     Q.  In your mind would that discipline be
11 valid?
12     A.  No.
13     Q.  In your mind would that supervisor have
14 the authority to terminate that employee based upon
15 not doing things that weren't in the employee's job
16 description?
17     A.  No, they couldn't anyway without HR
18 approval.
19     Q.  So before letting someone go you have
20 HR's approval, correct, and who else has to approve
21 it?
22     A.  HR is the top.
23     Q.  Does HR have to get the clearance from
24 in-house local counsels?

Page 50

K. RANDALL

1      A.  My guess is, yes, they have to get the
2  clearance.  Not that I am HR.
3      Q.  Would Elizabeth Toohig know that she
4  needed to get clearance from inhouse counsel to
5  authorize a termination?
6      A.  I would assume that she would.  It
7  always depends on how flagrant the howl is but. . .
8          (Whereupon, Plaintiff's Exhibit 1
9          was marked for identification.)
10     Q.  Have you ever seen this document,
11 Plaintiff's Exhibit 1 for identification, marked
12 for identification.
13     A.  No.
14     Q.  I'd like you to take some time to flip
15 through it.
16     A.  (Witness perusing document.)  I did
17 sign it.
18     Q.  To your knowledge were all of the
19 responses to these interrogatories true and correct
20 at the time that you signed this document?
21     A.  Yes.  I didn't recognize that document
22 on the face but I recognize all the questions.
23     Q.  Let's go to interrogatory number 4.
24     Is says here:  State every reason why

Page 51

K. RANDALL

1  plaintiff was selected for termination as part of
2  the state wide layoff program?
3      I would like you to read the response
4  to yourself and let me know when you are done.
5      A.  Done.  I don't know.
6      Q.  How many employees did Southern have in
7  the State of New York in April of 2018 in total?
8      A.  I am going to have to guess at 1500
9  but. . .
10     Q.  Is that your best approximation?
11     A.  It is including Upstate if you ask for
12 New York State.
13     Q.  Correct.
14     A.  That's 1500 including sales.
15     Q.  In April of 2018 did you have knowledge
16 of Southern profitability in the state of New York?
17     A.  I only know metro numbers.  They don't
18 share the New York State.
19     Q.  How many of the 26 that were selected
20 were from metro?
21     A.  I only know the ones that I have asked
22 to do which I believe was five.  I don't know in
23 any other departments.
24     Q.  You laid off five as part of the

Page 52

K. RANDALL

1  streamlining?
2      A.  Cost reduction at the time.
3      Q.  Correct?
4      A.  Yes.
5      Q.  In Metro New York in April of 2018 how
6  many employees were there?
7      A.  Say there is a thousand total
8  employees.
9      Q.  What was the total cost savings to
10 Metro New York from this reduction in force?
11     A.  I do not know the total number.
12     Q.  In early 2018 how profitable was Metro?
13     A.  I am sure there was a profit, that's
14 why we're in business.  What that total is for New
15 York?
16     Q.  I am not talking about the entire State
17 of New York, for the Syosset facility, Metro New
18 York.  What was Southern's profit from that
19 facility, let's say, in 2018?
20     A.  I don't get those numbers.  I get the
21 operation numbers on the spending.  I am not
22 responsible for the profit of the company for
23 Metro.
24     Q.  Do you have any knowledge what the

13 (Pages 49 to 52)

Page 53

K. RANDALL

1     K. RANDALL
2  profit was from operations in Metro New York
3  Southern in 2018?
4     A.  No, I only do spending.
5     Q.  What was the total spending of Metro
6  New York in 2018?
7     A.  $80,000, $90,000, I'd have to guess, 12
8  million, 53 million for the delivery, another 10,
9  63 million, I am guessing 90 million all in.
10     Q.  What percentage of the 90 million was
11  due to payroll?  How much of the 90 million was
12  payroll expenses?
13     A.  I don't have those numbers in front of
14  me.
15     Q.  What's your bet approximation?
16     A.  Around 35 percent in payroll.
17     Q.  So it would be approximately 32 million
18  give or take?
19     A.  Yes.
20     Q.  These are best guesstimates.
21       Who began the statewide layoff program?
22     A.  I don't know.  I am guessing it came
23  down from corporate and I got my part of the
24  assignment which was the five.  I don't know who
25  the other 20-something people were.

Page 54

K. RANDALL

1     K. RANDALL
2     Q.  Did laying off the five have any
3  material affect on the finances of the operations
4  of the Metro New York warehouse?
5     A.  I'm sure it did.  To what degree it was
6  part of a project that they gave me to do.  I
7  didn't take it lightly.  It was a terrible thing to
8  have to do.  What that netted out, I do not know.
9     Q.  For Metro New York was already
10  profitable in 2018, correct?
11     A.  Should be, yes.
12     Q.  Laying off the five would make it more
13  profitable; is that correct?
14     A.  Yes.
15     Q.  Is Southern a privately owned company?
16     A.  Yes.
17     Q.  Who owns it?
18     A.  The Chaplin family.
19     Q.  What are the gross sales of the
20  Southern on a national basis?
21     A.  Again, somebody has that information.
22  It's a lot, yes, we sell a lot of booze, yeah.  But
23  they don't share that kind of stuff at my level.
24     Q.  Can you approximate -- you know how
25  much the inventory is valued, correct, in the

Page 55

K. RANDALL

1     K. RANDALL
2  Syosset facility; is that fair to say?
3     A.  Yes.
4     Q.  How many times per year do you turnover
5  that inventory completely?
6     A.  Four times a year.
7     Q.  So it's fare to say that the total
8  gross sales of wine and liquor out of the Syosset
9  facility is approximately six billion dollars a
10  year?
11     MS. CABRERA:  Objection.
12     MR. MOSER:  I'm just looking for
13    an approximation.
14     MS. CABRERA:  That's a huge
15    approximation guess that you are asking
16    him.  I told you several times that he
17    doesn't know a number and I know he is
18    being helpful in trying to give it to you.
19     A.  Accounting handles all of that stuff to
20  corporate. I don't get involved in the sales or
21  income.
22     Q.  In any case, in your best
23  approximation, inventory turns over approximately
24  four times a year?
25     A.  Yes.

Page 56

K. RANDALL

1     K. RANDALL
2     Q.  When inventory turns over it means that
3  that product is either sold or wasted, correct?
4     A.  One or the other.
5     Q.  What is the percentage of waste or
6  loss?
7     MS. CABRERA:  Objection.  Per year
8    in total?
9     MR. MOSER:  Per year.
10     A.  Two to three million, the loss
11  breakage.
12     Q.  Aside from being given instructions to
13  layoff five individuals did you receive any other
14  instructions in terms of cost savings?
15     A.  Just the program to eliminate
16  positions.
17     Q.  Other than Maria Suarez do you know the
18  name of any other individuals who were terminated
19  as part of the statewide layoff program at Syosset?
20     A.  I know all of them.
21     Q.  Who were they?
22     A.  Larry Callahan, Larry Lapenzino, don't
23  ask me to spell it.  Sal, forgive me for the last
24  name -- I do not know Sal's last name.  Linda
25  Lendenbriere and Maria Suarez.

14  (Pages 53 to 56)

October 3, 2022

Page 57

K. RANDALL

1        K. RANDALL
2        Q.   How old was Larry Callahan when he was
3   laid off as part of the statewide program?
4        A.   I am going to guess he was 55.  Again,
5   just guessing.
6        Q.   I don't want you to guess.  If that is
7   your best approximation?
8        A.   That's my best approximation.
9        Q.   And Larry Lapenzinski what was his
10  approximate age when he was laid off?
11       A.   Around 45.
12       Q.   How about Sal?
13       A.   Maybe 40.
14       Q.   Linda?
15       A.   I am going to have to guess 40 as well.
16  I am not going to guess a woman's age.  Those were
17  all just guesstimates.  I don't have those facts.
18       Q.   How many employees were hired to work
19  at the Syosset facility in 2018?  How many
20  employees were working there that were hired in
21  2018?
22       A.   I do not have the information.
23       Q.   Do you know if it was more or less than
24  10?
25       A.   I would say it's no more than 10.  We

Page 58

1        K. RANDALL
2   don't do a lot of hiring.
3        Q.   Who would know how many people were
4   hired in 2018 at the Syosset facility.
5        A.   It would have to come from the human
6   resources, run a report.
7        Q.   Would Elizabeth Toohig know that for
8   2018?
9        A.   She may have knowledge of it.  I don't
10  know that she has it today but she may be the one
11  that knows.
12       Q.   Do you know Dina Wald Margolis?
13       A.   I know Dina.
14       Q.   Does she work for Southern?
15       A.   No.
16       Q.   When was the last time that she worked
17  for Southern?
18       A.   If I started in 2017, she may have been
19  gone by '16 -- 2013, she may have been gone by '16.
20  I am just guessing.  I know she went someplace
21  else.
22       Q.   Do you know where she went?
23       A.   No.
24       Q.   Were you involved in the decision to
25  select Maria Suarez?

Page 59

1        K. RANDALL
2        A.   Yes.
3        Q.   Was anyone else involved in making that
4   selection?
5        A.   No.
6        Q.   How did you select Maria?
7        A.   The same as I did all the individuals.
8   It was a very daunting task to do.  Two criteria
9   is, one possible job performance, and but overall
10  what positions could be eliminated and were not
11  being replaced to keep the company going.
12       Q.   Were the payroll expenses at Southern
13  higher in the end of 2018 in Syosset then they are
14  in the beginning of 2018?
15       A.   I am sure they were.  As the annual
16  raises happen in November of every year for the
17  union.
18       Q.   Did you receive a raise in 2018?
19  Again, I don't want to know the amount but did you
20  receive a raise in 2018?
21       A.   I assume so, yes, without going back, I
22  think that's normal.
23       Q.   Did the other managers at Southern in
24  Syosset receive raises in 2018?
25       A.   Management get raises in the first

Page 60

1        K. RANDALL
2   quarter of the year.  The union gets their raises
3   at the end of the year, November.
4        Q.   What's the typical percentage increase
5   for let's say managers?
6        A.   It is 3 percent is an average.
7        Q.   So do you have any idea this was an
8   initiative to save money?
9        A.   Yes.  Yes, I believe so.  What else
10  could it be.
11       Q.   Was there any instructions as to how
12  much money you had to save?
13       A.   No.
14       Q.   You just had to eliminate any five
15  people; is that fair to say?
16       A.   That was my assignment.
17       Q.   It could have been anyone at the
18  company?
19       A.   Yes.
20       Q.   Did you receive any other instructions
21  other than just having to eliminate five people
22  from payroll?
23       A.   To make sure that the department can
24  run efficiently without these five, of course it
25  had to be sent to the HR for final approvals and

15  (Pages 57 to 60)

October 3, 2022

Page 61

K. RANDALL

1    K. RANDALL
2    probably to corporate for overall evaluation.
3         Q.   Could you have eliminated a union
4    employee?
5         A.   No, not a steady worker.
6         Q.   How many non-union employees were there
7    that you could select to be part of the layoff?
8         MS. CABRERA:  Select from?
9         MR. MOSER:  Correct.
10        A.   Around 20, 25.  Twenty-five non-union
11   employees.
12        Q.   What was the lowest paid employee among
13   the 25?
14        A.   I do not recall.
15        Q.   What was the highest paid employee
16   among the 25?
17        A.   Who was it?
18        Q.   The person that was paid the least
19   among the 25, how much was that person paid?
20        A.   Around $60,000, again, an estimate.
21        Q.   And the person who was paid the most
22   among those 25?
23        A.   Around $90,000.  That's salary, not all
24   in.
25        Q.   There is also fringe benefits,

Page 62

K. RANDALL

1    K. RANDALL
2    retirement, those types of things?
3         A.   Yes.
4         Q.   Were you involved at all in giving
5    Maria Suarez the position of WMI administrator?
6         A.   Yes.
7         Q.   Can you describe your role in that?
8         A.   Coming from Upstate New York, where I
9    had WMI experience laid out, we had an inventory
10   control manager or inventory control administrator.
11   Following that suit, when we went to the WMI, we
12   posted for a manager and we posted for
13   administrator, so I would be on similar lines of
14   what I was use to and what Upstate New York ran.
15        We posted the two jobs.  Maria and
16   Tonisha Durant applied for the inventory control
17   manager and they were both inventory control
18   managers at the time.  Tonisha was inventory
19   control manager in the accounting department in
20   2013.  Maria was inventory control manager in the
21   warehouse.  With WMI you don't have to have these
22   meetings all the time every month.  As the
23   information flows through the scan guns and through
24   the counts.
25        After interviewing the two individuals

Page 63

K. RANDALL

1    K. RANDALL
2    Tonisha had the best qualification to understand
3    the accounting piece of it to where this
4    information was flowing, where Maria was best fit
5    for the inventory control counting piece where she
6    had been placed and the decision was made to make
7    Tonisha the manager and spoke to Maria about being
8    the administrator.
9         Q.   When Maria was made the administrator
10   was she still the manager?
11        A.   As an administrator she still
12   supervised people, manage, supervisor, however you
13   want to say it, she was still in charge of
14   instructing employees what to count and when to
15   count it.
16        Q.   Did she have the authority when she
17   became the administrator to supervise the other
18   employees to tell them what to do?
19        A.   The inventory control team, yes.
20        Q.   Who was in the inventory control team
21   at that time?
22        A.   Ena Scott, Tatiana Herdocia and, I
23   believe, Justin Vay.  There could have been another
24   one, I am not sure.
25        Q.   Is Justin Vay still employed by

Page 64

K. RANDALL

1    K. RANDALL
2    Southern?
3         A.   Yes.
4         Q.   What is his job title?
5         A.   Inventory control counter.
6         Q.   Ena Scott and the other cycle counters
7    as well?
8         A.   Yes.
9         Q.   Who do they report?
10        A.   Who did they?
11        Q.   Who do they report to today?
12        A.   Tonisha.
13        Q.   When you decided which five to
14   eliminate how did you do that?
15        A.   Again, based on need to have the
16   business flow without five people which is not an
17   easy task to do.  The first step was who can be
18   eliminated and we can continue business the way it
19   was.  Since John Wilkinson was in charge of the
20   warehouse he could assume the responsibilities of
21   the counters without Maria.  So that was one of the
22   determining factors as to how that process could
23   continue.
24        Q.   Was anyone besides you involved in the
25   process of selecting these five?

16 (Pages 61 to 64)

Page 65

K. RANDALL

1          K. RANDALL
2      A.   No.
3      Q.   Did you keep any records regarding how
4   you made this decision?
5      A.   No.
6      Q.   Did you have any emails with anyone
7   else at Southern regarding how you made this
8   decision?
9      A.   If I did it would have been with John
10  Wilkinson, the director of operations.  Obviously,
11  he had to be assuming some of this role.
12     Q.   Is it fair to say that if we don't have
13  any emails regarding how these people were selected
14  that you did not send any to John Wilkinson?
15     A.   I am sure I sent something though.
16  Even though I was the sole responsible person to
17  make the selection, I would not have done that just
18  by myself without asking others.
19     Q.   Did you rely on John's advise or input
20  in selecting Maria?
21     A.   As in all of these people reported to
22  John, so, yes, I would have had to had some back
23  and forth email or verbal.
24     Q.   But you're sure that there was at least
25  one email between you and John regarding the

Page 66

K. RANDALL

1          K. RANDALL
2   selection of these people?
3      A.   Email or verbal.  You're asking me if
4   emailed John, I assume that I did, but he had been
5   part of the process.
6      Q.   How much did you rely on him in terms
7   of selecting these five?
8      A.   I relied on John to make sure that the
9   work could be performed without these five people,
10  since they all reported to the operations.  So I
11  relied on him to tell me that it could continue.
12     Q.   Did John select the five?
13     A.   No.
14     Q.   Did you ask John -- can you tell me
15  everything that you remember about the
16  conversations or emails that you had with John
17  about selecting the five?
18     A.   Without seeing an email from five years
19  ago, it had to be based on performance, like I
20  said, as well as who could do the job of the
21  remaining people in the warehouse.  Get rid of one
22  person who was going to be doing that job.  I had
23  to be comfortable with that.
24     Q.   In determining who could do the job and
25  which position could be eliminated did you rely on

Page 67

K. RANDALL

1          K. RANDALL
2   John for that information?
3      A.   I relied on him to help me with that
4   process so I would not know that.
5      Q.   If Maria was selected John would have
6   had input into that?
7      A.   He would have had input as to who was
8   going to do the job, yes.
9      Q.   He would have input into the selection
10  of her as one of the five?
11     A.   Yes, he would have had input.
12     Q.   Do you have any communications between
13  you and anyone regarding how these five individuals
14  were selected?
15     A.   Can you repeat the question?
16     Q.   Do you have any emails or were there
17  any emails between you and anyone else at Southern
18  regarding how these five people were selected?
19     A.   I want to assume there had to be an
20  email between Ray Kohn, my direct report to and
21  Beth Toohig, human resources.  There had to be some
22  kind of communication.  What that was I can't tell
23  you.
24     Q.   Did Maria continue to have supervisory
25  authority until the time that she separated from

Page 68

K. RANDALL

1          K. RANDALL
2   employment with Southern?
3      A.   Yes.
4      Q.   Over whom?
5      A.   Over the cycle counters.  There is
6   three or four.
7      Q.   Did anyone ever take away Maria's
8   supervisory authority while she was at Southern?
9      A.   No, how else would they get their work.
10     Q.   I know this probably doesn't need to be
11  said, but might need to be said, we know certain
12  things that are not on the record, such as that
13  John Wilkinson is no longer with us, he passed
14  away, correct?
15     A.   Yes.
16     Q.   When did he die?
17     A.   Around 2019/2020.
18     Q.   Approximately?
19     A.   I am guessing, approximately.
20     Q.   At some point was John Wilkinson
21  selected as part of the layoff?
22     A.   No.
23     Q.   Was Maria Suarez an exempt employee,
24  was she paid a salary?
25     A.   Yes, she was.

17 (Pages 65 to 68)

October 3, 2022

Page 69

K. RANDALL

1
2    Q.   Why was she paid a salary rather than
3    hourly?
4    A.   In generalization, nonunion people are
5    hourly in our building, and everyone else being a
6    management or supervisory or be able to issue work
7    becomes exempt.
8    Q.   The nonunion staff are exempt managers;
9    is that fair to say?
10   A.   And supervisors.
11   Q.   The nonunion staff are exempt managers
12   and supervisors; is that fair to say?
13   A.   Fair.
14   Q.   Did Maria Suarez have an office?
15   A.   She did.
16   Q.   Where was her office located?
17   A.   First floor of the 345 warehouse
18   building.
19   Q.   Did she have a chair and a computer?
20   A.   Yes.
21   Q.   Did she have that office until she
22   separated from employment?
23   A.   No, I believe that she was struggling
24   with some of the WMI work that was being -- had
25   changed her way of working.  I believe John moved

Page 70

K. RANDALL

1
2    her to the blue room, we call it, because it's the
3    color blue where supervisors have computers set up
4    and you're closer to your people.
5    Q.   Do you know when he did that?
6    A.   No.
7    Q.   Do you know why he moved her in the
8    blue room?
9    A.   I think because she needed more -- why?
10   Probably because she needed to be closer to her
11   people, to help them, educate them on how to get
12   the job performed.
13   Q.   How would that get her closer to the
14   people being in the blue room?
15   A.   Because the blue room is right in the
16   middle of the warehouse.  Everyone is right there.
17   You can identify problems, talk to other people and
18   the counters are in the warehouse most of the day.
19        (Whereupon, Plaintiff's Exhibit 2
20        was marked for identification.)
21   Q.   Did you recognize that document?
22   A.   I do not.
23   Q.   Have you ever seen that document before
24   today?
25   A.   Not like this.

Page 71

K. RANDALL

1
2    Q.   Have you seen it anywhere else?
3    A.   Not laid out like this.
4    Q.   Do you recall seeing it laid out in any
5    other type of fashion?
6    A.   I did not do this.  I did not see it.
7    Q.   Do you know who prepared this?
8    A.   No.
9    Q.   Do you know why this was prepared?
10   A.   It looks like it's a detailed job
11   description prepared.
12   Q.   For whom?
13   A.   For what individual?
14   Q.   Yes.
15   A.   Since we're talking about Maria Suarez,
16   I'm going to assume that's it.  To cycle count
17   every day.  Maybe a way to identify her job in the
18   WMI world.
19   Q.   Do you believe that is accurately the
20   description of Maria Suarez' job duties as WMI
21   administrator?
22   A.   This looks like the procedures in place
23   to help her reconcile the books at the warehouse
24   level.  But not a full complete detailed list, no.
25   Q.   What's missing from that?

Page 72

K. RANDALL

1
2    A.   Her assigning the cycle counts to the
3    three or four cycle counters that we have in the
4    warehouse and where they are assigned to daily.  It
5    says cycle count every day.  It doesn't state it to
6    assign it to someone but that is what it would have
7    referred to.
8    Q.   If she was supposed to assign someone
9    to cycle count every single day and that person did
10   not cycle count every single day who would be
11   responsible for that?
12   A.   She would know because her counts
13   wouldn't be prepared if she couldn't do the rest of
14   the reconcilement.  Which is the reconcilement
15   report is done every day to review and fix all
16   items.
17   Q.   Who would be responsible to do the
18   cycle count every day if Maria assigned it to
19   another employee?
20   A.   She would be.
21   Q.   Maria would be responsible for that?
22   A.   To have them do it.
23   Q.   Let's say the employee did not do the
24   cycle count as she requested, would Maria be
25   responsible for that?

18 (Pages 69 to 72)

October 3, 2022

Page 73

K. RANDALL

1         K. RANDALL
2       A.   She would be responsible and held
3   accountable with her direct manager.
4       Q.   Would the employee who did not do the
5   cycle count be held responsible?
6       A.   They should, yes, if they don't do what
7   she asked them to do.
8       Q.   If a manager gives a direct instruction
9   to an employee to do something and that employee
10  blatantly refuses to do it and, therefore, it's not
11  done and the manager reports that to you, do you
12  discipline the manager for that?
13      A.   No.
14      Q.   Who did you discipline?
15      A.   If goes to HR as part of an
16  investigation as to what the instructions were and
17  did the employee refuse to do an assigned job.
18      Q.   So besides Maria's supervisory
19  responsibilities is anything else missing from this
20  particular document and, again, I am referring to
21  the Plaintiff's Exhibit 2?
22      A.   She reconciled, she ensured that
23  everything was put in place.  That they cycle
24  counted every day.  That she did the wave
25  management and reconciled the report each and every

Page 74

K. RANDALL

1         K. RANDALL
2   day and fixed the items as they appeared.
3            MR. MOSER:  Please read back the
4         question.
5            (Whereupon, the referred to
6         question was read.)
7       A.   Not that I can see.
8       Q.   Were you responsible for drafting Maria
9   Suarez' job description as a WMI administrator?
10      A.   No.
11      Q.   Were you the one that WMI
12  administrator?
13      A.   No.
14      Q.   Who determined what Maria's
15  responsibilities would be as WMI administrator?
16      A.   It would be her direct supervisor, John
17  Wilkinson.
18      Q.   Who determined what Tonisha Durant's
19  responsibilities would be as WMI inventory control
20  manager?
21      A.   I would, she reported directly to me.
22      Q.   At what point did Tonisha Durant begin
23  reporting directly to you?
24      A.   When she assumed the role of inventory
25  control manager in 2018 whenever it was.

Page 75

K. RANDALL

1         K. RANDALL
2       Q.   At that time that she became inventory
3   control manager you determined what her
4   responsibilities would be, correct?
5       A.   They were the same as what she was in
6   accounting.  Now, rather than meet monthly, was all
7   rolled up into one communication from her to
8   accounting.
9       Q.   So Tonisha Durant was doing the same
10  thing in her new role as WMI inventory control
11  manager?
12      A.   No.
13      Q.   How did her role change?
14      A.   Her role did not change.  Her role came
15  from the accounting where she used to work and she
16  applied to this position to become the inventory
17  control manager.  She is the communicator between
18  the accounting and the warehouse.  She remained
19  that constant.
20      Q.   Did her responsibilities change at all
21  when she became WMI inventory control manager?
22      A.   Just the way that she got the
23  information.
24      Q.   How did that change?
25      A.   It's instead of physically counting the

Page 76

K. RANDALL

1         K. RANDALL
2   cases, everything was done with a scan gun and fed
3   through the system.
4       Q.   Was there a redundancy for some period
5   of time meaning that you kept both systems in place
6   for some period of time?
7       A.   I think there is a learning curve.  Not
8   a redundancy but we stopped doing the physical
9   counts when we went to this new scan gun procedure
10  and how we check everything and reconcile.
11           (Whereupon, Plaintiff's Exhibit 3
12        was marked for identification.)
13      Q.   I am going to show you what has been
14  marked as Plaintiff's Exhibit 3 and it's on the
15  bottom Bates stamp SGWS 000895.  I would like you
16  to take a movement to look at that document.
17      A.   (Witness perusing document.)  Okay.
18      Q.   Have you ever seen this document before
19  today?
20      A.   I am sure that I have.
21      Q.   It says here hiring manager Kevin
22  Randall.  What does that mean "hiring manager,"
23  what does that signify?
24      A.   It signifies that everything kind of
25  goes through me as the vice-president of operations

19  (Pages 73 to 76)

October 3, 2022

Page 77

K. RANDALL
1
2  as we're going into a new system.
3      Q.  The history below that on the first
4  page, can you explain what that means?
5      A.  Just the approval process that looks
6  like where Dina posted the position, everybody
7  approved it, from the general manager to the HR to
8  my boss and to myself.
9      Q.  So let's go to the second page where it
10  says January 27th of 2016.  Do you see that on top,
11  the requisition duplicated?
12      A.  Yup.
13      Q.  When it says "created" they created a
14  job opening?
15      A.  Looks like they created a duplication
16  of a different job, which is probably the one that
17  I had Upstate.
18      Q.  Did you approve this job description?
19      A.  I did.
20      Q.  Was this job description for Maria
21  Suarez?
22      A.  I don't recall if we did this
23  afterwards, no.  We had to have both positions to
24  begin with, I believe, that we had to post the
25  position for inventory control manager and WMI

Page 78

K. RANDALL
1
2  administrator at the same time.
3      Q.  Was Maria Suarez hired as the WMI
4  administrator?
5      A.  Yes, she was.
6      Q.  Was she hired in that particular
7  position?
8      A.  She was.
9      Q.  Is this job description for Maria
10  Suarez?
11      A.  For her position?
12      Q.  Yes.
13      A.  That would be what it is for, yes.
14      Q.  Did Southern present this to
15  Ms. Suarez?
16      A.  I do not recall how they presented it.
17  I presented it personally to her.  Not this
18  particular job itself.  I talked to her about this
19  job.
20      Q.  Did you present to her a job
21  prescription?
22      A.  No.
23      Q.  You just talked to her about the job?
24      A.  I spoke to her about not getting the
25  inventory control manager job and I thought that

Page 79

K. RANDALL
1
2  this job would be something that she would be
3  interested in.  It was what she does today.  It was
4  what she was doing.
5      Q.  We talked earlier about performance of
6  job descriptions, correct?
7      A.  Yes.
8      Q.  Did you ever present Maria with the
9  written job description informing her what she was
10  suppose to do or did you just tell her?
11      A.  My part of it was meeting with her.  I
12  do not recall giving her a job description.  It
13  could have happened.  I don't recall.  It was a few
14  years ago.  I do recall --
15      Q.  Does this document fairly and
16  accurately describe Maria's job?
17      A.  Sure.  I would say so.  I read through
18  it.  She trains and overseas, analyses, helps
19  people, trains the local staff.
20      Q.  Is there anything on this document that
21  is inaccurate or incorrect or does not describe
22  what Maria Suarez' job was?
23      A.  I don't see anything.
24      Q.  Was she inspected to do everything that
25  was on her job description?

Page 80

K. RANDALL
1
2      A.  Yes.
3      Q.  Did she have the qualifications in your
4  mind to do everything that was on her job
5  description?
6      A.  Yes.
7      Q.  What did you verbally explain to Maria
8  regarding this job?
9      A.  We have this position Upstate.  It's
10  required down here for WMI.  I thought she would be
11  a good fit for this.  She knows everything to do in
12  the warehouse setting and so I encouraged her to
13  consider this position.
14      Q.  How important was the position of WMI
15  administrator?
16      A.  It's very important.
17      Q.  What were the risks to Southern if the
18  WMI administrator did not do his or her job
19  correctly?
20      A.  We're not going to go back and take the
21  system back, it had to be implemented, so it was up
22  to this person to understand the system, train the
23  employees, train her team and what was required of
24  them, and reconcile the inventory on the floor
25  daily, very important.

20  (Pages 77 to 80)

October 3, 2022

Page 81

K. RANDALL

1        K. RANDALL
2        Q.   What would be -- what could be the
3    negative consequences to Southern if Maria did not
4    perform her job correctly as the WMI administrator?
5        A.   The inventory would have been
6    upsidedown.
7        Q.   That would have affected the
8    financials?
9        A.   Sure would.
10       Q.   Does that affect the amount of
11   insurance that has to be purchased on the
12   inventory?
13       A.   I don't know how that could really or
14   what happens to inventory if it has huge swings,
15   misses 100 cases today, you find it next week, you
16   go back and forth.  For insurance purposes or for
17   bank purposes, it is that comfort level that we
18   have it under control.
19       Q.   It this a heavily regulated industry;
20   beer and wine distribution?
21       A.   Yes, on how we sell and who we sell to.
22       Q.   Are there any regulations that you're
23   aware of regarding how the inventory is stored?
24       A.   No.  Mostly on the sales side, State
25   Liquor Authority.

Page 82

K. RANDALL

1        K. RANDALL
2        Q.   What would be the risk to Southern if
3    Maria made a mistake as the WMI administrator?
4        A.   If the cases were missing, if it came
5    time to sell it, it wouldn't sell in the system,
6    loss of sales.
7        Q.   Does Southern hire based upon merit?
8        A.   I think that plays a big part in it.
9        Q.   As the manager is it your job to
10   protect to Southern's interests?
11       A.   Sure.
12       Q.   As a manager is it your job to hire the
13   most qualified person for any particular job?
14       A.   Yes.
15       Q.   In your mind as a manager do you hire
16   most qualified individuals to perform any
17   particular job?
18       A.   Yes.
19       Q.   When you hired Maria Suarez into the
20   WMI administrator position did you believe that she
21   was the most qualified person to do that job?
22       A.   She was.
23       Q.   What made her best qualified to do that
24   job?
25       A.   She worked in the warehouse every day

Page 83

K. RANDALL

1        K. RANDALL
2    alongside of all of those people and her team and
3    nothing in this new world was going to change.
4    That was all going to stay the same.  It was just
5    how we reported to accounting and to corporate in
6    your results and I felt that she had a great grasp
7    how that reported internally and how she performed.
8        Q.   Is there any other reason that you
9    believe that she was the best qualified person for
10   the WMI administrator position?
11       A.   I don't know what else there would be.
12   She wanted the other job and I felt this was a
13   better fit for her.
14       Q.   Besides what you already mentioned is
15   there anything else that you believe made her the
16   best qualified person for the WMI administrator
17   position?
18       A.   Not that I can recall.
19       Q.   Where was your office located?
20       A.   My career started at 313 and a few
21   years afterwards I moved over to 345 to move closer
22   to where everyone would be, I felt detached.
23       Q.   When did you move your office from 313
24   to 345?
25       A.   Right around the time of this WMI go

Page 84

K. RANDALL

1        K. RANDALL
2    live I would say.
3        Q.   How many square feet is the warehouse
4    again?
5        A.   It is 375.
6        Q.   Is that 375,000 square feet?
7        A.   Yes.
8        Q.   Did you ever observe Maria in the
9    performance of her duties?
10       A.   No, I don't really go to the warehouse
11   a lot.
12       Q.   Who primarily observed Maria in the
13   performance of her duties as WMI administrator?
14       A.   John Wilkinson but during goal line we
15   had many people come in and try help us to get
16   organized on how to perform.  Part of the people
17   were from other locations.
18       Q.   Did you ever directly supervise Maria?
19       A.   No.
20       Q.   Did you ever observe her directly in
21   the performance of her duties?
22       A.   In her meetings, when we sat with
23   accounting and I could directly observe her
24   communicating with accounting.
25       Q.   That was when she was inventory control

21  (Pages 81 to 84)

Page 85

K. RANDALL

1
2   manager, correct?
3       A.   Yes.
4       Q.   Once she became the WMI administrator
5   she was no longer involved in those monthly
6   meetings?
7       A.   There was no monthly meetings.
8       Q.   Other than at the meetings that you
9   attended when she was still inventory control
10   manager, did you ever personally observe Maria
11   Suarez in performance of her duties?
12      A.   I'm sure I did.  I am in that warehouse
13   not a lot, but I do walkthrough that warehouse.
14      Q.   Do you recall anything in particular?
15      A.   I recall her being in the blue room.  I
16   recall when they moved her into the blue room.
17      Q.   Do you recall anything else specific
18   about that other than the fact that she was moved
19   to the blue room?
20      A.   No.
21      Q.   Did you rely on information from your
22   subordinates to determine how Marie was doing?
23      A.   Sure.
24      Q.   Who did you rely on?
25      A.   John Wilkinson for one and then we had

Page 86

K. RANDALL

1
2   people from our Upstate New York location come down
3   here and help train her and I relied on that
4   feedback on how she was doing.
5       Q.   Who from upstate did you rely on in?
6       A.   Melissa Johnson, I believe that her
7   name is.  I think that she got married.
8       Q.   Did you rely on anyone else's input in
9   regard to how Maria was doing?
10      A.   I am sure there was others from other
11   sites.  I am not sure of their names now.  To
12   instruct her the two main people were John and
13   Melissa.
14      Q.   Were you ever present when John or
15   Melissa gave training to Maria?
16      A.   Maybe, I don't recall it.  I don't get
17   it at that level, so I don't really know.
18      Q.   Were you ever present at any meeting in
19   which Maria was reprimanded or disciplined?
20      A.   I'm going to say that I probably was.
21   I know they put her on PIP which is a Performance
22   Improvement Plan.  I would have to assume and,
23   again, it's five years ago, I have to assume that
24   probably at some point that was in my presence
25   during that PIP.

Page 87

K. RANDALL

1
2       Q.   Do you recall anything regarding that
3   meeting?
4       A.   No.
5       Q.   Besides relying on information from
6   John Wilkinson and Melissa Johnson regarding how
7   Maria was doing in the WMI administrator position
8   did you rely on anyone else to inform you on how
9   she was doing?
10      A.   No, these tasks are pretty at hand with
11   the warehouse.  So because John was in a charge of
12   all the warehousing, I'd have to assume that he
13   would be the one that let me know, with the
14   training Melissa.  Did Tonisha give me some
15   information maybe that her books were being
16   balanced upstairs?  I don't recall if that ever
17   happened.
18      Q.   It could have been Tonisha Durant as
19   well?
20      A.   It could have been.  We're all part of
21   that inventory.  I can't recall that specifically.
22      Q.   Did Tonisha Durant report directly to
23   you?
24      A.   Yes.
25      Q.   Did John Wilkinson report directly to

Page 88

K. RANDALL

1
2   you?
3       A.   Yes.
4       Q.   Did Maria Suarez report directly to
5   you?
6       A.   No.
7       Q.   How many supervisors conduct a
8   performance evaluation?
9       A.   Fifteen or 20 that we have.
10      Q.   But for any given employee is there
11   performance evaluation done by their supervisor?
12      A.   Manager, yes.
13      Q.   So Maria didn't have a supervisor.
14   Maria had a manager, correct?
15      A.   Yes.
16      Q.   The manager was John Wilkinson; is that
17   fair to say?
18      A.   Correct.
19      Q.   Did Maria have more than one
20   supervisor?
21      A.   No.
22      Q.   Whose direction was she required to
23   follow?
24      A.   John's.
25      Q.   Was she required to follow anyone

Page 89

K. RANDALL

1  else's instructions other than John?
2      A.   No, not directly.  But indirectly I
3  suppose if someone was trying to train her.
4      Q.   Would John determine who was training
5  her or you?
6      A.   John.  Maybe my input.  Obviously John
7  didn't know how to do this system either.  It was
8  new to everyone.  We needed outside information to
9  come in.  There was no expert in it.
10     Q.   Do you recall any information that
11 either John Wilkinson gave you about Maria Suarez
12 and how she was performing her duties as the WMI
13 administrator?
14     A.   I am sure that emailed me and said is
15 that she was failing in certain areas, I'm sure.
16     Q.   Do you have any specific recollection
17 of what he was telling you?
18     A.   Not what it was but I do believe that
19 probably lead her to the PIP plan, the Performance
20 Improvement Plan.  Let's put her on a plan to see
21 if we can right the ship.
22     Q.   Did John Wilkinson ever talk to you
23 about Maria Suarez, I am not talking to you about
24 an email somewhere, did he ever talk to you about

Page 90

K. RANDALL

1  Maria Suarez and how she was doing as the WMI
2  administrator?
3      A.   I am sure that he did.
4      Q.   Do you recall any of those
5  conversations?
6      A.   Maybe she was being difficult at times
7  in learning or absorbing what was being taught to
8  her.  I don't recall the exact conversation.
9      Q.   How about Melissa Johnson, did Melissa
10 Johnson ever talk to you about Maria Suarez'
11 performance and I am not talking about in an email,
12 I'm talking about verbally did Melissa Johnson talk
13 to you?
14     A.   I'm sure that she did.
15     Q.   Do you recall anything that she said?
16     A.   She was getting road blocks along the
17 way and I believe that she also emailed that to me.
18     Q.   Did John Wilkinson have the authority
19 to take away Maria Suarez' supervisory authority
20 over the inventory control clerk?
21     A.   I guess he would.
22     Q.   You created her job description,
23 correct?
24     A.   Right.

Page 91

K. RANDALL

1      Q.   You gave her the authority over the
2  inventory control clerk?
3      A.   Yes.
4      Q.   Did John Wilkinson have the authority
5  to change that and take away her supervisory
6  responsibility?
7      A.   Did he have the authority to?  I would
8  have to guess he had the authority.  I would have
9  to guess he would have to ask me first but the
10 authority is she was his direct report.
11     Q.   When her supervisor authority changed
12 would that have been reflected in the job
13 description?
14     A.   It would have been passed by me first.
15     Q.   Did anyone ever ask you about taking
16 away Maria Suarez' supervisory authority?
17     A.   No.  I wouldn't let that happen.  It's
18 part of what I needed her to do.
19     Q.   If John Wilkinson had taken away her
20 supervisory authority what would you say to him?
21     A.   I would ask him why, there has to be a
22 reason.
23     Q.   Would you ask him why he didn't get
24 your approval?

Page 92

K. RANDALL

1      A.   That would have been the next stop too.
2  That's another conversation.
3      Q.   Do you know whether John and Maria's
4  relationship changed at all over the years?
5      A.   I always thought that they got along
6  very well is what I always thought from perception.
7  I know during WMI the learning curve was tough.
8  Everybody was trying to grasp the system.  I always
9  thought they got along very well for a working
10 relationship.  He was very supportive of her.
11     Q.   You would say that John Wilkinson was
12 very supportive of Maria?
13     A.   Yeah, he tried to help.
14         (Whereupon, Plaintiff's Exhibit 4
15 was marked for identification.)
16     Q.   Plaintiff's Exhibit 4 for
17 identification, Cycle Counting Daily Procedure.  I
18 am showing you document that has been marked as
19 Plaintiff's Exhibit 4, bearing Bates stamp SGWS 00
20 1447, it is a two-page document.  Have you ever
21 seen that before?
22     A.   (Witness perusing document.)  Not that
23 I can recall.
24     Q.   Do you know what this is?

23  (Pages 89 to 92)

October 3, 2022

Page 93

K. RANDALL

1
2    A.   John put this together.  A daily
3    procedure to get the counts down to try to organize
4    the department.
5        Q.   Do you know who this was intended for?
6        A.   My guess is for Maria and her whole
7    team.  Since they are the only ones in there, that
8    would be a good assumption.
9        Q.   If John required Maria to be on the
10   floor at the warehouse cycle counting do you
11   believe that that would have been part of her job
12   responsibilities and something that she should have
13   been doing?
14       A.   No.
15       Q.   If John was reprimanding her for not
16   cycle counting correctly is that something that you
17   would approve of?
18       A.   No.  He would be referring to her
19   people counting.
20       Q.   Maria was laid off as part of that
21   Statewide Cost Savings Program, correct?
22       A.   Yes.
23       Q.   Until she was laid off did you consider
24   her position to be an essential part of your team
25   in your structure?

Page 94

K. RANDALL

1
2        A.   I had a WMI administrator at Upstate,
3    so, yes, I felt that was a structure that was
4    needed to introduce WMI in Metro New York.
5        Q.   I am going to ask you to turn to the
6    job description again, which is -- I would like you
7    to turn to the description and I'll read it into
8    the record.  "The administrator will act as a
9    functional resource for supporting Southern Wines
10   Manhattan software WMI series.  The candidate will
11   assist to configure, operate, train, oversee and
12   analyze our WMI and operations functions to achieve
13   project objectives, to ensure smooth start up, and
14   transition by providing leadership and training to
15   the local staff.  Southern Wine corporate will
16   drive the WM application process."
17           Was this position intended to be help
18   in the transition or was this position intended to
19   be permanent?
20       A.   I always had it permanently Upstate.  I
21   always had the two positions Upstate.
22       Q.   You put in here the person's job to
23   ensure smooth start up and transition, correct?
24       A.   That's what it says, correct.
25       Q.   That's a transition from, was it

Page 95

K. RANDALL

1
2    Sapphire?
3        A.   The Sapphire-based system.
4        Q.   To WMI?
5        A.   Correct, yes.
6        Q.   Part of her job was to help with the
7    transition; is that fair to say?
8        A.   Get us up and running, yes.
9        Q.   What were the project objectives, when
10   it says here it talks about her function is to
11   achieve project objectives.  What were the project
12   objectives?
13       A.   The project itself was WMI
14   implementation.  To achieve that was to train not
15   just her team, all the players in the warehouse in
16   how to perform their job duties with scanning and
17   putting and picking to make sure that the inventory
18   control was valid.  That was really the training
19   situation on how the system works.
20       Q.   That's also implementation, correct?
21       A.   Yes.
22       Q.   Regardless of all the duties that she
23   had regarding implementation her job was still
24   intended to be permanent even after it was
25   implemented?

Page 96

K. RANDALL

1
2        A.   Sure, that was in my mindset.  Training
3    never goes away.
4        Q.   If you could turn to the page that
5    starts, strategy 50 percent.  It says here her job
6    is to participate in operational initiatives as
7    necessary.  Do you know what that means?
8        A.   No, I don't really know exactly.  I am
9    going to guess that this means if we have the
10   initiative to do something within the system she
11   would participate within that initiative to strive
12   a certain outcome.
13       Q.   So let's go to, if you go down to the
14   results, and the metrics position will be measured
15   against it.  It is halfway down the page on SGWS
16   0008 98.  These were the measures upon which her
17   success would be determined?
18       A.   If that's what the job description
19   says, yes.
20       Q.   So she would be -- her job performance
21   would be measured against the quality of
22   development of application solutions with adherence
23   to the budget and schedules.  Was that ever
24   explained to her what that means?
25       A.   Probably not.

24  (Pages 93 to 96)

Page 97

```
              K. RANDALL
 1
 2        Q.    How about accomplishment of planned
 3   objective, was that ever explained to her what that
 4   means?
 5        A.    The objective here was to get us up and
 6   running and do it in an efficient manner.
 7        Q.    "Ability to create and implement
 8   solutions in business needs which results in the
 9   desired business results in lowest cost of
10   ownership overtime." Was that ever explained to
11   her?
12        A.    Probably not.
13        Q.    How about "compliance to the
14   development standards and processes." Was that
15   ever explained to her what that means?
16        A.    I wouldn't have been the one to do
17   that. I think all of these was what she was doing
18   before for the most part.
19        Q.    All of this was on her prior job
20   application?
21        A.    I think for the most part this was what
22   she was doing.
23        Q.    How about "effective rationalization of
24   applications linked to the overall Southern
25   rationalization standardization approach"?
```

Page 98

```
              K. RANDALL
 1
 2        A.    Probably not to those details. Yes, it
 3   says corporate does a lot of this application
 4   process, it was done by corporate.
 5        Q.    Let's go down to the educational
 6   requirements. Did Maria have a bachelor's degree?
 7        A.    I don't know that.
 8        Q.    Did she have a graduate degree?
 9        A.    I do not know that.
10        Q.    Did she have three plus years
11   experience with AS 400 systems RPGLE CLLE AS 400 a
12   Query plus?
13        A.    Yes.
14        Q.    How do you know that she had that
15   knowledge?
16        A.    AS 400 is what we use, not all of that
17   but it is the system we use.
18        Q.    When you say AS 400 what does that
19   stand for?
20        A.    It's the system. I don't know. But AS
21   400 is part of our SAP versus our system of how we
22   input everything in. She had done this for years.
23        Q.    How about if we turn to page, the next
24   page, which would be SCWS 899. Did she have
25   advanced understanding of SQL?
```

Page 99

```
              K. RANDALL
 1
 2        A.    I would have to say, yes. She had to
 3   run reports out of the system so I would have to
 4   assume so. Did I know that she did, no.
 5        Q.    What is SQL?
 6        A.    Send out a report if you want to do a
 7   query and submit information and pull it into our
 8   system.
 9        Q.    It says here "domestic travel only."
10   What kind of domestic travel did she do?
11        A.    The most that she would have ever done
12   would be domestic going to other sites, be it
13   Upstate or New Jersey or Maryland, as some of our
14   people do from time to time. It states here "State
15   of New York, New Jersey primarily."
16        Q.    Now once you terminated Maria, who took
17   over her job duties?
18        A.    I believe it would have been one of the
19   managers on the floor, I'm assuming. I'm going to
20   guess Barry Finkelstein probably took some lead
21   from John. He worked for John.
22        Q.    Did Barry have a full-time job before?
23        A.    He was the day manager of the
24   warehouse.
25        Q.    Do you know whether Barry Finkelstein
```

Page 100

```
              K. RANDALL
 1
 2   took over Maria's responsibilities?
 3        A.    I believe that he did.
 4        Q.    Who took over Barry Finkelstein's
 5   responsibilities or he did his responsibilities and
 6   Maria's responsibilities?
 7        A.    He did.
 8        Q.    Did he receive an increase in
 9   compensation?
10        A.    No.
11        Q.    So he was doing the work of two people
12   but he did not get any increase in salary?
13        A.    Good employee.
14        Q.    Did he have to work more hours to get
15   both of these jobs done?
16        A.    I wouldn't have known that. I don't
17   know The counters that he was overseeing at the
18   time. They work from eight to five, so he couldn't
19   have worked after hours for that. We have a
20   mid-shift manager and a night manager. He kind of
21   oversaw the whole process.
22        Q.    And before he oversaw the cycle
23   counters Maria was overseeing the cycle counters?
24        A.    Yes, giving them their work.
25        Q.    Maria was, like other supervisors or
```

25 (Pages 97 to 100)

October 3, 2022

Page 101

K. RANDALL
1
2  managers, was exempt because she supervised other
3  employees; is that fair to say?
4      A.  It's fair.  She didn't move cases, that
5  would be a union job.
6      Q.  Were there any hourly employees who
7  were not union employees?
8      A.  I think that's pretty forbidden.  I am
9  going to answer no.  I think the union would say no
10 to that.
11     Q.  If Maria was doing the work of the
12 cycle counter, would she be entitled to union
13 protection?
14     A.  If she was a cycle counter but they
15 would have stopped her if she wasn't.  The
16 warehouse person would have said that's my job.
17     Q.  Let's assume for example this is just
18 hypothetical that Maria was doing the work of the
19 cycle counter.  In your mind would she be entitled
20 to union protection?
21     A.  She would have had to join the union to
22 get that protection.  Her job would have had to
23 change.
24     Q.  She would have been prohibited from
25 doing the cycle counting by the collective

Page 102

K. RANDALL
1
2  bargaining agreement?
3      A.  The union stewards if they catch you,
4  protect their own work.
5      Q.  Was Marcia prohibited from doing the
6  work of a cycle counter by a collective bargaining
7  agreement?
8      A.  Yes.
9      Q.  So if John Wilkinson had instructed her
10 to do the work of a cycle counter he would have
11 been instructing her to effectively violate the
12 collective bargaining agreement?
13     A.  Yes.  If he got caught.
14     Q.  Whether he gets caught is one thing
15 whether he did it is another.  He would be
16 violating it regardless of whether he got caught.
17     A.  True.
18     Q.  Did you ever review John Wilkinson's
19 testimony in the Josie Sajous matter?
20     A.  No, I don't believe that I have ever
21 seen that.  I can be wrong but I don't believe that
22 I have ever seen the whole case.  I don't even know
23 exactly what it was about.
24     Q.  Do you know if he was comfortable
25 during that deposition?

Page 103

K. RANDALL
1
2      A.  I don't, no idea.  He didn't discuss
3  that with me.
4      Q.  Do you know if that was an unpleasant
5  experience for him?
6      A.  I have no idea.
7      Q.  Do you know if his experience in that
8  deposition affected his opinion or relationship
9  with Maria?
10     A.  No idea.
11     Q.  Who would know that?
12     A.  John.  He never discussed that whole
13 case with me.
14     Q.  There is a computer system in effect at
15 Southern, correct?
16     A.  Yes.
17     Q.  Does each user have unique ID that they
18 use to log into the system?
19     A.  They should, yes.
20     Q.  The purpose of that is security,
21 correct?
22     A.  The tracking, security, accountability.
23     Q.  Is it fair to say that if Maria was
24 working and she was using a computer to do her job
25 that there would be at least at that time a record

Page 104

K. RANDALL
1
2  of the time that she was working?
3      A.  Working?  Yes, she has to log in the
4  same as I would do.
5      Q.  You log in at the beginning of your
6  day?
7      A.  Or whenever you use that computer.
8      Q.  So whenever using a computer you have
9  to log in?
10     A.  Yes.
11     Q.  So there would have been a record at
12 least at that time when Maria was logged into the
13 computer?
14     A.  Yes.
15     Q.  Did Southern have any time records for
16 Maria?
17     A.  I have no idea.  Southern being anyone
18 at Southern.
19     Q.  How long -- do you know how long
20 Southern keeps those records of electronic log-ins
21 to the computer retention?
22     A.  No.
23     Q.  Who would know that?
24     A.  Maybe someone in corporate could tell
25 us if they retain that information and materials, I

26  (Pages 101 to 104)

October 3, 2022

Page 105

```
 1              K. RANDALL
 2   don't know.
 3        Q.   In your mind what was Maria Suarez'
 4   biggest weakness?
 5        A.   I think the inability to learn the new
 6   system or to be open to the system and taking
 7   feedback of those who knew it.
 8        Q.   That opinion is based upon the
 9   information on feedback that you got from John
10   Wilkinson and Melissa Johnson, correct?
11        A.   Yes.
12        Q.   Is that opinion based upon anything else?
13        A.   No.
14        Q.   If John Wilkinson had it out for Maria
15   would there be any way for you to know?
16        A.   No.
17             MR. MOSER:  I have no further questions.
18             (Time Noted: 1:17 p.m.)
19   _____.
20        Kevin Randall
21   Subscribed and sworn to
22   Before me this _____ day
23   _____, 2022.
24   _____
25        NOTARY PUBLIC
```

Page 106

```
 1              K. RANDALL
 2            I N D E X
 3   EXAMINATION BY              PAGE
 4   MR. MOSER              4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 107

```
 1              K. RANDALL
 2
 3        EXHIBITS              PAGE
 4
     Plaintiff's Exhibit 1
 5
     Interrogatories............................50
 6
     Plaintiff's Exhibit 2
 7
     Job description...........................70
 8
     Plaintiff's Exhibit 3
 9
     Job posting..............................76
10
     Plaintiff's Exhibit 4
11
     Cycle Counting Daily Procedure............92
12
13        R U L I N G S
14        PAGE    LINE
15        10      4
16
17
18
19
20
21
22
23
24
25
```

Page 108

```
 1              K. RANDALL
 2        C E R T I F I C A T E
 3   State of New York)
 4   County of Nassau)
 5        I, Camille Dandola, a Shorthand Reporter
 6   and Notary Public of the State of New York, do
 7   herby certify:
 8
 9        That, Kevin Randall, the witness whose
10   examination is hereinbefore set forth, was
11   duly sworn, and that such examination is a
12   true record of the testimony given by such
13   witness.
14
15        I further certify that I am not related
16   to any of the parties to this action by blood
17   or marriage; and that I am in no way
18   interested in the outcome of this matter.
19
20   _____
21        Camille Dandola
22
23
24
25
```

Lexitas Court Reporting
800-678-0166

October 3, 2022

Page 109

1    ERRATA SHEET FOR: KEVIN RANDALL
         KEVIN RANDALL, being duly sworn, deposes and
2    says: I have reviewed the transcript of my
         proceeding taken on 10/03/2022. The following
3    changes are necessary to correct my testimony.
4    _____
5    PAGE LINE    CHANGE            REASON
6    ----|----|---------------------|-------------
7    ----|----|---------------------|-------------
8    ----|----|---------------------|-------------
9    ----|----|---------------------|-------------
10   ----|----|---------------------|-------------
11   ----|----|---------------------|-------------
12   ----|----|---------------------|-------------
13   ----|----|---------------------|-------------
14   ----|----|---------------------|-------------
15   ----|----|---------------------|-------------
16   ----|----|---------------------|-------------
17   ----|----|---------------------|-------------
18   ----|----|---------------------|-------------
19   ----|----|---------------------|-------------
20   ----|----|---------------------|-------------
21   ----|----|---------------------|-------------
22   ----|----|---------------------|-------------
23       Witness Signature:_____
     Subscribed and sworn to, before me
24   this ____ day of _____, 20 ___.
     _____        _____
25   (NOTARY PUBLIC)         MY COMMISSION EXPIRES

Lexitas Court Reporting
800-678-0166