**Page 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
MARIA SUAREZ,
        Plaintiff,
  -against    19-CV-02721-GRB-SIL

SOUTHERN GLAZER'S WINE & SPIRITS OF
NEW YORK, LLC,
        Defendant.
-----------------------------------------X
        October 4, 2022
        200 Broadhollow Road
        Melville, New York
        10:30 a.m.

        EXAMINATION BEFORE TRIAL of a
Defendant, Southern Glazer's Wine & Spirit, by
Melissa Johnson, pursuant to Notice, held at
the above-mentioned time and place, before
Camille Dandola, a Notary Public of the State
of New York.

**Page 2**

1  APPEARANCES:
2
3  MOSER LAW FIRM, PC
    Attorneys for Plaintiff
4      5 East Main Street
      Huntington, New York 11743
5
    BY:  STEVEN MOSER, ESQ.
6
7
    CONSTANGY BROOKS SMITH & PROPHETE, LLP
8      Attorneys for Defendant
      175 Pearl Street, Suite C-402
9      Brooklyn, New York 11201
10 BY: ANJANETTE CABRERA, ESQ.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 3**

1        F E D E R A L   S T I P U L A T I O N S
2
3        IT IS HEREBY STIPULATED AND AGREED
4  by and between the counsel for the respective
5  parties hereto, that the filing, sealing, and
6  certification of the within deposition shall
7  be and the same are hereby waived;
8
9        IT IS FURTHER STIPULATED AND AGREED
10 that all objections, except as to the
11 form of the question, shall be reserved
12 to the times of the trial.
13
14       IT IS FURTHER STIPULATED AND AGREED
15 that the within deposition may be signed before
16 any Notary Public with the same force and
17 effect as if signed and sworn to before this
18 court.
19
20
21         *   *   *   *
22
23
24
25

**Page 4**

1  M E L I S S A   J O H N S O N, the witness
2  herein, having been first duly sworn by a
3  Notary Public in and of the State of New York,
4  was examined and testified as follows:
5      THE REPORTER:  Please state your
6    name and address for the record.
7      THE WITNESS:   Melissa Johnson,
8    3063 Court Street, Syracuse, New York
9    13208.
10 EXAMINATION BY
11 MR. MOSER:
12    Q.   Good morning, Ms. Johnson.  My name is
13 Steve Moser.  I'm an attorney.  I represent Maria
14 Suarez in the case that she is bringing against
15 Southern Glazer's Wine and Spirits for retaliation
16 and for failure to pay her overtime.
17    Q.   Have we ever met before today?
18    A.   No.
19    Q.   Have you ever testified under oath
20 before today?
21    A.   No.
22    Q.   Are you aware that the oath that you
23 just took to tell the truth is the same oath that
24 you would take in front of judge or jury in court?
25    A.   Yes.

1 (Pages 1 to 4)

Page 5

```
 1              M. JOHNSON
 2       Q.   Are you under the influence of any
 3  medication or narcotics which will affect your
 4  ability to testify truthfully and accurately?
 5       A.   No.
 6       Q.   Is there any reason that you can think
 7  of why you cannot give truthful and accurate
 8  testimony today?
 9       A.   No.
10       Q.   If you don't understand a question of
11  mine please let me know and I will repeat it or
12  rephrase it as many times as necessary.  I don't
13  want to you answer a question that you are not sure
14  that you understand.
15            Okay?
16       A.   Yes.
17       Q.   Finally, as you just did, you responded
18  verbally.  All of your responses must be verbal, no
19  nods of the head, so that the court reporter can
20  take everything down.
21       A.   Okay.
22       Q.   Are you employed?
23       A.   Yes.
24       Q.   Where are you?
25       A.   Southern Glazer's Wine and Spirits.
```

Page 6

```
 1              M. JOHNSON
 2       Q.   What is your current job title?
 3       A.   Inventory control manager.
 4       Q.   Are you a supervisor?
 5       A.   Manager.
 6       Q.   How many people do you manage?
 7       A.   Four.
 8       Q.   What are their titles?
 9       A.   Cycle counters.
10       Q.   What facility do you work at?
11       A.   Syracuse, New York.
12       Q.   How long have you worked at Southern
13  Glazer's Wine and Spirits.
14       A.   Seventeen-and-a-half years.
15       Q.   How did you get hired?
16       A.   It was a direct hire when the company
17  began, opened up, 2005.
18       Q.   So when that facility opened up you
19  started in the facility when it opened?
20       A.   Yes.
21       Q.   At that time who was your manager?
22       A.   Susan Meathe.
23       Q.   At any time did Kevin Randall become
24  your manager?
25       A.   No.
```

Page 7

```
 1              M. JOHNSON
 2       Q.   How long have you been inventory
 3  control manager?
 4       A.   Approximately three years.
 5       Q.   What was your job title before?
 6       A.   WMI administrator.
 7       Q.   For how long were you WMI
 8  administrator?
 9       A.   From 2018 until 2019.
10       Q.   Was the Syracuse facility the first
11  facility to implement WMI?
12       A.   It was one of the first.  Lakeland,
13  Florida was the first one to implement it.
14       Q.   For the remainder of the deposition I'm
15  going to refer to Southern Glazer's Wine and
16  Spirits as Southern.
17       A.   That's fine.
18       Q.   Was there a recently a name change?
19       A.   It was at approximately six years ago.
20  It used to be Southern Wines and Spirits.
21       Q.   If I refer to Southern Glazer's Wine
22  and Spirits and Southern Wine and Spirits as
23  Southern, do you understand that?
24       A.   Yes.
25       Q.   What did you do before you were WMI
```

Page 8

```
 1              M. JOHNSON
 2  administrator?
 3       A.   Pricing coordinator.
 4       Q.   For how long were you the pricing
 5  coordinator?
 6       A.   From 2016 to 2018.
 7       Q.   And before being the pricing
 8  coordinating?
 9       A.   I was part of customer service, credit,
10  that was the beginning of 2005 to 2006.
11       Q.   What were your job duties as pricing
12  coordinator?
13       A.   I was to obtain different places that
14  were going to be for each item and report them to
15  Metro New York in order for them to be filed by the
16  SLA.
17       Q.   What's your highest level of education?
18       A.   Associates degree in accounting.
19       Q.   What were your job duties as WMI
20  administrator?
21       A.   To ensure that the system was correct
22  at all times and to direct the cycle counters to
23  their job duties each day.
24       Q.   The WMI -- that's when you were hired
25  as WMI administrator?
```

2 (Pages 5 to 8)

October 4, 2022

| | Page 9 |
|---|---|

M. JOHNSON

1
2    A.   Yes.
3    Q.   Those were your duties?
4    A.   Yes.
5    Q.   Who did you supervise when you became
6 WMI administrator?
7    A.   Cycle counters.
8    Q.   What were their names?
9    A.   Jade, Brett, Ty.
10    Q.   What is a Jade's last name?
11    A.   Burghard.
12    Q.   Brett's last name?
13    A.   Little.
14    Q.   And Ty's last name?
15    A.   Horton.
16    Q.   As WMI administrator did you supervise
17 any individuals other than Jay Burghard, Brett
18 Little and Ty Horton?
19    A.   Not at the beginning, no.
20    Q.   Throughout your years as WMI
21 administrator did you supervise any other
22 individuals?
23    A.   Yes.
24    Q.   What other individuals did you
25 supervisor?

| | Page 10 |
|---|---|

M. JOHNSON

1
2    A.   Jay Burghard still currently employed
3 and Luigino Tranelli, David Dulcher and Clayton
4 Valliar.
5    Q.   Are they all cycle counters?
6    A.   Yes.  And I also supervised Gloria
7 Health, she is retired.
8    Q.   Was she also a cycle counter?
9    A.   Yes.
10    Q.   Is there a union in that facility?
11    A.   There is now.  It just became union in
12 July 2021.
13    Q.   Before it became unionized did you
14 participate in conducting performance evaluations?
15    A.   Yes.
16    Q.   For who?
17    A.   For the cycle counters.
18    Q.   Did you do performance evaluations from
19 the date that you got the WMI administrator
20 position until the facility went union?
21    A.   Yes.
22    Q.   Who supervised the cycle counters
23 before you became the WMI administrator?
24    A.   There was no cycle counters at that
25 time.  We did not have cycle counters until we

| | Page 11 |
|---|---|

M. JOHNSON

1
2 moved to the new building and we became WMI.
3    Q.   Did you have inventory control clerks?
4    A.   Yes.
5    Q.   Before you went to the new building who
6 supervised the inventory control clerks?
7    A.   Rick Myer, the inventory control
8 manager.
9    Q.   What did Rick Myer do when you became
10 the WMI administrator?
11    A.   He would become the inventory control
12 manager.
13    Q.   Aside from the inventory control clerks
14 did anyone else report to Richard Myer before WMI
15 was implemented?
16    A.   I don't believe so.
17    Q.   Who was he supervising as inventory
18 control manager when you became WMI administrator?
19    A.   He had no direct reports to him at that
20 time.
21    Q.   So that was a supervisory position?
22    A.   He was still inventory control manager.
23 When we became WMI it is a different system.  So
24 they split how it was handled.  He became inventory
25 control manager and there was a WMI system.

| | Page 12 |
|---|---|

M. JOHNSON

1
2    Q.   He did not have any direct reports?
3    A.   No.
4    Q.   That is not a supervisory position; is
5 that your understanding?
6         MS. CABRERA:  Objection.  She
7      didn't say that, you said that.
8         MR. MOSER:  She can agree with it
9      or not.
10         MS. CABRERA:  You were posting it
11      as that is what she said.
12    Q.   Was Rich Myer a manager?
13    A.   That was his title.
14    Q.   Did he manage any people after WMI was
15 implemented?
16    A.   He did not have any direct reports.
17    Q.   Does he still work for Southern?
18    A.   He does not.  He has retired.
19    Q.   Do you have any understanding of what
20 he did as inventory control manager after WMI was
21 implemented?
22    A.   He was the person that made adjustments
23 in regards to spoils and claims and other duties
24 that had to do with the inventory directly other
25 than regular cycle counters.

3  (Pages 9 to 12)

October 4, 2022

Page 13

M. JOHNSON

1
2      Q.   Did his duties remain more or less the
3  same from the time that WMI was implemented until
4  he retired?
5      A.   Yes.
6      Q.   Did you work with him?
7      A.   Yes.
8      Q.   Did you report to him?
9      A.   No.
10      Q.   Who did you report to?
11      A.   I reported to the warehouse manager.
12      Q.   Who was the warehouse manager?
13      A.   Operations manager, Amis Heaton.
14      Q.   Who did Rich Myer report to?
15      A.   Amis Heaton.
16      Q.   Did your duties remain more or less the
17  same throughout the time that you were WMI
18  administrator at the Syracuse facility?
19      A.   Yes.
20      Q.   Did you have to do any travel as WMI
21  administrator?
22      A.   I did not have to do any travel in
23  regards to the job duty.  I did travel to train
24  other WMI administrators.
25      Q.   What other WMI administrators did you

Page 14

M. JOHNSON

1
2  train?
3      A.   Maria Suarez and she was the only
4  direct that I trained.  I helped with the go-lives
5  to make sure that the WMI system is correct.
6      Q.   What is a go-live?
7      A.   It's when a system is integrated into
8  the division.
9      Q.   What other facilities did you assist
10  with go-lives with?
11      A.   Delaware, Maryland, South Carolina,
12  Indiana, Illinois, Katy, Texas and Albuquerque, New
13  Mexico.
14      Q.   When they did a go-live in Delaware did
15  you travel to Delaware?
16      A.   Yes.
17      Q.   For how long were you in Delaware?
18      A.   A week.
19      Q.   When they did a go-live in Maryland did
20  you travel to Maryland?
21      A.   Yes.
22      Q.   For how long were you there?
23      A.   One week.
24      Q.   For how long were you in South
25  Carolina?

Page 15

M. JOHNSON

1
2      A.   One week.
3      Q.   When you went go-live in Indiana for
4  how long did you travel?
5      A.   One week.
6      Q.   When you went go-live in Illinois did
7  you travel one week as well?
8      A.   Yes.
9      Q.   In Texas and Albuquerque did you also
10  travel for one week to go-live?
11      A.   Yes.
12      Q.   What did you do in these go-lives?
13      A.   I would assist the personnel that were
14  in the division and answer any questions they had.
15      Q.   Other than assisting the personnel in
16  the division, answering any questions that they
17  had, did you have any other role in implementation
18  of WMI at any of these facilities?
19      A.   No.
20      Q.   Did they have to be trained on WMI?
21      A.   They were trained before WMI goes live.
22  I was just there to assist them to make sure that
23  they understood exactly what they should do.
24      Q.   Who did the training?
25      A.   The SCI team.  I believe it's an SCI

Page 16

M. JOHNSON

1
2  team.  It is a WMI implementation team.
3      Q.   Who is on that team?
4      A.   I only know of a few, Allen Teringa.
5      Q.   Do you know any other members of the
6  team?
7      A.   Not offhand.
8      Q.   How many members are on the SGM team?
9      A.   I don't know the exact number.
10      Q.   Where is the SGM team based out of?
11      A.   I believe they were based out of
12  Miramar.
13      Q.   Miramar, Florida.
14      A.   Yes.
15      Q.   Did they also train you in WMI?
16      A.   Yes.
17      Q.   For how long did you receive training?
18      A.   Approximately two to three weeks before
19  go-live.
20      Q.   Can you explain what that training
21  consisted of?
22      A.   They had what was called a test
23  environment and they would walk you through each
24  different part of the test environment and make
25  sure you had an understanding of what it

4 (Pages 13 to 16)

Page 17

M. JOHNSON

1
2 implemented and how it was impacting the inventory
3 and feed into Sapphire.
4     Q.   So WMI was in addition to Sapphire, it
5 did not replace Sapphire; is that correct?
6     A.   Correct.
7     Q.   If there had had to be any corrections
8 made to inventory would that be done through WMI or
9 Sapphire?
10     A.   WMI.
11     Q.   How would that be done?
12     A.   There is different types of
13 adjustments.  Depending on what types of adjustment
14 it was, it would be determining how it would be
15 done.
16     Q.   Can you go through the different types
17 of adjustments?
18     A.   There is cycle count, which is where
19 you count at the location.  There is an
20 administrator adjustment if they needed to take it
21 out of the system for quality hold.  The code
22 adjustment which means it is going from one item
23 number to another.  There was a breakage
24 adjustment.  There is spoil.  That is not done by
25 the WMI administrator.  That would be done by the

Page 18

M. JOHNSON

1
2 inventory control manager.
3     Q.   What other adjustments were only done
4 by the inventory control manager?
5     A.   The administrator.  The code to code
6 and the breakage adjustments were done by the
7 administrator manager.  The only adjustments that
8 were done by the WMI administrator are the cycle
9 counts.
10     Q.   Can you explain what cycle count is?
11     A.   You basically walk up to a location,
12 count the product and put it into the gun and if
13 there is a variance then it would depending on if
14 it was within the auto accept or if it had to be
15 reviewed.  Auto accept was five days, it was $250
16 or if it had to be reviewed you would go to a
17 another separate screen and that the WMI
18 administrator would have to review it.
19     Q.   I am going try and say it because I
20 think I understand it and for some reason if I am
21 getting it wrong please let me know.
22     A.   Okay.
23     Q.   In the system there is a record of how
24 much inventory there is for a particular item; is
25 that correct?

Page 19

M. JOHNSON

1
2     A.   In a location, yes.
3     Q.   Location means a physical location in
4 the warehouse?
5     A.   Yes.
6     Q.   The cycle counter goes there physically
7 counts the product at that location and inputs the
8 information into WMI.
9     A.   In an RFI gun that feeds into the WMI.
10     Q.   Can a person use the RFI gun to scan or
11 type in the information?
12     A.   They can manually type the count into
13 the gun or the location into the gun.  They cannot
14 change or implement what is in that location.
15     Q.   That is correct only report what is in
16 that location?
17     A.   Correct.
18     Q.   If it's within a certain percentage of
19 what's in the system, if it is close to what's in
20 the system as being in that location then it will
21 auto accept?
22     A.   Five cases and $250.
23     Q.   If the difference between the count and
24 what is in the system is five cases and $250.
25     A.   It has to meet both requirements.

Page 20

M. JOHNSON

1
2     Q.   If the difference between what is
3 counted and what is in the system is five cases and
4 $250, what happens?
5     A.   It goes to the review screen, that it
6 has to be reviewed.  It does not deem a cycle count
7 yet until it's reviewed and accepted.
8     Q.   Who has the authority to review and
9 accept?
10     A.   WMI administrator.
11     Q.   How would the WMI administrator do
12 that?
13     A.   It's a certain sequence within the WMI
14 system on a full screen that is actually reports
15 the information to them.
16     Q.   So the WMI administrator, at least in
17 your understanding of the role, they have a
18 computer screen?
19     A.   Yes.
20     Q.   The cycle counters do they have
21 computers?
22     A.   No.
23     Q.   Is this process that you're describing
24 is this the same at every location in which the WMI
25 was implemented?

5 (Pages 17 to 20)

Page 21

M. JOHNSON

1        A.   Yes.
2        Q.   The WMI administrator only has the
3    authority to make an adjustment to the cycle count;
4    is that correct?
5        A.   Correct.
6        Q.   What type of adjustment could be made
7    and why?
8        A.   It would be a cycle count adjustment.
9    She would either accept the count that was put into
10   the system and brought to that review screen or she
11   could reject it.
12       Q.   Can you explain reasons why you accept
13   it or reject it?
14       A.   Accept it because you know that it was
15   either counted over or under within a certain time
16   frame and it's just an offset to a previous
17   adjustment or you would reject it because you want
18   to research it more.
19       Q.   Now, if you rejected it would the cycle
20   counter have to recount the cycles at that
21   location?
22       A.   It would have to be put back in
23   manually for it to be recounted at that location.
24       Q.   When you say "manually" can you
25

Page 22

M. JOHNSON

1    explain?
2        A.   Manually putting it in as a count there
3    is a set of operations within the system that you
4    can actually put in a task for them to do to do a
5    cycle count.
6        Q.   A manual cycle count?
7        A.   The person would create a task for them
8    to go out.  There is two different types of cycle
9    counts.  There is a manual cycle count and system
10   generated cycle counts.
11       Q.   Is there a difference in the way that
12   the cycle counts are performed?
13       A.   No, they are performed the same.
14       Q.   Once you rejected the adjustment to the
15   cycle count, what would happen next?
16       A.   The WMI administrator would put the
17   count in for the whole item rather than just the
18   specific location.
19       Q.   Can you be more specific?
20       A.   In the system an item can be live in
21   more than one location.  Instead of just counting
22   that one specific location they would count all the
23   locations for the item.
24       Q.   The WMI administrator would tell the
25

Page 23

M. JOHNSON

1    cycle counters to perform a single count at each
2    location where that product was located?
3        A.   Correct.
4        Q.   Once the cycle count was performed at
5    each location where the product was stored in the
6    warehouse what would happen next?
7        A.   At that point the WMI supervisor would
8    accept the counts for that location.
9        Q.   What if there still was a variance?
10       A.   Depending on the quantity they can
11   either do more research and look into the previous
12   location for the items or just accept the quantity
13   and go onto the next item.
14       Q.   As WMI administrator what type of
15   authority in terms of approving cycle counts did
16   you have, what type of variance?
17       A.   As a WMI administrator I had up to
18   $1,000 without additional --
19       Q.   -- approval?
20       A.   -- approval.
21       Q.   Who would approve something in excess
22   of $1,000?
23       A.   The operations manager.
24       Q.   Is there some product that has a value
25

Page 24

M. JOHNSON

1    in excess of $1000 a case?
2        A.   Yes.
3        Q.   What percentage of the product has a
4    value that is in excess of $1000 a case?
5        A.   Total product?
6        Q.   Yes.
7        A.   I don't know the percentage.
8        Q.   Can you approximate?
9        A.   Approximately 3 percent.
10       Q.   How frequently would you have to get
11   approval from the operations manager for a variance
12   in excess of $1000?
13       A.   Not very often.  Probably two to three
14   times a year.
15       Q.   As WMI administrator do you have any
16   other duties other than what you have already
17   described?
18       A.   No.
19       Q.   What is your salary?
20       A.   Currently or as WMI administrator?
21       Q.   As WMI administrator what was your
22   salary?
23       A.   Approximately $45,000.
24       Q.   Do you know what Richard Myer's salary
25

6 (Pages 21 to 24)

Page 25

```
 1              M. JOHNSON
 2   was as inventory control manager?
 3       A.   I have no idea.
 4       Q.   Was it more or less than yours?
 5       A.   Than the WMI administrator?
 6       Q.   Yes.
 7       A.   It was more.
 8       Q.   Was your position considered exempt?
 9       A.   As WMI administrator, yes.
10       Q.   Do you enjoy working at Southern?
11       A.   Yes.
12       Q.   Do you consider yourself a loyal
13   employee?
14       A.   Yes.
15       Q.   Do you have any children?
16       A.   Yes.
17       Q.   How many children do you have?
18       A.   One.
19       Q.   How old?
20       A.   Fifteen.
21       Q.   Are you married?
22       A.   Yes.
23       Q.   What does your husband do?
24       A.   He's a technician for conveyers and
25   fabricators.
```

Page 26

```
 1              M. JOHNSON
 2       Q.   Who does he work for?
 3       A.   IMRS.
 4       Q.   Is IMRS affiliated with Southern at
 5   all?
 6       A.   No.
 7       Q.   We talked about the SGM team, the
 8   training team, did they use any training videos?
 9       A.   No.
10       Q.   Did they have any training materials?
11       A.   Yes.
12       Q.   What training materials did they use?
13       A.   They had a booklet of the different
14   screens that you could use and what they would
15   assist with.
16       Q.   Was there any training specific to the
17   WMI administrator position?
18       A.   Yes.
19       Q.   What training was specific to that
20   position?
21       A.   It went over the different screens that
22   you would need to review and ways of making
23   corrections.
24       Q.   As WMI administrator did you ever
25   personally perform cycle counts?
```

Page 27

```
 1              M. JOHNSON
 2       A.   Yes.
 3       Q.   How frequently?
 4       A.   When a large variance was deemed by
 5   someone you would go back and double check to make
 6   sure that they were counting correctly.
 7       Q.   How frequently was that?
 8       A.   Very infrequent.
 9       Q.   Other than recounting when there was a
10   large variance did you cycle count for any other
11   reason as WMI administrator?
12       A.   No.
13            I take that back.  The only time that
14   we did do cycle counts was during our cycle count
15   audit which is when an outside company audits the
16   cycle counters.  The cycle counter performs the
17   cycle count originally.  We actually have to go out
18   and take another person out.  You didn't
19   technically cycle count at the location.  You
20   brought them to the location.
21       Q.   You brought the auditor to the
22   location?
23       A.   Yes.
24       Q.   The auditor would do the cycle count?
25       A.   To make that sure that your cycle
```

Page 28

```
 1              M. JOHNSON
 2   counter counted correctly.
 3       Q.   How much inventory is stored at the
 4   security facility in terms of dollar value?
 5       A.   I don't have that information.
 6       Q.   Do you know what the total dollar value
 7   of the inventory is stored at Metro New York is?
 8       A.   I don't have that information.
 9       Q.   In terms of size which facility is
10   bigger Syracuse or Metro New York?
11       A.   Syracuse has more locations than Metro
12   New York does.
13       Q.   How many square feet is the Syracuse
14   warehouse?
15       A.   I don't have that information.
16       Q.   In terms of total storage capacity of
17   the warehouse which warehouse is bigger Metro or
18   Syracuse?
19       A.   Syracuse.
20       Q.   By how much?
21       A.   I don't know what the variance is
22   between the two.
23       Q.   Were you present for any training given
24   by the SGM team to individuals at Metro New York?
25       A.   Not during their training, no.
```

7 (Pages 25 to 28)

October 4, 2022

| Page 29 |
| --- |

M. JOHNSON

1  
2    Q.   Do you have any personal knowledge of
3  the any training given by the SGM team to employees
4  at Metro New York?
5    A.   No, I do not.
6    Q.   Who would know about that besides the
7  employees themselves?
8    A.   I would assume the trainers.  I don't
9  know exactly who would have trained the Metro New
10 York employees.
11   Q.   Do you have any personal knowledge of
12 any training given by SGM to Maria Suarez?
13   A.   I don't know what her training left was
14 from SGM.
15   Q.   Do you know if she received any
16 training from SGM?
17   A.   I believe that she did.  I believe they
18 were in beforehand.
19   Q.   Do you know whether she received any
20 training from SGM?
21   A.   Not personally, no.  I was not present
22 for it so I don't know what she received.
23   Q.   Did Maria Suarez ever tell you or share
24 with you any of the training that she had received?
25   A.   She received training from myself

| Page 30 |
| --- |

M. JOHNSON

1  
2  before WMI went live.  She did not tell me what
3  training she received from the SGM team.
4    Q.   For how long did you travel to Metro
5  New York for the go-live?
6    A.   Initially I traveled for one week.
7    Q.   Did you ever come back?
8    A.   Yes.
9    Q.   On how much occasions?
10   A.   Three weeks, three separate weeks.
11   Q.   Why did you come back on three separate
12 weeks?
13   A.   There was some issues with stuff that
14 was needed to be taken care of were not being done.
15   Q.   What was not being done?
16   A.   There was different aspects of the
17 position that wasn't being done.  I could see
18 because I had access to the Metro facility.
19   Q.   Did you have access to any facility
20 other than Metro?
21   A.   I have access to every facility that I
22 go-live to.
23   Q.   As of today is there a WMI
24 administrator in Delaware?
25   A.   I believe that position was absorbed

| Page 31 |
| --- |

M. JOHNSON

1  
2  into the inventory control manager.
3    Q.   When was it absorbed?
4    A.   When we had a company wide
5  reorganization in 2018.
6    Q.   As of today is there a WMI
7  administrator position in Maryland?
8    A.   I don't believe there is a WMI
9  administrative position.
10   Q.   Was there ever a WMI administrative
11 position in Maryland?
12   A.   I don't believe so.
13   Q.   Who was the WMI administrator for
14 Maryland, was that you?
15   A.   No.
16   Q.   They just didn't have a WMI
17 administrator?
18   A.   They did not become WMI until recently.
19   Q.   Who implemented WMI, did you do that?
20   A.   The SGM team would have implemented
21 that.
22   Q.   How about South Carolina, is there a
23 WMI administrator for South Carolina?
24   A.   I don't know that at this point.
25   Q.   Was there ever a WMI administrator for

| Page 32 |
| --- |

M. JOHNSON

1  
2  South Carolina?
3    A.   When I went down there there was a WMI
4  administrator at that time.  That was prior to
5  2019.
6    Q.   That position was eliminated in 2019?
7    A.   I believe so.  I believe it was company
8  wide that that position was eliminated.
9    Q.   What's that belief based upon?
10   A.   There was a company reorganization in
11 2019 where it compiled positions into single
12 positions rather than multiple positions.
13   Q.   How do you know that?
14   A.   Because I was there for it.
15   Q.   Do you know that based upon something
16 someone told you?
17   A.   It was a company-wide reorganization
18 that my operations manager had told me.
19   Q.   Who was your operations manager?
20   A.   Amis Heaton.
21   Q.   Did Amis tell you that all of the WMI
22 administrative positions were being eliminated?
23   A.   There was a company-wide reorganization
24 and the position was merged into another position
25 which was inventory control manager.

8 (Pages 29 to 32)

October 4, 2022

Page 33

M. JOHNSON

1
2    Q.   When you say "merged"?
3    A.   The inventory control manager was not
4  responsible for the maintaining of the WMI system.
5    Q.   That was Amis who told you that's a
6  company-wide decision?
7    A.   Correct.
8    Q.   Were any WMI administrators let go as
9  part of that reorganization?
10   A.   To my knowledge, I am not sure.
11   Q.   Are you aware that Southern is saying
12 that Maria Suarez was let go as a result of that
13 reorganization?
14       MS. CABRERA:  Objection.  You are
15    talking about two different years.
16    That's not what Southern said.  You are
17    not on the right timeline.
18   Q.   So let's go back to 2018.  In 2018 was
19 there a WMI administrative position in Maryland?
20   A.   They were not WMI at that time.
21   Q.   When did they go WMI again?
22   A.   Approximately three years ago.  Two
23 years ago.
24   Q.   That was after the company-wide
25 reorganization?

Page 34

M. JOHNSON

1
2    A.   Yes.
3    Q.   As of 2018 was there a WMI
4  administrative position in Delaware?
5    A.   I believe so.
6    Q.   As of 2018 was there a WMI
7  administrative position in all the other locations
8  that you did go-live in?
9    A.   To my knowledge, there would be.  I
10 don't know for sure that there was but. . .
11   Q.   As of 2018 was there a WMI
12 administrator in Metro New York?
13   A.   Yes.
14   Q.   Who was that?
15   A.   Maria Suarez.
16   Q.   At some point was the WMI administrator
17 position eliminated in Metro New York?
18   A.   During the reorganization.
19   Q.   When was that?
20   A.   In 2019, I believe.
21   Q.   How many people were laid off?  Are you
22 familiar with how many people were laid off as a
23 result of the reorganization in 2019?
24   A.   I do not know the number.  During that
25 part of that reorganization was a buyout not a

Page 35

M. JOHNSON

1
2  layoff.  I don't know of any layoffs.  I only know
3  of buyouts that were that offered to employees.
4        (Whereupon, a short recess was
5    held.)
6    Q.   Are you aware that Maria Suarez
7  separated from employment with Southern in April of
8  2018?
9    A.   I was informed of it after the fact.
10   Q.   Who informed you?
11   A.   Tonisha Durant.
12   Q.   Who was the WMI administrator at that
13 facility after Maria was no longer there?
14   A.   I believe Tonisha is the one that took
15 on the responsibility.  I believe Tonisha took the
16 responsibility but Barry was also involved.
17   Q.   Barry who?
18   A.   Finkelstein.
19   Q.   Are you familiar with what Maria Suarez
20 was doing before she became WMI administrator?
21   A.   I was not.
22   Q.   Do you have any personal knowledge of
23 what Maria Suarez's job was at Southern before she
24 became WMI administrator?
25   A.   I was told what she used to do.  I

Page 36

M. JOHNSON

1
2  didn't work with her personally before then.
3    Q.   Who told you what she used to do?
4    A.   Tonisha.
5    Q.   What did Tonisha say?
6    A.   She was the inventory manager.
7    Q.   Did Maria Suarez report to Tonisha
8  Durant?
9    A.   I believe her direct report was John
10 Wilkinson.  As WMI administrator?
11   Q.   Yes.
12   A.   John Wilkinson.
13   Q.   Did Maria Suarez report to Tonisha
14 Durant?
15   A.   No, she did not.
16   Q.   Did Tonisha Durant supervise Maria at
17 all?
18   A.   No, she did not.
19   Q.   Did Tonisha Durant direct Maria Suarez?
20   A.   If there was an inventory issue she
21 would send her an email in regards to having it
22 resolved.
23   Q.   Do you remember the first time that you
24 met Maria?
25   A.   I met Maria I believe at the beginning

9 (Pages 33 to 36)

Page 37

M. JOHNSON

1    M. JOHNSON
2  of 2016.
3      Q.   Where did you meet her?
4      A.   She came to the Syracuse facility to
5  shadow me for three days.
6      Q.   Explain what happened during those
7  three days?
8      A.   I explained how the system worked and
9  how a WMI administrator's position was run and how
10 the cycle counts were directed and how the cycle
11 counts were performed.
12     Q.   Can you explain those interactions that
13 you had with her during those first three days?
14     A.   I gave her the knowledge of the system,
15 the different screens to go into.  She was -- she
16 actually walked with my cycle counters so she can
17 see what a cycle count was and how it was
18 performed.
19     Q.   Did you form an opinion as to her
20 ability to do the job of WMI administrator after
21 those three days?
22     A.   She currently was not on the system.
23 So I didn't know how she would perform because she
24 hadn't even used the system yet.
25     Q.   Do you know if she ever had an

Page 38

M. JOHNSON

1    M. JOHNSON
2  opportunity to use the system before go-live?
3      A.   There was a test environment created so
4  she can actually use the test system that simulates
5  the same exact system.
6      Q.   Did you have personal knowledge that
7  she had access to the simulation?
8      A.   I don't have personal knowledge.  I did
9  not see her log into it.  I was told that they had
10 a test system.
11     Q.   Who told you that?
12     A.   Allen Teringa.
13     Q.   What did you think of Maria after the
14 first three days that you spent with her?
15     A.   By think, as far as she had knowledge
16 to perform the job.
17     Q.   Besides your opinion that she had the
18 knowledge to perform the job did you form any other
19 opinion of her after the first three days?
20     A.   I just felt that she would have more
21 better training with hands-on once it went live.
22 To have more of knowledge of how the system would
23 work.
24     Q.   As a person what did you think of her?
25     A.   She seemed very eager to do the

Page 39

M. JOHNSON

1    M. JOHNSON
2  position.
3      Q.   Besides being eager did you have any
4  other opinions, did you form any other opinion as
5  to what type of person she was after those first
6  three days?
7      A.   No.
8      Q.   Was she polite?
9      A.   Yes.
10     Q.   Did she appear to follow the
11 instructions?
12     A.   Yes.
13     Q.   Did she appear to be knowledgeable?
14     A.   Yes.
15     Q.   How long had she worked for Southern?
16     A.   I don't know her exact term of
17 employment.
18     Q.   Had any other individual come to your
19 facility to shadow you?
20     A.   No.
21     Q.   Do you know why she was sent to your
22 facility to shadow you?
23     A.   Because of the proximity of the
24 locations.
25     Q.   Do you know who made that decision?

Page 40

M. JOHNSON

1    M. JOHNSON
2      A.   I believe Kevin Randall and John
3  Wilkinson.
4      Q.   After you and Maria spend those three
5  days in Syracuse -- did she travel every day or
6  stay up there?
7      A.   She stayed in Syracuse.
8      Q.   When did you next meet her?
9      A.   I saw her the week of go-live.
10     Q.   When was that approximately?
11     A.   I believe July of '16.
12     Q.   What was the level of interaction that
13 you had with her during the week of go-live?
14     A.   I sat right next to her every day and
15 went over each aspect of the position.  In
16 directing the cycle counters every morning.
17     Q.   Had you done that at any other facility
18 when there was a go-live?
19     A.   Yes.
20     Q.   Had you done that at each facility when
21 there was a go-live?
22     A.   Yes.
23     Q.   Did you form an opinion about Maria
24 during the week of go-live?
25     A.   That she was performing the job and

Page 41

```
 1              M. JOHNSON
 2   that she needed some more knowledge of the system
 3   before being able to do everything.
 4        Q.   What additional knowledge did you think
 5   that she needed?
 6        A.   I actually created a daily/weekly
 7   report of what needed to be done each day and each
 8   week.
 9        Q.   What knowledge did you think that she
10   lacked at that time?
11        A.   I think it was more of a new system and
12   just not knowing the system.  So the knowledge was
13   that she was not familiar with the system as in any
14   new thing.
15        Q.   In your opinion was she?
16        MS. CABRERA:  Hold on.  If you're
17        still speaking and he starts speaking,
18        don't stop.
19        A.   It was just a new system and the
20   knowledge of the system it takes sometime to get
21   used to the ins and outs of the new screens.
22        Q.   How many other locations had you gone
23   live at before?
24        A.   All but Maryland.
25        Q.   In your opinion when you sat with the
```

Page 42

```
 1              M. JOHNSON
 2   WMI administrators at those other facilities before
 3   you sat with Maria did you also provide them with
 4   the procedures?
 5        A.   Yes, those were already set.
 6        Q.   I am going to show you what was
 7   previously marked as Plaintiff's Exhibit 2 for
 8   identification.  Are those the procedures that your
 9   talking about?
10        A.   Yes.
11        Q.   This you had given to each and every --
12        A.   This was was given to myself and this
13   was also given to others.  This is a general
14   procedure that was handed to the WMI
15   administrators.
16        Q.   By whom?
17        A.   This one condensed version of mine but
18   there is -- yes, those are the other procedures
19   that are handed to each administrator.
20        Q.   I am going to show you what was
21   previously marked as Plaintiff's Exhibit 4 are
22   these the other procedures that were given to the
23   administrators?
24        A.   Yes, this was given out by the SCM
25   team.
```

Page 43

```
 1              M. JOHNSON
 2        Q.   After the week of sitting with Maria
 3   did you have any reason to believe that she would
 4   not be successful as to WMI administrator?
 5        A.   I did not think that she would not be
 6   successful, no.
 7        Q.   When you went go-live before had you
 8   ever had doubts about a WMI administrator's ability
 9   to successfully do the job?
10        A.   I did not get that within a week I
11   would reevaluate a month later and if someone
12   needed more assistance I would go back to after
13   that.
14        Q.   How many WMI administrators did you go
15   back for?
16        A.   I went back for Delaware, South
17   Carolina and Katy, Texas.
18        Q.   On how many different occasions?
19        A.   A week.
20        Q.   For each one?
21        A.   Yes.
22        Q.   Why did you go back for that week?
23        A.   Just to reiterate some things that were
24   lacking and to be sure they understood exactly what
25   needed to be done.
```

Page 44

```
 1              M. JOHNSON
 2        Q.   Who authorized that?  Who requested or
 3   authorized you to go, who requested you to go?
 4        A.   The operations manager from each
 5   location.
 6        Q.   Who authorized you?
 7        A.   My operations manager Amis Heaton.
 8        Q.   Did it have to be approved by someone
 9   above your operations manager?
10        A.   I don't know that knowledge.
11        Q.   Was there any WMI administrator other
12   than Maria who was unsuccessful in fulfilling the
13   WMI administrator position?
14        A.   I don't know of that information.
15        Q.   Do you know of anyone as you sit here
16   today other than Maria who was not successful at
17   the WMI administrator position?
18        A.   I don't.
19        Q.   How many times in total did you come
20   back to Metro New York after the go-live?
21        A.   Two times I believe.  For the WMI end
22   of it, yes.
23        Q.   Correct.  How many times in total did
24   you come back to Metro New York after go-live?
25        A.   For other duties.
```

11 (Pages 41 to 44)

Page 45

M. JOHNSON

1
2    Q.   Yes.
3    A.   Several.  I can't honestly tell you
4    exactly how many.
5    Q.   Can you give me any estimate of the
6    number of times that you came?
7    A.   Anywhere between five and 10.
8    Q.   You came to Metro New York facility
9    between five and 10 times after the go-live for
10   different reasons?
11   A.   Correct.
12   Q.   Two of those times were for the
13   purposes of WMI?
14   A.   Yes.  To sit with Maria.
15   Q.   Do you recall the first time that you
16   sat after going live?
17   A.   I believe it was October of 2016.
18   Q.   How long were you with her then.
19   A.   One week.
20   Q.   When was the next time that you sat
21   with her?
22   A.   January of '17.  For a week as well.
23   Q.   What did you think of Maria after the
24   week that you spent with her in October of 2016?
25   A.   After that week at the end of that week

Page 46

M. JOHNSON

1
2    we had a sit down with John Wilkinson went over
3    every aspect of that Plaintiff's Exhibit Number 2
4    to make sure that she was clear that she needed to
5    know exactly what she needed to do and had her sign
6    off on it.  That was the way that it was left.
7    Q.   That was your first visit after going
8    live, correct?
9    A.   Yes.
10   Q.   At the end of that week you and John
11   Wilkinson and Maria sat in the room and she was
12   presented with something for her signature?
13   A.   I believe so.
14   Q.   What was presented to her?
15   A.   I believe it was this actual paper in
16   that she acknowledged that she understood the
17   different aspect of the job and that she would be
18   able to perform it.
19   MS. CABRERA:  For the record the
20   witness is referring to Plaintiff's
21   Exhibit Number 2.
22   Q.   Had you given any training to Maria
23   between go-live and October of 2016?
24   A.   Not in person, no.
25   Q.   How about any other type of training?

Page 47

M. JOHNSON

1
2    A.   I sent her reports in regards to what
3    was not being completed but that was not training.
4    That was just the reports of the different aspects.
5    Q.   Had you had any conversations with John
6    Wilkinson regarding Maria between the date of
7    go-live and October of 2016 when you sat with her?
8    A.   I sent him weekly reports of the
9    different aspects of Plaintiff's Exhibit 2 that
10   were not being completed.
11   Q.   Did Maria report to you?
12   A.   She did not.
13   Q.   When you sent those weekly reports to
14   John Wilkinson under whose direction were you
15   acting?
16   A.   John Wilkinson.
17   Q.   When did he start asking you to do
18   that?  Was it from the beginning of go-live?
19   A.   It was approximately a month
20   afterwards.
21   Q.   Was that in a conversation or email?
22   A.   That was a conversation.
23   Q.   Tell me about that conversation?
24   A.   It was a phone conversation because I
25   could see into their system and see what had been

Page 48

M. JOHNSON

1
2    complete and advise him there was issues of
3    completion of each step of the position.
4    Q.   What did you advise them hadn't been
5    completed?
6    A.   I had printed each part of that Exhibit
7    2 in detail and scanned them in and emailed them to
8    him.
9    Q.   When did you send that email to John
10   Wilkinson?
11   A.   I don't have the exact dates.
12   (Whereupon, Plaintiff's Exhibit 5
13   was marked for identification.)
14   Q.   I am going to show you what has been
15   marked as Plaintiff's Exhibit 5.  Is that the email
16   that you are referring to?
17   A.   (Witness perusing document.)  Yep.
18   Q.   What is the date of that email?
19   A.   This is November of 2016, November 23
20   of 2016.
21   Q.   Did you ever speak with Maria by
22   telephone between the time of the go-live and when
23   you sat with her in October of 2016?
24   A.   I believe that I have.  I don't know
25   the exact dates, I believe that I had.

Page 49

M. JOHNSON

1
2      Q.   When was the first time that you
3  reported to John Wilkinson that there were issues
4  with WMI?
5      A.   I don't know the exact date.
6      Q.   With regard to -- when was the live
7  approximately again?
8      A.   July.
9      Q.   Of 2016?
10     A.   Yes.
11     Q.   Do you know if you since began sending
12 emails a week after, a month after?
13     A.   I don't know exactly the time frame.
14     Q.   When was the first time that you
15 noticed any WMI issues after go-live in Metro New
16 York?
17     A.   Approximately two weeks after.  I
18 wasn't reviewing their stuff right away because I
19 was focused on my own division.
20     Q.   You noticed something about two weeks
21 after the go-live in Syosset, correct?
22     A.   Yes.
23     Q.   What did you do then after you notice
24 there was an issue with the go-live?
25     A.   I believe that I contacted Maria and

Page 50

M. JOHNSON

1
2  explained to her that there was some stuff that I
3  saw on the system that hadn't been taken care of
4  yet.
5      Q.   Tell me what you recall about that
6  particular conversation?
7      A.   I believe she said that she knew that
8  there was some stuff that she was overwhelmed and
9  she was going to get to it.
10     Q.   When you were at the go-live was Maria
11 managing or supervising any employees?
12     A.   The cycle counters.
13     Q.   How many cycle counters were there?
14     A.   Four.
15     Q.   When you met with Maria Suarez in
16 October of 2016 and you sat with her was she
17 supervising any employees?
18     A.   The four cycle counters.
19     Q.   At any point was her supervisory
20 authority taken away, to your knowledge?
21     A.   Not to my knowledge.
22     Q.   Do you know what tasks she was assigned
23 to do by John Wilkinson?
24     A.   I believe she was assigned the task of
25 WMI administrator to oversee the system and to

Page 51

M. JOHNSON

1
2  direct the cycle counters.
3      Q.   Do you know if she was assigned to any
4  other duties besides those particular duties?
5      A.   I do not.
6      Q.   Did Maria tell you why she was
7  overwhelmed?
8      A.   She told me that she was overwhelmed
9  with the magnitude of the system and trying to
10 understand all of the aspects of the system.
11     Q.   Do you have an opinion about Maria
12 today?  As an employee, as a person?
13     A.   As an employee she struggled with the
14 position as far as making sure that everything was
15 accurate and correct to company standards.  Other
16 than that I don't have any -- I mean she directed
17 her employees.  They seemed to be happy with her
18 directions.
19     Q.   Did she appear hostile to you?
20     A.   Not to myself, no.
21     Q.   Did she refuse to follow your
22 directions?
23     A.   I don't believe she refused to follow
24 my directions.
25     Q.   Would you describe her as cooperative?

Page 52

M. JOHNSON

1
2      A.   Yes.
3      Q.   Did she have a "I know better"
4  attitude?
5      A.   I don't believe so.
6      Q.   Why did you think that she was
7  ultimately unsuccessful as the WMI administrator?
8      A.   I honestly don't know why she was not
9  able to do the task.  I feel that she had knowledge
10 and capabilities of doing everything that she was
11 given.
12     Q.   Were you present during any
13 interactions between John Wilkinson and Maria other
14 than when you sat in -- when you sat together at
15 the end of the week that you spent with Maria in
16 October of 2016?
17     A.   There was another meeting in January of
18 2017 as well.
19     Q.   Did Mr. Wilkinson appear to be angry
20 with Maria?
21     A.   No.
22     Q.   Did you speak to John Wilkinson about
23 Maria's performance at any time?
24     A.   Other than the jobs not being
25 completed, no.

Page 53

M. JOHNSON

1      Q.   What types of things or issues were
2  there with WMI in Syosset that you noticed after
3  two weeks?
4      A.   I mean, the different aspects.
5  Everything on this sheet has to be done daily or
6  weekly or the inventory is not being reported
7  correctly.  The shipments cannot go out correctly.
8  It's very much needed to have all of that
9  corrected, Exhibit 2.
10     Q.   Was Tonisha Durant having any issues
11  with the implementation?
12     A.   When it became part of her position,
13  no, I don't believe so.
14     Q.   Was she having any difficulty with
15  implementation as part of her own position before
16  Maria was no longer with Southern?
17     A.   I don't believe so.
18     Q.   Is it company policy at Southern to
19  issue performance evaluations on a yearly basis?
20     A.   Yes.
21     Q.   Do you know whether Maria Suarez
22  received performance evaluations on a yearly basis?
23     A.   It's a company standard.  I don't know
24  for a fact that she received them.  It's company

Page 54

M. JOHNSON

1  standard.  Every employee receives a performance
2  evaluation.
3     Q.   What would you do if you didn't receive
4  an evaluation?
5     A.   I would ask why I did not receive an
6  evaluation.
7     Q.   Is every employee entitled to an
8  evaluation?
9     A.   Every employee is given an evaluation.
10     Q.   Have you ever come across any instance
11  where a yearly performance was not given at
12  Southern?
13     A.   No.
14     Q.   Are you familiar with any litigation or
15  lawsuits regarding what was happening at the Metro
16  New York facility?
17     A.   I was not aware of anything until this
18  one.
19     Q.   In your opinion did John Wilkinson have
20  a good understanding of the WMI system?
21     A.   I believe so.
22     Q.   Did he have a sufficient grasp to guide
23  Maria if he wanted to?
24     A.   I believe so.

Page 55

M. JOHNSON

1      Q.   If he had sufficient grasp is there a
2  particular reason why you went to the facility?
3     A.   I think because I perform the position
4  daily and do it daily and know every step of what
5  needs to be done and how to facilitate it.
6     Q.   Do you know why Maria Suarez is no
7  longer at Southern Glazers?
8     A.   I was told that due to her issues with
9  the position.
10     Q.   Who told you that?
11     A.   That was Tonisha after she was let go.
12     Q.   Did you ever see Maria saying something
13  that was untrue?
14     MS. CABRERA:  Objection.
15     A.   You can't see someone saying that.
16     Did you ever hear Maria say anything in
17  your opinion that was untrue?
18     A.   Untrue to the position or --
19     Q.   In with regard to anything?
20     A.   I honestly I don't think I remember
21  everything.  I don't remember anything of her
22  saying that something was untrue.
23     Q.   Did you consider her to be trustworthy?
24     A.   Yes.

Page 56

M. JOHNSON

1      Q.   Did you consider her to be an honest
2  individual?
3     A.   I believe so.
4     Q.   So you sit with her in October of 2016
5  and you sat with her again?
6     A.   In January of 2017, correct.
7     Q.   Why did you come back in January of
8  2017?
9     A.   There were still issues of the aspects
10  of that position not being performed correctly.
11     Q.   What were those specific issues?
12     A.   Parts of the job were not being
13  completed.
14     Q.   What parts of the job were not being
15  completed?
16     A.   I don't know exactly.  I had notes on
17  it.  Everything has been purged since.  Our system
18  gets purged.
19     Q.   The email system?
20     A.   Yes, every six months.
21     Q.   So when you saw these problems with the
22  WMI at Syosset you would send an email?
23     A.   Yes.
24     Q.   To whom?

14  (Pages 53 to 56)

October 4, 2022

Page 57

M. JOHNSON

1
2   A.   John Wilkinson.
3   Q.   How do you know that the email gets
4   purged every six months?
5   A.   It's a company standard.
6   Q.   Do you know were you ever asked to
7   search for emails before from you to John Wilkinson
8   regarding Maria?
9   A.   As part of this litigation I was asked
10   to turnover any information that I had in regards
11   to Maria.  I turned over my scans.  That is
12   Plaintiff's Exhibit 5.
13   Q.   This, just to clarify, this email in
14   which you send the scans is dated November of 2016,
15   correct?
16   A.   Yes.
17       MS. CABRERA:  For the record,
18   Plaintiff's Exhibit Number 5 is the
19   document being referenced.
20       THE WITNESS:  Correct.
21   A.   The reason that that email, I still
22   have it, because I put that with the scan.  It was
23   part of the scan.
24   Q.   So you are saying that Plaintiff's
25   Exhibit 5, correct, this sheet, the first page,

Page 58

M. JOHNSON

1
2   this is a scanned document this is not a PDF and
3   this was not retrieved from the email?
4       MS. CABRERA:  Objection.  Why
5   don't you ask her how she created this
6   document.
7   Q.   How did you create that document?
8   A.   At the time back in November I printed
9   this and during my scan I would always keep my
10   email with my scan.
11   Q.   Do you know how this was printed out
12   for the purposes of this case?
13   A.   I would assume that it was printed as
14   part of my scan that I had sent over as a file.
15   Q.   To whom?
16   A.   To the attorneys of the company.
17   Q.   So just for clarification, this entire
18   document was scanned and then sent?
19   A.   And scanned and saved to my system and
20   I sent it to them as a file.
21   Q.   Did you scan the email as well?
22   A.   At the time of the -- right after I
23   would do a scan I would print my email sent out and
24   scan that as well.  It's a scan as well.
25   Q.   Just to clarify the first two pages of

Page 59

M. JOHNSON

1
2   this document, Plaintiff's Exhibit 5 are scanned?
3   A.   Yes.
4   Q.   I am going to draw your attention to
5   SGWS 001880.  Whose handwriting is that?
6   A.   This page?
7   Q.   Yes.
8   A.   That's my handwriting.
9   Q.   Who asked for you to send this
10   information to John Wilkinson?
11   A.   John Wilkinson.
12   Q.   I am going to go through this and I
13   will try to be as quick as I can.
14       What 880, you have your handwriting, is
15   what is the highlighting that is on this page?  Why
16   is that highlighted.
17       MS. CABRERA:  For the record,
18   counsel is referring to Exhibit Number
19   5.  A page of Exhibit Number 5.
20   A.   So this is referring to Exhibit 2's
21   portion of the pick pack daily what needs to be
22   done daily.  That was not completed.  It's all the
23   items that were not done and it states that all of
24   the highlighted have been cleaned up by myself
25   because they were not completed by Maria as she was

Page 60

M. JOHNSON

1
2   supposed to be doing daily.
3   Q.   How were they supposed to be cleaned
4   up?
5   A.   She was supposed to pick the orders
6   because in our understanding every night every
7   order that comes down should be picked, packed and
8   shipped?
9   Q.   Can you be more specific?
10   A.   Picked by the person picking it.
11   Packed by the sorter, going down to the truck and
12   then shipped onto the truck to the customer.
13   Q.   What does that report show?
14   A.   This shows that they are not done.
15   Because they are still in status 10.
16   Q.   What is status 10 mean?
17   A.   Still not complete, waiting to be
18   picked, packed and shipped.
19   Q.   Can you be anymore specific?
20   A.   The order was not picked through the
21   system, packed through the system or shipped
22   through the system.
23   Q.   Can you explain how Maria would pick,
24   pack and ship through the system?
25   A.   She would have to go through each

15  (Pages 57 to 60)

October 4, 2022

Page 61

M. JOHNSON
1
2   order, get the carton number, pick it and close the
3   invoice that would pack and ship it.
4       Q.   Is that how you explained it to her?
5       A.   Correct.
6       Q.   Can you be anymore specific on the
7   instructions that you gave her with regard to the
8   picking, packing and shipping?
9       A.   Instructions were to pull up the
10  invoice number after speaking with whomever from
11  the department that she would have to speak with
12  because this is different types of orders, and then
13  she would go into the full function RF and pick
14  each carton number that was not picked.  After it
15  was picked then she would go to the invoice and
16  close the invoice.
17      Q.   Before we were talking about the duties
18  of WMI administrator?
19      A.   Yes.
20      Q.   You mentioned that you listed the
21  duties of the WMI administrator.  Did you omit
22  anything from the WMI administrator's duties when
23  we earlier spoke?
24      A.   No, because they are on the paper and. . .
25      Q.   Before we talked about the cycle

Page 62

M. JOHNSON
1
2   counters, correct?
3       A.   Yes.
4       Q.   The purpose of the cycle counters was
5   to actually go out and count?
6       A.   Correct.
7       Q.   Maria supervised the cycle counters?
8       A.   Correct.
9       Q.   She was able to approve a variance?
10      A.   Up to $1000 in Syracuse, New York a
11  variance that I can approve to $1000.  If it's not
12  an offset.  I don't know what the variance is for
13  Metro.
14      Q.   What else was she required to do
15  besides supervise the cycle counters?
16      A.   Plaintiff's Exhibit 2.
17      Q.   Let's just go through Plaintiff's
18  Exhibit 2.  Do you know if this was furnished to
19  her at the time that she was offered the job?
20      A.   I don't know that.
21      Q.   When did you furnish this to Maria
22  Suarez?
23      A.   This was furnished the week after
24  go-live, I believe.
25      Q.   Do you know if any of these things were

Page 63

M. JOHNSON
1
2   on her job description as WMI administrator?
3       A.   I don't know what her job description
4   entailed.
5       Q.   You don't know if any of these things
6   listed on the form were part of her job
7   description?
8       A.   I don't know the specific job
9   description that was given to her.
10      Q.   Do you know whether anything on this
11  form is in her job description?
12      A.   I do not.
13      Q.   Do you know who created her job
14  description?
15      A.   I do not.
16      Q.   Do you know who explained to her what
17  her job would be?
18      A.   I do not.
19      Q.   Do you know what was explained to her
20  regarding her job?
21      A.   I know what I explained to her.  I
22  don't know of any other explanation from someone
23  else. I don't know what they told her.
24      Q.   Were you ever furnished or provided
25  with a copy of Maria's actual job description?

Page 64

M. JOHNSON
1
2       A.   No.
3       Q.   Do you believe that your job
4   description adequately and fairly describes what
5   your duties are when you were a WMI administrator?
6       MS. CABRERA:  Objection.  If you
7       can answer that question, answer it.
8       A.   I don't remember what my job duties
9   were given to me.
10      Q.   So if we can, let's go through
11  receiving two to three times per week, if you can
12  explain each one of these items what she was
13  supposed to do?
14      A.   First one is to ensure all POs and
15  transfers were complete.  To make sure when a PO
16  came in it is received, it was closed in the system
17  so that it could report directly to the Sapphire
18  System.
19      Q.   How would that be done?
20      A.   That would be going into the receiving
21  aspect of the WMI system.  Doing anything that was
22  in status 40 and closing the PO after consulting
23  with the receiving clerk to make sure that it was
24  truly complete and could be closed.
25      Q.   How about ensuring all returned

16  (Pages 61 to 64)

October 4, 2022

Page 65

                    M. JOHNSON
1
2    invoices are closed and complete?
3        A.   She would have to go into the returns
4    portion of the receiving screen.  Do everything
5    that was in the status 40 and complete those as
6    well after consulting with the returns department.
7        Q.   How would she complete or cancel all
8    items after consulting with the appropriate
9    individuals?
10       A.   In the receiving portion of WMI system
11   she would go in and put 32 on the line to verify
12   the receipt.
13       Q.   How about the stock locator every day
14   ensure all products in the location have the
15   correct status?
16       A.   There is SCI report that you can run to
17   show anything that status other than 30, 30 is in a
18   location and complete and ready for shipment.
19       Q.   Turning to task management two to three
20   times per week ensure that all tasks are completed
21   correctly.  What does that refer to?
22       A.   That refers to our task.  There is a
23   different status of each task.  There is a 10 which
24   -- 00 which means available status.  In 10 print
25   status someone logged in and status 20 someone

Page 66

                    M. JOHNSON
1
2    started working on it and status 5 which means they
3    dropped out of the gun.  Status 8, they put it to
4    the location and needs to be verified and anything
5    other than status 00 would have to be researched to
6    figure out where it was and pushed to the correct
7    location to make it drop off the task management.
8        Q.   Were these tasks generated by the
9    system?
10       A.   Yes.
11       Q.   Complete or cancel all items after
12   consulting with the appropriate individuals.  Which
13   individuals would have to be consulted?
14       A.   The day warehouse supervisor and night
15   warehouse supervisors as well.
16       Q.   With regard to the cycle count, every
17   day ensure that all counts are reconciled and
18   current.  How would she do that?
19       A.   The ones that do not auto correct go to
20   an error screen and she would have to go in that
21   error screen and accept the count or reject the
22   count.
23       Q.   Complete or cancel all items each day
24   after researching each discrepancy?
25       A.   That is what I referred to she would

Page 67

                    M. JOHNSON
1
2    have to accept or reject it.
3        Q.   Wave management two to three types a
4    week.  What's in a wave?
5        A.   Set of instructions that come down for
6    invoices to be picked.
7        Q.   How about complete or cancel all items
8    after consulting with the appropriate individuals?
9        A.   That would be where she would have to
10   go in and pick it or cancel the invoice.
11       Q.   How would she ensure that the waves are
12   in correct status?
13       A.   She would have to consult with the
14   individuals, night supervisor or day supervisor,
15   depending on what type of invoice it was.
16       Q.   How about the reconciliation report
17   every day?
18       A.   That is a report between WMI system and
19   the Sapphire System.  That is the two systems that
20   report the inventory, on both systems, and they
21   need to match.
22       Q.   When we look at that document which is
23   the Exhibit 5, these are the lists of things that
24   were not done, correct?
25       A.   Correct.

Page 68

                    M. JOHNSON
1
2        Q.   Do you have any personal knowledge of
3    why those items were not done?
4        A.   I don't know exactly they were not
5    done, no.
6        Q.   Do you know how many items Maria
7    actually did?
8        A.   I don't know how many were completed
9    correctly, other than I can only run reports on
10   what was not done.
11       Q.   Do you know what percentage of her work
12   was actually completed correctly?
13       A.   I couldn't give that percentage.  I
14   don't know what was done correctly and what was not
15   done correctly.  I can only attest to what was not
16   done.
17       Q.   We don't know if these undone items
18   represent one percent of what was done?
19       A.   I don't know the percentage, no.
20       Q.   Could it be less than one percentage of
21   what was successfully done?
22       A.   I don't know the percentage.
23       Q.   Did any individual other than John
24   Wilkinson ask you to prepare these reports and send
25   them to them?

17 (Pages 65 to 68)

Page 69

| | M. JOHNSON |
|---|---|
| 1 | |
| 2 | A.   The only other person that was involved |
| 3 | with reports was Kevin Randall. |
| 4 | Q.   I am talking about for any other |
| 5 | facility that you implemented WMI at? |
| 6 | A.   No. |
| 7 | Q.   Did you check WMI at the other |
| 8 | facilities? |
| 9 | A.   Yes. |
| 10 | Q.   Were there issues at the other |
| 11 | facilities? |
| 12 | A.   Some, yes. |
| 13 | Q.   Were there tasks that were not |
| 14 | performed at those other facilities? |
| 15 | A.   Right after the start up, yes.  After |
| 16 | another visit down or another conversation the task |
| 17 | would then be completed correctly. |
| 18 | Q.   If Maria did not perform her job well |
| 19 | as WMI administrator what were the risks to |
| 20 | Southern? |
| 21 | A.   It ran the risk of having upset |
| 22 | customers and product not going out the door. |
| 23 | Q.   How would it upset the customers? |
| 24 | A.   Because they are not getting their |
| 25 | product. |

Page 70

| | M. JOHNSON |
|---|---|
| 1 | |
| 2 | Q.   What other risk is there? |
| 3 | A.   The product not actually being able to |
| 4 | be shipped out the door. |
| 5 | Q.   Aside from that risk was there any |
| 6 | other risk to Southern from her not doing her job |
| 7 | correctly? |
| 8 | A.   Other than shutting the company down, |
| 9 | no.  If you can't ship product, you can't do |
| 10 | business. |
| 11 | Q.   Do you know whether anything that she |
| 12 | ever did with regard to the WMI administration |
| 13 | resulted in product not being shipped to customers? |
| 14 | A.   Anything that was on these reports |
| 15 | would not ship for some certain reason.  Certain |
| 16 | reports because that they would be tied out they |
| 17 | cannot ship from that location.  The way that the |
| 18 | system works it has to be in a certain status in |
| 19 | order for it to ship.  If it's not in the correct |
| 20 | status then it will not ship.  If it's the only |
| 21 | location, the only product and it will not ship. |
| 22 | Q.   When Maria was WMI administrator was |
| 23 | there any product not shipped to a customer because |
| 24 | of what she did? |
| 25 | A.   I don't know directly that something |

Page 71

| | M. JOHNSON |
|---|---|
| 1 | |
| 2 | was not shipped.  I'd have to be there that day |
| 3 | more to see if something was not shipped. |
| 4 | Q.   You don't know whether anything that |
| 5 | she did affected the relationship with any of |
| 6 | Southern's customers? |
| 7 | A.   Not directly, no.  I do not know that |
| 8 | answer for sure. |
| 9 | Q.   How about indirectly? |
| 10 | A.   All of these items were not shipped. |
| 11 | That's all I can attest to an actual report of the |
| 12 | items. |
| 13 | Q.   When you say they weren't shipped, they |
| 14 | were not listed as shipped in the system or not |
| 15 | delivered? |
| 16 | A.   Anything that was on certain reports in |
| 17 | here would not ship to the customer, would not |
| 18 | allocate to the customer. |
| 19 | Q.   Can you be more specific, I am not |
| 20 | understanding? |
| 21 | A.   So because it's a live environment an |
| 22 | item has to be in a certain status in order for it |
| 23 | to ship to a customer each night.  Certain parts of |
| 24 | this report, which is Exhibit 5, were not in the |
| 25 | correct status.  It is potential for it not to ship |

Page 72

| | M. JOHNSON |
|---|---|
| 1 | |
| 2 | because it's not in the correct status. |
| 3 | Q.   But that is potential risk you don't |
| 4 | know if items did not ship because of what Maria |
| 5 | did? |
| 6 | A.   I cannot attest to shipping or not |
| 7 | shipping.  I can attest to not ship.  I don't know |
| 8 | if it did not ship.  It's a live environment.  You |
| 9 | would have to look to see that it did not ship to |
| 10 | that customer that day. |
| 11 | Q.   To your knowledge, did any product not |
| 12 | ship to any customer of Southern because of what |
| 13 | Maria did? |
| 14 | A.   I can't answer the question because I |
| 15 | don't have the history of that day's work. |
| 16 | Q.   I am asking you if you know? |
| 17 | A.   I don't know, no. |
| 18 | Q.   Other than what you already described |
| 19 | could Maria's failure to do her job directly result |
| 20 | in any other damage to Southern when she was WMI |
| 21 | administrator? |
| 22 | A.   I don't know of any damage that other |
| 23 | than product not shipping or wrong product |
| 24 | shipping. |
| 25 | Q.   Did Maria appear to you to be resistant |

18  (Pages 69 to 72)

October 4, 2022

Page 73

M. JOHNSON

1  to change?
2      A.   No.
3      Q.   Was she friendly?
4      A.   Yes.
5      Q.   Was she liked by others?
6      A.   I believe so.
7           (Whereupon, Plaintiff's Exhibit 6
8      was marked for identification.)
9      Q.   Can you take a moment to look at it.
10     A.   Yup.  (Witness perusing document.)
11  Okay.  This is Plaintiff's Exhibit 6.  Starts with
12  SGWS 002104 and goes to 002166.
13     Q.   What is this document?
14     A.   This is a document of all the aspect of
15  sheet that I had sent off in regards to the duties
16  and that were not completed.
17     Q.   Who did you send this to?
18     A.   Kevin Randall.
19     Q.   At Mr. Randall's request?
20     A.   Yes.
21          (Whereupon, Plaintiff's Exhibit 7
22     was marked for identification.)
23     Q.   I am going to show you what is marked
24  Plaintiff's Exhibit 7.
25

Page 74

M. JOHNSON

1      A.   Okay.  (Witness perusing document.)
2      Q.   What is this document?
3      A.   This is a document, Plaintiff's Exhibit
4  7, SGWS 02164 through 002209.  This document has
5  the date November 23, which is the same document as
6  Exhibit 5.
7      Q.   This is slightly different because this
8  is sent on -- if you look at the top email here
9  this has a date of December 1 of 2016, correct?
10     A.   Yes.
11     Q.   And I was referring to Plaintiff's
12  Exhibit 7, whereas the first email on Plaintiff's
13  Exhibit 5 has a date of November 28 of 2016.
14     A.   So Plaintiff's Exhibit 5 and
15  Plaintiff's Exhibit 7 starts with the same exact
16  email.  It's just more of a chain of the same
17  emails.  And I believe this is the same
18  information.  It's the same exact information.
19  It's just a further --
20     Q.   -- further forward in the chain of
21  emails or response to the chain of the emails.
22     A.   Yes, if you look this further chain of
23  emails was from Elizabeth Toohig, not from Kevin.
24  This top at Kevin -- this is Elizabeth's response.
25

Page 75

M. JOHNSON

1      Q.   When employees at a facility are
2  trained to do WMI --
3      A.   Yes.
4      Q.   Was John Wilkinson trained in WMI; to
5  your knowledge?
6      A.   To my knowledge he was.
7      Q.   And Maria reported to him, correct?
8      A.   Correct.
9      Q.   What was his title again?
10     A.   I believe he was a day warehouse
11  manager.
12     Q.   Was it important for Maria and John to
13  have communication in order to successfully
14  implement WMI?
15     A.   Yes.
16     Q.   Do you know what level communication
17  they had?
18     A.   I believe they daily had communication
19  verbally and emails.
20     Q.   What's that based upon?
21     A.   When I was there he would verbally, he
22  would come down to see how she was doing and she
23  also would be sending emails at that time as well.
24     Q.   Do you have any knowledge of how often
25

Page 76

M. JOHNSON

1  they met when you were not sitting with Maria?
2      A.   I do not have knowledge of that.
3      Q.   Do you know if she was asking for help
4  from John Wilkinson?
5      A.   I do not know that.
6      Q.   Do you know anything that they
7  discussed between themselves other than what you
8  heard and saw when you sat with Maria in Syosset?
9      A.   I do not know of any discussions.
10     Q.   Do you know whether John Wilkinson
11  refused to meet with the Maria after she became a
12  WMI administrator?
13     A.   I saw him with her.  I don't believe
14  that he refused to see her.
15     Q.   You only know about --
16     A.   When I was there.
17     Q.   Which was a total of how many weeks?
18     A.   Four.
19     Q.   Do you have any knowledge of any
20  training or assistance that John Wilkinson gave to
21  Maria?
22     A.   I do not.
23     Q.   When was the last time that you spoke
24  to Maria?
25

19  (Pages 73 to 76)

October 4, 2022

Page 77

M. JOHNSON

1           M. JOHNSON
2       A.   I honestly don't know the exact time.
3       Q.   When did Tonisha Durant tell you that
4   she was let go because of her performance?
5       A.   After -- I honestly don't know the
6   date.
7       Q.   So sometime after Maria was let go you
8   had a conversation with Tonisha?
9       A.   Yes.
10      Q.   Tonisha Durant told you that she was
11  let go because of her performance?
12      A.   No, Tonisha told me that she was let
13  go.  She did not say it was because of her
14  performance.
15      Q.   What lead you to believe that it was
16  about her performance?
17      A.   I was under the assumption that she was
18  let go because of her performance.
19      Q.   In your opinion was she able to perform
20  the duties of a WMI administrator?
21      A.   From what I witnessed I had not seen
22  her duties being performed 100 percent.
23      Q.   Were they performed 90 percent?
24      A.   Approximately 90 percent.
25      Q.   Are you aware of any other lawsuits

Page 78

1           M. JOHNSON
2   other than this lawsuit against Southern?
3       A.   I was not aware of anything until this
4   was brought up.
5       Q.   I don't want to know about anything
6   that you discussed with your attorney.  That is
7   between you and your attorney.
8           Did anyone else other than your
9   attorney let you know that there were other
10  lawsuits?
11      A.   No.
12      Q.   Have you ever witnessed any type of
13  discrimination in the workplace since you began
14  working at Southern?
15      A.   No.
16      Q.   Are you aware that there are two broad
17  classifications of employees at the Syosset
18  facility when it comes to union employees, clerical
19  and warehouse?
20      A.   Yes.
21      Q.   Are you aware that the warehouse
22  classification is 100 percent male?
23      A.   No.
24      Q.   Are you aware that it's been 100
25  percent male for the past 10 years?

Page 79

1           M. JOHNSON
2       A.   No.
3           MR. MOSER:  Thank you so much for
4   your time.  I have no further
5   questions.
6           MS. CABRERA:  I have some questions.
7   BY MS. CABRERA:
8       Q.   Melissa, you were asked about your
9   training sessions with Maria Suarez.  Do you recall
10  that testimony?
11      A.   Yes.
12      Q.   You also testified that you had phone
13  calls with her to provide her guidance; is that
14  correct?
15      A.   Correct.
16      Q.   Between the phone calls that you had
17  with Maria and the training that you had provided,
18  did she at any time say to you that these were not
19  her job responsibilities?
20      A.   No.
21      Q.   Did she at any time say to you that she
22  didn't understand what it was that she was suppose
23  to be doing?
24      A.   No.
25      Q.   Did she at any time say to you that she

Page 80

1           M. JOHNSON
2   was no longer responsible for the cycle counters?
3       A.   No.
4       Q.   With regard to the Exhibit Number 2,
5   you talked about that these are a condensed version
6   of the duties; is that correct?
7       A.   Correct.
8       Q.   Now are these all of duties that the
9   WMI administrator actually has to perform them or
10  is the WMI administrator allowed to delegate any of
11  these tasks to their direct reports?
12      A.   No, they have to do them themselves.
13      Q.   Again, did Maria ever say to you that
14  she didn't understand any of the tasks on Exhibit
15  Number 2?
16      A.   No.
17      Q.   What excuse did Maria provide to you
18  for not completing these tasks?
19          MR. MOSER:  Objection as to the
20  form.
21      A.   The only explanation I was given was
22  that she was overwhelmed.
23      Q.   Did she ever tell you she was asking
24  John for help and he was refusing to help her?
25      A.   No.

20  (Pages 77 to 80)

October 4, 2022

Page 81

M. JOHNSON
1
2      Q.   Who initiated you coming back to
3   Syosset for a second time to train Maria in person?
4      A.   I believe John Wilkinson.  I don't know
5   the direct person who actually requested it.
6      Q.   Where do you live?
7      A.   Syracuse, New York.
8      Q.   When you would go to Syosset how long
9   were you there?
10     A.   A week.
11     Q.   So that was a week away from your
12  family?
13     A.   Correct.
14     Q.   Is that anything that you wanted to be
15  doing?
16     A.   It's something that I would do.  It's
17  not something that I would love to do but to make
18  sure that the job is done correctly, I would do it.
19     Q.   Did Maria take notes when you were
20  taking this extra time to sit and train her?
21     A.   Yes.
22     Q.   Would she be asking follow-up
23  questions?
24     A.   Yes.
25     Q.   Did you have to train any other WMI

Page 82

M. JOHNSON
1
2   administrators for the additional weeks that you
3   trained Maria?
4      A.   I had only gone back to a few locations
5   one other week.
6      Q.   How many times did you go back to
7   Syosset?
8      A.   I believe three.
9      Q.   So would that be an additional two
10  times?
11     A.   Yes.
12     Q.   Did you get the sense that John was
13  trying to help Maria or he was trying to sabotage
14  Maria?
15     A.   Help her.
16     Q.   Why did you think that he was trying to
17  help her and not sabotage her?
18     MR. MOSER:  Objection to the form.
19     A.   He was trying to help her so that she
20  could have the knowledge that she needed to have
21  for the position.
22     MS. CABRERA:  I have no further questions.
23  BY MR. MOSER:
24     Q.   At the end of the first week in which
25  you spent with Maria in order to help her was she

Page 83

M. JOHNSON
1
2   presented with a Performance Improvement Plan?
3      A.   I don't believe that was -- I know of a
4   Performance Improvement Plan.  I believe after the
5   second week that I was there, not the first week.
6   The first week was the initial go-live.
7      Q.   Although that was going to help her,
8   something was documented at the end of that first
9   week in October?
10     A.   I believe so.
11     Q.   What was the purpose of that
12  documentation?
13     A.   Just that she had the knowledge of what
14  her duties were for her job.
15     Q.   Why did she need to sign to acknowledge
16  it?
17     A.   I don't know exactly why she had to
18  sign, but I was assuming it was to note that it was
19  given to her and she was knowledgeable of what her
20  job duties were.
21     Q.   How frequently did you speak with John
22  Wilkinson?
23     A.   Approximately once ever two to three
24  weeks.
25     Q.   Did John ever tell you that he had

Page 84

M. JOHNSON
1
2   taken away Maria's supervisory responsibility?
3      A.   He never told me that, no.
4      Q.   Did John ever tell you that he was
5   asking Maria to do cycle counts?
6      A.   No.
7      Q.   Is that something that she should have
8   been doing?
9      A.   Depending on the variance.  She would
10  have to do it if was a large variance and had to
11  double check to make sure that the count was
12  correct.
13     Q.   If there was no large variance is cycle
14  counting that she should have been doing as a WMI
15  administrator?
16     A.   I don't believe so, no.
17     Q.   If she was WMI administrator should her
18  supervisory authority have been taken away?
19     A.   I don't have that knowledge of whether
20  it should be taken away or not.  I am not the one
21  to know that.
22     Q.   In your opinion, should John have told
23  you that, if he took away her supervisory
24  responsibilities?
25     A.   The responsibilities of the WMI

Lexitas Court Reporting
800-678-0166

Page 85

1      M. JOHNSON
2  administrator is to direct the cycle counters.  I
3  don't know if he had told me or not.  She had to
4  direct the cycle counters.
5      Q.   If that authority had been taken away
6  should John have told you?
7      A.   That would be a change in the position,
8  yes.
9          MR. MOSER:  I have no further questions.
10  BY MS. CABRERA:
11     Q.   Other than today have you ever heard
12  that Maria's supervisory authority had been taken
13  away from her?
14     A.   No.
15         MS. CABRERA:  No more questions.
16         (TIME NOTED:  1:00 p.m.)
17  _____.
18         Melissa Johnson
19  Subscribed and sworn to
20  Before me this _____day
21  _____, 2022.
22
23  _____
24     NOTARY PUBLIC
25

Page 87

1      M. JOHNSON
2
3      EXHIBITS              PAGE
4
   Plaintiff's Exhibit 5
5
   Emails .................................48
6
   Plaintiff's Exhibit 6
7
   Duties not completed....................73
8
   Plaintiff's Exhibit 7
9
   Emails...................................73
10
11     R E Q U E S T S
12  NUMBER                   PAGE
13  1.  Insert address of cousin's house     29
14
15
16
17
18
19
20
21
22
23
24
25

Page 86

1          M. JOHNSON
2      I N D E X
3  EXAMINATION BY              PAGE
4  MR. Moser            4, 82
5
6
7  MS. CABRERA          79, 85
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 88

1          M. JOHNSON
2      C E R T I F I C A T E
3  State of New York)
4  County of Nassau)
5      I, Camille Dandola, a Shorthand Reporter
6  and Notary Public of the State of New York, do
7  herby certify:
8
9      That, MELISSA JOHNSON, the witness whose
10  examination is hereinbefore set forth, was
11  duly sworn, and that such examination is a
12  true record of the testimony given by such
13  witness.
14
15      I further certify that I am not related
16  to any of the parties to this action by blood
17  or marriage; and that I am in no way
18  interested in the outcome of this matter.
19
20  _____
21      Camille Dandola
22
23
24
25

October 4, 2022

```
 1      ERRATA SHEET FOR: MELISSA JOHNSON
          MELISSA JOHNSON, being duly sworn, deposes and
 2      says: I have reviewed the transcript of my
        proceeding taken on 10/04/2022. The following
 3      changes are necessary to correct my testimony.
 4      _____
 5      PAGE LINE    CHANGE          REASON
 6      ----|----|-------------------|------------
 7      ----|----|-------------------|------------
 8      ----|----|-------------------|------------
 9      ----|----|-------------------|------------
10      ----|----|-------------------|------------
11      ----|----|-------------------|------------
12      ----|----|-------------------|------------
13      ----|----|-------------------|------------
14      ----|----|-------------------|------------
15      ----|----|-------------------|------------
16      ----|----|-------------------|------------
17      ----|----|-------------------|------------
18      ----|----|-------------------|------------
19      ----|----|-------------------|------------
20      ----|----|-------------------|------------
21      ----|----|-------------------|------------
22      ----|----|-------------------|------------
23        Witness Signature:_____
        Subscribed and sworn to, before me
24      this ____ day of _____, 20 ___.
        _____  _____
25      (NOTARY PUBLIC)        MY COMMISSION EXPIRES
```

Lexitas Court Reporting
800-678-0166