## Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
MARIA SUAREZ,
        Plaintiff,
  -against-    19-CV-02721-GRB-SIL

SOUTHERN GLAZER'S WINE & SPIRITS OF
NEW YORK, LLC,
        Defendant.
-----------------------------------------X
       October 4, 2022
       200 Broadhollow Road
       Melville, New York
       1:30 p.m.

    EXAMINATION BEFORE TRIAL of a Defendant, Southern Glazer's Wine & Spirit, by Tonisha Durant, pursuant to Notice, held at the above-mentioned time and place, before Camille Dandola, a Notary Public of the State of New York.

## Page 2

APPEARANCES:

MOSER LAW FIRM, PC
  Attorneys for Plaintiff
    5 East Main Street
    Huntington, New York 11743

BY:  STEVEN MOSER, ESQ.


CONSTANGY BROOKS SMITH & PROPHETE, LLP
  Attorneys for Defendant
    175 Pearl Street, Suite C-402
    Brooklyn, New York 11201
BY:  ANJANETTE CABRERA, ESQ.

## Page 3

FEDERAL STIPULATIONS

    IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties hereto, that the filing, sealing, and certification of the within deposition shall be and the same are hereby waived;

    IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the times of the trial.

    IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before this court.

        *  *  *  *

## Page 4

    T O N I S H A  D U R A N T, the witness herein, having been first duly sworn by a Notary Public in and of the State of New York, was examined and testified as follows:
    THE REPORTER:  Please state your name and address for the record.
    THE WITNESS:  Tonisha Durant, 345 Underhill Boulevard, Syosset, New York.
EXAMINATION BY
MR. MOSER:
    Q.  Good afternoon.  My name is Steve Moser.  I am an attorney.  I represent Maria Suarez or I represent her in the lawsuit that she brought against Southern Glazer's Wine and Spirits.
    Are you an employee of Southern Glazer's Wine and Spirits?
    A.  I am.
    Q.  Before it was Southern Glazer's Wine and Spirits it was Southern Wine and Spirits; is that correct?
    A.  That's correct.
    Q.  For the purposes of this deposition when I say "Southern" I'll mean Southern Glazer's Wine and Spirits or Southern Wine and Spirits.  Do you understand that?

### Page 5

```
 1                T. DURANT
 2       A.   Yes.
 3       Q.   Have you ever testified under oath?
 4       A.   Yes.
 5       Q.   On how many different occasions?
 6       A.   One.
 7       Q.   When was that?
 8       A.   April of this year, I believe.
 9       Q.   With regard to?
10       A.   Grievance for Ena Scott.
11       Q.   I believe that Kevin Randall also
12   testified at that grievance.  Are you aware of any
13   other individuals who testified besides you and Mr.
14   Randall?
15       A.   No.
16       Q.   Why were you called to testify?
17       A.   Because I am Ena's manager.
18       Q.   What was the nature of the grievance?
19       A.   It was a title issue.  A job title
20   issue.
21       Q.   What was the specific job title issue?
22       A.   She was promoted to lead inventory
23   control clerk and it's a clerical position.
24       Q.   What was her issue with that?
25       A.   I believe she thought that was a
```

### Page 6

```
 1                T. DURANT
 2   warehouse position.
 3       Q.   When you say "warehouse position"
 4   you're referring to -- are you referring to a job
 5   that is classified as warehouse under the
 6   Collective Bargaining Agreement?
 7       A.   That's correct.
 8       Q.   When you say "clerical" you mentioned
 9   clerical before are you also referring to a job
10   that is classified as clerical under the Collective
11   Bargaining Agreement?
12       A.   That is correct.
13       Q.   Did you testify by Zoom or in person?
14       A.   Person.
15       Q.   Where was that?
16       A.   At 313 Underhill.
17       Q.   Was there a stenographer?
18       A.   I believe they were on the phone.  I
19   think, yeah, I think they were virtual.
20       Q.   Did you ever see a transcript of your
21   testimony?
22       A.   No.
23       Q.   Was a transcript of your testimony
24   taken?
25       A.   I don't know.
```

### Page 7

```
 1                T. DURANT
 2       Q.   Was there a decision issued after you
 3   testified?
 4       A.   Yes.
 5       Q.   By whom?  The arbitrator?
 6       A.   Yes.
 7       Q.   What was the arbitrator's decision?
 8       A.   I don't remember.  That went between
 9   Southern and Ena.
10       Q.   Today is Ena Scott classified as
11   clerical or warehouse?
12       A.   Clerical.
13       Q.   Today is Tatiana Herdocia still
14   employed by Southern?
15       A.   Yes.
16       Q.   Is Tatiana Herdocia classified as
17   warehouse or clerical?
18       A.   Clerical.
19       Q.   Do Tatiana and Ena report to you?
20       A.   Yes.
21       Q.   Who else reports to you today?
22       A.   Justin Vey.
23       Q.   Anyone else right now?
24       A.   I am looking for another employee.  One
25   of my employees just moved.
```

### Page 8

```
 1                T. DURANT
 2       Q.   Which employee moved?
 3       A.   William Scarpenelli.
 4       Q.   When did Mr. Scarpenelli work for
 5   Southern?
 6       A.   He just made his two years as of
 7   September 8th, I believe.
 8       Q.   Did Justin Vey previously report to
 9   Maria Suarez?
10       A.   Yes, sir.
11       Q.   As well as Ena Scott and Tatiana
12   Herdocia?
13       A.   That's correct.
14       Q.   What is Tatiana's title?
15       A.   Inventory control clerk, I believe.
16       Q.   Justin Vey?
17       A.   The same.
18       Q.   Is Justin Vey classified as warehouse
19   or clerical?
20       A.   Clerical.
21       Q.   Are you aware of any lawsuits that were
22   brought by either Tatiana or Ena against Southern?
23       A.   No.
24       Q.   Are you aware of any lawsuits brought
25   by Josie Ann Sajous against Southern?
```

Page 9

1  T. DURANT
2     A.  No, that was before my time.
3     Q.  When you say that was before your time?
4     A.  I was in accounting at that time.
5  Josie worked for Maria.
6     Q.  Did you hear anything about the
7  lawsuits when you were in accounting?
8     A.  No.
9     Q.  When did you first become aware that
10 there had been a lawsuit filed by Ena Scott?
11        MS. CABRERA:  Objection to the
12     form of the question.
13    Q.  Before today are you aware as you sit
14 here today whether or not Ena Scott ever sued
15 Southern?
16    A.  I am aware as of it now, yes.
17    Q.  Before today?
18    A.  Very recently I was aware of it, yes.
19    Q.  How recently did you become aware?
20    A.  When we were in arbitration.
21    Q.  When was that arbitration again?
22    A.  April or May.
23    Q.  Before then you did not know that Ena
24 had sued Southern?
25    A.  No.

Page 10

1  T. DURANT
2     Q.  Before that you did not know that
3  Tatiana had not sued Southern?
4     A.  No.
5     Q.  Before then did you know that Josie's
6  had sued Southern?
7     A.  No.
8     Q.  When did you first learn that Josie's
9  had sued Southern, was that also at that
10 arbitration?
11    A.  No, that was actually -- I don't
12 remember how far.  It was probably about a year
13 ago, I learned about Josie's.  But I didn't know
14 Josie so. . .
15    Q.  When were you hired by Southern?
16    A.  2007 December 31st.
17    Q.  What position were you hired into?
18    A.  Inventory control coordinator.
19    Q.  Was that a supervisory position?
20    A.  No.  It was a clerk position.
21    Q.  At the time that you were hired as the
22 inventory control coordinator was there inventory
23 control manager?
24    A.  Yes.
25    Q.  Who was the inventory control manager?

Page 11

1  T. DURANT
2     A.  I don't recall her name.
3     Q.  Was Maria an inventory control manager
4  in the warehouse when you became inventory control
5  coordinator?
6     A.  I don't remember.
7     Q.  At some point did your title change?
8     A.  Yes.
9     Q.  When did it change?
10    A.  My first title changed about 10 years
11 ago.  I am going on my 15th year.
12    Q.  So that would be approximately 2012?
13    A.  Yes, I would say about that.
14    Q.  What was your new title?
15    A.  I became inventory control manager in
16 accounting.
17    Q.  Are you aware of what Ena Scott accused
18 Southern of in the lawsuit?
19    A.  No.
20    Q.  Have you been continuously employed by
21 Southern since 2017?
22    A.  Yes.
23    Q.  Since 2017, has there been a person
24 classified as warehouse who was a woman?
25    A.  Yes.

Page 12

1  T. DURANT
2     Q.  Who was that?
3     A.  Linda -- I don't remember her name.
4  She was an overnight supervisor.
5     Q.  She was a supervisor?
6     A.  Yes.
7     Q.  Classified as warehouse?
8     A.  She was warehouse, yes.
9     Q.  So when did she work for Southern?
10    A.  I don't know.
11    Q.  Any estimate?
12    A.  She was there in 2017.  I think she
13 probably left 2018 or '19.  I'm not sure.
14    Q.  Do you know why she left?
15    A.  She was part of the reorganize.
16    Q.  Other than that woman Linda are you
17 aware of any other female who had the warehouse
18 classification at the Syosset facility since 2017?
19    A.  No.  There's women that worked there at
20 night in the office but I am sure that they are
21 classified as warehouse also.
22    Q.  Who are they?
23    A.  I don't know their names.
24    Q.  How do you know they were classified as
25 warehouse?

Page 13

1           T. DURANT
2      A.   I am assuming that they work there at
3   night, they could be clerical, but there are women
4   there at night.
5      Q.   How do you know that Linda was a
6   warehouse classified individual?
7      A.   Because she was a warehouse supervisor.
8      Q.   I am just curious how long was she with
9   the union before she became a supervisor?
10     A.   Linda wasn't with the union.  She was a
11  supervisor.
12     Q.   She wasn't covered by the Collective
13  Bargaining Agreement?
14     A.   No, she was an employee of Southern.
15     Q.   When I say -- she wasn't a union
16  member, correct?
17     A.   No.
18     Q.   Are you aware of any female union
19  employees at the Syosset facility who were
20  classified as warehouse?
21     A.   I don't know.  I work during the day.
22  I don't work at night.  I wouldn't know.
23     Q.   How many warehouse men work during the
24  day?
25     A.   I don't know.  I don't work for the

Page 14

1           T. DURANT
2   warehouse.
3      Q.   You work in the warehouse?
4      A.   I work in the warehouse.
5      Q.   Can you give me any approximation of
6   how many warehouse personal?
7      A.   Around 70 or 80 people.
8      Q.   Have you ever seen a female warehouse
9   employee in the day?
10     A.   No.
11     Q.   Has that particular issue ever been
12  topic of any meetings that you attended?
13     A.   Female warehouse employees as in union?
14  We have supervisors.
15     Q.   I mean union employees.
16     A.   No.
17     Q.   Has that topic ever come up in any
18  meetings that you have attended?
19     A.   No.
20     Q.   Do you think that Southern
21  discriminates against women with regard to the
22  warehouse classification?
23     A.   No.
24     Q.   Do you know why at least during the day
25  there are no female warehouse employees?

Page 15

1           T. DURANT
2      A.   If they apply, I am sure that they
3   would be hired.
4      Q.   Are you aware the women did apply?
5           MS. CABRERA:  Objection.
6      A.   I don't know.
7           MS. CABRERA:  I am going to
8      object.  There is a discrimination
9      claim in this case.  A retaliation
10     claim and exception claim.  I have
11     allowed you to ask these question as
12     background.  I believe at this point it
13     is becoming an excessive waste of time.
14     Q.   In your opinion does Southern take
15  steps to make sure that discrimination either
16  doesn't happen or is eliminated in the workplace?
17     A.   Absolutely.
18     Q.   How do they do that?
19     A.   You would have to speak with Southern.
20  I wouldn't know.  I know on my hand, I'm a black
21  female doing very well at Southern so.
22     Q.   Who asked you to testify at the
23  arbitration?
24          MS. CABRERA:  Objection.  I am
25     going to direct her not to answer that

Page 16

1           T. DURANT
2      question.  Attorney/client privilege.
3           And if you continue to ask
4      questions about the arbitration I'm
5      going to move to have that portion of
6      this transcript be sealed.
7           As you know an arbitration is a
8      confidential alternative dispute
9      resolution.  This a public case, right,
10     and this is a transcript that can be
11     used and I am going to place my
12     objection if you continue to ask
13     questions about the arbitration.  If
14     you continue to go down this road,
15     we're going to have to get on the phone
16     with the court.
17          I've allowed it as some background
18     with regard to the witness' experience
19     with testifying.  Beyond that it is not
20     relevant.
21     Q.   What's your current title?
22     A.   Inventory control manager.
23     Q.   How long have you had that particular
24  title?
25     A.   For about six years I guess.

Page 17

1       T. DURANT
2    Q.   That would be since approximately 2016?
3    A.   Yes.  That would be WMI inventory
4  control manager.
5    Q.   Did you ever supervise Maria Suarez?
6    A.   No.
7    Q.   Did Maria Suarez ever report to you?
8    A.   No.
9    Q.   Who supervised Maria Suarez?
10   A.   John Wilkinson.
11   Q.   Did you ever have discussions with John
12 Wilkinson about Maria?
13   A.   Yes.
14   Q.   Did you ever have discussions with John
15 Wilkinson about Maria when Maria was not present?
16   A.   Yes.  Let him know that I was sending
17 her something that I needed her to check on.
18   Q.   Were you involved at all in any
19 discipline of Maria?
20   A.   No.
21   Q.   Were you involved at all in her
22 separation from employment?
23   A.   No.
24   Q.   Do you know why she separated from
25 employment?

Page 18

1       T. DURANT
2    A.   Not my business, nope.
3    Q.   Before you were the WMI inventory
4  control manager, you were the inventory control
5  manager in accounting, correct?
6    A.   Is that correct, yes.
7    Q.   How did your job change if at all when
8  you became the WMI inventory control manager?
9    A.   Instead of analyzing the data I now
10 have the physical cases in front of me.  So in
11 accounting you just go by what data information
12 that is provided to you.  Now I can actually walk
13 up to the case to confirm.
14   Q.   Other than that did your job change at
15 all when you became WMI inventory control manager?
16   A.   The system changed but the duties are
17 pretty much the same.
18   Q.   Were you trained in WMI?
19   A.   Yes.
20   Q.   By whom?
21   A.   Melissa.  There was a few different
22 divisions came out to assist us with the go-alive
23 and whoever else I can lean on.
24   Q.   So you received training from Melissa?
25   A.   Yes.

Page 19

1       T. DURANT
2    Q.   That was during the go-alive?
3    A.   During the go-alive.
4    Q.   Did you receive any training in WMI
5  before the go-alive?
6    A.   No.
7    Q.   Did Maria Suarez receive any training,
8  WMI, before the go-live?
9    A.   No.
10   Q.   Did John Wilkinson receive training
11 before the WMI go-live?
12   A.   I am not sure.
13   Q.   So at the go-live you had, were you
14 present during the go-live?
15   A.   Yes.
16   Q.   Who else was present?
17   A.   It was a team of people.  I don't know.
18   Q.   Was John there?
19   A.   John was there.
20   Q.   Maria Suarez?
21   A.   Yes.  Melissa was there.  The people
22 from Florida were there and people from different
23 divisions were there.
24   Q.   Did you receive any training materials?
25   A.   Yes.

Page 20

1       T. DURANT
2    Q.   That was during the go-live week?
3    A.   Yes.
4    Q.   Did you ever receive any additional
5  training at WMI after the go-live week?
6    A.   Whenever I needed some assistance in
7  anything, I would just call people.
8    Q.   Who would help you?
9    A.   Melissa is my main person of contact.
10   Q.   Who did you report to when you became
11 the WMI inventory control manager?
12   A.   Kevin Randall.
13   Q.   When you became WMI inventory control
14 manager did Maria Suarez' job title change?
15   A.   She was the WMI administrator, I
16 believe.
17   Q.   Do you know if her duties changed at
18 all when she became the WMI administrator?
19   A.   It was pretty much the same.
20   Q.   When did you begin supervising the
21 inventory control clerk?
22   A.   I started probably mid of 2021.
23   Q.   Before then who was supervising the
24 inventory control clerk?
25   A.   Before it was Maria.  After Maria

Page 21

T. DURANT

1
2  departed it was Barry and then myself.
3     Q.  Is Barry Finkelstein still employed?
4     A.  Yes.
5     Q.  For how long did he supervise the
6  inventory control clerk?
7     A.  Maybe for two years.  I don't know.
8     Q.  Did he also do the job of WMI
9  administrator?
10    A.  He assisted me.  I picked up a lot of
11 slack after Maria left and Barry assisted me.
12    Q.  Were you responsible for doing any of
13 the things listed on Plaintiff's Exhibit 2, which
14 is this document, after Maria left?
15    A.  (Witness perusing document.)  Yes.
16    Q.  Were you responsible for all of those
17 things on that list after Maria left?
18    A.  Around 90 percent of it, yep.
19    Q.  Did you ever share an office with
20 Maria?
21    A.  No.
22    Q.  Do you know what she did on a regular
23 basis as WMI administrator?
24    A.  We can only go by what the system
25 states.

Page 22

T. DURANT

1
2     Q.  Did you ever witness her doing her job?
3     A.  I never paid attention to it.
4     Q.  Did you ever see what she was doing
5  during the day?
6     A.  No.
7     Q.  There are RF guns?
8     A.  Yes.
9     Q.  Do they communicate with the computer?
10    A.  Yes.
11    Q.  Was Maria issued an RF gun?
12    A.  I don't know.  I had an RF gun.
13    Q.  Did you ever have to verify a count?
14    A.  Yes.
15    Q.  When you verified a count with your RF
16 gun does it show that that's your RF gun?
17    A.  Yes.  Your count will override the
18 previous count if it's incorrect.
19    Q.  When you do a count with the RF gun it
20 will show that you were the one that did the count?
21    A.  Absolutely.
22    Q.  Was Maria doing cycle counting?
23    A.  No.  She was doing confirmations.  She
24 should have been doing confirmations not cycle
25 counting.

Page 23

T. DURANT

1
2     Q.  If she was doing cycle counting would
3  that have been reflected in the system?
4     A.  Absolutely her name would pop up.
5     Q.  Did you ever have any knowledge whether
6  or not she was doing cycle counting at any time as
7  WMI administrator?
8     A.  As far as I recall her name never
9  popped up.
10    Q.  Whose name would pop up?
11    A.  Tatiana, Ena, Justin, Anthony, Raul.
12    Q.  Are there reports generated which can
13 show who generated cycle counts?
14    A.  Yes.
15    Q.  Those reports would conclusively show
16 whether Maria was doing cycle counting, correct?
17    A.  Absolutely.
18    Q.  How long do you keep these records for?
19    A.  I believe they get purged once a year,
20 Every year or so.
21    Q.  Records showing whether or not Maria
22 was actually doing cycle counting would not exist
23 at this point; is that correct?
24    A.  That is correct.
25    Q.  Were you ever present at any meetings

Page 24

T. DURANT

1
2  with John Wilkinson and Maria Suarez?
3     A.  Yes.
4     Q.  How many different meetings?
5     A.  One meeting a week during her PIP.
6     Q.  When did her PIP begin?
7     A.  I don't know.
8     Q.  Why were you brought into the meetings
9  during her PIP?
10    A.  So we can confirm whether or not
11 certain tasks were being processed each week.
12    Q.  Describe for me what would happen at
13 these weekly meetings?
14    A.  Melissa sends down the report of what
15 wasn't completed and John and Maria would go back
16 and forth to find out what was done and what wasn't
17 done.
18    Q.  How long were the meetings typically?
19    A.  Probably about a half hour to 45
20 minutes.  Depending on the length of the task that
21 had to be gone through.
22    Q.  So describe for me what would happen at
23 a typical meeting.
24    A.  They would go bullet by bullet and say
25 was this done, this done, was that done.

6 (Pages 21 to 24)

Page 25

1       T. DURANT
2    Q.  When you say bullet by bullet you mean
3  line by line?
4    A.  Yes.  Line by line same thing as you
5  have here (indicating).
6    Q.  When you say this what we "have here"
7  we are talking about Plaintiff's Exhibit 2, SGWS
8  524.  John would go over this list with Maria on a
9  weekly basis?
10   A.  Yep.  Melissa sent her packet as to
11 what was not done and Maria would go through it and
12 find out why wasn't certain things not done.
13   Q.  Did Maria offer any explanation as to
14 why these things were not getting done?
15   A.  Most of it was that she wasn't fast
16 enough to do it.  She couldn't get to it in time.
17   Q.  How many hours per week was Maria at
18 working when she was under her PIP?
19   A.  I believe 35 to 40 hours.  Depends on
20 when her job is completed.  I don't know.
21   Q.  Do you know whether she was working
22 weekends?
23   A.  She wasn't working with me when I was
24 there, no.
25   Q.  Do you know if John ever required her

Page 26

1       T. DURANT
2  to work overtime?
3    A.  We are will required to work overtime
4  if needed.
5    Q.  I am going to show you what has been
6  marked as Plaintiff's Exhibit 7 for identification
7  and I am going to turn to --
8    A.  (Witness perusing document.)
9    Q.  So my question is:  Let's take SGWS
10 2166, Exhibit 7?
11       MS. CABRERA:  Plaintiff's Exhibit
12    7.
13   Q.  What does this printout show?
14   A.  This is all the open orders that are
15 sitting in the system that has to be cleared
16 processed or cancelled.  So when it says 10 that
17 means no one did anything towards it.
18   Q.  Are these all items that Maria had to
19 take action on?
20   A.  Yes.
21   Q.  Could she have delegated this to her
22 staff to do it?
23   A.  No, absolutely not.  She would have had
24 to do that herself.
25   Q.  She would have had to do all the things

Page 27

1       T. DURANT
2  on this list, right?
3    A.  Yes.
4    Q.  What would she have to do to complete
5  the items on this list?
6    A.  She would have to either cancel the
7  invoices.  If the invoices failed during the night
8  stream, kick back the once that can be processed
9  through the system, and that's pretty much it.
10       With these 10's, all these NG, these
11 failed the night stream.  All these needed to be
12 canceled.  Email sent to customer service.  Let
13 them know that these orders failed so that they can
14 contact the customer.
15   Q.  Is there anyway to know how many Maria
16 had actually done?
17   A.  If it is sitting on this report and it
18 is status 10, she didn't do it at all.
19   Q.  What percentage of the total amount of
20 work does she represent?  In other words, these
21 were the items that needed to be picked and packed
22 and processed.  How many were actually processed by
23 her.
24   A.  You see that date, it says 2016, how
25 would I know that?

Page 28

1       T. DURANT
2    Q.  Do you know if this represents one
3  percent, two percent of the total items that she
4  processed?
5    A.  This is are you referring to the total
6  workload?  This is one percent.  This would take
7  you 10 minutes to clear.
8    Q.  Do you know what time she would get to
9  work in the morning?
10   A.  Her start time was either 8:30 or 9:00,
11 I am not sure.
12   Q.  Do you know how many items she was
13 actually processing every week?
14   A.  No, she was not under my supervision.
15 I have no idea.
16   Q.  Do you know if she was successfully
17 completing 90 percent of her tasks?
18   A.  Not if it's sitting on this piece of
19 paper, it's not.
20   Q.  Do you know what percentage of her
21 total task this represents?  And we are looking at
22 SGWS 2166.
23   A.  Her total this represents one percent
24 of her total workload for the day.  This processing
25 would take five to 10 minutes out of her day to

Page 29

1     T. DURANT
2  clear. That has to be done before the beginning of
3  her day. These represents failed orders that the
4  customers needs to be notified against.
5     Q.   How many of these were actually
6  resolved? These were the ones that were
7  unresolved, right?
8     A.   Right.
9     Q.   How many of these were actually
10 resolved?
11    A.   This that is sitting here you do it in
12 bulk. You don't do it one at a time. You do a
13 snapshot of this full line and send to customer
14 service and say it failed and cancel these orders.
15 It's not like she has to do one at a time, it's a
16 bulk process.
17    Q.   Is this information already in the
18 system?
19    A.   Yes. This is a screen shot of the
20 system.
21    Q.   She would have to send it to customer
22 service?
23    A.   Yes.
24    Q.   Did the customer service have access to
25 this as well?

Page 30

1     T. DURANT
2     A.   They don't have access to WMI.
3     Q.   All of these particular items in this
4  document, were these all things that could be done
5  in bulk?
6     A.   Yes, all of it. It is failed night
7  stream orders. You 64 it, cancel it, and send it
8  to customer service so it's out of the system.
9     Q.   She had to basically send this to
10 customer service.
11    A.   Yes, take a screen shot of it or if the
12 system even allows you to place it on Excel format,
13 send it to customer service and all of these should
14 have been canceled out.
15    Q.   Did Maria ever seem angry or hostile to
16 you?
17    A.   Yes.
18    Q.   Why was she angry?
19    A.   You would have ask her. I don't know.
20    Q.   Why did you think that she was angry?
21 Do you have any idea?
22    A.   She's been angry since I have known her
23 for 15 years -- for 10 years. She has been angry
24 ever since I known her.
25    Q.   How would Maria respond in these weekly

Page 31

1     T. DURANT
2  meetings that you had with John?
3     A.   I didn't have time to do it. I
4  couldn't get to it. I'm not as fast as you.
5  Nonsense.
6     Q.   Do you know whether she did have time
7  to do --
8     A.   I do it every day, so yes.
9     Q.   Do you know what else she was doing at
10 the time?
11    A.   She was managing the cycle counters.
12 So she would give them work in the morning so they
13 could do their task for the day. She was supposed
14 to reconcile the inventory as the number were
15 coming back and go in the system and approve it or
16 decline it. If the numbers were way off, send
17 cycle counters back out there, reconfirm it. If
18 you don't like their counts you walk to that
19 location, you confirm it yourself.
20    Q.   But you never actually saw what she was
21 doing on a daily basis?
22    A.   No, I had my own job.
23    Q.   Do you know what she was actually doing
24 on a day-to-day basis based on your personal
25 knowledge?

Page 32

1     T. DURANT
2     A.   No.
3     Q.   Do you know whether she did actually
4  have time in her day to get this done?
5     A.   Absolutely, I do it every day.
6     Q.   Did you ever see her lounging at work?
7     A.   Watching Maria wasn't on my to-do-list.
8     Q.   Did you ever see her take a break more
9  than five minutes?
10    A.   I don't know.
11    Q.   What leads you to believe that other
12 than the fact you have been able to do this what
13 lead you to believe that she had the time to do
14 this?
15    A.   It takes two seconds out of your day to
16 do it.
17    Q.   Each one of these takes two seconds?
18    A.   Absolutely. It's a full screen shot,
19 send to customer service, cancel the invoices. I
20 could have done this whole thing probably within 15
21 minutes, cleared the whole system.
22    Q.   Because of that you believe that she
23 had enough time in her day to do that?
24    A.   Absolutely.
25    Q.   What was the risk to Southern of Maria

Page 33

1      T. DURANT
2  not doing her job as WMI administrator correctly?
3      A.  It affects the financials, inventory
4  levels, bottom line.
5      Q.  What had Maria been doing as inventory
6  control manager before she became WMI
7  administrator?
8      A.  Before my time.  I have no idea.  I was
9  in accounting at that time.
10     Q.  In you were not her supervisor why were
11 you in the meetings with her and John Wilkinson?
12     A.  I guess a third party.
13     Q.  Was she ever instructed to report
14 things to you by email?
15     A.  Only high discrepancies and any issues
16 that she couldn't resolve on her own.
17     Q.  When was she instructed to do this?
18     A.  At the beginning.
19     Q.  When she was first hired for that job?
20     A.  Yes.
21     Q.  What was she told specifically with
22 regard to the discrepancies?
23     A.  At one point she didn't have a
24 threshold.  She -- if it was felt out of her
25 comfort zone, that she should have emailed me to

Page 34

1      T. DURANT
2  let me know that she has this discrepancy, if I can
3  take a look at it.
4      Q.  This is from the very beginning?
5      A.  Yes.
6      Q.  How often did Maria communicate with
7  you from the beginning?
8      A.  Little to none.
9      Q.  How often did John Wilkinson meet with
10 Maria when you were not there?
11     A.  I do not know.
12     Q.  When you say out of her comfort zone?
13     A.  It was 10,000, 20,000.
14     Q.  She was allowed to approve a variance
15 of up to 10 or 20,000?
16     A.  Not it was up to her discretion.  If
17 she was uncomfortable with it, then she should let
18 me know so I can take a look at it, but at first
19 she didn't have a threshold.
20     Q.  She could have approved a variance of
21 any amount?
22     A.  Yes.
23     Q.  Why was that changed?
24     A.  Because she was cycle counting out
25 inventory that was actually there.  She was

Page 35

1      T. DURANT
2  approving counts -- incorrect counts.
3      Q.  What do you mean by "approving
4  incorrect counts"?
5      A.  If the cycle counters go to a location,
6  actually hit the cases that are not there, and but
7  they are physically there, instead of her looking
8  to see if those cases were there, she would just
9  approve it, and that's inventory that we lost.
10     Q.  So what was happening was a cycle
11 counter would go and would say -- would submit some
12 kind of cycle count.
13     A.  Yes.
14     Q.  And would say that the product is not
15 in this location?
16     A.  Right.
17     Q.  When it fact it was?
18     A.  Yes.
19     Q.  What happened, what happens in WMI when
20 that happens?
21     A.  It takes that product out of inventory,
22 takes the financials out of the budget.
23     Q.  When you say Maria would approve it --
24     A.  Yes.
25     Q.  -- was there a variance that WMI would

Page 36

1      T. DURANT
2  automatically approve?
3      A.  It was $250.
4      Q.  Per location?
5      A.  Per case.
6      Q.  So a cycle counter goes to a particular
7  location in the warehouse, does a count.
8      A.  Yes.
9      Q.  If there count is off by more than $250
10 --
11     A.  -- it would go into a discrepancy file.
12     Q.  How many counts were going into the
13 discrepancy file?
14     A.  When she was there?
15     Q.  Yes.
16     A.  Hundreds.
17     Q.  Hundreds were going into the
18 discrepancy file because the amount of product that
19 was counted -- there was a $250 difference between
20 what was counted and what was actually in
21 inventory?
22     A.  She had five counters at that time if
23 each counter is 4 or 500 you have to figure about
24 100 going into discrepancies.  Average about 100
25 discrepancy counts per cycle counter.

Page 37

1   T. DURANT
2   Q. Per day or per week?
3   A. That's per day.
4   Q. That would be 500 discrepancies per
5   day?
6   A. She is supposed to work them throughout
7   the whole day. By the end of the day they may
8   leave about 100 or so in the discrepancy file.
9   Q. So your best approximation is that she
10  would have to resolve 500 discrepancies per day?
11  A. Yes.
12  Q. Now let's say that she tells the cycle
13  counter go back and count it again.
14  A. Yes.
15  Q. Can the cycle counter go back and count
16  it again?
17  A. Yes.
18  Q. Do they put information in the RF?
19  A. Yes.
20  Q. What if there is a discrepancy again?
21  A. Then she should walk with them to see
22  what it is.
23  Q. She should she physically check every
24  discrepancy that is not resolved?
25  A. Absolutely.

Page 38

1   T. DURANT
2   Q. Is it fair to say that if the cycle
3   counters were doing sloppy work that it would make
4   the WMI administrator's job very difficult?
5   A. Yes.
6   Q. In your opinion were any of the cycle
7   counters doing any sloppy work?
8   A. No.
9   Q. How would you know?
10  A. I have the same team, pretty much the
11  same team. They are pretty good with cycle
12  counting.
13  Q. Do you know if they got along with
14  Maria?
15  A. They worked with her for years. I
16  don't know.
17  Q. Do you know if they got along with her?
18  A. That I don't know.
19  Q. Do you believe that they get along with
20  you?
21  A. I would like to think so.
22  Q. Does Maria have a particular
23  reputation?
24  A. Yes.
25  Q. What is her reputation?

Page 39

1   T. DURANT
2   A. Mean.
3   Q. How do you know that she has a
4   reputation of being mean?
5   A. That's her reputation. It's throughout
6   the building.
7   Q. That has been through her entire tenure
8   at Southern, is that correct?
9   A. As far as I know, yes.
10  Q. How many discrepancies do you see per
11  day?
12  A. Now, about 118 or 20 will hit the
13  files. That's when I will go to the warehouse and
14  walk each one.
15  Q. How big is the warehouse?
16  A. It's we have over 30,000 locations in
17  the warehouse. Square footage I don't know.
18  Q. Is all the product stored on floor
19  level?
20  A. No.
21  Q. How high up does it go?
22  A. Up to the ceiling.
23  Q. Does each one of these -- there are
24  thousands of locations. Is there a cube or
25  section?

Page 40

1   T. DURANT
2   A. You have floor racks where it's stacked
3   on the floor. Multiple pallets on top of each
4   other. There are push backs where there is in a
5   rack, two pallets per location. You have hand
6   sacks where single cases per location, and you have
7   lock up where of course everything is locked up.
8   You have bottle room, flow which is on like a belt,
9   it is on a roller. You have bottle shelf, it's
10  upstairs. Bunch of different type of locations.
11  Q. Describe for me how to resolve the 118
12  to 120 discrepancies?
13  A. I walk each location that comes up with
14  a discrepancy. If it's high, I stop a guy to pull
15  it down so I can take a look. If it's low, I do it
16  myself. I take my RF gun and rescan it, if it is
17  incorrect. If it is correct, I place the inventory
18  into a research file until I can resolve it.
19  Q. When do you start resolving the
20  discrepancies approximately?
21  A. It could be I try to start between
22  three and five, I'll reconcile it. Make sure that
23  everything is reconciled before five.
24  Q. When did you resolve the discrepancies?
25  A. Every night.

10 (Pages 37 to 40)

```
                                            Page 41
1              T. DURANT
2     Q.   How long does it take to you resolve
3   the discrepancies?
4     A.   It depends on what the discrepancy is.
5   If it's receiving issues it has to wait until the
6   receiving department is notified.  If it's a cycle
7   count issues, it's automatically.  It depends why
8   it's wrong.
9     Q.   I am talking about the cycle counters?
10    A.   Those are done immediately.  So if it's
11  correct in location I will rescan it with the
12  correct total.  If it's incorrect I will place the
13  inventory if the cases are really not there.  Place
14  those cases into an inventory research file so it
15  will not be sold until I can fix it.
16    Q.   So you resolve it by putting it into an
17  inventory research file?
18    A.   Yes.
19    Q.   Is that what Maria should have been
20  doing?  She should have been putting it into an
21  inventory research file?
22    A.   Yes.
23    Q.   So when did you resolve -- how many
24  cycle count discrepancies are there per day?
25    A.   It depends on how many cycle counters I
```

```
                                            Page 42
1              T. DURANT
2   have.  If I have one cycle counter it could be 20
3   discrepancies.  If I have two it could be 60.  It
4   depends on the day and how many locations they get
5   to.
6     Q.   Do you personally have to go to each
7   one of those locations and verify the cycle counts?
8     A.   I choose to because the financials are
9   under my name.
10    Q.   On an average day how many cycle count
11  discrepancies do you have to resolve?
12    A.   It depends on the day.  It could be
13  between 60 and 100.
14    Q.   Do you physically go to the warehouse
15  to do that?
16    A.   I absolutely do.
17    Q.   Did you do that throughout the day or
18  did you do that in the evening?
19    A.   It depends on what my day looks like.
20  I do other things besides the cycle counting.
21    Q.   How long does it take you to resolve,
22  let's say, 10 inventory cycle count discrepancies?
23    A.   It depends on what the discrepancy is,
24  I can't answer that correctly.
25    Q.   On average day you were resolving 60
```

```
                                            Page 43
1              T. DURANT
2   and 100 cycle count discrepancies?
3     A.   Yes.
4     Q.   In total how much time does that take
5   you on average day?
6     A.   It would take me two to three hours and
7   depending on what the difference is, what is
8   causing the difference.
9     Q.   Are they any reports which can show the
10  cycle count discrepancy in a given day?
11    A.   Yes.
12    Q.   How far does that go back?
13    A.   Like I said everything gets purged once
14  a year.
15    Q.   How many so are there any records which
16  would show the actual number of cycle count
17  discrepancies that there were when Maria was WMI
18  administrator?
19    A.   I am sure there was not.
20    Q.   Was it your job to review the cycle
21  count discrepancies?
22    A.   Maria's job.
23    Q.   Do you know how many cycle count
24  discrepancies there were each day when Maria was
25  WMI administrator?
```

```
                                            Page 44
1              T. DURANT
2     A.   It wasn't my job.  I don't know.
3     Q.   Do you have any reason to doubt Maria's
4   honesty or truthfulness?
5     A.   No.  I don't know Maria like that.
6     Q.   Well she had a reputation for being
7   mean.
8     A.   Yes.
9     Q.   Did she have a reputation for being
10  dishonest?
11    A.   Never heard anything about that.
12    Q.   In your opinion was she an honest
13  person?
14    A.   I have no idea.
15    Q.   Did you believe her when she said she
16  was overwhelmed?
17    A.   No.
18    Q.   Why didn't you believe her?
19    A.   Because I do the work now.  There is no
20  way that she was overwhelmed.  Now I do her stuff
21  and mine.
22    Q.   At the time did you believe her?
23    A.   No, because what I was gathering from
24  what Melissa was saying and then I would go through
25  the steps one by one to see how long it would take.
```

11 (Pages 41 to 44)

Page 45

```
 1              T. DURANT
 2   No, I didn't believe her.
 3       Q.   You personally went through all of
 4   steps that Maria would have to take to resolve
 5   these discrepancies even though it was not your
 6   job?
 7       A.   Yes, if they were telling me I would
 8   have to be sitting in a PIP meeting, I am going to
 9   find out what has to be done.
10       Q.   You researched yourself how much time
11   it could have taken her?
12       A.   Absolutely.
13       Q.   Who told you to do that?
14       A.   Me.
15       Q.   Was she your competition?
16       A.   Not even a little bit.
17       Q.   For how long was she inventory control
18   manager?
19       A.   I have no idea.
20       Q.   Do you know if she was inventory
21   control manager for more than 10 years?
22       A.   If that is what she is saying, sure,
23   yes.  I have no idea.
24       Q.   Did you confront her with this at the
25   meetings that you had that you knew?
```

Page 46

```
 1              T. DURANT
 2       A.   Yes, of how long certain tasks take,
 3   yes, absolutely.
 4       Q.   What did she respond to that?
 5       A.   You are faster than I am.
 6       Q.   Had southern ever had any complaints
 7   about Maria's ability to do her job before you and
 8   John began meeting with her?
 9       A.   You'd have to ask Southern that.  I
10   don't know what they received complaints for.
11       Q.   Can you describe anything else that
12   would happen at these half-hour, 45-minute meetings
13   between you, John and Maria?
14       A.   It was pretty straight forward.  We go
15   bullet by bullet with whatever Melissa sent that
16   wasn't completed that week and she would have to
17   explain herself.
18       Q.   Was she able to explain herself?
19       A.   No.
20       Q.   Was Maria's supervisory authority ever
21   taken away?
22       A.   No.
23       Q.   So from the date that she became the
24   WMI administrator until she separated from
25   employment she supervised the inventory control
```

Page 47

```
 1              T. DURANT
 2   clerks?
 3       A.   Yes.
 4       Q.   And she had the authority to direct
 5   them and tell them what to do?
 6       A.   Absolutely, they did every day.
 7       Q.   Was her directing the inventory control
 8   clerks necessary for her to do her job?
 9       A.   Absolutely.
10       Q.   Was her directing the inventory control
11   clerks necessary so that there would not be
12   discrepancies that they'd have to be resolved?
13       A.   Absolutely.
14           MR. MOSER:  Short recess.
15           (Whereupon, a short recess was
16       held.)
17   BY MR. MOSER:
18       Q.   When you were inventory control manager
19   in accounting did you attend monthly meetings?
20       A.   Yes.  Actually those are quarterly
21   meetings.  For physical inventory?
22       Q.   No, monthly meetings with Kevin
23   Randall.
24       A.   No.
25       Q.   Do you know whether anyone from
```

Page 48

```
 1              T. DURANT
 2   accounting attended monthly meetings with Kevin
 3   Randall?
 4       A.   I would think just the controller.
 5       Q.   Do you know who else attended those
 6   meetings?
 7       A.   No, I wasn't invited.
 8       Q.   When you were inventory control manager
 9   in accounting they did inventory every single
10   quarter, correct?
11       A.   That's correct.
12       Q.   What dates did they do it
13   approximately?
14       A.   January, April, probably.  I am not
15   sure.  I don't remember.
16       Q.   Were you involved in the physical
17   inventory?
18       A.   Yes.
19       Q.   What was your involvement?
20       A.   Entering the data.  Reconciling the
21   inventory levels.
22       Q.   Did you interact with Maria Suarez at
23   all?
24       A.   Only to pick up the data, the books.
25       Q.   What do you mean?
```

12 (Pages 45 to 48)

Page 49

1  T. DURANT
2  A. Her team goes out, go to each location
3  the paper and pen and completes the inventory. Go
4  to each location and verify counts.
5  Q. She would report to you what the actual
6  data was?
7  A. She would -- everything is in books, so
8  paper. She would send over the books and we would
9  go over the books and enter the data into the
10 system so we can reconcile inventory.
11 Q. Did you ever speak with Maria before?
12 A. Only if she was submitting books.
13 Q. Did you ever speak with Maria before
14 you became the WMI inventory control manager?
15 A. I have had conversations with Maria,
16 yes.
17 Q. Did you ever have any disagreements?
18 A. No.
19 Q. Did you think that she was mean?
20 A. I thought she was just Maria. She is
21 very hard when speaking to people.
22 Q. Did you and Maria have any
23 disagreements about inventory or accounting before
24 you became WMI inventory control manager?
25 A. None.

Page 50

1  T. DURANT
2  Q. You never had a disagreement with her?
3  A. No.
4  Q. Were you involved in the decision to
5  terminate Maria Suarez?
6  A. No.
7  Q. Did anybody ask you for your input as
8  to whether she should be selected as part of the
9  layoff?
10 A. No.
11 Q. Who was involved in that?
12 A. You would have to ask Kevin.
13 Q. Did Kevin ever ask you for your opinion
14 of Maria?
15 A. No.
16 Q. Did you report directly to Kevin?
17 A. Yes.
18 Q. We're talking about Kevin Randall?
19 A. Kevin Randall, yes.
20 Q. For how long did you report to Kevin
21 Randall?
22 A. As soon as I became WMI inventory
23 control manager.
24 Q. Did you ever talk to Kevin Randall
25 about Maria's performance?

Page 51

1  T. DURANT
2  A. Yes.
3  Q. On how many different occasions?
4  A. Probably monthly.
5  Q. What were you reporting to Mr. Randall?
6  A. Of the things that Melissa saying was
7  not done. Which he in turn had Melissa come down
8  on a monthly basis to help her.
9  Q. Melissa would contact you and let you
10 know that certain things were not done?
11 A. She would contact me to see why certain
12 thing were not done. She was monitoring Maria's --
13 she was training her.
14 Q. And then you would inform --
15 A. I told her she has to contact John
16 Wilkinson.
17 Q. You would also talk to Kevin Randall
18 about that?
19 A. I would talk to Kevin, yes.
20 Q. Are you happy Maria's gone?
21 A. It doesn't phase me.
22    MR. MOSER: I have no further
23    questions.
24    MS. CABRERA: I have a couple.
25 BY MS. CABRERA:

Page 52

1  T. DURANT
2  Q. In the meetings that you had with John
3  and Maria, the one-on-one meetings that you were
4  asked about, did Maria ever say these tasks are not
5  in my job description?
6  A. No.
7  Q. Did she ever say to John, Hey, you took
8  away my direct report, so I can't get all of this
9  done?
10 A. No.
11 Q. Did she ever say the cycle counters are
12 not doing their jobs?
13 A. No.
14 Q. By the way, if the cycle counters are
15 not doing their jobs who would be responsible for
16 holding them accountable?
17 A. Maria.
18 Q. Did Maria strike you as someone that
19 remains silent if she felt that she was being
20 treated unfairly?
21 A. No.
22 Q. Why did you say that?
23 A. She is very vocal.
24 Q. I am going to ask you to look at
25 Exhibit 7 again. Now it looks to me when you look

Page 53

1    T. DURANT
2    at the scans attached to the e-mail.  I count 43
3    screen shots and for the record I am going to
4    represent that the screen shots go from 2166 to
5    2209.
6       A.   Okay.
7       Q.   At the top-right corner of each page
8    there's a date.
9       A.   Yes.
10      Q.   What date is that?
11      A.   That's the date the screen shot was
12   taken.
13      Q.   Counsel asked you earlier about one
14   specific screen shot.  Do you recall that?
15      A.   Yes.
16      Q.   He asked you what percentage of work of
17   the daily work load that one screen shot
18   represented?
19      A.   Yes.
20      Q.   Do you recall that testimony?
21      A.   I do.
22      Q.   If that one screen shot represented one
23   percent of her daily work load can you tell us what
24   percentage of the daily work load is represented by
25   all 43 screen shots?

Page 54

1    T. DURANT
2       A.   This would be multiple days.  For her
3    to reconcile this would probably take about this
4    would take maybe two hours.  So this would be
5    probably 20 percent of her day.  Only because it's
6    so far back it is aging.  Now it will take longer
7    to reconcile.
8       Q.   How do you know that this is over
9    multiple days?
10      A.   The screen shot date at the
11   top-right-hand corner.
12      Q.   So is it fair to say that Exhibit 7 is
13   addressing 43 different screen shots.  Within each
14   screen shot there are multiple issues?
15      A.   Yes.
16      Q.   Going back to the meetings with Maria.
17      A.   Ys.
18      Q.   Did she ever say I was never trained on
19   how to do this?
20      A.   No.
21          MS. CABRERA:  I have no further
22      questions.
23          MR. MOSER:  Can I just take a look
24      at that.
25          MS. CABRERA:  (Handing.)

Page 55

1    T. DURANT
2    BY MR. MOSER:
3       Q.   Did Maria apply for the WMI inventory
4    control manager position?
5       A.   I have no idea.
6       Q.   Did Kevin Randall tell you that he was
7    giving you that position instead of Maria?
8       A.   No, I applied for it.
9       Q.   Did Kevin Randall ever tell Maria that
10   he was giving you the WMI inventory control manager
11   position instead of her?
12      A.   I don't know.
13      Q.   Were your job duties pretty much the
14   same as when you became WMI inventory control
15   manager as when you were inventory control manager?
16      A.   Pretty much the same.
17      Q.   Did you receive an increase in salary?
18      A.   Yes.
19      Q.   By how much?
20      A.   I don't want to disclose that.  Do I
21   have to disclose that?
22          MS. CABRERA:  Unfortunately, yes.
23      A.   I don't know.  I don't remember.
24      Q.   There are records that it went to
25   approximately $75,000 a year.

Page 56

1    T. DURANT
2       A.   That sounds about right.
3       Q.   When you were inventory control
4    manager, before you received the WMI inventory
5    control manager position, what was your salary?
6       A.   Probably 55-65.
7       Q.   If your job was more or less the same
8    do you know why they were --
9       A.   Because taking on a bigger load.
10   Meaning I now have the physical cases to look
11   after.  Overall the reconciliation is pretty much
12   the same.
13      Q.   When you say that you "have the
14   physical cases to look after," what do you mean?
15      A.   I manage the cases coming in the
16   building and going out.
17      Q.   As well as all the physical inventory
18   in the building?
19      A.   Yes.
20      Q.   Who had that responsibility before you
21   were given that responsibility?
22      A.   I have no idea.
23      Q.   How were you responsible for the
24   physical inventory?
25      A.   What do you mean "responsible for"?

Page 57

1          T. DURANT
2      Q.  You say that your duties didn't change
3  except -- let me not put words in your mouth.
4  Let's go back.
5          When you say that you had the
6  responsibility to look after the physical cases,
7  what do you mean?
8      A.  I now handle all suppliers.  Which
9  means the exit of those cases.  I now have to
10 update expiration dates on bins.  Make sure that
11 stuff is accurate.  Bins are one in a box and once
12 those expired I have to get those out of the
13 building.  There's a lot of other responsibilities
14 that I am doing other than reconciliation of
15 inventory.
16     Q.  When you say that you were in control
17 of the inventory what do you mean?  The physical
18 inventory I mean.
19     A.  I am responsible for cases, the overall
20 case count.
21
22     (Jurat to continue on the following page.)
23
24
25

Page 58

1          T. DURANT
2      Q.  Who was responsible for that before
3  that responsibility was given to you?
4      A.  I don't know.
5          MR. MOSER:  I have no further
6      questions.
7          (Time noted:  2:54 p.m.)
8  _____.
9      Tonisha Durant
10 Subscribed and sworn to
11 Before me this _____day
12 _____, 2022.
13
14 _____
15    NOTARY PUBLIC
16
17
18
19
20
21
22
23
24
25

Page 59

1          T. DURANT
2          I N D E X
3  EXAMINATION BY              PAGE
4  MR. MOSER                   4, 54
5
6  MS. CABRERA                 51
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 60

1          T. DURANT
2          C E R T I F I C A T E
3  State of New York)
4  County of Nassau)
5      I, Camille Dandola, a Shorthand Reporter
6  and Notary Public of the State of New York, do
7  herby certify:
8
9      That, Tonisha Durant, the witness whose
10 examination is hereinbefore set forth, was
11 duly sworn, and that such examination is a
12 true record of the testimony given by such
13 witness.
14
15     I further certify that I am not related
16 to any of the parties to this action by blood
17 or marriage; and that I am in no way
18 interested in the outcome of this matter.
19
20 _____
21     Camille Dandola
22
23
24
25

```
 1    ERRATA SHEET FOR: TONISHA DURANT
       TONISHA DURANT, being duly sworn, deposes and
 2    says: I have reviewed the transcript of my
       proceeding taken on 10/04/2022. The following
 3    changes are necessary to correct my testimony.
 4    _____
 5    PAGE LINE   CHANGE        REASON
 6    ----|----|--------------------|-------------
 7    ----|----|--------------------|-------------
 8    ----|----|--------------------|-------------
 9    ----|----|--------------------|-------------
10    ----|----|--------------------|-------------
11    ----|----|--------------------|-------------
12    ----|----|--------------------|-------------
13    ----|----|--------------------|-------------
14    ----|----|--------------------|-------------
15    ----|----|--------------------|-------------
16    ----|----|--------------------|-------------
17    ----|----|--------------------|-------------
18    ----|----|--------------------|-------------
19    ----|----|--------------------|-------------
20    ----|----|--------------------|-------------
21    ----|----|--------------------|-------------
22    ----|----|--------------------|-------------
23       Witness Signature:_____
       Subscribed and sworn to, before me
24    this ___ day of _____, 20 ___.
       _____    _____
25    (NOTARY PUBLIC)      MY COMMISSION EXPIRES
```