## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                    :2:19-CV-07271
MARIA SUAREZ,
                    :
        Plaintiff,
                    :
    -against-
                    :
SOUTHERN GLAZER'S WINE AND SPIRITS
OF NEW YORK, LLC,            :
        Defendant.   :
- - - - - - - - - - - - - - - - - - x
        200 Broadhollow Road
        Melville, New York 11747

        November 1, 2022
        10:10 a.m.

EXAMINATION BEFORE TRIAL of SOUTHERN GLAZER'S WINE
AND SPIRITS OF NEW YORK, LLC, the Defendant
herein, by BARRY FINKELSTEIN, taken by the
Plaintiff and the Defendant, pursuant to Order,
before a Stenotype Reporter and Notary Public
within and for the State of New York.

## Page 2

1       B. FINKELSTEIN
2       A P P E A R A N C E S:
3
4   MOSER LAW FIRM, P.C.
        Attorneys for Plaintiff
5           5 East Main Street
            Huntington, New York 11743
6
7   BY: STEVEN J. MOSER, ESQ.
8
9   CONSTANGY, BROOKS, SMITH, AND PROPHETE, LLP
        Attorneys for Defendant
9           101 Sixth Avenue
10          New York, New York 10013
11  BY: ANGANETTE CABRERA, ESQ.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 3

1       B. FINKELSTEIN
2
3       FEDERAL STIPULATIONS
4
5       IT IS HEREBY STIPULATED AND AGREED
6   by and between the attorneys for the
7   respective parties herein, that filing
8   and sealing be and the same are hereby
9   waived.
10
11      IT IS FURTHER STIPULATED AND AGREED
12  that all objections, except as to the form
13  of the question, shall be reserved to the
14  time of the trial.
15
16      IT IS FURTHER STIPULATED AND AGREED
17  that the within deposition may be sworn to
18  and signed before any officer authorized to
19  administer an oath, with the same force and
20  effect as if signed and sworn to before the
21  Court.
22
23
24
25

## Page 4

1       B. FINKELSTEIN
2       B A R R Y   F I N K E L S T E I N, after
3   first having been duly sworn by David P. Yuni, a
4   Stenotype Reporter and Notary Public in and for
5   the State of New York, was examined and testified
6   as follows:
7   EXAMINATION BY
8   MR. MOSER:
9       Q   State your name for the record.
10      A   Barry Finkelstein.
11      Q   What is your current address?
12      A   345 Underhill Boulevard, Syosset, New
13  York 11791.
14      Q   Good morning Mr. Finkelstein.  I am
15  Steven Moser, an attorney, and I represent Maria
16  Suarez in a lawsuit against Southern Glazer's Wine
17  and Spirits of New York.  I will have some
18  questions for you today.  Have you ever testified
19  at a deposition before?
20      A   I have.
21      Q   On how many different occasions?
22      A   I think, maybe two.  One was many
23  years ago.  One was somewhat recently.
24      Q   Tell me about the one that happened

1 (Pages 1 to 4)

Page 5

1  recently.
2       B. FINKELSTEIN
3       Q   It was an employee that was
4  intoxicated at work, and the company was looking
5  for termination, and the union and the gentleman
6  fought termination.
7       Q   Was that testimony in response to a
8  lawsuit or was it part of an arbitration
9  proceeding?
10      A   It wasn't a lawsuit, no.  I think it
11 was just fighting the termination.
12      Q   And who took your testimony?
13      A   I don't recall the names.
14      Q   Was it an attorney?
15      A   Yes.
16      Q   Tell me about the other occasion which
17 you testified.
18      A   It was many years ago, and I honestly
19 don't even recall.  It was like 15 years ago.  I
20 don't really recall what it was about.
21      Q   Was it with regard to a lawsuit?
22      A   I really don't recall.  I don't even
23 recall the name of the person.  I remember her
24 being many years ago when I first sort of started
25 with Southern.

Page 6

1       Q   Have you been sued by anyone?
2       B. FINKELSTEIN
3       A   No.
4       Q   Have you ever sued anyone for
5  anything?
6       A   No.
7       Q   The matter that you testified for
8  approximately 15 years ago, was that with regard
9  to an employment issue?
10      A   I am trying to recall what exactly it
11 was, and I mean as a manager it had to have been
12 an employee situation, but I really don't recall
13 any of the specifics of it.
14      Q   Did that relate to your employment at
15 Southern or did that -- withdrawn.  Did that
16 relate to your employment at Southern Glazer's
17 Wine and Spirits or did that relate to your
18 employment for someone else?
19      A   It was Southern Wine at the time.  Not
20 Southern Glazer's.
21      Q   So it related to your employment with
22 Southern Wine and Spirits?
23      A   Correct.
24      Q   For the purpose of today's deposition
25 I am going to refer to both Southern Wine and

Page 7

1  Spirits and Southern Glazer's Wine and Spirits as
2       B. FINKELSTEIN
3  Southern, okay?
4       A   Yes.
5       Q   So you will understand that if I just
6  use the word Southern from now on?
7       A   Absolutely.
8       Q   Great.  Have you done anything to
9  prepare for today's deposition?
10      A   I had a meeting, you know, a
11 preliminary meeting this past week.
12      Q   With whom?
13      A   With Timothy.  I forget his last name.
14 He is an attorney.
15      Q   Was it Timothy Barbetta?
16      A   Yes.
17      Q   For how long -- I don't want to know
18 about what you spoke with him because that's
19 confidential.  How much time did you speak with
20 Mr. Barbetta for?
21      A   About an hour and a half.
22      Q   Did you review any documents to
23 prepare for today's deposition?
24      A   A couple of E-mails.
25      Q   Do you have these E-mails with you

Page 8

1  here today?
2       B. FINKELSTEIN
3       A   No.
4       Q   What were these E-mails about?
5       A   To the best of my recollection it was
6  about a day-to-day work situation that might have
7  been going on, and when I read it actually I was
8  cc'd on it.  It wasn't sent to me specifically,
9  and I didn't even recall it when I saw it, but
10 nothing -- you know.  I didn't see any problems
11 with it.  I think it was just an E-mail that
12 related something that Maria and -- I don't know
13 if it was John Wilkinson who was the director at
14 the time were discussing, but it really did not
15 involve me.
16      Q   Do you remember anything else about
17 the E-mails that you reviewed?
18      A   No.  It was two or three, and again it
19 was nothing really that popped up at me as being
20 any kind of situation or a problem.
21      Q   Was there anything that you saw in
22 there that you thought was important to Maria's
23 employment with Southern?
24      A   No.
25      Q   Are you still employed by Southern?

2  (Pages 5 to 8)

Page 9

```
 1    A    Yes.
 2       B. FINKELSTEIN
 3    Q    When did you start working for them?
 4    A    In 2006.
 5    Q    So is that about 16 years ago?
 6    A    Yes.
 7    Q    How old are you?
 8    A    That's personal.  I am just kidding.
 9  I just turned 68.
10    Q    When do you plan on retiring?
11    A    Very good question.  I would say
12  within two years.
13    Q    Do you have any plans to leave
14  Southern now?
15    A    No.
16    Q    Do you plan to finish out your career
17  with Southern?
18    A    Yes.
19    Q    What is your current job title?
20    A    Day shift operations manager.
21    Q    How long have you had that title?
22    A    I would say four years.
23    Q    What title did you have before that?
24    A    Prior to that was midshift manager.
25    Q    Was that midshift operations manager?
```

Page 10

```
 1    A    Yes.
 2       B. FINKELSTEIN
 3    Q    For how long were you the midshift
 4  operations manager?
 5    A    Probably also about four years.
 6    Q    What title did you have before you
 7  were the midshift operations manager?
 8    A    Night shift operations manager.
 9    Q    For how long were you the night shift
10  operations manager?
11    A    That was about from 2007 to, I guess,
12  eight years ago to 2014.
13    Q    What title did you have before the
14  night shift operations manager?
15    A    Um, I was a supervisor on overnights.
16    Q    When you were a supervisor on
17  overnights were you working in the warehouse?
18    A    Yes.
19    Q    Were you a union member?
20    A    No.
21    Q    Have you always worked in the
22  warehouse?
23    A    Yes.
24    Q    Do you have an office?
25    A    Yes.
```

Page 11

```
 1    Q    Where is your office?
 2       B. FINKELSTEIN
 3    A    It is in the warehouse just -- it is
 4  actually connected to the warehouse just outside
 5  of the warehouse.  20 steps away.
 6    Q    Who else has an office there?
 7    A    In the building or --
 8    Q    Well, when you say 20 steps away from
 9  the warehouse itself is that at 345 Underhill
10  where you have your office?
11    A    Correct.
12    Q    Who else has an office at 345
13  Underhill besides you?
14    A    The night shift manager actually
15  shares it with the midshift manager so they share
16  an office.  Who else downstairs?  The safety
17  director, the inventory control manager, and some
18  delivery managers as well.
19    Q    Who is the inventory control manager?
20    A    Tonisha Durant.
21    Q    How long has she been the inventory
22  control manager?
23    A    If I had to guess I would probably say
24  about maybe eight to ten years.
25    Q    Did you know Ms. Durant before she
```

Page 12

```
 1  was the inventory control manager?
 2       B. FINKELSTEIN
 3    A    No.
 4    Q    Did she work for Southern before she
 5  became the inventory control manager?
 6    A    Yes.  I believe she was in customer
 7  service, but I'm not 100 percent sure.
 8    Q    Did anyone at Southern talk to you
 9  about Tonisha Durant becoming the inventory
10  control manager?
11    A    No.
12    Q    And that's before she became the
13  inventory control manager?
14    A    No.
15    Q    Before Tonisha Durant was the
16  inventory control manager who was the inventory
17  control manager?
18    A    Before that I believe it was Tom
19  Barkey.
20    Q    Was Maria Suarez ever the inventory
21  control manager?
22    A    I am not sure what Maria's title was.
23  I'm not sure if she was a manager or a supervisor.
24    Q    Does Tonisha Durant supervise any
25  employees?
```

3 (Pages 9 to 12)

Page 13

```
1     A    Yes.
2         B. FINKELSTEIN
3     Q    Who does she supervise?
4     A    You want the names?
5     Q    Yes.
6     A    Justin Veigh, Tatiana Herdocia, Ena
7  Scott, and there is a new young guy working for
8  her recently.  I know his first name is Jax.  I
9  don't know his last name.  That's it.
10     Q    How do you know that these -- how do
11  you know Tonisha Durant manages these four
12  individuals?
13     A    Well, I know they report to her.  I
14  know they work for her.  I know she gives them
15  their work every day.  She analyzes their work.
16     Q    Is that based upon your personal
17  knowledge of what you see and what you hear?
18     A    It is what I know.
19     Q    How do you know?
20     A    I have been there when they interacted
21  on the business end, and I know when she is out
22  very often they will come to me if she is out with
23  any kind of problems.
24     Q    So you know that these four
25  individuals report to Tonisha Durant because you
```

Page 14

```
1  have seen them report to her and you have been
2         B. FINKELSTEIN
3  present when they reported to her?
4     A    Mm-hmm, yes.
5     Q    For how long have these four
6  individuals -- withdrawn.  What are the titles of
7  those four individuals?
8     A    Cycle counters.
9     Q    For how long has Justin, Tatiana and
10  Ena Scott reported to Tonisha Durant?
11     A    I would have to say for the past maybe
12  four years.
13     Q    Is that your best approximation?
14     A    Yes, I would say that.
15     Q    Who did these three individuals,
16  Justin Veigh, Tatiana Herdocia, and Ena Scott
17  report to before they reported to Tonisha Durant?
18     A    Maria Suarez.
19     Q    So is it fair to say that Maria
20  Suarez was their manager before Tonisha Durant
21  became their manager?
22     A    Again, I am not sure what her actual
23  title was so either manager or supervisor.
24     Q    Okay.  Did you ever have any
25  supervisory authority over Justin Veigh, Tatiana
```

Page 15

```
1  Herdocia, or Ena Scott?
2         B. FINKELSTEIN
3     A    Um, I would say for a short period of
4  time they reported to both of us, to Tatiana and
5  myself.
6     Q    For a period of time did these three
7  individuals report to both Tonisha Durant and to
8  you?
9     A    I'm not sure when Maria left the
10  company, but I would say it was probably a few
11  months -- January of 2020?  That's when Covid
12  started, right?  January or February?
13     Q    Early 2020.
14     A    Right.
15     Q    So in your capacity as day shift
16  operations manager do you see what the cycle
17  counters do on a daily basis?
18     A    Yes.
19     Q    Do you have any interactions with
20  Tonisha Durant?
21     A    Yes.
22     Q    Describe for me the interactions that
23  you have on a daily basis with the -- withdrawn.
24  Describe for me the interactions that you have
25  with Tonisha Durant as day shift operations
```

Page 16

```
1  manager?
2         B. FINKELSTEIN
3     A    So when there are inventory issues
4  that need to be looked into and resolved very
5  often -- there are some rules and regulations when
6  it comes to what cycle counters can and cannot do
7  so they can't touch product, and they can't move
8  product.  They can strictly count.  So if there is
9  an inventory issue that needs to be looked into
10  very often the departments will get in touch with
11  me, and I will then have a warehouse -- the
12  warehouse men get involved and look into the
13  problem which means getting on a hi-lo possibly,
14  pulling pallets out, doing the more physical end
15  of it.
16     Q    How frequently do you interact with --
17  withdrawn.  How frequently do you speak with
18  Tonisha Durant?
19     A    Daily.  You mean how many times a day?
20     Q    Correct.
21     A    I would say anywhere between three and
22  ten times a day on average.
23     Q    For how long have you spoken with
24  Tonisha Durant between three and ten times per day
25  at Southern?
```

4 (Pages 13 to 16)

Page 17

```
 1        A   How often have we been speaking?
 2        B. FINKELSTEIN
 3        Q   Yes.  For how long have you had this
 4   level of contact?
 5        A   Since January of 2020, since I took
 6   that day shift position.
 7        Q   And the midshift operations manager?
 8   When you were the midshift operations manager did
 9   you have any communications with Tonisha Durant?
10        A   Some but not nearly as much.
11        Q   How many times did you speak per week
12   or per day with Tonisha Durant when you were the
13   midshift operations manager?
14        MS. CABRERA:  Objection to the form of
15   the question.  You can answer it.
16        A   How often?  There were times that we
17   didn't speak at all because very often our shifts
18   -- we did not see each other because of my hours,
19   but E-mail wise?  Maybe three to four times a
20   week.
21        Q   Would you communicate about a specific
22   topic?
23        A   Did Tonisha Durant and I speak about
24   -- yes.  It was always inventory issues.
25        Q   For what reasons would you communicate
```

Page 18

```
 1   specifically with regard to the inventory?
 2        B. FINKELSTEIN
 3        A   Um, if a warehouse man was not doing
 4   their job properly, for instance, and she found
 5   out what went wrong and who did it?  She would
 6   then send me that information.  If it was a member
 7   of my shift so that I would address the employee,
 8   retraining, counsel, coach.
 9        Q   When you were the midshift operations
10   manager what was your schedule?
11        A   It changed.  Officially it was -- 3
12   p.m. until 1:00 in the morning, and then the last
13   year I had the position I negotiated a change of
14   hours, and I was working 9 to 7.  9 a.m. to 7 p.m.
15        Q   When you were working from 9 a.m. to 7
16   p.m. during the last year that you were the
17   midshift operations manager how often did you
18   communicate with Tonisha Durant?
19        A   Probably about the same.  Three to
20   four times a week.  Most of the interactions
21   between inventory control and warehouse manager
22   she was done between the day shift manager and
23   Tonisha Durant, so not that often.
24        Q   Who was the day shift manager?
25        A   At the time it was Jerome Danzi.
```

Page 19

```
 1        Q   When you were the night shift
 2        B. FINKELSTEIN
 3   operations manager what was your schedule?
 4        A   When I was night shift?  It was 6 p.m.
 5   until whenever we got the last case out the door.
 6   Sometimes 6 a.m.  It was long hours.
 7        Q   So just to clarify, when you were the
 8   night shift manager -- withdrawn.  When you were
 9   the night shift operations manager your shift
10   began at 6 p.m.?
11        A   Yes.
12        Q   And it ended when the last case was
13   out the door?
14        A   Correct.
15        Q   And then when you became the midshift
16   operations manager your shift was from 3 p.m. to 1
17   a.m.
18        A   Correct.
19        Q   Except for the last year in which you
20   were in that position in which you negotiated a
21   schedule of 9 a.m. to 7 p.m?
22        A   Correct.
23        Q   And then when you became the day shift
24   operations manager what was your schedule?
25        A   My schedule now is again about 7:30 in
```

Page 20

```
 1   the morning.  I try to get out by 6:30 at night.
 2        B. FINKELSTEIN
 3        Q   Did you ever manage Justin Veigh?
 4        A   I would say it was more of a
 5   supervisory situation, yes.
 6        Q   When did you supervise Justin Veigh?
 7        A   That was somewhere around 2018.
 8        Q   Why did you supervise Justin Veigh in
 9   2018?
10        A   There was a change in my -- a short
11   period when my title was kind of up in the air so
12   before I became the day shift manager I was the
13   midshift manager obviously, and then they brought
14   in a new midshift manager.  There was some
15   situation going on between me and my boss, and I
16   was pulled out of the midshift position and pretty
17   much told to like figure it out.  So I got
18   involved in inventory control at that point so
19   there was a short period of time where I was not
20   the midshift or the day shift manager.  I was a
21   manager but of neither shift.
22        Q   And who was your manager at that time?
23        A   At that time it was Sean Kelly.
24        Q   Who is Sean Kelly?
25        A   He was the day shift manager for a
```

Page 21

1  short period of time.  He is in Texas now, still
2      B. FINKELSTEIN
3  with the company.
4      Q    For how long did you supervise Justin
5  Veigh in 2018?
6      A    I would say probably mid 2018 until
7  January of 2020.  Maybe a year and a half.
8      Q    Who gave you the authority to
9  supervise Justin Veigh?
10     A    The VP Kevin Randall.
11     Q    Did Mr. Randall talk to you about
12 supervising Justin Veigh?
13     A    Yes.
14     Q    And in addition to supervising Justin
15 Veigh were you also going to supervise Tatiana
16 Herdocia and Ena Scott?
17     A    Yes.
18     Q    Did you supervise Tatiana Herdocia and
19 Ena Scott for the same period of time that you
20 supervised Justin Veigh?
21     A    Yes.
22     Q    When for the first time did you speak
23 to Mr. Randall about supervising cycle counters?
24     A    Right around that time.  Mid 2018.
25     Q    Tell me about all you can remember

Page 22

1  about that conversation.
2      B. FINKELSTEIN
3      A    Okay.  So again, I was the midshift
4  manager.  I was replaced by someone to take that
5  position.  I was left without a title for a number
6  of months.  And one of our biggest problems in
7  that warehouse -- you want me to tell you about my
8  conversation with Kevin?
9      Q    Correct.
10     A    All right.  So I ended up working the
11 inventory control, getting more knowledge, and I
12 think Kevin recognized that I was doing -- you
13 know, my work was improving things in the
14 warehouse and asked me to take over that part of
15 inventory for cycle counters.
16     Q    When were you without a title?
17     A    Um, mid 2018.
18     Q    Until when?
19     A    I would say probably the beginning of
20 2019 so probably about six months.
21     Q    Why were you without a title for that
22 period of time?
23     A    How much time do you have?
24     Q    I have all day unfortunately.
25     A    It is very difficult for me to

Page 23

1  actually like tell you why because I still don't
2      B. FINKELSTEIN
3  get it.  But there was some --
4      Q    All right.  So what is your
5  understanding of why you were without a title for
6  that period?
7      A    I think there was a conflict between
8  Mr. Randall and myself that I actually had no idea
9  where it was coming from, and I think he was
10 probably maybe getting bad information about me
11 and decided to remove me from that position from
12 the midshift position.
13     Q    When you were removed from the
14 midshift operations position you effectively had
15 no title with the company?
16     A    That's correct.
17     Q    Was that something that Mr. Randall
18 decided?
19     A    Yes.
20     Q    And were you paid a salary during this
21 period of time?
22     A    Yes.
23     Q    During this time period that you were
24 without a title did you have a job description?
25     A    No.

Page 24

1      Q    During the time period that you were
2      B. FINKELSTEIN
3  without a title did you have any job duties?
4      A    No.
5      Q    So can you please explain what you
6  would do when you came to work during this
7  six-month period?
8      A    That's a very good question.  I
9  realized it was like sink or swim so I had to find
10 something that was going to make a difference, and
11 I went out, and I decided where do we need the
12 help most, and I knew our inventory was a bit of a
13 mess.  So I offered my help to Tonisha and in the
14 process learned a lot about how that whole end of
15 the business works.
16     Q    Is that something that you did on your
17 own?
18     A    Yes.
19     Q    Was Kevin Randall involved in the your
20 decision to offer your help to Tonisha?
21     A    No.
22     Q    Were any other managers at Southern
23 involved in your decision to offer your help to
24 Tonisha?
25     A    No.

6 (Pages 21 to 24)

Page 25

1     Q    Describe for me what happened when you
2     B. FINKELSTEIN
3  went to offer your help to Tonisha?
4     A    She was open-armed about it.  She was
5  like she will never turn away help.
6  And then I pretty much -- with her help and some
7  other people that I knew were masters and the
8  system that we use as WMI system, just started to
9  learn.
10    Q    When did you offer your help to
11 Tonisha Durant?
12    A    It was probably early 2019 in that
13 area.
14    Q    You testified earlier, and I want to
15 clarify this, that from mid 2008 until the
16 beginning of 2019 you were without a title?
17    A    No.  In 2008 until --
18    Q    I'm sorry.  2018.  Did I say 2008?
19    A    Yes.
20    Q    Sorry.  I meant to say 2018.
21    A    Okay.
22    Q    So you just testified that from mid
23 2018 until the beginning of 2019 you were without
24 title?
25    A    I would say yes.  That would be about

Page 26

1  right.  Mid 2018.  I am going by the best of my
2     B. FINKELSTEIN
3  recollection, but yes, that would be about right.
4  It is about six months.
5     Q    And the first time you offered your
6  help to Tonisha Durant was in January of 2019?
7     A    Maybe it was earlier.  It definitely
8  could have been earlier, yes.
9     Q    Did you approach Tonisha Durant
10 shortly after you learned that you were without a
11 title?
12    A    Yes.
13    Q    About how long after that?
14    A    Weeks.
15    Q    Is it fair to say then that it is more
16 likely that you approached her in the middle of
17 2018?
18    A    Yes, I would say.
19    Q    What problems did you think there were
20 with the inventory when you approached Tonisha
21 Durant?
22    A    There were issues at night that were a
23 result of inventory issues during production.  If
24 inventory is incorrect there are issues that hit
25 the production side, so that was evident to me.

Page 27

1  There were pallets all over the warehouse that
2     B. FINKELSTEIN
3  weren't in proper locations that you can visibly
4  see walking through the warehouse.  Other reports
5  that come up when we short product to customers.
6  You know, they order and we don't get certain
7  items out to them.  That's a result of inventory
8  issues so there are a plethora.
9     Q    Was there a specific time when you
10 noticed that these inventory issues got worse or
11 developed?
12    A    Its been bad for as long as I can
13 remember especially since we went -- even prior to
14 WMI because everything was on paper then, but the
15 WMI system was a struggle for everyone, and it
16 created growing pains, created a lot of problems.
17    Q    Did the problems with inventory
18 increase or decrease in your opinion when WMI was
19 first implemented?
20    A    When it first was implemented it
21 probably increased.
22    Q    And now the level of inventory issues
23 or problems that there are, could you compare that
24 at all to the way that it was before WMI was
25 implemented?

Page 28

1     A    Well, before WMI was implemented it
2     B. FINKELSTEIN
3  was hard to see what the issues were because
4  everything was on paper.  So that would be a touch
5  comparison.  I mean, now compared to five years
6  ago or so when we started up we are in much better
7  shape.
8     Q    Now at Southern do you have the
9  authority to discipline any employees?
10    A    I can start the ball rolling on a
11 discipline, but I can't make a decision as to the
12 final -- decision that is made.
13    Q    Describe how you get the ball rolling.
14    A    Well, if an employee is not following
15 the rules and regs whether it is attendance issues
16 or performance issues, et cetera, I coach and
17 counsel and eventually if needed I start
18 corrective action.
19    Q    How many employees now can you start
20 the ball rolling for discipline?
21    A    I have about 40 on my shift.
22    Q    Who are these 40?
23    A    They are all warehouse men.
24    Q    Have you had disciplinary authority
25 over anyone other than a warehouse man?

7 (Pages 25 to 28)

Page 29

```
 1        A   Yes.
 2        B. FINKELSTEIN
 3        Q   When did you have disciplinary
 4   authority over someone else?
 5        A   During that year and a half that I was
 6   supervising the cycle counters team I had the
 7   authority with them.
 8        Q   And just to clarify, that year and a
 9   half that you had disciplinary authority over the
10   cycle counting team, from mid 2018 until January
11   of 2020?
12        A   Yes.
13        Q   Other than that period of time did you
14   ever have disciplinary authority over anyone other
15   than a warehouse man?
16        A   No.
17        Q   When you were the midshift operations
18   manager how many warehouse men did you supervise?
19        A   Around the same amount of time 40
20   years.
21        Q   And when you were the night shift
22   operations manager how many warehouse men did you
23   supervise?
24        A   It was approximately 80.
25        Q   When you were given disciplinary
```

Page 30

```
 1   authority over the cycle counters was there
 2        B. FINKELSTEIN
 3   anything in writing that was given to you with
 4   regard to that assignment?
 5        A   No.
 6        Q   Have you seen any documents that shows
 7   or concerns your -- withdrawn.  Have you seen any
 8   document that shows that you had disciplinary
 9   authority over the inventory control clerks?
10        A   A document?  Not that I can recall.
11        Q   Have you ever seen a document that
12   concerns your disciplinary authority over the
13   inventory control clerks?
14        A   That concerns it?
15        Q   Such as an E-mail, a text message, or
16   any other documents that concern your supervisory
17   authority over the inventory control clerks?
18        A   Not that I can recall.  In meetings,
19   yes but verbally, yes, but I don't recall anything
20   in writing.
21        Q   And the meetings that you had
22   regarding your disciplinary authority over the
23   inventory control clerks, when was the first
24   meeting that you can recall having?
25        A   I would say it was just when I got the
```

Page 31

```
 1   position back in May 2018.
 2        B. FINKELSTEIN
 3        Q   We already clarified that in mid 2018
 4   you were without a title, correct?
 5        A   Okay.  Mid or late 2018.  I am really
 6   not sure of the dates, but I guess it would have
 7   been later.  I believe I was without a title maybe
 8   for a few months, but I am really not sure of the
 9   dates.
10        Q   You testified earlier that you were
11   without a title from the middle of 2018 until
12   January of 2019.  Is that correct to the best of
13   your recollection?
14        A   To the best of my recollection.
15        MS. CABRERA:  Objection.  Objection to
16   the mischaracterization.  He said several
17   times about the time that he doesn't know
18   the exact time.  It is around that time, and
19   you are presenting it to him that he said it
20   was this exact time, and that is not what he
21   has said several times in the record.
22        MR. MOSER:  Okay.  He already answered
23   so that's fine.
24        Q   So at what point did Kevin Randall
25   talk to you about supervising the inventory
```

Page 32

```
 1   control clerks?
 2        B. FINKELSTEIN
 3        A   Again, it was probably sometime late
 4   2018.
 5        Q   Is that your best approximation?
 6        A   That would be my best approximation,
 7   yes.
 8        Q   Tell me about that conversation,
 9   everything that you can remember about that
10   conversation.
11        A   I really don't remember too much about
12   it.  I do remember that there were some issues
13   with cycle counters, two in particular, and there
14   was some action that needed to be taken, and if I
15   believe that that is probably what started the
16   conversation with Kevin, but I really don't
17   remember the specifics.
18        Q   You said that action needed to be
19   taken with regard to two specific cycle counters?
20        A   Yes.
21        Q   Which ones?
22        A   I don't remember their last names.
23   They are no longer -- they were both terminated.
24   One was Raoul.  I don't remember his last name,
25   and the other one was Anthony, and I don't
```

8 (Pages 29 to 32)

Page 33

1    remember his last name.
2         B. FINKELSTEIN
3         Q    Who had been supervising the cycle
4    counters before Kevin Randall approached you?
5         A    I believe it was Tonisha.
6         Q    Is that based upon your personal
7    knowledge, what you saw and what you heard?
8         A    No. I think that it had to be Tonisha
9    because she was the only one in that department at
10   that point.
11        Q    She was the only one in which
12   department at that point?
13        A    In inventory control.
14        Q    So let's talk about the middle of
15   2018. In the middle of 2018 there was an
16   inventory control department?
17        A    There has always been one.
18        Q    In the middle of 2018 how many people
19   were in the inventory control department?
20             MS. CABRERA: I am going to object to
21        the form of the question. You can answer
22        the question.
23        A    I think, four.
24        Q    Who were they?
25        A    That would be Tonisha, Ena Scott,

Page 34

1    Tatiana Herdocia, and Justin Veigh.
2         B. FINKELSTEIN
3         Q    Describe for me the conversation that
4    you had with Kevin Randall in late 2018 about
5    supervising the inventory control clerks?
6             MS. CABRERA: Objection.
7         A    Um, again I don't really recall the
8    exact conversation. I believe that he discussed
9    this with Toshina before he asked me to assume
10   that role. Honestly it might have been Toshina
11   that asked me. Kevin and I weren't really
12   speaking too much back then.
13        Q    So to the best of your recollection
14   you were without a title in the beginning of mid
15   2018 and several weeks later you offered your help
16   to Tonisha Durant, correct?
17        A    Yes.
18        Q    After you offered your help to
19   Tonisha what did you do on a regular basis?
20        A    Mostly started getting educated. I
21   didn't really dive into the department quite yet.
22   I just started learning, taking a deeper dive into
23   the program.
24        Q    Into what program?
25        A    WMI.

Page 35

1         Q    And then to the best of your
2         B. FINKELSTEIN
3    recollection in late 2018 either Tonisha Durant or
4    Kevin Randall approached you about supervising the
5    inventory control clerks, is that correct?
6         A    Correct.
7         Q    And tell me all that you can remember
8    about these conversations about that conversation.
9             MS. CABRERA: Objection.
10        A    Again, there isn't much that I
11   remember about the specifics of the conversation
12   outside of just some gratitude from Tonisha
13   because she needed help.
14        Q    Is Maria Suarez still employed by
15   Southern?
16        A    To the best of my knowledge no.
17        Q    How long after Maria Suarez was no
18   longer employed by Southern were you given
19   supervisory authority over the inventory control
20   clerks?
21        A    I don't know the date of when she left
22   so it would be from that date until late 2018.
23        Q    I will show you something. It is not
24   marked as an exhibit. This is a letter from the
25   Human Resources Department. And in the lower

Page 36

1    right-hand corner. There is a Bate stamp SGWS
2         B. FINKELSTEIN
3    001483. I would like you to take a minute to look
4    at this document, and then I will have a question
5    for you about it.
6             MS. CABRERA: Are you using this to
7         enter it as an exhibit, or are you using it
8         to refresh his recollection?
9             MR. MOSER: To refresh his
10        recollection.
11        A    Okay.
12        Q    Does this refresh your recollection as
13   to when Maria Suarez left the employment with
14   Southern?
15        A    Well, it tells me April of 2018 so --
16        Q    Does that sound right to you?
17        A    I would guess so.
18        Q    And so from approximately April -- is
19   it fair to say from April of 2018 until late 2018
20   Tonisha Durant supervised the inventory control
21   clerks? I'm sorry. Is it fair to say that from
22   approximately April of 2018 until late 2018
23   Tonisha Durant supervised the cycle counters?
24        A    To the best of my knowledge, yes.
25        Q    And your authority to discipline and

9  (Pages 33 to 36)

Page 37

1  supervise the cycle counters began in late 2018?
2      B. FINKELSTEIN
3      A   Yes, to the best of my recollection.
4      Q   And did you ever have to get the ball
5  rolling with regard to any cycle counters?
6      A   Yes.
7      Q   Describe for me what happened.
8      A   Well, it was two cycle counters that
9  we hired.  If I had to guess -- again, it is a
10  guess it was sometime early 2019 who had -- both
11  of them, I think they were friends and they were
12  having attendance issues, performance issues.
13     Q   Who hired these cycle counters?
14     A   I believe Kevin Randall hired both of
15  them.
16     Q   Are you familiar with the WMI system?
17     A   Yes.
18     Q   What is your understanding of Tonisha
19  Durant's role in WMI?
20         MS. CABRERA:  Objection.  You can
21     answer.
22     A   Her role in WMI or in inventory?
23     Q   In inventory.
24     A   And WMI?
25     Q   Yes.

Page 38

1      A   Well, she is brilliant with it.  She
2      B. FINKELSTEIN
3  handles pretty much every aspect of inventory
4  control issues.
5      Q   Do you know who would be handling
6  inventory control before Tonisha?
7      A   I believe it was Maria.
8      Q   Is there an accounting department at
9  Southern?
10     A   Yes.
11     Q   In your role as operations manager in
12  the warehouse do you deal with anyone from
13  accounting?
14     A   Not really.  Very infrequently.
15     Q   For what reasons would you have to
16  deal with someone from accounting?
17     A   Occasionally they will ask me
18  questions.  I really don't contact them for
19  anything.  They will occasionally ask me questions
20  about maybe a count on a specific product or to
21  double check a specific product, but they work
22  mostly with Tonisha.
23     Q   Okay.  Do you know who from the
24  accounting department works with Tonisha or deals
25  with Tonisha primarily?

Page 39

1      A   No.  That I wouldn't know.
2      B. FINKELSTEIN
3      Q   Is there an inventory manager in the
4  accounting department?
5      A   I believe that there is.
6      Q   Who is that?
7      A   I don't know.
8      Q   Can you be more specific about to what
9  your daily activities included from the time that
10  you approached Tonisha Durant to offer her your
11  help until January of 2020?
12     A   Well, eventually I worked directly
13  with the cycle counters.  I gave them their work
14  every day.  As they did their job I had to analyze
15  the reports that came back to me that impacted
16  inventory.
17     Q   What reports would they get back to
18  you?
19     A   There were cycle counting reports when
20  there are variances, so those are reports that
21  would come back to me if there was a variance, if
22  something was wrong.
23     Q   How big would the variances have to be
24  to -- withdrawn.  Is it fair to say that if the
25  cycle counters did a physical count and there was

Page 40

1  within a certain percentage of what was in the
2      B. FINKELSTEIN
3  system as being in inventory, that the system
4  would automatically accept that count?
5      A   Correct.
6      Q   If it was -- if it was greater than
7  that specified amount then the system would reject
8  that cycle count?
9      A   It wouldn't reject it.  It was greater
10  or less than so anything -- yes.  There is a
11  threshold, and anything over or above is that
12  threshold -- well, over or under that threshold
13  would have to get analyzed.  It would not get
14  rejected.
15     Q   Okay.  What was the threshold?
16     A   $250.  I mean, that is what it is now.
17  I don't know if it was the same then.
18     Q   The $250 that relates to the cost or
19  the sale price?
20     A   Cost.
21     Q   Is it fair to say that the $250 for
22  some product could be less than a case?
23     A   Yes.
24     Q   What happens when the difference
25  between the cycle counters' count and the amount

Page 41

1   that is recorded in inventory for a specific
2       B. FINKELSTEIN
3   location in the warehouse is greater than $250?
4       A   It needs to be investigated.
5       Q   Describe to me how --
6       A   Um, there are a number of things that
7   need to be done.  There is a report that tells you
8   if you are over or under on a dollar value of an
9   item.  That's for the year.  So you would look at
10  the report.  Then you would do a full physical
11  count of that item and every location in the
12  warehouse.
13      Q   Who was responsible for doing the
14  physical count of every location in the warehouse?
15      A   Um, cycle counters do it generally.
16      Q   If the cycle counters counted and
17  they have a variance in excess of $220 what
18  happens next?
19      A   There could be a few things.  I mean,
20  when I had that position I would go on the floor
21  and double check their counts.  I would just
22  eyeball them.  If that strikes out we probably
23  would not accept the counts and put a hold on it
24  and enter another count for the following day.
25      Q   So what is a hold?

Page 42

1       A   It is a rejection of the count.  And
2       B. FINKELSTEIN
3   then it is a reentry to count it begin.
4       Q   So when you had the supervisory
5   authority over the inventory control clerks, if
6   they counted product and there was a variance in
7   excess of $250 you had the authority to reject
8   that count and make them count it again?
9       A   Yes.
10      Q   How often did you do that?
11      A   Every day.  Often.
12      Q   Is it fair to say that the cycle
13  counters were not doing their jobs correctly that
14  that would create a lot of work for you as their
15  supervisor?
16      A   Yes.
17      Q   Describe how them not doing their job
18  correctly would create work for you?
19      A   Well, it would require them to spend
20  more time or myself to go out on the floor to
21  check and double check.
22      Q   On average when you were supervising
23  the inventory control clerks -- withdrawn.  Do you
24  understand that by inventory control clerks I mean
25  inventory control clerks who were later renamed as

Page 43

1   cycle counters?
2       B. FINKELSTEIN
3       A   I had no idea that they were renamed.
4   I was under the impression cycle counters are
5   clerks.
6       Q   So is it your understanding that cycle
7   counters are inventory control clerks?  Is that
8   fair to say?
9       A   Yes.
10      Q   So if I call them inventory control
11  clerks you know what I am talking about?
12      A   Yes.
13      Q   Once you began supervising the
14  inventory control clerks how many counts were they
15  doing on a daily basis of -- when I say counts I
16  mean locations in the warehouse?
17      A   On a daily basis individually?
18      Q   Yes.
19      A   I would have to say 200, 250.
20      Q   And how many cycle counters --
21  withdrawn.  How many inventory control clerks did
22  you have when you were supervising them?
23      A   Um, on paper there were five of them.
24      Q   How many of them were doing their
25  job?

Page 44

1       A   Three.
2       B. FINKELSTEIN
3       Q   So is it fair to say that you had
4   another at least 600 to 650 locations --
5   Is it fair to say that you had between 600 and
6   750 locations in the warehouse being counted by
7   the three clerks that were doing their job?
8       A   I would say on average, yes.
9       Q   For how many of those locations was
10  there a variance?
11      A   (No answer).
12      Q   In excess of $250?
13      A   I would say maybe 15 percent.  10 to
14  15 percent or maybe more.
15      Q   What about the other two cycle
16  counters?  How were their counts in terms of --
17  withdrawn.  The two cycle counters who were not
18  doing their job, how many locations were they
19  counting on a given day?
20      A   That's a number of years ago.  It is
21  kind of hard to recall, but probably half of what
22  they should have been doing.
23      Q   So between 100 to 125 locations?
24      A   Yes, I would say so.
25      Q   And what percentage of their counts

Page 45

1 were coming back with a variance in excess of
2        B. FINKELSTEIN
3 $250?
4        A    Probably about the same, 10 to 15
5 percent.
6        Q    Just to clarify, when you had three
7 inventory clerks doing their job and the two
8 inventory clerks who were not doing their job they
9 were counting approximately between -- 800
10 locations and 1,000 locations per day?
11       A    I would say that would be about max,
12 yes.
13       Q    10 to 15 percent of that would be on
14 the low end, 80 locations per day where there
15 would be a variance in excess of $250, correct?
16       A    Yes.
17       Q    And on the high end if it would be --
18 it could be up to 150 locations per day where the
19 variance was in excess of $150?
20       A    $250.
21       Q    Let me say that again.  Is it fair to
22 say on the high end that it could be up to 150
23 locations where the variance was in excess of $250
24 per day?
25       A    It could, but that would be high.

Page 46

1 That would be -- that would not be too often that
2        B. FINKELSTEIN
3 it would happen.
4        Q    On average how many counts per day was
5 there a variance in excess of $250?
6        A    I would say between 80 and 100.
7        Q    If you had to go to each one of those
8 locations and count again for cycle counters can
9 you approximate for me how long that would have
10 taken you?
11       A    A day, an entire day.
12       Q    If you were required to recount all of
13 the locations where the variance was in excess of
14 $250 would you have time to do anything else?
15       A    If that is all I did?  Again,
16 depending on how many there are and -- I mean,
17 again, there is another report to look at where
18 you can probably generally -- I can whittle down
19 half of those counts based on our year end reports
20 so generally I am left with about half of that
21 that has to physically get counted.
22       Q    But if you had to separately go to
23 each and every -- if you could not whittle it
24 down, if you had to go to each and every location
25 to double check the cycle counters' counts where

Page 47

1 the variance can be in excess of $250 would you
2        B. FINKELSTEIN
3 have time to do anything else?
4        A    Not too much.
5        Q    How would you whittle down the counts?
6        A    So when these reports come back there
7 is another report that tells me that I am over or
8 under for the year on each item in the warehouse.
9 For instance, an item comes back as over 50
10 cases?  I look at that report.  If that report
11 shows me that I am short 50 cases then I accept
12 that count so I have to analyze.  You have to
13 spend a few minutes to analyze every one of those
14 variances and then make a decision before you go
15 out counting.
16       Q    So before you actually physically
17 count the inventory you had the decision to accept
18 a particular variance?
19       A    Correct.
20       Q    Up to what amount was there a
21 particular dollar value that you could accept a
22 variance for?
23       A    Maybe $3,000.  Something in that area,
24 I believe.
25       Q    When you were managing the inventory

Page 48

1 control clerks did you ever have to use a hi-lo?
2        B. FINKELSTEIN
3        A    No.
4        Q    When you were managing the inventory
5 control clerks did you ever use a cherry picker?
6        A    You are not allowed to.  The answer is
7 no because you can't.  You are not allowed to.
8        Q    Why can't you use a cherry picker?
9        A    It is a union rule.  We can't touch
10 product.  We can't use machines.
11       Q    If you wanted to physically count the
12 product that was not located on the floor how
13 would you do that?
14       A    I couldn't.
15       Q    Who would be able to do that?
16       A    A cycle counter.
17       Q    Let's say the cycle counter keeps on
18 insisting that there is only X number of product
19 there and it is not an area that is accessible by
20 you and there is no explanation for the variance.
21 What would you do?
22       A    I would have a warehouse men pull the
23 pallet down unto the floor so we can take a visual
24 on it.
25       Q    How long would that process take,

12  (Pages 45 to 48)

Page 49

1  getting the pallet from the elevated location to
2       B. FINKELSTEIN
3  the floor?
4       A    Five minutes, maybe.
5       Q    How many locations in the warehouse
6  are accessible without a cherry picker?
7       A    I couldn't even take a guess on that.
8       Q    What percentage of the locations in
9  the warehouse are accessible without a cherry
10 picker?
11      A    I would say 20 percent, 30 percent.
12      Q    Are accessible --
13      A    On the floor.
14      Q    On the floor, okay.  That would mean
15 between 70 and 80 percent of the inventory is not
16 accessible without a cherry picker, is that fair
17 to say?
18      A    Yes.  I would say in that area.
19      Q    Did Tonisha Durant have the authority
20 to ask -- withdrawn.  Did Tonisha Durant ever have
21 the authority to direct warehouse men?
22      A    Unwritten, yes.  They respect her and
23 if Tonisha asks someone to do something they will
24 do it.
25      Q    To your knowledge did Toshina Durant

Page 50

1  ever have managerial authority over the warehouse
2       B. FINKELSTEIN
3  men?
4       A    To my knowledge, no.
5       Q    Was there ever an instance in which a
6  warehouse men refused to take an instruction from
7  Tonisha Durant?
8       A    To the best of my knowledge, no.
9       Q    Did you have the authority to direct
10 warehouse men in the performance of their duties?
11      A    When I was working in inventory
12 control?
13      Q    Yes.
14      A    Probably not.
15      Q    Okay.  Was there ever an instance when
16 you were working in inventory control --
17 withdrawn.  Was there ever an instance when you
18 were working in inventory control when you had to
19 personally physically count product in a location
20 that was not accessible from the floor?
21      A    I would make attempts.
22      Q    What do you mean by making attempts?
23      A    So a cycle counter goes to a location
24 that is not on the floor, maybe a few levels up,
25 and he -- his report comes back.  There is nothing

Page 51

1  there.  I will go to that location, and I eyeball
2       B. FINKELSTEIN
3  it, and see is there really nothing there.  It was
4  like an obvious thing.
5       Q    Got you.  Was there ever an instance
6  where you had to personally physically recount the
7  items that were in a location that was not located
8  on the floor of the warehouse when you were
9  supervising the inventory control clerks?
10      A    No, I couldn't.
11      Q    Was there ever an instance when you
12 were supervising the inventory control clerks in
13 which they could not resolve a variance in excess
14 of $250 at one of those elevated locations?
15      A    Sure.
16      Q    How many times?
17      A    Over the course of the year and a half
18 or so?
19      Q    Yes.
20      A    Hundreds.
21      Q    What would you do when that happened?
22      A    I would go to Tonisha.
23      Q    What would Tonisha do?
24      A    I have no idea.
25      Q    So on paper who was the manager of the

Page 52

1  inventory control clerks during that year and a
2       B. FINKELSTEIN
3  half period?
4       A    Ultimately it was Tonisha.
5       Q    Was your supervisory role of the
6  inventory control clerks ever put into writing?
7       A    I don't think that it was.
8       Q    Is it fair to say during the entire
9  time that you supervised the inventory control
10 clerks that Tonisha Durant was their manager?
11      A    She was the manager of the department,
12 but she did not really manage the cycle counters.
13 They reported to me.
14      Q    Did they have performance
15 evaluations?
16      A    No.  You are not allowed to do that.
17      Q    And after you stopped supervising the
18 inventory control clerks who started supervising
19 them at that point?
20      A    Tonisha.
21      Q    Does she still supervise the inventory
22 control clerks today?
23      A    Yes.
24      Q    I know we went over this earlier.
25 You don't recall if it was Kevin Randall or

13 (Pages 49 to 52)

Page 53

1   Tonisha Durant who gave you supervisory authority
2       B. FINKELSTEIN
3   over the inventory control clerks?
4       A   I think that they both discussed it
5   together, but yes, I really don't recall who
6   specifically told me.
7       Q   Tell me everything that you can recall
8   about them giving you this supervisory authority.
9           MS. CABRERA:  Objection.
10      A   I really don't recall specifically
11  what went on.
12      Q   How about towards the end when you
13  stopped supervising the inventory control clerks?
14  Why did you stop supervising them?
15      A   I believe around December of 2019 or
16  January of 2020, and the day shift manager was
17  relocating to Texas, and Kevin asked me if I would
18  be interested in taking over that position.
19      Q   What shift were you working when you
20  were supervising the inventory control clerks?
21      A   I was there at 7 a.m. and left at 5 or
22  5:30 p.m.
23      Q   Did someone offer you the day shift
24  manager position?
25      A   Yes.

Page 54

1       Q   Who was that?
2           B. FINKELSTEIN
3       A   Kevin Randall.
4       Q   Describe for me what happened when
5   Sean Kelly left and when you were given the day
6   shift manager position?
7       A   Um, so Kelly went on a business trip
8   to Texas for Southern and was offered a position.
9   Kevin called me into his office late December I
10  believe it was and asked me if I would be
11  interested in being promoted to the day shift ops
12  manager position.
13      Q   Did that position have an increased
14  salary?
15      A   Yes.
16      Q   What salary were you being paid when
17  you were supervising the inventory control clerks?
18      A   I believe it was somewhere around 100.
19      Q   What was that increased to when you
20  were given the day shift manager position?
21      A   About 140.
22      Q   When you were supervising the
23  inventory control clerks you would assign them
24  work to do?
25      A   Yes.

Page 55

1       Q   Okay.  How would you assign the work?
2           B. FINKELSTEIN
3       A   WMI creates a file for every item that
4   over the last 24 hours came in with issues that
5   triggers cycle counts.
6       Q   So it creates this file, right?
7       A   Yes.
8       Q   And then what happens next?
9       A   Then I extract the information out of
10  the file, separate it by how many cycle counters
11  that I have for that day, split it up, and then
12  they go out and do their counting.
13      Q   Is there a regular -- does each
14  location have to be counted on a specific schedule
15  at least once every quarter, or once a month, or
16  once a week?
17      A   For the entire warehouse had to be
18  counted quarterly wall to wall.
19      Q   Is there still a physical inventory
20  done every single quarter?
21      A   No.
22      Q   So how is the warehouse counted, the
23  entire warehouse counted quarterly, if you can
24  explain?
25      A   WMI keeps a record of every location

Page 56

1   that was or was not counted so by the end of the
2       B. FINKELSTEIN
3   quarter you make sure that half of the ones that
4   were not counted are counted before the end of
5   that quarter.
6       Q   What else would you do as the
7   supervisor of the inventory control clerks?
8       A   Just to make sure that they are
9   counting, that they are doing their jobs.  There
10  are other reports that tell me if someone had gaps
11  between counts so it is supervising their
12  performance, supervising their accuracy, make sure
13  they are at work on time, making sure they are
14  taking breaks when they are supposed to,
15  attendance issues.
16      Q   Did you do anything else other than
17  what you just described when you were managing the
18  inventory control clerks?
19      A   Oh yeah.
20      Q   Can you describe for me what else that
21  you did?
22      A   Sure.  I dove deep into issues that
23  were happening that were creating inventory
24  problems.  So if a shift -- one of the shift
25  employees is making a mistake I will find out who

14  (Pages 53 to 56)

Page 57

```
 1   it was.  Send E-mails to their bosses, trying to
 2         B. FINKELSTEIN
 3   find route cause.
 4         Q    Anything else?
 5         A    I kind of have my hand on everything
 6   there.  I will get involved in receiving issues.
 7   A lot of the warehouse men came to me for input
 8   since I am a senior guy there.
 9         Q    When you came to Southern was Maria
10   already there?
11         A    Yes, I believe so.
12         Q    Was she the manager of the inventory
13   control department when you came to Southern?
14         A    No.  I was working nights so I never
15   saw her, but I believe Tom Barkey was the manager
16   at that time.
17         Q    Do you know when Maria became the
18   inventory control manager?
19         A    I don't.
20         Q    Do you know when Tonisha Durant became
21   the inventory control manager?
22         A    I don't.
23         Q    Do you know why Maria Suarez no longer
24   works for Southern?
25         A    I don't.  I know that she wasn't
```

Page 58

```
 1   happy, but I don't know specifics.
 2         B. FINKELSTEIN
 3         Q    How do you know she wasn't happy?
 4         A    She would vent often.
 5         Q    To you?
 6         A    To anyone.  Including me.
 7         Q    What did she tell you?
 8         A    She would usually complain about her
 9   boss John Wilkinson.
10         Q    During what period of time did she
11   begin complaining to you?
12         A    As long as I can remember.
13         Q    When for the first time did your
14   shifts overlap?
15         A    When I came to midshift so I would see
16   her not often, not too often, really.
17         Q    When did you work that midshift again?
18         A    I will go back again.  I am thinking
19   maybe around 2014ish.  That's a guess.
20         Q    Do you recall when Maria complained to
21   you for the first time about John Wilkinson?
22         A    Not specifically, no.
23         Q    Can you tell me what year she first
24   complained to you about John Wilkinson?
25         A    I really can't recall.
```

Page 59

```
 1         Q    Do you know if it was 2015?
 2         B. FINKELSTEIN
 3         A    I would guess maybe in that area.
 4         Q    And what did she tell you about John
 5   Wilkinson?
 6         A    I don't really recall any specifics.
 7   A lot of people complained about John Wilkinson,
 8   but she appeared to not be engaged in my opinion.
 9         Q    Do you know why she wasn't happy?
10         A    I really don't know specifically.
11         Q    Do you recall any specific complaints
12   that she had about John Wilkinson?
13         MS. CABRERA:  Objection.
14         A    Nothing specific.
15         Q    Other than complaining generally about
16   John Wilkinson can you give me any better idea of
17   what she was complaining about?
18         MS. CABRERA:  Objection.
19         A    I don't recall specifically.
20         Q    So what kind of complaints would she
21   make?
22         MS. CABRERA:  Objection.
23         A    Again, nothing specifically.
24         Q    All that she was complaining about,
25   you can't tell me anything that she was
```

Page 60

```
 1   complaining about?
 2         B. FINKELSTEIN
 3         MS. CABRERA:  Objection.
 4         A    Nothing specific, no.
 5         Q    And she appeared to be unhappy, is
 6   that fair to say?
 7         A    I would say yes.
 8         Q    What about her made you think she was
 9   unhappy?
10         A    Well, you know, the times that I had
11   to work with her it was always a struggle.  If I
12   needed her help she was not helpful.  She seemed
13   to be angry.  I had no idea why, so she was a
14   difficult person to work with.
15         Q    Okay.  So what about her made you
16   think she was not happy other than what you just
17   described to me?
18         MS. CABRERA:  Objection.
19         Q    Is there anything else other than what
20   you just described to me that would lead you to
21   believe that she was unhappy?
22         A    No, not really.
23         Q    Okay.  So she was not helpful.  She
24   was angry?
25         A    Yes.
```

15 (Pages 57 to 60)

Page 61

```
1        Q    And she was a difficult person to work
2            B. FINKELSTEIN
3    with?
4        A    Yes.
5        Q    And because of that you believed she
6    was unhappy?
7        A    Yes. That would be accurate.
8        Q    On how many occasions did you actually
9    have to work with her?
10       A    I sort of stopped trying. So not too
11   many.
12       Q    How many different occasions did you
13   work with Maria Suarez?
14       A    Side by side?
15       Q    Yes.
16       A    Early on when I first came to midshift
17   a number of times, and then like I said I stopped
18   trying.
19       Q    You testified earlier that the
20   midshift was from 3 p.m. to 1 a.m., is that
21   correct?
22       A    Um, my shift was 3 p.m. to 1 a.m.
23       Q    Yes. When you went to midshift?
24       A    Right.
25       Q    So when you went to midshift was your
```

Page 62

```
1    shift from 3 p.m. to 1 a.m?
2            B. FINKELSTEIN
3        A    That's the hours that I worked, yes.
4        Q    And what were Maria's working hours
5    when you were in midshift?
6        A    I believe -- I am really not sure. I
7    think it was like 9 to 5.
8        Q    Describe the occasions on which you
9    had to work with Maria when you were at midshift?
10       A    Well, especially when we went to WMI
11   and she had a little more knowledge than I did,
12   and I would have to -- I would have an inventory
13   issue on the warehouse side, and I would have to
14   ask her for help to try to figure it out, rectify
15   it. That was basically the extent.
16       Q    On how many occasions did that happen?
17       A    Maybe two or three, and I stopped
18   asking.
19       Q    What did you ask for?
20       A    Well, I could only remember one
21   specific occasion where I brought one of the
22   warehouse men into her office because he was
23   having a problem. It was inventory related, and
24   she got aggressive and to the point I had to ask
25   my employee to step out of the office and talk to
```

Page 63

```
1    her face to face, and that was the last time that
2            B. FINKELSTEIN
3    I asked her for help. I found different ways to
4    find my answers.
5        Q    So tell me about this occasion on
6    which you brought the warehouse man into her
7    office. What do you remember about that occasion?
8        A    I remember he was having a problem.
9    He had his RF gun with him, and I brought him in
10   and asked him to explain to Maria the problem he
11   was having. She basically started screaming that
12   I should know the answer to the -- the solution to
13   the problem so that was when I stopped going to
14   her.
15       Q    Was this the first time that she had
16   yelled at you?
17       A    She didn't yell at me. She just
18   yelled. She wasn't yelling at me. She just
19   yelled, starting yelling. If it was at me I
20   probably wouldn't have been -- it would not have
21   been good.
22       Q    But did she ever yell at you?
23       A    Um, I think probably, but I can't
24   recall anything specific.
25       Q    Okay. So what was she yelling about?
```

Page 64

```
1        A    That I should know the answer to the
2            B. FINKELSTEIN
3    -- I should know the resolution to the problem.
4        Q    And what was the warehouse man doing
5    with the RF gun?
6        A    I don't recall specifically. Working.
7        Q    Were warehouse men supposed to have
8    have RF guns?
9        A    Yes. They all have them.
10       Q    What do they do with the RF guns?
11       A    They locate product in the
12   warehouse. They use it for receiving. They use
13   it for any kind of product movement so all
14   inventory related.
15       Q    What led you to believe that Maria was
16   the individual who you should speak to about the
17   issue with the RF gun?
18       A    She -- that was her department, and
19   she had WMI knowledge at the time that I didn't
20   have yet.
21       Q    When you say it was her department --
22       A    Well she ran -- again, I don't know
23   what Tonisha's involvement was at that point. I
24   didn't work with Tonisha so when I had to work
25   with someone from inventory it was Maria.
```

Page 65

```
 1      Q   Do you know what Tonisha's involvement
 2          B. FINKELSTEIN
 3   in WMI was?
 4      A   Back then, no.
 5      Q   What did you do after this incident in
 6   which Maria yelled?
 7      A   I excused the warehouse man from her
 8   office.  We had some words, and then I told her
 9   that I know who not to come to for help, and I
10   walked out of her office.
11      Q   When you had issues in the future what
12   did you do?
13      A   I didn't really have any issues in the
14   future.  We were cordial to each other.  We didn't
15   really -- businesswise we didn't really have too
16   much interaction.
17      Q   Well, there was an issue.  Which issue
18   was the warehouse man having?
19      A   I don't recall.
20      Q   Do you recall anything about the issue
21   that the warehouse man was having?
22      A   No.
23          MS. CABRERA:  Objection.
24      Q   So did it have to do with the RF gun?
25      A   It had to do with inventory which is
```

Page 66

```
 1   the RF gun.
 2          B. FINKELSTEIN
 3      Q   Did it have to do with the RF gun?
 4      A   Like was the RF gun broken or
 5   something?  No.
 6      Q   Do you remember what question that you
 7   asked Maria or what issues you asked her to
 8   resolve?
 9      A   I don't.
10      Q   On how many different occasions had
11   you -- well, you said that you went to Maria two
12   or three times with regard to inventory issues,
13   correct?
14      A   Yes.
15      Q   Can you tell me over what period of
16   time you went to her for the two or three issues?
17      A   I would say a few months.
18      Q   You had the day shift position or were
19   you without a title when you went to Maria?
20          MS. CABRERA:  Objection.
21      A   I don't really recall where I was at
22   at that point when that happened.
23      Q   So you could have had the day
24   operations manager position or you could have been
25   without a title?
```

Page 67

```
 1      A   Oh, no.  I wasn't without a title at
 2          B. FINKELSTEIN
 3   that time.
 4      Q   Okay.  Do you remember what inventory
 5   issues that you went to Maria with?
 6          MS. CABRERA:  Objection.
 7      A   No, I don't.
 8      Q   The first two times that you went to
 9   her, what happened?
10      A   I don't recall specifically.
11      Q   Did you have any inventory issues
12   after your last -- withdrawn.  Did you have any
13   inventory issues after Maria yelled?
14      A   I am sure that I did.
15      Q   What did you do to resolve those
16   inventory issues?
17      A   I don't recall.  I mean, there was a
18   number of people there that are experts at WMI, so
19   I started to go to the others for assistance.
20      Q   Who did you go to?
21      A   Usually Sean Kelly.
22      Q   What was his title at that time?
23      A   He was -- I don't know if he was day
24   manager.  I don't think he was day manager yet.  I
25   think he was like business continuity.  He was
```

Page 68

```
 1   like an expert on everything actually so he was
 2          B. FINKELSTEIN
 3   like my go to, especially WMI, pretty much any WMI
 4   issue that I had.
 5      Q   Did Mr. Kelly have knowledge of WMI
 6   before he began working at the Syosset warehouse?
 7      A   I don't know.  But he was brilliant.
 8      Q   Was Mr. Kelly the cause of any
 9   conflict between you and Mr. Randall?
10      A   I don't know.
11      Q   So at the time that Maria yelled at
12   you who was your manager?
13      A   I believe it was John Wilkinson.  It
14   had to be, yes.
15      Q   Did you tell John Wilkinson about what
16   had --
17      A   I am sure that I did.
18      Q   And what did he respond to you?
19      A   I don't recall.
20      Q   And on the two to three occasions that
21   you actually went to Maria with inventory issues
22   was John Wilkinson your manager during all of
23   these three occasions?
24      A   At that point, yes.  He was the
25   director of operations so yes.
```

17 (Pages 65 to 68)

Page 69

```
 1        Q   After you spoke with Maria would you
 2        B. FINKELSTEIN
 3   speak with John Wilkinson?
 4        A   Would I speak to him like right after?
 5        Q   Or shortly thereafter?
 6        A   Possibly.
 7        Q   Was Maria good at her job?
 8        A   That's subjective.  I do not think she
 9   was good at her job.
10        Q   Why not?
11        A   Well, especially after I had her job I
12   realized that -- first of all, our inventory was
13   still a bit of a mess when I got into that
14   position.  She never hit the floor which always
15   amazed me.  It was very difficult to do that job
16   without hitting the floor, and she was difficult
17   to work with.
18        Q   So let me just go through this.  You
19   had a belief she was not good at her job.  Was
20   that only after you began doing her job?
21        A   No.  I think it was even before that.
22        Q   Before you began doing Maria's job --
23   well, how did you know you were doing Maria's job?
24        A   Um, I just started to get involved in
25   inventory and slowly started learning more.  I
```

Page 70

```
 1   like to learn.  So I don't think it was like a
 2        B. FINKELSTEIN
 3   planned thing for me, and I wouldn't say I was
 4   doing her job.  I was doing some of the
 5   responsibilities that she had done when it comes
 6   to working with cycle counters but a lot more than
 7   that.
 8        Q   How did you know what her
 9   responsibilities were as inventory control
10   manager?
11        A   I didn't know until I started diving
12   into inventory control.
13        Q   What led you to believe that -- well,
14   what did you learn about what her duties were when
15   you began diving into inventory control?
16        A   What did I learn about that position?
17        Q   Yes.
18        Q   That it's probably the most important
19   thing, that it is very time sensitive, you know?
20   Problems need to be resolved like immediately.
21        Q   Did you learn anything about what her
22   job was when you became involved in inventory?
23        A   Again, I didn't really know
24   specifically what -- if she even had a job, a list
25   of what her requirements were, so it is kind of
```

Page 71

```
 1   hard to answer that.  I think I just sort of went
 2        B. FINKELSTEIN
 3   with it as I started doing it.
 4        Q   If you did not know what the
 5   requirements of her job was how could you express
 6   an opinion as to whether she was good at her job?
 7        A   I think part of it is interaction.  I
 8   think that's a very important part of doing a job
 9   well, being approachable.
10        Q   So would it be her demeanor?
11        A   Yes.  I think that was a big problem.
12        Q   Other than her demeanor is there any
13   other reason why you believe she wasn't good at
14   her job?
15        A   Firsthand, no.
16        Q   Other than firsthand is there any
17   other reason why other than her demeanor you
18   believe she wasn't good at her job?
19        A   The only thing I could tell you is
20   that there on the cycle count side the cycle
21   counters used to complain to me they are counting
22   the same locations every day which made me realize
23   that she is not investigating and processing.
24        Q   Which cycle counters were telling you
25   that they were counting the same location every
```

Page 72

```
 1   day?
 2        B. FINKELSTEIN
 3        A   Pretty much all of them.
 4        Q   Maria was their boss, correct?
 5        A   Was their what?
 6        Q   Was their boss?
 7        A   Yes.
 8        Q   How did you know they were counting
 9   the same locations every day?
10        A   They told me.
11        Q   Other than them telling you?
12        A   I don't know.
13        Q   So do you know if they were actually
14   counting the same locations every day?
15        A   I guess not.
16        Q   So other than what you have already
17   described, her demeanor and what the cycle
18   counters told you, is there any other reason why
19   you believe Maria was not good at her job?
20        A   No.
21        Q   How many warehouse men are employed
22   at the Syosset, New York location?
23        A   Now?
24        Q   Yes.
25        A   Approximately 160.
```

18  (Pages 69 to 72)

November 1, 2022

Page 73

1    Q   If we go back to 2014, approximately
2        B. FINKELSTEIN
3    how many warehouse men were employed in 2014?
4        A   I would say maybe there were 20 more
5    back then.
6        Q   Is there turnover in the warehouse men
7    position?
8        A   No.
9        Q   Is there some turnover in the
10   warehouse position?
11       A   Not much.
12       Q   So how many female warehouse men were
13   there?
14       A   Warehouse people.
15       Q   Warehouse people?
16       A   None.
17       Q   And that would be for the entire time
18   that you were employed by Southern in Syosset?
19       A   I think we might have had one at one
20   point.
21       Q   Are you guessing?
22       A   I am guessing.  I sort of remember one
23   coming in and making it for one night.
24       Q   Other than that person who may have
25   come in and made it through one night were there

Page 74

1    any other women hired as -- withdrawn.  Were there
2        B. FINKELSTEIN
3    any other women who worked as warehouse people at
4    the Syosset location during the entire time that
5    you were employed?
6        A   There are no women applicants so the
7    answer is no to that.
8        Q   Why were there were no women
9    applicants?
10       A   I had never had women applicants come
11   in, and especially on the overnights -- you have
12   do come in for overnights first.
13       Q   If Elizabeth Toohig testified that
14   women actually applied for that position what
15   would you say to that?
16       A   Women have applied for it?  They never
17   made it to the warehouse.  I have never had a
18   women apply.
19       Q   So women may have applied, but they
20   never made it to the warehouse?
21       A   If that's what you are saying.  To the
22   best of my knowledge I have never had a woman
23   applicant come in for an interview or be
24   considered for a job.
25       Q   Okay.

Page 75

1        A   We have had supervisors but not
2        B. FINKELSTEIN
3    warehouse.
4        Q   Okay.  So in all of your years at
5    Southern you never had a single woman apply for a
6    warehouse position?
7        A   To me that's correct.
8        Q   Do you know whether any women were
9    filtered out who had applied before they got to
10   you?
11       A   I do not.
12       Q   Were you the hiring manager?
13       A   When they had overnights, yes.
14       Q   Did you have any say other women
15   applicants actually made it to the interview
16   process?
17       A   Um, back then it has changed since,
18   but back then, yes.
19       Q   What say did you have over what
20   applicants made it to the interview process?
21       A   I read resumes and let HR know who to
22   send for an interview.
23       Q   Would you get the resumes from HR?
24       A   I believe so.  It is a long time ago.
25       Q   So you would get the resumes from HR.

Page 76

1    You would pick the ones that you wanted to
2        B. FINKELSTEIN
3    interview?
4        A   Yes.
5        Q   And they would arrange those
6    interviews?
7        MS. CABRERA:  Objection to the form of
8    the question.
9        Q   Would they arrange those interviews?
10       A   I don't recall.  I don't remember if
11   it was them that arranged it or I arranged it.
12       Q   Okay.  How many individual warehouse
13   people did you hire during your employment at
14   Southern?
15       A   I would have to say maybe 20 or 30.
16       Q   Did any female ever supervise
17   warehouse men at Southern's Syosset location?
18       A   Yes.  We have one currently who has
19   been here for a number of years if you want her
20   name.
21       Q   Yes.
22       A   Esther King.  We had another one maybe
23   about -- I don't know.  I am guessing about eight
24   years ago.  Linda -- I don't remember her last
25   name.  She was with us for maybe two or three

19  (Pages 73 to 76)

Page 77

```
1   years.
2        B. FINKELSTEIN
3        Q    What is Esther King's job?
4        A    She is a supervisor.  She is a WMI
5   super user.  She is my Sean Kelly.
6        Q    What is a WMI super user?
7        A    It is a terminology that they use for
8   someone that knows the system inside and out.
9        Q    Did she receive any training in this
10  system?
11       A    She did through Sean Kelly actually.
12       Q    How many warehouse men does she
13  supervise?
14       A    All of the warehouse men on day shift
15  know that she is one of the supervisors, and they
16  all to some degree report to her, but specifically
17  she has got probably about 12 that report strictly
18  to her.
19       Q    So she has 12 direct reports?
20       A    Yes.
21       Q    Who are warehouse men?
22       A    Yes.
23       Q    And when was she hired?
24       A    It has to be about seven years ago I
25  would guess.
```

Page 78

```
1        Q    Okay. Is it true that anyone who
2        B. FINKELSTEIN
3   applies for the warehouse position must start
4   throwing cases at night?
5        A    Yes.
6        Q    And why is that?
7        A    That's a union agreement so any new
8   employees has to come in on the overnight pretty
9   much has to go on a line to throw.
10       Q    Is that a union rule?
11       A    Union rule?  When it comes to starting
12  at nights, yes.  It is a union rule.
13       Q    Do you think a rule like that would
14  dissuade women from applying for the warehouse
15  position?
16       A    It might. I am sure it dissuades men
17  as well.
18       Q    Do you think it disproportionately
19  dissuades women?
20       A    I couldn't answer that. It is a tough
21  shift no matter what your gender is.
22       Q    So you think that it would affect men
23  and women equally, throwing cases at night?
24       A    I would guess.  Like I said, it is a
25  tough shift.  It is a tough job, but I don't
```

Page 79

```
1   believe that we would stop anyone from applying
2        B. FINKELSTEIN
3   and getting a position.
4        Q    What leads you to believe that?
5        A    I believe we never said no to anyone.
6   We never had an applicant to the best of my
7   knowledge come in, a female, but I don't believe
8   that anyone would say no, you are a female.  You
9   are not getting a job.  I don't believe that is
10  the culture in the company.
11       Q    Is warehouse experience required to
12  become a warehouse men?
13       A    No.
14       Q    Would your opinion change if I told
15  you that Elizabeth Toohig testified that women
16  were actually disqualified from the position for
17  not having warehouse experience?
18       A    I would be surprised.
19       Q    Are you aware that there were lawsuits
20  against Southern?
21       A    Am I aware of lawsuits?
22       Q    Other than this one.
23       A    Um, vaguely.
24       Q    Do you know what those lawsuits were
25  about?
```

Page 80

```
1        A    That, I don't know.
2        B. FINKELSTEIN
3        Q    Do you know if those lawsuits were
4   about women not being given the warehouse men
5   classification?
6        A    I do know about that.
7        Q    How do you know about that?
8        A    Um, Ena Scott told me.
9        Q    Are any cycle counters allowed to use
10  cherry pickers now?
11       A    They always have.
12       Q    So a cycle counter can use a cherry
13  picker today?
14       A    Always could, yes.
15       Q    And cycle counters can use hi-los
16  today?
17       A    No.
18       Q    Do cycle counters or inventory control
19  clerks wear safety gear?
20       A    If they are on a cherry picker, yes.
21       Q    Do they work on nights in the
22  warehouse?
23       A    Sure.
24       Q    Are they expected to move cases
25  sometimes in order to properly count product?
```

20  (Pages 77 to 80)

Page 81

```
 1        A    They are not supposed to, no.
 2             B. FINKELSTEIN
 3        Q    Have they ever been expected to move
 4   cases?
 5        A    No.
 6        Q    Have they ever been permitted to use
 7   cases in order to count product?
 8        A    No.
 9        Q    What is the basis for your knowledge?
10        A    It's a union rule that only warehouse
11   men can touch and move cases unless it is to
12   prevent breakage.  That's the only caveat.
13        Q    So if there was a rule that permitted
14   inventory control clerks to move up to five cases
15   per location, have you ever heard of a rule like
16   that?
17        A    No.
18        Q    A rule like that ever in existence?
19        A    Not to the best of my knowledge, no.
20   That doesn't mean there isn't one, but I'm not
21   aware of it.
22        Q    Do you remember any specific
23   conversations that you had with Maria Suarez other
24   than the two to three conversations that you
25   mentioned already?
```

Page 82

```
 1        A    Conversations with her?
 2             B. FINKELSTEIN
 3        Q    Yes.
 4        A    Basically hi, how are you?  Good
 5   morning.  Good night.
 6        Q    Okay.  How would you describe Maria's
 7   personality?
 8        A    Difficult.
 9        Q    Are you aware that there had been
10   layoffs in April of 2018?
11        A    Yes.
12        Q    Do you know what those layoffs were
13   part of?
14        A    I think it was -- I wasn't involved in
15   any of that, but I think it was a reduction of the
16   forms.  I know a lot of people were getting
17   nervous, and I know a few people that were laid
18   off at that time.
19        Q    Were there a total of five people let
20   go as a result of that reduction in the force?
21        A    I don't know if I -- I know one other
22   one for sure.  Maybe two other ones in the
23   operations side, but I don't know -- other than
24   that --
25        Q    Which other ones do you know from the
```

Page 83

```
 1   operations side?
 2             B. FINKELSTEIN
 3        A    I believe it was Larry Laspinoza, and
 4   there was someone else.  I'm sorry.  No.  It may
 5   have been Larry.  There was Larry Callahan was
 6   definitely one.  He was a manager.  If I remember
 7   correctly maybe Larry Laspinoza was part of that
 8   five people.  I don't really recall.
 9        Q    Can you tell me everything that you
10   remember about your conversation with Ena Scott
11   about the lawsuit?
12        A    Well, its been -- its been years of
13   her venting to me, and I think a lot of people.
14   And that she should be getting warehouse pay.  I
15   believe that's the gist of her comments.
16        Q    Do you recall anything else?
17        A    The only other thing is that she said
18   -- I think she wanted to get an increase in salary
19   because she was doing like the lead work.  I
20   forget the term she used like foreman work, doing
21   foreman work.
22        Q    A checker?
23        A    No.  She didn't say anything about a
24   checker that I recall.
25        Q    Okay.  And how was Ena doing foreman
```

Page 84

```
 1   work?
 2             B. FINKELSTEIN
 3        A    I have no idea.
 4        Q    During the time period that Maria
 5   Suarez worked at Southern did you ever supervise
 6   any inventory control clerks?
 7        A    No.
 8        Q    During the time period that Maria
 9   Suarez was at Southern did you ever have any
10   disciplinary authority over inventory control
11   clerks?
12        A    No.
13        Q    Do you know the reasons why Tonisha
14   Durant is inventory control manager today?
15        A    Other than being very good at it, no.
16        Q    Do you have any knowledge of the
17   reasons why Maria Suarez no longer works for
18   Southern?
19        A    I don't.
20        Q    Have you ever had a conversation with
21   Tonisha Durant about Maria Suarez?
22        A    No.
23        Q    Have you ever had a conversation with
24   Kevin Randall about Maria Suarez?
25        A    No.
```

Page 85

1     Q   Have you ever had a conversation with
2        B. FINKELSTEIN
3   any of your other coworkers at Southern about
4   Maria Suarez?
5     A   No.
6     Q   Have you ever had a conversation with
7   Tonisha Durant about this case?
8     A   No.
9     Q   Have you had a conversation with Kevin
10  Randall about this case?
11    A   Outside of me saying that I have to be
12  here today?  No.
13    Q   So he told you that you would have to
14  be here today?
15        MS. CABRERA:  Objection.  That's not
16  what he said.
17    A   I told him I have to be here today.
18    Q   Okay.  When did you tell him that?
19    A   Last week.
20    Q   So you told him that you would have to
21  be here for a deposition today, so you wouldn't be
22  at work?
23    A   Right.
24    Q   What did he say to you?
25    A   "Are you coming in before the

Page 86

1   deposition?"
2        B. FINKELSTEIN
3     Q   What did you report?
4     A   Of course.  So I was at work before I
5   came here.  Welcome to the liquor business.
6     Q   Other than that conversation did you
7   ever speak with Kevin Randall about this case?
8     A   No, sir.
9     Q   Have you ever had any conversation
10  with any coworkers about this case?
11    A   No.
12    Q   Are you under the influence of any
13  medications, narcotics?
14    A   No.
15    Q   Are you under the influence of alcohol
16  today?
17    A   No.
18    Q   Can you think of any reason why you
19  wouldn't be unable to testify truthfully and
20  accurately?
21    A   No.
22    Q   Are there any documents which would
23  show the time period that you worked without a
24  classification?
25    A   Maybe HR might have something.

Page 87

1     Q   How did you learn that you were
2        B. FINKELSTEIN
3   working without a classification?
4     A   When I was called into Kevin Randall's
5   office and told that my replacement was starting
6   an hour later, and I asked him if I was being
7   terminated, and he said no, and I said okay, so
8   what is my position?  And he said I don't know,
9   figure it out.  You can't make that stuff up.
10  I love him now by the way but not so much then.
11    Q   Who was your replacement?
12    A   Peter Lazar.
13    Q   Is Peter Lazar still working for
14  Southern?
15    A   Yes.
16    Q   Do you know when he was hired?
17    A   I don't know.  It was like -- sometime
18  in 2019.  I guess something like that.  I am not
19  sure.
20    Q   You mentioned earlier that you were
21  without a classification beginning in the middle
22  of 2018?
23    A   Then that's when it was.  The dates
24  are very vague to me.  I am 68.
25    Q   But you are in great health.

Page 88

1     A   Thank you.
2        B. FINKELSTEIN
3     Q   So to the best of your recollection it
4   was the middle of 2018 when Kevin Randall had a
5   conversation with you?
6     A   Yes.  I guess that it was because it
7   was about a year where I was doing the inventory
8   stuff before I got -- so that would make sense.
9     Q   So after a year of getting involved in
10  the inventory is when you had another change in
11  your employment?
12    A   Right.
13    Q   And that change of your employment
14  happened in what year?
15    A   That was in like December of January
16  of 2020.
17    Q   And did you have any warning that
18  Peter Lazar was going to take your place?
19    A   No.
20    Q   Had he worked for Southern before or
21  was he a new hire?
22    A   A new hire.
23    Q   Did Kevin Randall give you any reason
24  why you weren't fired?
25    A   No.

22  (Pages 85 to 88)

Page 89

```
1        Q    Other than telling you to figure out
2        B. FINKELSTEIN
3    what to do did he give you any further
4    instructions?
5        A    No.
6        Q    During the time period that you were
7    working without classification did you have a
8    manager?
9        A    If I don't know if John was still
10   alive at that point.  I really don't recall.  I
11   don't recall if John Wilkinson was still alive.  I
12   think he was, so I think he was still my manager.
13       Q    Did you have any conversations with
14   John Wilkinson about what you were supposed to do
15   when you were --
16       A    Yes.
17       Q    -- not classified?
18       A    Yes.
19       Q    What did John say?
20       A    I don't know.  It was classic.
21       Q    Was anyone tracking your attendance
22   when you were unclassified?
23       A    No.
24       Q    So you have Kevin Randall telling you
25   to figure it out?
```

Page 90

```
1        A    Yes.
2        B. FINKELSTEIN
3        Q    And you asked John Wilkinson what you
4    are supposed to do, and he said I don't know?
5        A    Right.
6        Q    And did you receive any other guidance
7    or direction on what you were supposed to be doing
8    when you worked without a classification?
9        A    No.
10       Q    Did anyone tell you why you were not
11   being terminated?
12       A    No.
13       Q    Did you wonder why you weren't being
14   terminated?
15       A    Not really.
16       Q    Do you have any opinion or belief as
17   to why you wasn't terminated if somebody was hired
18   to do your job?
19       A    Yes.  I think that they knew -- I
20   think that even maybe Kevin knew like there was
21   some value.  I think he was maybe not sure of his
22   decision.  I think he just didn't want to lose
23   me.
24       Q    Do you know whether Maria Suarez had
25   any role in the lawsuits that were filed against
```

Page 91

```
1    Southern?
2        B. FINKELSTEIN
3        A    No.
4        Q    We talked earlier about a lawsuit that
5    was filed by Ena Scott, correct?
6        A    Right.
7        Q    And was there another lawsuit filed by
8    another inventory control clerk?
9        A    I remember hearing something many
10   years ago, but I know nothing about it.
11       Q    Do you know whether Josienne Sajous
12   filed a lawsuit?
13       A    Yes.  That's who it is.
14       Q    Did Tatiana Herdocia also file a
15   lawsuit against Southern?
16       A    I have no idea.
17       Q    Do you think it was strange two women
18   who have reported to Maria Suarez had filed
19   lawsuits against Southern?
20       MS. CABRERA:  Objection.  Off the
21   record.
22       (Whereupon a discussion was
23   held off the record).
24       A    I do find it strange.  I don't find
25   anything strange.
```

Page 92

```
1        Q    During your entire employment at
2        B. FINKELSTEIN
3    Southern Wine and Spirits had you heard of any
4    other discrimination lawsuit against Southern
5    other than the one filed by Josienne Sajous and
6    the one filed by Ena Scott?
7        A    I didn't know either of them were
8    discriminated against so the answer is no, but I
9    didn't even know that they were -- based on
10   discrimination.
11       Q    Do you know what their lawsuits were
12   about?
13       A    Josienne I had no idea.  And Ena, I
14   thought it was about her title.  I thought it was
15   a title salary thing.
16       Q    Did you learn about Ena's lawsuit from
17   anyone else?
18       A    No.
19       Q    Did you ever ask anyone what Ena's
20   lawsuit was about other than your attorney?
21       A    No.
22       MR. MOSER:  Thank you.  I have no
23   further questions.
24       MS. CABRERA:  I actually have a
25   question.
```

23  (Pages 89 to 92)

Page 93

1    EXAMINATION BY
2        B. FINKELSTEIN
3    MS. CABRERA:
4        Q    Can you explain to us what you meant
5    when you said earlier that Maria was not hitting
6    the floor in connection with her job duties?
7        A    Well, to double check or, you know, to
8    do some of the work involved in that position you
9    have to occasionally go into the warehouse and
10   check things physically yourself, and that's
11   something that she did not do.
12       Q    How do you know she didn't do that?
13       A    I saw it, and then often I would end
14   up going out on the floor to check.
15       Q    You also said that the cycle counters
16   told you that they were doing the same counts
17   every day?
18       A    Right.
19       Q    Do you recall that?
20       A    Mm-hmm.
21       Q    Is there any correlation between the
22   cycle counters telling you that they are counting
23   the same counts every day and the fact that Maria
24   was not hitting the floor?
25       A    Yes.

Page 94

1        Q    What is the correlation between those
2        B. FINKELSTEIN
3    two?
4        A    Well, whoever is leading that
5    department hits floor.  They will either resolve
6    the issue, or there is another thing that we do in
7    the warehouse.  It is inventory research.  So if
8    we are missing product we put product into this
9    like temporary hold position, and then hoping it
10   is going to -- it is a big warehouse that it shows
11   up two days later.  Someone finds it.  So if you
12   don't hit the floor the only option that you have
13   is to just keep putting the same cycle counter
14   every day for the same item.
15       And what it invariably does, when I started
16   to do some of that work I would actually grab my
17   cycle counters and said don't get crazy.  I had to
18   put Tito's back into a cycle counter.  I know you
19   counted it for the last two days.  I hope it is
20   going to show up, but that was happening like --
21   constantly.  I get it.  It is frustrating for the
22   counters because they feel like they are not
23   making progress.  They are counting the same
24   locations every day.
25       MS. CABRERA:  I have no further

Page 95

1    questions.
2        B. FINKELSTEIN
3    CONTINUED EXAMINATION
4    BY MR. MOSER:
5        Q    Did Maria have an RF scanner?
6        A    I am sure she did.
7        Q    If Maria counted product with her RF
8    scanner would that be reflected in Southern's
9    inventory system?
10       A    It should.
11       Q    Would she be able to count product
12   without being on the floor?
13       A    No.
14       Q    And do you know how many locations
15   Maria counted, again if was the inventory control
16   manager after WMI was implemented?  I will
17   withdraw that question.  Do you know how many
18   locations Maria was counting on the floor after
19   WMI was implemented?
20       A    Do I know how many?  No, I don't.
21       Q    Did you ever follow her for a day?
22       A    No.
23       Q    How large is the warehouse?
24       A    A few hundred thousand square feet.
25       Q    And that's just a warehouse activity,

Page 96

1    correct?
2        B. FINKELSTEIN
3        A    Yes.
4        Q    So your belief is that Maria was not
5    on the floor was based upon you not seeing her on
6    the floor or something else?
7        A    It is based upon that it was based on
8    my director telling me I can't get her out of her
9    office so he would then vent to me ever once in a
10   while.
11       Q    Who was your director?
12       A    John Wilkinson.
13       Q    Other than John Wilkinson telling you
14   that and you not seeing her on the floor is there
15   any other reason why you believe that she was not
16   on the floor?
17       A    Not offhand, no.
18       Q    Do you have any personal knowledge as
19   to how many locations Maria counted after WMI was
20   implemented on a daily basis?
21       A    No.
22       Q    Do you know if it was more or less
23   than 100 locations?
24       A    More or less than what?
25       Q    Than 100 locations?

24  (Pages 93 to 96)

Page 97

```
 1      A    A day?
 2           B. FINKELSTEIN
 3      Q    Yes.
 4      A    I would say less.
 5      Q    How do you know that?
 6      A    I am just -- based on how often I saw
 7   her on the floor.
 8      Q    In terms of the warehouse itself how
 9   many different aisles are there?
10      A    How many aisles?  There has to be 100
11   in that area.
12      Q    Is each aisle the same length?
13      A    Generally with some exceptions.
14      Q    And generally what is the length of
15   the aisles?
16      A    Oh, my God.  I have no idea.  Maybe 80
17   yards.  Some are much longer.
18      Q    On average would you say they are
19   approximately 80 yards?
20      A    If I had to guess.  I am really not
21   good at that.
22      Q    How much time did Ena Scott spend on
23   the warehouse floor after WMI was implemented?
24      A    On an average eight hour day?
25      Q    Yes.
```

Page 98

```
 1      A    I would say six to seven.
 2           B. FINKELSTEIN
 3      Q    How many times did you see Maria in
 4   her office?
 5      A    I didn't see her in her office, her
 6   back office when she was in the back office often
 7   because I stopped going back there after I had a
 8   couple of -- experiences.  And then she was moved
 9   to the blue room office which is an office like in
10   the warehouse, and she was there always.
11      Q    So she was always in the blue room?
12      A    Always in the blue room.
13      Q    Never left the blue room?
14      A    Very, very, very rarely saw her not in
15   the blue room.
16      Q    So every time that you were in the
17   blue room she was in the blue room as well?
18      A    The blue room is surrounded in glass.
19   It is like a fishbowl sort of, so it is right in
20   the front of the warehouse so every time I hit the
21   warehouse, which is often, yes, she would be
22   there.
23      Q    So can you give me an approximation?
24   I know we mentioned Maria yelling, right?
25      A    (Nodding).
```

Page 99

```
 1      Q    Can you give me an approximation of
 2           B. FINKELSTEIN
 3   when that was?
 4           MS. CABRERA:  Objection.  So now you
 5   are going beyond my --
 6           MR. MOSER:  I am allowed to unless I
 7   close the deposition.
 8           MS. CABRERA:  You did.  You said you
 9   were done.  You had no further questions.
10   You are permitted to ask him whatver you
11   want to follow up to my questions, but you
12   cannot go back and start asking questions
13   beyond these questions absolutely not, no.
14           MR. MOSER:  You are instructing him
15   not to answer?
16           MS. CABRERA:  I am telling him not to
17   answer the question.
18           MR. MOSER:  Okay.
19           MS. CABRERA:  You are not answering
20   that question.
21           THE WITNESS:  I am with you.
22           MR. MOSER:  We will do it the hard
23   way.  We will be here all day.
24           MS. CABRERA:  No, we are not.  We will
25   leave.  We can call the judge.  You are
```

Page 100

```
 1   limited to ask him questions with regard to
 2           B. FINKELSTEIN
 3   what I asked.  If you are going to go
 4   beyond that let's get on the phone because
 5   we are not going to be here all day.
 6      Q    Do you remember when Maria was
 7   brought to the warehouse floor?
 8      A    No.
 9      Q    To the blue room?
10      A    I don't.
11      Q    When Maria went to the blue room did
12   you ever see her in her office?
13      A    A few times.
14      Q    Two or three?
15      A    Yes.  Then I stopped going.
16      Q    In total?
17      A    Yes.  Two or three yes.  I would say
18   so.  Not often.  I didn't go back there.
19      Q    Okay.  So when Maria had her office
20   before she was moved to the blue room you know she
21   wasn't on the floor because you didn't see her on
22   the floor, correct?
23      A    Before she went to the blue room?
24      Q    Yes.
25      A    That would be correct.
```

25  (Pages 97 to 100)

November 1, 2022

Page 101

```
 1        Q    And because John Wilkinson told you he
 2        B. FINKELSTEIN
 3   can't get her out of her office?
 4        A    Yes.
 5        Q    How many hours per day was she
 6   spending on the floor after WMI was implemented?
 7        A    I have no idea.
 8            MR. MOSER:  I have no further
 9        questions.
10
11            (Time noted:  12:52 p.m.)
12
13        _____
14            BARRY FINKELSTEIN
15
16   Subscribed and sworn to before me
17   This _____ day of _____, 2022.
18
19   _____
20   Notary Public
21
22
23
24
25
```

Page 102

```
 1
 2        B. FINKELSTEIN
 3
            INDEX
 4
    WITNESS        EXAMINATION BY        PAGE
 5
    B. FINKELSTEIN    MR. MOSER        4, 95
 6
            MS. CABRERA        93
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 103

```
 1
 2        B. FINKELSTEIN
 3
            CERTIFICATION
 4
 5
 6        I, David P. Yuni, a Shorthand Reporter
 7   and Notary Public in and for the State of New
 8   York, do hereby certify:
 9        That the testimony of said witness was
10   held before me at the aforesaid time and place.
11        That said witness was duly sworn before the
12   commencement of the testimony and that the
13   testimony was taken stenographically by me and
14   is a true and accurate transcript of my
15   stenographic notes.
16        I further certify that I am not related
17   to any of the parties to the action by blood
18   or marriage and that I am in no way
19   interested in the outcome of this Matter.
20        IN WITNESS WHEREOF, I have hereunto set my
21   hand this 7th day of November 2022.
22
23                David P. Yuni
24            David P. Yuni
25
```

Page 104

```
 1
 2   ERRATA SHEET FOR: BARRY FINKELSTEIN
 3        BARRY FINKELSTEIN, being duly sworn, deposes and
 4   says: I have reviewed the transcript of my
 5   proceeding taken on 11/01/2022. The following
     changes are necessary to correct my testimony.
 6   _____
 7   PAGE LINE   CHANGE        REASON
 8   ----|----|------------------|------------
 9   ----|----|------------------|------------
10   ----|----|------------------|------------
11   ----|----|------------------|------------
12   ----|----|------------------|------------
13   ----|----|------------------|------------
14   ----|----|------------------|------------
15   ----|----|------------------|------------
16   ----|----|------------------|------------
17   ----|----|------------------|------------
18   ----|----|------------------|------------
19   ----|----|------------------|------------
20   ----|----|------------------|------------
21        Witness Signature:_____
22   Subscribed and sworn to, before me
23   this ____ day of _____, 20 ___.
24   _____   _____
25   (NOTARY PUBLIC)       MY COMMISSION EXPIRES
```

Lexitas Court Reporting
800-678-0166