**To:**     Roy Kohn[rkohn@southernwine.com]
**Cc:**     Elizabeth Toohig[etoohig@southernwine.com]
**From:**   Kevin Randall[krandall@SOUTHERNWINE.com]
**Sent:**   Thur 8/18/2016 5:47:39 AM (UTC)
**Subject:** Fwd: sitting with daniel

**EXHIBIT 20**

Another example of Maria not working with our out of town guests. They are done working with her.

Sent from my iPhone

Begin forwarded message:

> **From:** John Wilkinson <jwilkinson@southernwine.com>
> **Date:** August 17, 2016 at 4:11:13 PM EDT
> **To:** Kevin Randall <krandall@SOUTHERNWINE.com>
> **Subject: FW: sitting with daniel**
>
> Wow. I'm going to sit with her and explain how this needs to be done. Stinking fire alarm etc , another day of loss productivity
>
> ---
>
> **From:** Maria Suarez
> **Sent:** Wednesday, August 17, 2016 2:34 PM
> **To:** John Wilkinson <jwilkinson@southernwine.com>
> **Subject:** sitting with daniel
>
> I just want you to know that he didn't teach me anything, had nothing to show to me, just wanted to tell me than I am supposed to be on a cherry picker counting behind the cycle counters, also that I am wasting man hours putting Justin to recount behind the others. I take orders from my boss, you tell me what to do.
> Maria

**CONFIDENTIAL**                    **SGWS 001927**