### Receiving-2 to 3 times per week
- Ensure all PO's and transfer invoices are closed when complete
- Ensure all Return invoices are closed when complete
- Complete or cancel all items after consulting with the appropriate individuals

### Stock Locator-Every Day
- Ensure all products are in a location that is assigned the correct status

### Task Management-2 to 3 times per week
- Ensure that all tasks are completed correctly
- Complete or cancel all items after consulting with the appropriate individuals

### Cycle Count-EveruDay
- Ensure that all counts are reconciled and current
- Complete or cancel all item eash day after researching each discrepancy

### Wave Management-2 to 3times per week
- Ensure that all waves are in the correct status
- Complete or cancel all items after consulting with the appropriate individuals

### Pick/Pack-Daily
- Ensure that all Invoices are Picked, Packed and shipped when complete
- Complete or cancel all items after consulting with the appropriate individuals

### Redonciliation Report-Every Day
- Review and fix all items that are discrepant between Sapphire and WMI

### Z Y Report-Every Day
- Fix all items that appear on the report