**EXHIBIT 25**

```
SGWS New York Metro                                              CHK# / DATE    00032468000 / 12/28/2012
                                                                 PAY PERIOD     12/24/2012-12/30/2012

EMPLOYEE#: 00032468                                                AUTH  WH STAT    EX   ADDL WH
Maria Suarez                                                       FED   SINGLE     04    0.00
1245 FRONT STREET                                                  NY    SINGLE     04    0.00
UNIONDALE NY  11553

        EARNINGS       -      PRE-TAX       +/-      PREV.PER      -       TAXES        =     POST-TAX      =      NET PAY
        1,218.94       -       81.11-       +/-                    -      245.33-       -      42.24-       =       850.26

EARNINGS         HOURS        CURRENT              YTD       PRE-TAX DEDUCTIONS                CURRENT              YTD
Salary                         975.18        54,122.00       401K                                36.57-         1,349.90-
HolBonus                                        300.00       UHC HMO                             35.77-         1,860.01-
Holiday           8.00         243.76         2,925.12       AETNA HI                             8.77-           456.04-
Vacation                                      3,900.16
PTO                                           2,437.60       TOTAL                               81.11-         3,665.95-

TOTAL                        1,218.94        63,684.88



                                                             POST-TAX DEDUCTIONS               CURRENT              YTD
                                                             401K Ln1                            25.96-         1,349.92-
                                                             401K Ln2                            16.28-           846.56-
                                                             Creditor                                           2,745.51-
                                                             RSPEXEMP                                             244.34

NON CASH FRINGE / OTHER       CURRENT              YTD       TOTAL                               42.24-         4,697.65-




TAX DEDUCTIONS                CURRENT              YTD       NET PAY DISTRIBUTIONS              CURRENT              YTD
     FED
W/holdng                      124.70-         6,697.46-      ACH      ACCT# 95156XX              200.00
Soc.Sec.                       49.32-         2,577.49-      ACH      ACCT# 42615XX              650.26
Medicare                       17.03-           889.85-
   STATE    NY
W/holdng                       53.68-         2,855.69-      TOTAL                               850.26         42,269.59
Disablty                        0.60-            31.20-

TOTAL                         245.33-        13,051.69-
```

**CONFIDENTIAL**                                                                                              **SGWS 000053**

EMPLOYEE#: 00032468
Maria Suarez
1245 FRONT STREET
UNIONDALE NY  11553

|  | AUTH | WH STAT | EX | ADDL WH |
|---|---|---|---|---|
| FED | SINGLE | 01 | 0.00 | |
| NY | SINGLE | 01 | 0.00 | |

| EARNINGS | − | PRE-TAX | +/− | PREV.PER | − | TAXES | − | POST-TAX | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,279.90 | | 88.48− | +/− | | | 345.39− | | 205.32− | | 640.71 |

| EARNINGS | HOURS | CURRENT | YTD |
|---|---|---|---|
| Salary | | 1,023.90 | 54,766.61 |
| HolBonus | | | 300.00 |
| Holiday | 8.00 | 256.00 | 3,072.00 |
| Vacation | | | 6,656.00 |
| PTO | | | 2,048.00 |
| TOTAL | | 1,279.90 | 66,842.61 |

| PRE-TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| 401K | 38.40− | 2,005.43− |
| UHC HMO | 41.08− | 2,135.40− |
| AETNA HI | 9.00− | 467.96− |
| TOTAL | 88.48− | 4,608.79− |

| POST-TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| 401K Ln1 | 46.84− | 2,185.12− |
| 401K Ln2 | 158.48− | 8,098.76− |
| TOTAL | 205.32− | 10,283.88− |

| NON CASH FRINGE / OTHER | CURRENT | YTD |
|---|---|---|

| TAX DEDUCTIONS | | CURRENT | YTD |
|---|---|---|---|
| FED | | | |
| W/holdng | | 190.23− | 9,849.46− |
| Soc.Sec. | | 76.25− | 3,982.83− |
| Medicare | | 17.83− | 931.47− |
| STATE | NY | | |
| W/holdng | | 60.48− | 3,168.52− |
| Disablty | | 0.60− | 31.20− |
| TOTAL | | 345.39− | 17,963.48− |

| NET PAY DISTRIBUTIONS | CURRENT | YTD |
|---|---|---|
| CHECK | 640.71 | |
| TOTAL | 640.71 | 33,986.46 |

**CONFIDENTIAL**                                                                                                   **SGWS 000106**

SGWS New York Metro                                    CHECK DATE   12/31/2014
                                                       PAY PERIOD  12/22/2014-12/28/2014

EMPLOYEE#: 00032468                                    AUTH WH STAT  EX  ADDL WH
Maria Suarez                                           FED  SINGLE   01  0.00
1245 FRONT STREET                                      NY   SINGLE   01  0.00
UNIONDALE NY  11553

| EARNINGS | − | PRE-TAX | +/− | PREV.PER | − | TAXES | − | POST-TAX | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,319.90 | − | 94.06− | +/− | | − | 556.73− | − | 315.80− | = | 553.79 |

| EARNINGS | HOURS | CURRENT | YTD |
|---|---|---|---|
| Salary | | 1,055.92 | 61,004.59 |
| HolBonus | | | 500.00 |
| Holiday | 8.00 | 263.98 | 3,167.88 |
| Vacation | | | 3,696.00 |
| PTO | | | 1,583.96 |
| TOTAL | | 2,153.53 | 69,952.43 |

| PRE-TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| 401K | 39.60− | 2,073.72− |
| UHC HMO | 45.23− | 2,350.78− |
| AETNA HI | 8.08− | 420.42− |
| Med Supp | 1.15− | 59.80− |
| TOTAL | 94.06− | 4,904.72− |

| NON CASH FRINGE / OTHER | CURRENT | YTD |
|---|---|---|
| SvcAward | 833.63 | 833.63 |
| TOTAL | 833.63 | 833.63 |

| POST-TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| 401K Ln1 | 46.84− | 2,435.68− |
| 401K Ln2 | 53.61− | 1,496.38− |
| Levy | 215.35− | 6,867.25− |
| TOTAL | 315.80− | 10,799.31− |

| TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| FED | | |
| W/holdng | 295.87− | 10,458.44− |
| Soc.Sec. | 130.14− | 4,161.53− |
| Medicare | 30.44− | 973.26− |
| STATE   NY | | |
| W/holdng | 99.68− | 3,332.39− |
| Disablty | 0.60− | 31.20− |
| TOTAL | 556.73− | 18,956.82− |

| NET PAY DISTRIBUTIONS | CURRENT | YTD |
|---|---|---|
| CHECK | 553.79 | |
| TOTAL | 553.79 | 34,658.43 |

**CONFIDENTIAL**                                                       **SGWS 000159**

```
SGWS New York Metro                                    CHK#/DATE    0003246801 / 12/24/2015
                                                       PAY PERIOD   12/21/2015-12/27/2015

EMPLOYEE#: 00032468                                          AUTH   WH STAT   EX   ADDL WH
Maria Suarez                                                 FED    SINGLE    01   0.00
515 Greengrove Ave                                           NY     SINGLE    01   0.00
UNIONDALE NY  11553

      EARNINGS      -     PRE-TAX     +/-     PREV.PER   -    TAXES    -   POST-TAX    =    NET PAY
      1,359.90      -     129.61-     +/-                -    358.86-  -   91.83-      =    779.60

EARNINGS            HOURS      CURRENT           YTD     PRE-TAX DEDUCTIONS       CURRENT         YTD
Salary                        1,087.92       59,135.65   401K                      68.00-    2,816.48-
HolBonus                                        500.00   UHC HMO                   51.92-    2,696.97-
Othr Bon                                      1,120.00   AETNA HI                   8.54-      443.88-
Holiday              8.00       271.98        3,535.72   Med Supp                   1.15-       59.80-
Vacation                                      5,167.65
PTO                                           2,851.78   TOTAL                    129.61-    6,017.13-
R Vacation                      135.99

TOTAL                         1,359.90       72,310.80


                                                         POST-TAX DEDUCTIONS      CURRENT         YTD
                                                         401K Ln1                  15.68-    1,234.32-
                                                         401K Ln2                  76.15-    3,604.64-
                                                         Levy                                1,004.53-
NON CASH FRINGE / OTHER       CURRENT            YTD     RSPEXEMP                              135.99

                                                         TOTAL                     91.83-    5,707.50-


TAX DEDUCTIONS                CURRENT            YTD
          FED                                            NET PAY DISTRIBUTIONS    CURRENT         YTD
W/holdng                        196.39-      10,791.94-
Soc.Sec.                         80.49-       4,284.83-  ACH     ACCT# 00951XX     779.60
Medicare                         18.83-       1,002.10-
  STATE     NY                                           TOTAL                     779.60   41,023.25
W/holdng                         62.55-       3,452.85-
Disablty                          0.60-          31.20-

TOTAL                           358.86-      19,562.92-
```

**CONFIDENTIAL**                                                                      SGWS 000212

```
SGWS New York Metro                                    CHK# /DATE   0003246801 / 12/23/2016
                                                       PAY PERIOD   12/19/2016-12/25/2016

EMPLOYEE#: 00032468                                    AUTH  WH STAT  EX  ADDL WH
Maria Suarez                                           FED   SINGLE   01  0.00
515 Greengrove Ave                                     NY    SINGLE   01  0.00
UNIONDALE NY  11553

       EARNINGS       -     PRE-TAX     +/-    PREV.PER    -    TAXES    -   POST-TAX    =    NET PAY
       1,442.31       -     154.79-     +/-    294.40      -    509.30-  -   91.83-      =    980.79

EARNINGS        HOURS       CURRENT         YTD      PRE-TAX DEDUCTIONS          CURRENT         YTD
Salary                      1,442.31    61,823.62    401K                         86.87-     3,829.71-
HolBonus                                   500.00    UHC HMO                      57.96-     2,955.96-
Othr Bon                                 3,520.00    AETNA HI                      8.83-       450.33-
Holiday                                  2,851.46    Med Supp                      1.13-        57.63-
Vacation                                 5,092.98
PTO                                      2,796.33    TOTAL                       154.79-     7,293.63-
R Othr Bon                    295.00
R Vacation                    288.46

R TOTAL                       295.00
TOTAL                       1,442.31    76,584.39


                                                     POST-TAX DEDUCTIONS         CURRENT         YTD
                                                     401K Ln1                     15.68-       799.68-
                                                     401K Ln2                     76.15-     3,883.65-

                                                     TOTAL                        91.83-     4,683.33-

NON CASH FRINGE / OTHER     CURRENT         YTD




TAX DEDUCTIONS              CURRENT         YTD      NET PAY DISTRIBUTIONS       CURRENT         YTD
         FED
W/holdng                      286.13-   11,739.34-   ACH    ACCT# 00951XX         980.79
Soc.Sec.                      103.51-    4,533.81-
Medicare                       24.21-    1,060.33-   TOTAL                        980.79    43,497.89
   STATE   NY
W/holdng                       94.85-    3,750.90-
Disablty                        1.20-       30.60-

TOTAL                           0.60-
TOTAL                         509.30-   21,114.98-
```

CONFIDENTIAL                                                                       SGWS 000265

```
SGWS New York Metro                                    CHK# /DATE    0003246801 / 12/29/2017
                                                       PAY PERIOD    12/25/2017-12/31/2017

EMPLOYEE#: 00032468                                                AUTH  WH STAT   EX  ADDL WH
Maria Suarez                                                       FED   SINGLE    01    0.00
515 Greengrove Ave                                                 NY    SINGLE    01    0.00
UNIONDALE NY  11553
```

|  | EARNINGS | - | PRE-TAX | +/- | PREV.PER | - | TAXES | - | POST-TAX | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1,456.73 |  | 165.83- |  | 300.03 |  | 511.12- |  | 125.90- |  | 953.91 |

| EARNINGS | HOURS | CURRENT | YTD | PRE-TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|
| Salary |  | 1,165.38 | 63,222.05 | 401K | 87.84- | 4,021.68- |
| HolBonus |  |  | 500.00 | UHC HMO | 67.15- | 3,491.80- |
| Othr Bon |  |  | 4,180.00 | AETNA HI | 9.69- | 503.88- |
| Holiday | 8.00 | 291.35 | 3,204.80 | Med Supp | 1.15- | 59.80- |
| Vacation |  |  | 6,409.64 |  |  |  |
| PTO |  |  | 2,913.47 | TOTAL | 165.83- | 8,077.16- |
| R Othr Bon |  | 300.00 |  |  |  |  |
| R TOTAL |  | 300.00 |  |  |  |  |
| TOTAL |  | 1,456.73 | 80,429.96 |  |  |  |

| POST-TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| 401K Ln1 | 49.75- | 1,564.90- |
| 401K Ln2 | 76.15- | 3,959.80- |
| TOTAL | 125.90- | 5,524.70- |

| NON CASH FRINGE / OTHER | CURRENT | YTD |
|---|---|---|

| TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| FED |  |  |
| W/holdng | 285.25- | 12,239.48- |
| Soc.Sec. | 104.08- | 4,735.22- |
| Medicare | 24.34- | 1,107.43- |
| STATE   NY |  |  |
| W/holdng | 95.20- | 3,934.39- |
| Disablty | 0.60- | 31.20- |
| TX EFLI | 1.62- | 8.25- |
| TOTAL | 0.03 |  |
| TOTAL | 511.12- | 22,055.97- |

| NET PAY DISTRIBUTIONS | CURRENT | YTD |
|---|---|---|
| ACH   ACCT# 00951XX | 953.91 |  |
| TOTAL | 953.91 | 44,772.13 |

CONFIDENTIAL                             SGWS 000319