## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                               :2-19-CV-07271
MARIA SUAREZ,
                               :
            Plaintiff,
                               :
      -against-
                               :
SOUTHERN GLAZER'S WINE AND SPIRITS
OF NEW YORK, LLC,              :
            Defendants.  :
- - - - - - - - - - - - - - - - - - x
            200 Broadhollow Road
            Melville, New York 11747

            October 25, 2022
            10:20 a.m.


VIDEOCONFERENCE EXAMINATION BEFORE TRIAL of
SOUTHERN GLAZER'S WINE AND SPIRITS OF NEW YORK,
LLC, the Defendant herein, by ELIZABETH TOOHIG,
taken by the Plaintiff, pursuant to Order, before
a Stenotype Reporter and Notary Public within and
for the State of New York.

## Page 2

```
 1          E. TOOHIG
 2
        A P P E A R A N C E S :
 3
 4   MOSER LAW FIRM, P.C.
        Attorneys for Plaintiff
 5        5 East Main Street
          Huntington, New York 11743
 6
        BY: STEVEN J. MOSER, ESQ.
 7
 8
     CONSTANGY, BROOKS, SMITH, AND PROPHETE, LLP
 9      Attorneys for Defendant
          101 Sixth Avenue
10        New York, New York 10013
11      BY: ANJANETTE CABRERA, ESQ.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1          FEDERAL STIPULATIONS
 2
 3      IT IS HEREBY STIPULATED AND AGREED
 4   by and between the attorneys for the
 5   respective parties herein, that filing
 6   and sealing be and the same are hereby
 7   waived.
 8      IT IS FURTHER STIPULATED AND AGREED
 9   that all objections, except as to the form
10   of the question, shall be reserved to the
11   time of the trial.
12
13      IT IS FURTHER STIPULATED AND AGREED
14   that the within deposition may be sworn to
15   and signed before any officer authorized to
16   administer an oath, with the same force and
17   effect as if signed and sworn to before the
18   Court.
19
20
21
22
23
24
25
```

## Page 4

```
 1          E. TOOHIG
 2      E L I Z A B E T H  T O O H I G, after first
 3   having been duly sworn by David P. Yuni, a
 4   Stenotype Reporter and Notary Public in and for
 5   the State of New York, was examined and testified
 6   as follows:
 7   EXAMINATION BY MR. MOSER:
 8      Q   State your name for the record.
 9      A   Elizabeth Toohig.
10      Q   What is your current address?
11      A   1459 Meadowbrook Road, Merrick, New
12   York 11566.
13      MR. MOSER:  Good morning Ms. Toohig.
14   I am Steven Moser, an attorney, and I
15   represent Maria Suarez in a lawsuit against
16   Southern Glazer's Wine and Spirits of New
17   York.  I am going to ask you some questions
18   today.  If for any reason you don't
19   understand a question of mine please do not
20   answer it.  Instead let me know.  I will
21   repeat it or rephrase it as many times as
22   necessary so that you understand, is that
23   okay?
24      THE WITNESS:  Yes.
25      Q   Have you ever testified under oath
```

1 (Pages 1 to 4)

October 25, 2022

Page 5

E. TOOHIG

1    E. TOOHIG
2  before today?
3       A    Yes.
4       Q    On how many occasions?
5       A    I don't recall.
6       Q    Can you approximate?
7       A    Probably more than 10.  Less than 25.
8       Q    Is there any reason why you cannot
9  testify truthfully and accurately today?
10      A    No.
11      Q    Are you employed?
12      A    Yes.
13      Q    Who are you employed by?
14      A    A company called Sodexo.
15      Q    What do you do for them?
16      A    I am a senior director of human
17 resource business partner.
18      Q    How long have you been working for
19 them?
20      A    Three years.
21      Q    What date did you start working for
22 Sodexo approximately?
23      A    September 3, 2019.
24      Q    Who was your employer before September
25 3, 2019?

Page 6

E. TOOHIG

1       A    Southern Glazer's Wine and Spirits.
2       Q    And when was the last day that you
3  worked for Southern Glazer's Wine and Spirits?
4       A    Actively employed was December 31,
5  2018.  I worked as a consultant up through March
6  31, 2019.
7       Q    As of December 3, 2018 what was your
8  job title?
9       A    Director of Human Resources.
10      Q    Was that for a particular geographic
11 area?
12      A    Responsible for New York.
13      Q    For the entire state of New York?
14      A    Actually at that point, no.  Just the
15 metro area.
16      Q    What did the metro area include?
17      A    Long Island, New York City, the
18 boroughs, New Jersey.
19      Q    Did that include the warehouse and
20 offices located in Syosset.
21      A    Yes.
22      Q    Did that include employees at any
23 other facility?
24      A    Yes.

Page 7

E. TOOHIG

1       Q    What other facilities?
2       A    There is the Brooklyn facility, and
3  then there was a Linden facility.
4       Q    How many employees worked at the
5  Brooklyn facility as of December -- withdrawn.
6  Approximately how many individuals were employed
7  in 2019 at the Brooklyn facility?
8       A    Roughly 25 trucks got dispatched out
9  of there so two per truck.  So call it 60.
10      Q    How many employees worked at the
11 Linden facility in 2019 approximately?
12      A    Roughly 100.
13      Q    Is that Linden, New Jersey?
14      A    Yes.
15      Q    How many people worked at the Syosset
16 facility?
17      A    A rough guess is 300.
18      Q    For how long were you the director of
19 HR?
20      A    In my last title?
21      Q    Yes.
22      A    It was less than a year at Southern.
23 A year?
24      Q    And what was the title that you had

Page 8

E. TOOHIG

1  prior to being the director of Human Resources?
2       A    Vice-president.
3       Q    Is that VP of Human Resources?
4       A    Correct.
5       Q    For a particular geographic area?
6       A    For the state of New York.
7       Q    For how long did you have the title of
8  VP of Human Resources?
9       A    About five years.
10      Q    Approximately what dates did you hold
11 that title?
12      A    Approximately -- I honestly don't
13 recall.
14      Q    Okay.  So you became the director of
15 HR on or about December 31, 2018, correct?
16      A    No.  I left the company in December
17 31, 2018.
18      Q    I apologize.  So you received -- you
19 were the director of HR for about a year?
20      A    Yes.
21      Q    And that would mean that approximately
22 from December of 2017 to approximately December of
23 2018 is when you were the director of Human
24 Resources?

October 25, 2022

Page 9

E. TOOHIG
1
2     A    Yes.
3     Q    What title did you have before being
4  the director of -- becoming the vice-president of
5  Human Resources?
6     A    Director of Human Resources.
7     Q    When you look at the time period that
8  you were the VP of Human Resources it ended
9  approximately in December of 2017.  Did you hold
10  that title from approximately December of 2012 to
11  approximately December of 2017?
12     A    Probably.  I mean approximately.  I
13  don't remember when I got promoted.
14     Q    What were your duties as the
15  vice-president of Human Resources?
16     A    HR execution throughout the state of
17  New York.
18     Q    Can you explain more specifically what
19  you mean by HR execution?
20     A    We were responsible for all of the
21  talent planning, talent acquisition, succession
22  planning, performance management, labor relations,
23  learning and performance.
24     Q    Were you personally responsible for
25  that?

Page 10

E. TOOHIG
1
2     A    Yes.
3     Q    How many people did you have in your
4  department?
5     A    As the VP?  Nine approximately.
6     Q    Was one of the individuals who
7  reported to you Dina Wald Margolis?
8     A    Yes.
9     Q    Who were the other individuals who
10  reported to you?
11     A    During which time frame?
12     Q    Well, without getting into their
13  specific titles what were their roles?
14     A    There was a talent acquisition so a
15  recruiter.  There was a leave benefits
16  administrator.  There were generalists.  I think
17  those were the main titles.  And a mature admin.
18     Q    What title did Dina Wald Margolis
19  have when she worked under you?
20     A    She was a generalist.
21     Q    For how long was she a generalist?
22     A    She was employed prior to me, and then
23  she resigned -- I don't know exactly when, but she
24  was a generalist throughout that time period.
25     Q    Can you approximate the date on which

Page 11

E. TOOHIG
1
2  she resigned?
3     A    Maybe in 2016.
4     Q    Why did she resign?
5     A    Different job opportunity closer to
6  home.
7     Q    Where was home?
8     A    In Queens, I believe.
9     Q    Who was that job opportunity with?
10     A    I don't recall.
11     Q    So as the vice-president of HR
12  throughout the state of New York were you
13  primarily responsible for all of the hiring?
14     A    Hiring reported up through me.
15     Q    And how about performance of the
16  evaluations of employees?
17     A    All reported up through me.
18     Q    How about disciplinary actions?
19     A    The same.
20     Q    How about termination or layoffs?  Was
21  that something that reported up to you as well?
22     A    Yes.
23     Q    Who did you report to as director of
24  Human Resources?
25     A    Operationally I reported up through

Page 12

E. TOOHIG
1
2  Larry Goodrich.  I forgot the name for a minute.
3  And from an HR perspective I reported up to Corey
4  Cooper.
5     Q    When you say you operationally
6  reported up to Larry Goodrich what do you mean by
7  operationally?
8     A    For the day-to-day running of the
9  organization and the business I supported Larry
10  Goodrich and the New York State on what needed to
11  get executed against from an HR standpoint
12  anything that I was doing from an HR capacity
13  would be run through Corey Cooper.
14     Q    What was Larry Goodrich's title?
15     A    General manager.
16     Q    Of a particular area?
17     A    Of New York.
18     Q    Door the entire state of New York?
19     A    Yes.
20     Q    Did that include the Linden facility?
21     A    Yes.
22     Q    Did that include the upstate
23  facilities as well?
24     A    Yes.
25     Q    So besides Linden, Brooklyn, Syosset,

3  (Pages 9 to 12)

October 25, 2022

Page 13

E. TOOHIG

1
2  and the upstate New York facility, was Larry
3  Goodrich the general manager of any other
4  locations?
5      A   No.  Upstate is more than one
6  location, though.
7      Q   How many locations were there upstate?
8      A   I believe there are five or more.  I
9  don't know what it is currently.
10     Q   Corey Cooper, what was his title?
11     A   I believe it was VP of HR.
12     Q   Where was his office?
13     A   In Florida.
14     Q   Where is the main corporate office of
15 Southern Wine and Spirits?
16     A   In Florida.
17     Q   Do you understand for the purposes of
18 today's deposition that when I say Southern I mean
19 Southern Glazer's Wine and Spirits of New York and
20 Southern Glazer's Wine and Spirits?
21     A   Yes.
22     Q   Okay.  Were they previously known by
23 another name?
24     A   Southern Wine and Spirits.
25     Q   Southern Wine and Spirits?

Page 14

E. TOOHIG

1
2      A   Yes.
3      Q   When were they known as Southern Wine
4  and Spirits?
5      A   Prior to the merger with Glazer's
6  which a rough guess was in 2015?  And prior to
7  that when they purchased Premiere which was long
8  before I started to work for the company.
9      Q   As the VP of HR did you have any role
10 in the development of employment policies and
11 procedures?
12     A   Yes.
13     Q   What was that role?
14     A   I was responsible for establishing all
15 policies and procedures if they were not created,
16 or implementing any policy and procedure that was
17 announced out by our corporate headquarters.
18     Q   These policies and procedures applied
19 to all -- withdrawn.  Let's go back to the time
20 when you were VP of HR.  I want to clarify what
21 facilities you were responsible for in terms of HR
22 at that time.
23     A   Long Island.  So it is Syosset,
24 Brooklyn, Linden, and all five or six locations in
25 upstate New York.

Page 15

E. TOOHIG

1
2      Q   How many employees in total worked
3  for Southern at those locations approximately?
4      A   Again, approximately it was maybe
5  1,500.
6      Q   Were you responsible for the
7  development of employment handbooks for employees
8  at Southern Glazer's Wine and Spirits location in
9  Syosset?
10     A   No.
11     Q   Who was responsible for that?
12     A   Corporate headquarters.
13     Q   Did you have knowledge of what was in
14 the employee handbooks?
15     A   Yes.
16     Q   Were you responsible for implementing
17 the policies that were contained in the employee
18 handbooks?
19     A   Yes.
20     Q   You earlier testified that you gave
21 sworn testimony anywhere between 10 and 25 times.
22 With regard to what?  Can you be more specific?
23     A   As to when I gave sworn testimony?
24     Q   Yes.
25     A   Jury duty service.  I have been

Page 16

E. TOOHIG

1
2  deposed a couple of other times.  I am trying to
3  think what other times I have been.  Like when I
4  hold my hand up and been sworn quite a few times.
5      Q   How many times have you been deposed?
6      A   I don't know.  Maybe ten times.
7      Q   Were all of those in regard to
8  lawsuits?
9      A   No.
10     Q   So tell me about the times that you
11 were deposed ten times.  What did those concern?
12     A   So there were lawsuits.  I was also
13 deposed on investigatory matters that were not
14 lawsuit related.
15     Q   Who deposed you on investigatory
16 matters?
17     A   Internal counsel.
18     Q   On how many different occasions were
19 you deposed by internal counsel?
20     A   Just a handful of times.  I have been
21 in the industry quite a long time.  I may look
22 younger than I am actually.
23     Q   So let's talk about the time period
24 that you were employed by Southern.  How many
25 times were you deposed when you were employed by

4 (Pages 13 to 16)

October 25, 2022

Page 17

E. TOOHIG
1
2  Southern?
3      A   Once by you.
4      Q   Yes.  I remember.  Besides that?
5      A   Maybe three or four times.
6      Q   Do you remember what these depositions
7  concerned?
8      A   It was a long time ago so I don't
9  really recall.
10     Q   Were you deposed with regard to any
11 discrimination lawsuit that were brought against
12 Southern other than the one that I deposed you on?
13     A   Can you repeat that?
14     A   I don't recall honestly.  I am trying
15 to think of the situations that I was deposed.
16     Q   When you were the VP of Human
17 Resources who was primarily responsible for making
18 sure that Southern's discrimination policies --
19 withdrawn.  When you were the VP of HR for
20 Southern who was primarily responsible for making
21 sure that Southern's policies against
22 discrimination in the workplace were followed?
23     A   I was.
24     Q   Do you know on individual by the name
25 of Shaneka Jean Charles?

Page 18

E. TOOHIG
1
2      A   Yes.
3      Q   Who is she?
4      A   A former employee of mine.
5      Q   What was her title?
6      A   Generalist.
7      Q   What were her duties?
8      A   She was the generalist for the
9  Delivery Department so she responded to drivers'
10 concerns, management concerns, othersaw the
11 disciplinary process.
12         (Whereupon a handbook was marked as
13 Plaintiff's Exhibit 8 for Identification, as
14 of this date).
15     Q   I am going to show you what has been
16 marked as Plaintiff's Exhibit 8 for
17 identification.  I am going to represent you that
18 this was actually produced in another lawsuit, in
19 the prior lawsuit that I deposed you on.  The
20 first page is Bate stamped SWS000102, and the last
21 page is Bate stamped SWS000171.  Do you see that?
22     A   Yes.
23     Q   Do you recognize this documents?
24     A   Yes.
25     Q   What is this document?

Page 19

E. TOOHIG
1
2      A   That's the employee handbook for
3  Southern Wine and Spirits at the time dated July
4  30, 2012.
5      Q   Did this employee handbook apply to
6  Maria Suarez?
7      A   Yes.
8      Q   Are you familiar with the reasons why
9  Maria Suarez no longer works for Southern?
10     A   Vaguely.  I mean, I have memories of
11 it.
12     Q   What is your memory of why Maria
13 Suarez no longer works at Southern?
14     A   There was a request from corporate to
15 reduce our operating expenses so we had to take a
16 hard look at the business both from a sales,
17 commercial, and operations standpoint and come up
18 with operational savings.
19     Q   Who from corporate gave the
20 instructions that operating expenses had to be
21 reduced?
22     A   It was above my pay grade so I believe
23 it came from the owners of the company.
24     Q   How did you learn about the plan to
25 reduce operating expenses?

Page 20

E. TOOHIG
1
2      A   From the general manager.
3      Q   Was that Kevin Randall?
4      A   No.
5      Q   Who was the general manager?
6      A   I believe it was Martin Crane at the
7  time.
8      Q   Martin Crane was the general manager
9  for what geographic area?
10     A   The state of New York.
11     Q   So that would include the Linden, New
12 Jersey, location, all of Long Island, and all of
13 upstate New York?
14     A   Yes.
15     Q   Tell me how you learned of the goal of
16 reducing operating expenses?
17     A   To the best of my recollection it was
18 at a leadership meeting.  Mr. Crane brought all of
19 the leaders from each respective area into a room,
20 gave us what our target was of reduction of S, G,
21 and A.  That's a profit and loss statement term.
22 It means earning profits.  We have to come out of
23 there so it is not a revenue reduction.  It is
24 reduction in operating costs.
25     Q   Do you remember anything else about

5  (Pages 17 to 20)

October 25, 2022

| Page 21 |
| --- |

E. TOOHIG

1
2  that meeting?
3      A    We had many, many meetings to go over
4  where it was -- where we had to make documents
5  from, how we were going to come up with the number
6  that we needed to get back to.
7      Q    And what was the number that you had
8  to come up with?
9      A    I don't recall.
10     Q    Who would know more about the need to
11 reduce operating expenses that led to Ms. Suarez'
12 separation from the company?  You or Kevin
13 Randall?
14     A    I would say it is equal.
15     Q    Did you have any conversations with
16 Mr. Randall about the operating expense reduction?
17     A    Yes.
18     Q    On how many occasions?
19     A    Quite a few.
20     Q    Can you approximate?
21     A    No.  It was an intense process, lots
22 of meetings, lots of conversations.  Lots of
23 decisions being made.  We don't take eliminating
24 peoples' roles lightly.  It was a lot of
25 conversations.

| Page 22 |
| --- |

E. TOOHIG

1
2      Q    How many people had to be eliminated
3  as part of that operating expense reduction?
4      A    We were not given a people target.  We
5  were given a number target.
6      Q    What number target were you given?
7      A    I don't recall.
8      Q    Were there any documents generated
9  with regard to -- withdrawn.  When was this cost
10 operating reduction -- withdrawn.  When was this
11 earning cost reduction plan put into effect?
12     A    I don't remember a specific time
13 frame.
14     Q    As a result of that earning cost
15 reduction were any individuals other than Ms.
16 Suarez let go?
17     A    Yes.
18     Q    How many others?
19     A    I don't recall a specific number.
20     Q    Were any records kept with regard to
21 the decision making process on who you decided
22 would stay and who would go?
23     A    Yes.
24     Q    What records were kept with regard to
25 that process?

| Page 23 |
| --- |

E. TOOHIG

1
2      A    I would have had -- we would have had
3  the overall spreadsheets as to the numbers and the
4  dollars, the positions that were going, the
5  reasons, and justifications.  We would have put
6  together a list of all of the employees being
7  recommended along with all of their information
8  and demographics to review.  All of that would
9  have been submitted to legal.
10     Q    When you say to legal what do you
11 mean?
12     A    We have a Legal Department.  We had a
13 Legal Department at Southern Glazier's that we
14 would have presented the information to, and they
15 would have reviewed it for any additional
16 concerns.
17     Q    Can you approximate how many documents
18 were generated with regard to this process?
19     A    I couldn't.  I take a lot of notes so
20 --
21          MR. MOSER:  Mark this as Plaintiff's
22 Exhibit 9.
23          (Whereupon a confidential lease and
24 severance agreement was marked as
25 Plaintiff's Exhibit 9 for Identification, as

| Page 24 |
| --- |

E. TOOHIG

1
2  of this date).
3          MS. CABRERA:  Counsel has shown me
4  what was marked as Exhibit Number 9, and I
5  just note for the record that it does not
6  appear to be a document that has been
7  exchanged in discovery.  It is not bearing
8  any Bate stamps from either the plaintiff or
9  the defendant.  I am looking at it right
10 now.  I don't recognize it as something that
11 has been shared in this case.
12          MR. MOSER:  Okay.  I believe that this
13 has been exchanged; however, to the extent
14 that it has not been exchanged we will
15 provide a copy today.
16          MS. CABRERA:  I will make the same
17 note about Exhibit number 8.  While it is
18 bearing Bate stamp numbers apparently this
19 is a document from a different case, and not
20 this case.  It has not been exchanged in
21 discovery to my knowledge in this case
22 either.
23          MR. MOSER:  Again, we will provide a
24 copy today of everything.
25     Q    Do you recognize what has been marked

6 (Pages 21 to 24)

Page 25

```
 1              E. TOOHIG
 2  as Plaintiff's Exhibit 9 for identification?
 3       A   It appears to be the Sodexo -- sorry,
 4  wrong company.  Southern Glazer's standard
 5  confidential release and severance agreement.
 6       Q   I will direct you to page 7 of the
 7  agreement.  Do you see a name on that page?
 8       A   Yes.
 9       Q   Is that from Maria Suarez?
10       A   It appears to have her signature.
11       Q   Did you prepare this document?
12       A   I don't recall.
13       Q   Was it part of your responsibilities
14  to prepare confidential release and severance
15  agreements?
16       A   Yes.
17       Q   Did you provide this document to Maria
18  Suarez?
19       A   I don't recall.
20       Q   Was it part of your responsibilities
21  -- withdrawn.  Did you customarily provide these
22  documents to employees that were going to be
23  released?
24       A   Yes.
25       Q   Besides you was there anyone else who
```

Page 26

```
 1              E. TOOHIG
 2  customarily provided these confidential release
 3  and severance agreements to employees who were
 4  going to be released?
 5       A   Yes.
 6       Q   Who else would have done that?
 7       A   Some of the other generalists would
 8  also have responsibilities.
 9       Q   You don't know if either you or one of
10  the generalists was the one who provided this to
11  Maria Suarez?
12       A   I don't recall.
13       Q   I am going to show you pages 8 and 9
14  of this document, and please review it.  I will
15  have some questions for you about it.
16       Q   Did you have any role in preparing
17  Exhibit A?
18       A   No.
19       Q   Who prepared Exhibit A?
20       A   A legal team.
21       Q   This list of titles that we see here,
22  it says -- I am referring to page 8.  If you look
23  at the left-hand side about one-third down there
24  is a column that says job title, correct?
25       A   Yes.
```

Page 27

```
 1              E. TOOHIG
 2       Q   And then there is age?
 3       A   Yes.
 4       Q   And then there is selected yes or no?
 5       A   Yes.
 6       Q   Okay.  What does that mean?
 7       A   This means no, they were not selected?
 8       Q   For termination?
 9       A   Correct.
10       Q   Yes would mean they were selected for
11  termination of this cost reduction initiative?
12       A   Yes.
13       Q   Do you know how many people are on
14  this list?
15       A   No.
16       Q   Do you know what geographic area was
17  covered by this?
18       A   No.
19       Q   Do you know if it was the entire state
20  of New York?
21       A   I don't recall.
22       Q   Who would know that?
23       A   The legal team would put it together.
24  I don't remember.  It was a while ago.
25       Q   Can you tell from looking at this how
```

Page 28

```
 1              E. TOOHIG
 2  many people were selected for separation from
 3  employment?
 4       A   It looks like four.  No, five.
 5       Q   Okay.  Was Maria Suarez selected as
 6  one of the individuals to be let go?
 7       A   Based on the job titles I would assume
 8  yes.
 9       Q   Do you know whether she was one of the
10  individuals selected to be let go based upon your
11  personal knowledge?
12       A   Yes.
13       Q   Okay.  Where do you see Maria Suarez
14  on this list of titles, ages, and whether they
15  were selected?
16       A   Well, these are really job
17  classifications and necessarily actual titles.  So
18  I don't remember.  It was a long time ago.
19       Q   Do you know what Ms. Suarez' title was
20  when she was let go?
21       A   I believe that it was warehouse -- WMI
22  administrator.
23       Q   Is WMI administrator listed anywhere
24  on Exhibit A?
25            MS. CABRERA:  Objection.  She said
```

7 (Pages 25 to 28)

October 25, 2022

|  | Page 29 |
|---|---|

E. TOOHIG

1    these are not job titles. She said they are
2    classifications so I don't know what you are
3    asking her.
4    Q    Is WMI administrator listed anywhere
5    on Exhibit A?
6    A    No.
7    Q    So a total of five people were let go
8    as part of this cost reduction initiative?
9    A    In operations.
10   Q    How many other people were let go?
11       MS. CABRERA: Objection. It was asked
12   and answered. You can answer it again.
13   A    I don't recall, but you are only
14   looking at operations. There was commercial as
15   well.
16   Q    When we say operations what does that
17   involve?
18   A    Warehouse, distribution, drivers,
19   clerical.
20   Q    And when you say commercial --
21   A    Yes.
22   Q    What did commercial entail?
23   A    Sales, marketing.
24   Q    Who was responsible -- you don't have
25

|  | Page 30 |
|---|---|

E. TOOHIG

1    any idea how many people were let go in sales and
2    marketing?
3    A    I don't recall.
4    Q    As a result of letting these five
5    people go in operations how much money was saved?
6    A    I don't recall.
7    Q    You were involved in the selection of
8    the five individuals that were let go?
9    A    Yes.
10   Q    Did you have any role in the selection
11   of Maria Suarez as one of those five individuals?
12   A    Can you redefine the question?
13   Q    Well, do you know how you were
14   involved in the selection of the five individuals
15   who were let go?
16   A    I reviewed each individual that was
17   being recommended for termination. For
18   elimination, not really termination. I reviewed
19   them under the business case, under what was the
20   rationale. How the work would be directed, if
21   there was additional work that was going to be
22   done. Making sure that there was no -- external
23   factors influencing their decision.
24   Q    Who recommended these individuals for
25

|  | Page 31 |
|---|---|

E. TOOHIG

1    elimination?
2    A    Operational leadership.
3    Q    Who is that?
4    A    Kevin. I don't remember his last
5    name. Roy Kohn. Oh, it was Kevin Randall.
6    Q    How many individuals were originally
7    recommended for elimination?
8    A    I don't recall.
9    Q    And describe for me what you did after
10   Roy Kohn and Kevin Randall recommended certain
11   individuals for elimination?
12   A    We would review what the job
13   descriptions, where the job responsibilities,
14   whether or not they were going to be reassigned to
15   someone else, or whether they were actually being
16   eliminated and no longer necessary. Then I would
17   look at all of the demographics of the employees,
18   look at the EEO components, and make sure there
19   was no disparate treatment.
20   Q    What would happen if you found that
21   there was disparate treatment or some other
22   regularity?
23   A    I would oppose the elimination.
24   Q    Did you oppose the elimination of any
25

|  | Page 32 |
|---|---|

E. TOOHIG

1    individual?
2    A    In this particular case?
3    Q    Yes.
4    A    Not that I recall.
5    Q    Is this something that you would have
6    remembered doing?
7    A    I have done it on quite a few
8    occasions so I don't know that it would stand out
9    in my memory on this particular case.
10   Q    Okay. But to the best of your
11   recollection you did not oppose the elimination of
12   any individuals who was recommended for
13   elimination as part of this particular cost
14   reduction program?
15   A    To the best of my recollection.
16   Q    And so do you know how Mr. Randall and
17   Mr. Kohn selected Maria Suarez for elimination?
18   A    Not that I recall.
19   Q    So when you received the
20   recommendations you had the option to either
21   challenge the recommendation or to approve it?
22       MS. CABRERA: Objection to the form of
23   the question.
24   Q    What options did you have when these
25

8 (Pages 29 to 32)

Page 33

E. TOOHIG
1
2  individuals were recommended for elimination?
3      A   Well, I would review the recommended
4  business case, make sure it was a justified case.
5  I would review it with the legal team to make sure
6  there was no disparate treatment of them.  Then I
7  would either approve it and go forward with it or
8  not approve it which would not result in the
9  elimination.
10     Q   Is this entire process documented?
11     A   Yes.
12     Q   How would you document your process of
13 approving or not approving?
14     A   To the best of my recollection there
15 was a spreadsheet that would have been filled out
16 that would have all of the employee's information,
17 the demographics, all extenuating circumstances,
18 what the position was currently, what would be
19 happening to the position going forward, whether
20 it was considered a redundant position no longer
21 necessary due to automation, whether or not there
22 would be work that would be divided out amongst
23 other individuals, and if there was who the other
24 individuals would be.
25     Q   How would Roy Kohn and Kevin Randall

Page 34

E. TOOHIG
1
2  have proposed these particular individuals for
3  elimination?
4      A   Can you define that?
5      Q   How did they give this list of five
6  individuals to you?
7      A   I don't recall.
8      Q   Who compiled the information
9  concerning the employee information, demographics,
10 their position, what would be happening to the
11 position whether it was redundant, et cetera?
12     A   I did.
13     Q   Did you prepare that for each
14 individual who was selected for elimination?
15     A   Yes, to the best of my knowledge.
16     Q   What did you do with these documents?
17     A   I would prepare all of the documents,
18 and then I would submit them to the legal team for
19 review to make sure that I didn't miss anything.
20     Q   Then what would happen?
21     A   It would come back and be either
22 approved or disapproved or challenged where they
23 would want more information which I would have to
24 provide to them.  We would have a verbose
25 conversation about it.

Page 35

E. TOOHIG
1
2      Q   Would there be E-mails between you and
3  members of the Legal Department as well?
4      A   I would assume so.
5      Q   When we talk about the Legal
6  Departments we are talking about the in-house
7  Legal Department of Southern?
8      A   Yes.
9      Q   Who did you communicate with?
10     A   When we talk about the in-house Legal
11 Department, who within the in-house Legal
12 Department did you communicate with?
13     A   I don't recall which attorney was on
14 this case.
15     Q   Was Keith Thorell involved at all in
16 approving or disapproving Ms. Suarez for
17 elimination?
18     A   That's an external attorney so I don't
19 know if we would be involved in this.
20     Q   Do you know whether he was involved in
21 approving or disapproving of Maria Suarez for
22 termination?
23     A   I don't recall.
24     Q   Who would know that?
25     A   I would assume Lauren Moody at the

Page 36

E. TOOHIG
1
2  legal team, but again, that's an assumption.  I
3  don't know.
4      Q   Would someone from Legal have had to
5  approve these five individuals for elimination as
6  well?
7      A   Yes.
8      Q   And who from Legal would have the
9  authority to approve these five individuals for
10 elimination?
11     A   I answered I don't recall which legal
12 person on the team that I spoke to.
13     Q   Okay.  Would you have to receive
14 written approval from Legal to eliminate these
15 five individuals?
16     A   I would assume it was if an E-mail,
17 but I don't remember.
18     Q   Do you know whether Mr. Kohn and Mr.
19 Randall documented in any way the way in which
20 they selected these five individuals?
21     A   I don't recall.
22     Q   If they had documented in any way
23 their selection of their five individuals was that
24 something that should have been provided to you?
25     A   Yes.

9 (Pages 33 to 36)

Page 37

E. TOOHIG
1
2    Q    Okay. Is that something that you
3  would have reviewed as part of your process?
4    A    Yes.
5    Q    Do you know specifically in this case
6  whether or not you received any E-mails regarding
7  what process they followed in selecting these five
8  individuals?
9    A    I don't recall.
10    Q    Was their selection of these five
11  individuals documented in some way?
12       MS. CABRERA:  Objection.  It was asked
13  and answered.
14    A    She objected so what do I say?
15       MS. CABRERA:  You can answer it again.
16    A    I don't recall what was documented.
17    Q    But at some point you received
18  documentation showing that these five individuals
19  had been selected?
20    A    I would have seen documentation.
21    Q    And then you would have communicated
22  -- you would have prepared the spreadsheets,
23  correct?
24    A    Yes.
25    Q    And you would have sent that

Page 38

E. TOOHIG
1
2  documentation onto Legal?
3    A    Yes.
4    Q    And then Legal would have performed
5  their own analysis, and they would have
6  communicated to you whether or not it was
7  approved?
8    A    Yes.
9    Q    That would have been documented as
10  well?
11    A    Yes.
12    Q    Do you know where any of the documents
13  are that show why Maria Suarez was selected for
14  elimination?
15    A    No.
16    Q    What is the record keeping policy --
17  withdrawn.  What was the record keeping policy at
18  Southern with regard to documentation of positions
19  that were eliminated?
20    A    I don't recall.
21    Q    Were any of these five individuals
22  who were selected for elimination selected because
23  of their performance?
24    A    No.
25    Q    What factors were used to select these

Page 39

E. TOOHIG
1
2  individuals?
3    A    To the best of my memory it had to do
4  with the overall impact to the business.
5    Q    Besides the overall impact to the
6  business of the elimination of a particular
7  position was there any other factor considered in
8  selecting these five individuals for elimination?
9    A    Not that I can recall.
10    Q    Is there any document that would
11  refresh your recollection?
12    A    I don't want to sound snarky.  Do you
13  have any documents that I can review?
14    Q    Well, when you say not that I recall
15  can you think of any reason other than the impact
16  to Southern's business why these five individuals
17  were selected?
18       MS. CABRERA:  Objection to the form of
19  the question.
20    A    It was all about the business and cost
21  reductions and what positions could be eliminated,
22  what positions would cause the least impact to the
23  operations of the business if they were no longer
24  there.  It was all about the operational
25  efficiencies so I don't know of any other factors

Page 40

E. TOOHIG
1
2  that would be considered.
3    Q    To your understanding it was all about
4  operational efficiency?
5    A    To the best of my knowledge.
6    Q    It was not about favoritism?
7    A    No.
8    Q    It was not about performance?
9    A    No.
10    Q    Let me ask that in a better way
11  because my question was flawed.  So was the
12  decision to eliminate these five individuals based
13  on favoritism?
14    A    No.
15    Q    Was the decision to eliminate these
16  five individuals based on performance?
17    A    No.
18    Q    Are you familiar with a lawsuit that
19  was filed by Tatiana Herdocia and Ena Scott?
20    A    Yes.
21    Q    Did Ena Scott or Tatiana Herdocia ever
22  file an EEOC charge against Southern?
23    A    I don't recall if it was an EEOC
24  charge.
25       MR. MOSER:  Mark this as Plaintiff's

10  (Pages 37 to 40)

Page 41

E. TOOHIG

1      E. TOOHIG
2    Exhibit 10.
3         (Whereupon a complaint was marked as
4    Plaintiff's Exhibit 10 for Identification,
5    as of this date).
6         Q    I am going to show you what was marked
7    as Plaintiff's Exhibit 10 for identification.  Do
8    you recognize this document, this complaint?
9         A    Yes.
10        Q    Okay.
11             MS. CABRERA:  Again, I am going to
12        make a note for the record that Exhibit
13        number 10 does not bear any Bate stamps
14        reflecting that it has been exchanged in
15        this case. I can't say that I remember it
16        being exchanged.  I don't see the relevance,
17        and so I am going to reserve my rights with
18        regard to this document and all documents
19        being used today that are not a part of the
20        record in this case.
21             I am also going to note for the record
22        that discovery in this case has been ongoing
23        for two years now so I really don't
24        understand why the witness is being shown
25        documents that have not been exchanged in

Page 42

E. TOOHIG

1      E. TOOHIG
2    discovery.
3         Q    So what is this document to your
4    understanding?
5         A    This is a notice of filing with the
6    United States District Court in the Eastern
7    District of New York that they are filing a
8    complaint against Southern Wine and Spirits of
9    America.
10        Q    Who did Tatiana Herdocia and Ena Scott
11   report to?
12        A    At what time?
13        Q    At the time this complaint was filed.
14        A    I don't know exactly.  At one point
15   she reported to Maria Suarez.  I don't know at the
16   time of this document.
17        Q    At some point did you become aware
18   that female employees who reported to Maria Suarez
19   were making claims of discrimination?
20        A    Yes.
21        Q    How did you become aware of that?
22        A    Through Dina Wald Margolis.
23        Q    What did Dina tell you?  I will
24   withdraw that.  How did you become aware of that?
25   Did Dina talk to you?  Did she E-mail you?

Page 43

E. TOOHIG

1      E. TOOHIG
2             MS. CABRERA:  Objection to the form of
3        the question.  What did Dina tell you was
4        inappropriate?  I don't know why you
5        withdrew that one?  You can answer over my
6        objection if you can.
7         A    I would say Dina told me in person
8    that there was a complaint filed and asked for
9    guidance as to how to investigate it.
10        Q    Okay.  Do you recall the sum and
11   substance of any of those conversations that you
12   had with Dina Wald Margolis?
13        A    I remember the overall conversation
14   and the overall complaint.
15        Q    What was the overall conversation and
16   the overall complaint?
17        A    The concern has been raised that
18   Tatiana and Ena were classified for the purposes
19   of, I believe, of worker's comp. as clerical and
20   Justin -- his last name starts with a letter V.  I
21   don't remember it.  Veigh or something like that.
22   Was clarified as warehouse so it was invesigated
23   to see whether or not there was discrimination
24   against Ena and Tatiana were justified.
25        Q    Did Josienne Sajous have a similar

Page 44

E. TOOHIG

1      E. TOOHIG
2    claim to Ina and Tatiana?
3         A    I don't remember the name.
4         Q    Was there another woman in that
5    department?
6         A    (No answer).
7         Q    Other than Ena Scott and Tatiana
8    Herdocia?
9         A    I don't recall.
10        Q    Who raised these concerns with Dina
11   Wald Margolis?
12        A    I believe it was Maria.
13        Q    Maria Suarez?
14        A    Yes.  I don't know for a fact.  That's
15   just from recall.
16        Q    Other than Maria Suarez was there any
17   other manager that you can recall that claimed
18   that individuals in their department may have been
19   discriminated against?
20        A    Can you repeat that?
21        Q    Did Maria say that the females in her
22   department might have been discriminated against?
23        A    Maria asked what was the difference
24   between the classifications, why Tatiana and Ena
25   were classified as clerical, and Justin was

11  (Pages 41 to 44)

October 25, 2022

Page 45

E. TOOHIG

1
2  classified as warehouse.
3      Q    Did Maria suggest that it was because
4  of their sex that they were classified
5  differently?
6      A    I don't recall if it was Maria who
7  asked that or whether it was Tatiana and Ena who
8  asked that.
9      Q    Was there ever any inquiry as to how
10 Tatiana and Ena came to know that they were
11 classified differently?
12     A    To the best of my recollection?  It
13 was Maria who brought it to their attention,.
14     Q    So was that something that Maria
15 Suarez should have done?
16     A    Yes.
17     Q    Okay.  So there was nothing
18 inappropriate about Maria Suarez bringing to the
19 attention of her employees that it appeared as
20 though Justin Veigh was classified differently
21 than Ena Scott and Tatiana Herdocia?
22     A    It was a legitimate question to ask.
23     Q    There was an investigation performed
24 into those allegations?
25     A    Yes.

Page 46

E. TOOHIG

1
2      Q    What was the outcome of that
3  investigation?
4      A    The outcome of the investigation was
5  that it had been a clerical error that when Justin
6  was hired later into the department that he was
7  accidentally coded as warehouse versus the
8  appropriate title which was clerical, and it was
9  verified.
10     Q    At the time that these complaints
11 were made were there two broad classifications of
12 workers in the warehouse?
13     MS. CABRERA:  Objection to the form.
14     Q    Under the collective bargaining
15 agreement?
16     MS. CABRERA:  Objection to the form
17 of the question.  You can answer it.
18     A    I know there are at least two.  I
19 don't know if there was more when it comes to this
20 case.
21     Q    There is clerical, and then there is
22 warehouse employees?
23     A    Yes.
24     Q    During the time that you were employed
25 at Southern how many females were hired into the

Page 47

E. TOOHIG

1
2  warehouse classification?
3      A    I don't know.
4      Q    Was it one?
5      A    I don't know.
6      Q    Did you ever disqualify any females
7  who had applied for the warehouse position?
8      A    No.
9      Q    Can you think of any female who was
10 hired in to the warehouse classification as you
11 sit here today?
12     A    No.
13     Q    If the warehouse classification at the
14 Syosset facility was 100 percent male would that
15 concern you?
16     MS. CABRERA:  Objection.  You can
17 answer it.
18     A    No.
19     Q    How many warehouse men were employed
20 at the Syosset facility?
21     A    A rough estimate?
22     Q    Correct.
23     A    150?
24     Q    And how many warehouse employees had
25 been hired in the course of the time period that

Page 48

E. TOOHIG

1
2  you were responsible for HR at that facility?
3      A    I won't be able to recall.  It is not
4  a high turnover position.
5      Q    Was it at least 50 individuals?
6      A    I don't know.
7      Q    Do you know if any individual that was
8  selected to be hired for the warehouse position
9  was a female?
10     A    I don't know.
11     Q    Is diversity important at Southern?
12     A    Yes.
13     Q    And that would include gender
14 diversity in different roles?
15     A    Yes.
16     Q    If the warehouse classification was
17 100 percent male is that something that you should
18 have known?
19     MS. CABRERA:  Objection.
20     A    I don't know.
21     Q    Are you aware that the women who sued
22 Southern Wine and Spirits claimed that the
23 warehouse classification was 100 percent male?
24     A    Yes.
25     Q    Did you ever do on investigation into

12 (Pages 45 to 48)

Page 49

E. TOOHIG

1
2  those claims?
3      A   Yes.
4      Q   What did you find?
5      A   I would need the reports back to tell
6  you, but about the time I believe it was 100
7  percent male.
8      Q   Did that concern you at all?
9      A   We also looked at all of the
10  employment data of everyone who had applied for
11  the positions, and we did not see any
12  discriminatory practices in the hiring.
13     Q   You testified under oath before today,
14  correct?
15     A   Yes.
16     Q   You testified that certain women had
17  been disqualified from this particular position,
18  correct?
19         MS. CABRERA:  Objection.  That's
20  actually not what she said.  You can go
21  ahead.
22         MR. MOSER:  I will withdraw the
23  question.
24         (Whereupon a female applicant sheet
25  was marked as Plaintiff's Exhibit 11 for

Page 50

E. TOOHIG

1
2  Identification, as of this date).
3         MS. CABRERA:  I will make the same
4  record on what is being marked as Exhibit
5  number 11.  It is an undated, un Bate
6  stamped document.  It does appear to have
7  been used in another case which is
8  apparently the theme of today, documents
9  that counsel is in possession of in
10  connection with a completely different case.
11  He continues to put them before the witness,
12  and I will reserve all rights and objections
13  moving forward.  Thank you.
14     Q   Do you remember what this document is?
15     A   It appears to be a document on female
16  applicants who applied for warehouse positions
17  during -- I don't know what the time frame is.
18     Q   So these are the women that applied
19  for the warehouse position, correct?
20         MS. CABRERA:  Objection.
21     A   I would have no way of knowing that
22  based on this, or what time period.
23     Q   Is it fair to say that since
24  performance was not a factor in selecting Maria's
25  job for elimination, that Maria's performance

Page 51

E. TOOHIG

1
2  specifically was not considered in eliminating her
3  position?
4         MS. CABRERA:  Objection.  You can
5  answer the question.
6      A   Yes.
7      Q   Does Southern have a policy with
8  regard to performance evaluations?
9      A   Yes.
10     Q   Did it have that policy when you were
11  in charge of Human Resources?
12     A   Yes.
13     Q   What was that policy?
14     A   Specifically?  I couldn't tell you
15  word for word without looking at a policy, but
16  every employee had an annual performance review
17  and then an annual salary review.
18     Q   Were you ultimately responsible for
19  making sure that all the annual performance
20  evaluations were conducted?
21     A   Yes.  Like herding cats, yes.
22     Q   How would you keep track of whether
23  -- withdrawn.  How did you keep track of the
24  annual performance evaluations?
25     A   To the best of my recollection it was

Page 52

E. TOOHIG

1
2  a systemic process.  So there were reports that I
3  could generate to see status of completion.
4      Q   How often did you check those reports?
5      A   Depending on the time when we were
6  getting closer to the deadline, probably fairly
7  often.
8      Q   And when was the deadline for
9  completion of the annual performance evaluations?
10     A   I honestly don't recall the time
11  frames.  Every company has a different one.
12     Q   Do you know if their performance
13  evaluation system was based upon the calendar
14  year?
15     A   I don't recall.
16         MR. MOSER:  I will have this marked as
17  a single document, but it has some other
18  useful documents in it so it is a good
19  source of reference.
20         (Whereupon an employer's position
21  statement was marked as Plaintiff's Exhibit
22  12 for Identification, as of this date).
23     Q   I am going to show you a document
24  with Bate stamp SGWS 002601, and the last page of
25  this document is SGWS 002686.  Do you see that?

13  (Pages 49 to 52)

Page 53

```
 1              E. TOOHIG
 2      A   Yes, I do.
 3      Q   I would like you to turn to SGWS 2618
 4  of Plaintiff's Exhibit 12?  Does this refresh your
 5  recollection?  Does looking at this page refresh
 6  your recollection as to when performance
 7  evaluations were performed?
 8      A   This says it was launched on April 15,
 9  2010.
10      Q   Were all employees at the Syosset
11  facility reviewed at the same time?
12      A   No.
13      Q   So were they reviewed based upon the
14  time that they started in a position or something
15  else?
16      A   It was an annual performance, but not
17  everyone went in it at the same time.
18      Q   How did they break it up?
19      A   The union was not -- was not through
20  this process.  It was nonunion only.
21      Q   Okay.  How many nonunion employees
22  were there at the Syosset facilities?
23      A   Nonunion?  Again, it would just be a
24  rough estimate.  Maybe 100 to 200.
25      Q   Were those 100 to 200 individuals all
```

Page 54

```
 1              E. TOOHIG
 2  reviewed at the same time?
 3      A   To the best of my recollection, yes.
 4      Q   Were all of their performance
 5  appraisals due on a specific date?
 6      A   Yes.
 7      Q   You are not sure what that date is?
 8      A   I don't recall.
 9      Q   And what procedure would you follow to
10  make sure that all of those performance appraisals
11  were actually submitted?  I will withdraw that
12  question.  Let's go back.  Describe the
13  performance appraisal process at Southern when you
14  were the VP of HR?
15      A   What the process was?
16      Q   Yes.
17      A   Again, to the best of my
18  recollection?  The process would be the system
19  would launch the process so it would open up for a
20  specific period of time.  It would be communicated
21  out.  We would do training programs for each of
22  the leaders to know how to utilize the system, how
23  to best write an evaluation, how it needed to get
24  done.  There would be communication on the time
25  line.  There would be reminders when somebody was
```

Page 55

```
 1              E. TOOHIG
 2  past due that they still needed in order to -- to
 3  submit their performance appraisal in order to be
 4  in on time.
 5      Q   What were the consequences to a
 6  manager who did not submit performance appraisals?
 7      A   Nothing severe enough.  You have a lot
 8  of work you have to do to get evaluations.
 9      Q   Can you describe the consequences?
10      A   I believe there are not consequences.
11      Q   Can you think of any good reason why
12  an annual performance evaluation would not be
13  performed for a nonunion employee?
14      A   Yes.
15      Q   What good reasons can you think of?
16      A   Leave of absences, too new to the
17  role.
18      Q   And besides the employee being on a
19  leave of absence -- withdrawn.  When you say too
20  new to the role do you mean that -- an employee
21  could recently have had his or her role changed
22  and would not be in that particular role for a
23  significant enough time to accurately assess their
24  performance?
25      A   Yes.
```

Page 56

```
 1              E. TOOHIG
 2      Q   And what would you consider to be too
 3  new to the role in terms of time?
 4      A   I believe at the time it was anybody
 5  who was not in the role for six months, but again
 6  I am going from recall here and not from a
 7  position of knowledge.
 8      Q   And aside from someone who had taken
 9  of leave of absence or someone who was too new to
10  the role were there any other valid reasons why a
11  performance evaluation would not be prepared for
12  each nonunion employee at the Southern facility in
13  Syosset?
14      A   Nothing that comes to me on top of my
15  head.  Nothing else.
16      Q   Would it surprise you if I told you
17  that Maria Suarez was not given an annual
18  performance evaluation?
19      MS. CABRERA:  Objection.
20      Q   For every year during which she
21  worked?
22      A   I would need to know the years and
23  what was going on to took a look at that but -- I
24  would be surprised.
25      Q   Why would you be surprised?
```

14 (Pages 53 to 56)

October 25, 2022

| Page 57 |
| --- |

E. TOOHIG

1
2    A    (No answer).
3    Q    Is that because this is a company
4    policy that all managers are supposed to follow?
5        MS. CABRERA:  Objection to the form of
6    the question.  You can answer the question.
7    A    It would be more a surprise because of
8    the hard work I and my team puts in to make sure
9    everyone does the performance appraisal process
10   and realizes the value of it.  That's where my
11   surprise would come from.
12   Q    Would you review all performance
13   appraisals that were submitted by all managers at
14   the Southern facility in Syosset?
15   A    No.
16   Q    When we look at Plaintiff's Exhibit 10
17   for identification there is a date on here of May
18   22, 2014.  Do you see that?
19   A    Yes.
20   Q    Do you know when Southern became aware
21   of this lawsuit?
22   A    No.
23   Q    Is it fair to say that they became
24   aware of this lawsuit before the end of 2014?
25   A    Yes.

| Page 58 |
| --- |

E. TOOHIG

1
2        MS. CABRERA:  Objection.
3    Q    And if we look at what has been marked
4    as Exhibit 12 do you know if this document
5    contains all performance reevaluations for Maria
6    Suarez on and after 2010?
7    A    I wouldn't know.  This document was
8    prepared after I was no longer with the company.
9    Q    I will draw your attention to 2645.
10   Do you recognize this document?
11   A    It appears to be an evaluation from
12   2014 for Maria Suarez.
13   Q    Why did they call it a launch?
14   A    It is just when the system launches
15   out a task.
16   Q    I want you to turn to page SGWS 2651
17   which is the last -- well, this is the last page
18   of this performance evaluation, the launch for
19   Maria Suarez.  It appears to say page 7 of 7.
20   Q    Okay.  And the date on here is May
21   20, 2014, correct?
22   A    Yes.
23   Q    So when would Maria Suarez' next
24   performance evaluation have been due?
25   A    The dates range from February, March,

| Page 59 |
| --- |

E. TOOHIG

1
2    and April as to the time frame of -- performance
3    evaluations based on these documents.  So I would
4    say based on that the next one would have been due
5    in February, or March, or April of 2015.
6    Q    I am going to share with you that the
7    first performance evaluation after this one that
8    has been provided is -- can be found at SGWS 2665.
9    So we have a performance evaluation.  If we look
10   at SGWS 2639 the first page has the date.
11   A    Mm-hmm.
12   Q    The date of this is 2/1/2013, correct?
13   A    Yes.
14   Q    Does that mean this covered the period
15   from 2012 to 2013?
16   A    Yes.
17   Q    And then the next performance
18   appraisal that was provided, annual performance
19   appraisal that was provided by Southern, was for
20   2015 to 2016.  Do you see that on page SGWS 2665?
21   A    Did you skip over 2014?
22   Q    I apologize.  Okay.  So you are
23   correct.  So if we look at SGWS 2645 this
24   particular performance evaluation would have
25   covered the period from 2013 to 2014, correct?

| Page 60 |
| --- |

E. TOOHIG

1
2    A    Correct.
3    Q    And then there should have been a
4    performance evaluation, if the policy was being
5    followed, that covered 2014 to 2015, correct?
6    A    Correct.
7    Q    Do you know whether one was completed
8    for Maria Suarez?
9    A    I don't know.
10   Q    Can you think of any reason why
11   Southern would not provide that or not have it?
12   A    I don't know.
13   Q    The 2016 performance appraisal for
14   Maria Suarez if you look at SGWS 2665, this is
15   part of Exhibit J.  Do you see that?
16   A    Yes.
17   Q    If you look at 2646 it says in Exhibit
18   J, can you tell when this performance evaluation
19   was issued?
20       MS. CABRERA:  Objection to the form of
21   the question.
22   A    (No answer).
23   Q    Can you tell what period of time this
24   performance evaluation covers?
25   A    If it is for 2/16.  It would cover the

15 (Pages 57 to 60)

Page 61

```
 1            E. TOOHIG
 2  year of 2015.
 3       Q    Look at SGWS 2669.  Target due date.
 4  Do you see that?
 5       A    Yes.
 6       Q    What does that mean?
 7       A    It looks like it is adopt plan, and it
 8  was a file on communication that was determined
 9  with Maria to be done by June 30.
10       Q    It goes from 2669 to 2670.  Do you see
11  that?
12       A    Yes, sir.
13       Q    Should there have been a signature
14  page attached to this?
15       A    I don't know.  I didn't prepare this
16  document.
17       Q    Who prepared the document?
18       A    It was after I left.
19       Q    When did you leave again?
20       A    My last official day was December 31,
21  2018.  I was a consultant through '19, but I had
22  no -- I wasn't part of this process.
23       Q    So you are saying you were not there
24  when this performance appraisal was issued?
25       A    I am saying I wasn't there when this
```

Page 62

```
 1            E. TOOHIG
 2  document was created.  I don't know where this
 3  came from.
 4       Q    Was there a practice and policy during
 5  the time that you were the VP of Human Resources
 6  that employees would sign their performance
 7  evaluations?
 8       A    There was a time where it changed in
 9  the system where it became electronic signatures.
10  And that there was also a process where it would
11  have been -- it had to be signed and then scanned
12  in so not always was it in the system, but I don't
13  recall when the transition was.  I just recall
14  there being difficulty at that time.
15       Q    Okay.
16       A    So I don't know when that was.
17       Q    Do you know if that is the reason why
18  there is no written signature to Exhibit J?
19       A    No.
20       Q    Do you know if Exhibit J was ever
21  given to Maria Suarez?
22       A    No.
23       Q    Were you involved at all in the
24  decision to give Maria Suarez the WMI
25  administrator position?
```

Page 63

```
 1            E. TOOHIG
 2       A    I don't recall.  I was involved in the
 3  process, but I don't recall if I made the
 4  decision.
 5       Q    So you don't recall if you were
 6  responsible for the decision to give Maria Suarez
 7  the WMI administrator position?
 8       A    I was involved in the process.  I
 9  don't recall if it was my decision.
10       Q    Describe for me the process.
11       A    It would have been a position that was
12  posted.  People would have interviewed through the
13  process.  Interview notes would have been
14  compared, and the decision would have been made as
15  to who was the most qualified for the position.
16  And those positions would be offered.  Then they
17  would also be -- I would have to normally have to
18  approve salaries and get that all signed off on.
19       Q    Do you recall the process specifically
20  with regard to Maria Suarez?
21       A    I don't recall specifically with Maria
22  Suarez.  That's the overall process that would
23  have been followed.
24       Q    Did you have any conversations with
25  anyone about selecting Maria Suarez for the WMI
```

Page 64

```
 1            E. TOOHIG
 2  administrator position?
 3       A    I would have had to if it went
 4  through.
 5       Q    Do you recall any of those
 6  conversations?
 7       A    Not specifically.
 8       Q    Who came up with the WMI administrator
 9  job description?
10       A    I believe it was a corporate function
11  based on the automation of the new technology that
12  was coming in, and we were following suit what was
13  being done in other areas.
14       Q    So who provided that?
15       A    Specifically?
16       Q    Yes.
17       A    I don't know.
18       Q    I am going to show you what was
19  previously marked as Plaintiff's Exhibit 3 for
20  identification.  Do you recognize this document?
21       A    I recognize the process but not this
22  specific document.
23       Q    What process do you recognize this to
24  be?
25       A    Well, this is a printout from the
```

16 (Pages 61 to 64)

Page 65

E. TOOHIG

1
2  applicant tracking system that would document the
3  days and times that everything was either posted,
4  approved documents the process.  Attached to it is
5  the position profile, the job descriptions, and
6  details that would have been posted for employees
7  to apply to and externals.
8        Q    So if we look at SGWS 00896, which is
9  the second page of this document, there is an
10  entry here towards the top of the page.  It says
11  January 27, 2016 at 4:27:32 p.m.  What is that
12  indicating?
13       A    I don't recall what the language
14  means.
15       Q    Was this particular job description
16  created by Dina Wald Margolis?
17       A    Yes, it looks like it.
18       Q    It says here created from duplication
19  of 00001754.  Do you know what that means?
20       A    I believe that means it was a job
21  previously posed, and she just cut and pasted to
22  save herself the trouble of -- creating it from
23  scratch.
24       Q    Do you know how she selected that?
25       A    Systemically?

Page 66

E. TOOHIG

1
2        Q    Yes.  How did she come -- do you know
3  why she created this particular job?
4        A    It was created in compliance with what
5  they did with the new WMI warehouse management
6  system.
7        Q    She created this job at someone else's
8  request?
9        A    Yes.  Dina would make them up.
10       Q    Who would request her to create this
11  position?
12       A    I would venture to guess that it was
13  Kevin Randall as he is listed as a hiring manager.
14       Q    Well, I don't want you to guess.
15       A    That's the only way I could guess from
16  this document.
17       Q    Okay.  So do you know who told Dina
18  Wald Margolis to create this particular position?
19       A    No.
20       Q    Do you know why she created it from a
21  duplication of 00007154?
22       A    No.
23       Q    Would Dina Wald Margolis know that?
24       A    I have to assume on her behalf.
25       Q    This indicates that she is the one who

Page 67

E. TOOHIG

1
2  actually created this position, right?
3        A    According to this piece of paper in
4  front of me it appears that she did it.
5        Q    And when we look at the first page
6  there's at the very bottom line it says
7  requisition approval requested.  Can you explain
8  what that is?
9        A    Before any requisition can be approved
10 and posted to the job site it needs to be approved
11 by the leadership of the department and myself.
12       Q    And did these individuals that are
13 listed, Kevin Randall, Roy Kohn, Beth Toohig,
14 Larry Goodrich, did they all have to approve this,
15 that specific order?
16       A    Yes.  That's the way that the system
17 does.  It does not get approved by HR until after
18 it has already been approved by the leadership
19 team, and after I approve it it would go to
20 Larry Goodrich for approval.
21       Q    So who was Larry Goodrich?
22       A    The general manager.
23       Q    Of what?
24       A    New York State.
25       Q    Were all requisitions for new jobs

Page 68

E. TOOHIG

1
2  approved by Larry Goodrich?
3        A    To the best of my recollection, yes.
4        Q    What is the process for approving this
5  particular requisition?
6        A    Can you clarify that?
7        Q    Well, you receive this request.
8  Requisition approval requested, correct?
9        A    Yes.
10       Q    And at some point you have to approve
11 it?
12       A    Yes.
13       Q    What process did you follow in
14 approving it?
15       A    When I approved positions I would --
16 -- if I did not already have knowledge of it I
17 would speak to the leader of that department,
18 confirm the validity of their request, confirm it
19 was budgeted, that it was something that we should
20 be replacing.  I would make sure I understood all
21 of those details and approve it.  Often I already
22 knew about it ahead of time because we already had
23 conversations, or if it was an employee leaving or
24 something that was going on we already knew it was
25 approved so it was a much easier systemic clicking

17 (Pages 65 to 68)

Page 69

E. TOOHIG

1    of a button.
2        Q    Do you recall the process that you
3    followed specifically in approving this
4    requisition?
5        A    Not in 2016.
6        Q    As part of your process in approving
7    requisitions did you review the job description?
8        A    I would say rarely.
9        Q    Did you review this particular job
10   description and the job description begins at SGWS
11   0000897?
12       A    I wouldn't have reviewed it at the
13   time of approving this for requisition.
14       Q    What is the purpose of a job
15   description?
16       A    Outline the key responsibilities of
17   the position.
18       Q    Is it so that the employee is -- that
19   the employee knows what they are supposed to be .
20   doing?
21       MS. CABRERA:  Objection to the form of
22   the question.  You can answer it.
23       A    Overall the posting gives a general
24   overview of what the expectations in the role to
25

Page 70

E. TOOHIG

1    see whether or not somebody would qualify for the
2    role.
3        Q    Does the job description -- well, is
4    the job description an accurate reflection of the
5    principal job elements for making decisions
6    related to the employees job performance?
7        MS. CABRERA:  Objection to the form of
8    the question.
9        A    Can you clarify the question?
10       Q    Well, I am going to draw your
11   attention to SGWS 0000899.  If you look at the
12   comments section on the top, do you see that?
13       A    Yes, up here.
14       Q    I will read this into the record.
15   This position description is not intended and
16   should not be construed to be an exhaustive list
17   of all responsibilities, skills, efforts, or
18   working conditions associated with the job.  It is
19   intended however to be an accurate reflection of
20   these principal job elements for making decisions
21   related to job performance, employees'
22   development, and compensation.  Does that mean
23   that this job description should be used as a
24   guide to determine whether Maria was performing
25

Page 71

E. TOOHIG

1    her job?
2        MS. CABRERA:  Objection to the form of
3    the question.
4        A    It should be.
5        Q    Okay.  I would like you to read this
6    job description for me.
7        A    Out loud?
8        Q    No, no, to yourself.  Is this supposed
9    to be an accurate reflection of the principal
10   responsibilities that Maria had as WMI
11   administrator?
12       A    It says job elements, but that's what
13   it is intended.
14       Q    So this is intended to be -- this is
15   intended to accurately describe -- is this
16   intended to accurately describe what Maria's job
17   duties were as WMI administrator?
18       MS. CABRERA:  Objection.  It was asked
19   and answered.  You can answer it again.
20       A    It says it is the principal job
21   elements for making decisions related to job
22   performance.  It says it is not intended to be an
23   exhaustive list of all responsibilities, skills,
24   and efforts of working conditions.
25

Page 72

E. TOOHIG

1        Q    But it is intended to be the basis on
2    which she would be evaluated?
3        A    Yes.
4        Q    Can you figure out from reading this
5    job description what her responsibilities were?
6        A    Develop and implement WMS mixed
7    projects, designs --
8        Q    I understand that it has a listing of
9    a bunch of different things here.
10       A    Okay.
11       Q    My question is, looking at this do you
12   have an understanding as to what her
13   responsibilities were as WMI administrator?
14       A    I have what this tells me, yes, but
15   she is responsible for the WMI administration, she
16   is responsible to work along with the warehouse
17   and operations team, she is to be looking at
18   trends and technologies and make sure she is
19   making recommendations for improvement.  She is
20   supposed to be interacting with the supply chain
21   and the warehouse to make sure that all inventory
22   is measured and managed.  That's what this reads
23   to me.
24       Q    And in your opinion does this clearly
25

18  (Pages 69 to 72)

October 25, 2022

Page 73

E. TOOHIG

1   E. TOOHIG
2   indicate to her what her job responsibilities
3   would be as WMS administrator?
4       A   I can't answer for Maria, but if she
5   had any questions she would have asked her manager
6   for clarification.
7           MR. MOSER:  Read back the question.
8           (The question was read back by the
9       court reporter.)
10      A   I answered that I can't answer for
11  Maria, but if Maria had some questions or concerns
12  on it she should be asking her manager.
13      Q   My question is not -- you answering
14  for Maria.  My question is, in your opinion does
15  this accurately describe what the WMI
16  administrator's duties are?
17          MS. CABRERA:  Objection.  No.  You
18      asked a different question.  You asked if --
19      it is clear to Maria.  You asked a different
20      question.
21      Q   In your opinion is it clear what the
22  WMI administrators' duties are from this job
23  description?
24      A   I would say it is a clearly overall
25  concept of what you have described supposed to be

Page 74

1   E. TOOHIG
2   doing as a WMI administrator.  The actual tasks or
3   the day-to-day responsibilities or the process of
4   management is not included here.
5       Q   When we look at building capabilities,
6   20 percent on SGWS 898 do you see building
7   capability 20 percent?
8       A   Yes.
9       Q   What does that refer to?
10      A   Building capabilities?
11      Q   Yes.
12      A   I would say it is twofold.  Building
13  capabilities is for developing a team and holding
14  them accountable and also building capabilities of
15  the department overall for efficiencies.  That's
16  how I would translate it.
17      Q   Do you know what it means when it says
18  stay current on emerging warehouse MHE solutions,
19  trends, technologies, and best practices?
20      A   I know what it means to stay current
21  on emerging trends.  I don't know what MHE
22  solutions are.  I don't know what that is.
23      Q   If we look at SGWS 000897 I will read
24  that short description external.  "The
25  administrator will act as the functional resource

Page 75

1   E. TOOHIG
2   for supporting Southern Wine's Manhattan software
3   (a WMI-I series).  The candidate will assist to
4   configure, operate, train, oversee, and analyze
5   our WM (and operations) functions to achieve
6   project objectives, insure smooth startup and
7   transition by providing leadership and training to
8   the local staff."  That in your opinion is an
9   accurate description of the WMI administrator's
10  position?
11      A   I think it gives a very good overview.
12      Q   And what does it mean by providing
13  leadership and training to the local staff?  Who
14  are the local staff?
15      A   Employees in the New York location.
16      Q   Why would it say local staff if she
17  was in the New York location?
18      A   Because these job descriptions are
19  used across the country.  The local team.
20      Q   Do you know whose job description this
21  was originally?
22      A   No.
23      Q   Would Dina Wald Margolis know that?
24      A   Potentially if she pulled out what
25  requisitions she duplicated and looked at the

Page 76

1   E. TOOHIG
2   application to see who was offered that position.
3       Q   This requisition was filled on May 5,
4   2016, do you see that?
5       A   Yes.
6       Q   Does that mean that Maria was given
7   this position on May 5, 2016?
8       A   It would appear it was listed in the
9   system that Maria was hired on May 5, 2016.
10      Q   And in considering whether or not she
11  met the qualifications for this position, what
12  documents would have been reviewed?
13      A   In theory?
14      Q   What documents should have been
15  reviewed as part of the policy and procedure at
16  Southern?
17      A   She would have been interviewed.  She
18  would have looked at job performance, history.
19  She would have looked at her current job and
20  responsibilities.
21      Q   So the individual who selected her
22  should have looked at her performance appraisals?
23      A   No.
24          MR. MOSER:  Mark this as Plaintiff's
25      Exhibit 13.

19 (Pages 73 to 76)

October 25, 2022

Page 77

1          E. TOOHIG
2          (Whereupon an employee handbook was
3      marked as Plaintiff's Exhibit 13 for
4      Identification, as of this date).
5      Q    So in your opinion the person who made
6  the decision to give this job to Maria Suarez
7  should not have reviewed her performance
8  evaluations?
9          MS. CABRERA:  Objection to the form of
10     the question.
11     A    The practice has been HR would review
12 the file to make sure that the person was eligible
13 for the opportunity.  We would not share the
14 files.  We would not share the actual performance
15 appraisals.
16     Q    With woman?
17     A    With the hiring manager.
18     Q    So have you ever seen what is marked
19 as Plaintiff's Exhibit 13, the employee handbook?
20     A    Yes.
21     Q    And was this the employee handbook in
22 effect as of May 2016?
23     A    I am assuming so.  You showed me one
24 now that said May of 2014.  You showed me one
25 earlier with a different date.

Page 78

1          E. TOOHIG
2      Q    That one was earlier.  That one
3  precedes this one.  So was this to the best of
4  your knowledge -- was this handbook in effect in
5  May 2016?
6      A    To the best of my knowledge I don't
7  know when the new additions have come out.
8      Q    Okay.  If we turn to SGWS 001024, if
9  you look at section D eligibility, did Maria meet
10 all of the eligibility requirements to apply for
11 the WMI administrator position?
12     A    She had met the minimum qualifications
13 for the posted position.  She has been in her
14 position for six months, was out reading the job
15 performances that you indicated in another file.
16 I believe she was in good standing as an employee
17 so yes, she would have met all criteria to be
18 considered for the WMI administrator.
19     Q    So we already established that the
20 last performance review she had received was May
21 20, 2014, is that correct?
22     A    Yes.
23     Q    How do you know that Maria was
24 satisfactorily meeting the job requirements of her
25 current position?

Page 79

1          E. TOOHIG
2      A    How would we know?
3      Q    Yes.
4      A    Well, I would answer it another way.
5  We would know if she wasn't.
6      Q    How would you know that?
7      A    There would be conversations being had
8  on performance management.
9      Q    So she met the eligibility
10 requirements, correct, listed in the manual?
11     A    Yes.
12     Q    And she was given the position on May
13 5, 2016, correct?
14     A    Yes.
15     Q    And when we look back, I would like
16 you to take a look at Plaintiff's Exhibit 12 again
17 for identification.  I will draw your attention to
18 SGWS 2665.  This is part of Exhibit J.  This
19 performance appraisal would have covered the
20 period from 2015 to 2016, is that correct?
21     A    Yes.
22     Q    Can you explain why, if this covers
23 the period from 2015 to 2016 and she had only
24 received the job on May 5, 2016, why she was being
25 evaluated?

Page 80

1          E. TOOHIG
2      A    It is more than six months.  It was a
3  continuous leader.  She was reporting to John
4  Wilkinson.
5      Q    So you don't know when this
6  performance evaluation was issued, do you?
7      A    Not according to the paperwork I have
8  in front of me.
9      Q    Because these are normally -- you had
10 testified earlier March, April, or May?
11     A    Well that was the dates that are on
12 this paperwork.
13     Q    Were they normally issued to Maria
14 Suarez?
15         MS. CABRERA:  Objection.  Let her
16     finish, and then you can ask her another
17     question.
18     Q    Were you done?
19     A    No.  The question that I answered was
20 based on the documents here that these were the
21 dates that we had for Maria.
22     Q    So if Maria started the WMI
23 administrator position in May of 2016 when for the
24 first time should her performance have been
25 reviewed as WMI administrator?

20  (Pages 77 to 80)

Page 81

E. TOOHIG

1
2    A    Well, when they did the performance
3  appraisal it would be for the first few months
4  would be her previous position, and then the last
5  seven months would be as her WMI administrator
6  position.  It is a yearly evaluation.
7    Q    So when she was being rated --
8         MR. MOSER:  Repeat the last question.
9         (The last question was repeated by the
10  court reporter).
11    A    It was February, March, or April of
12  2017.
13    Q    Thank you.  Can you explain why she
14  was issued a performance appraisal in 2016 for the
15  WMI administrator position?
16    A    Can you explain that question?
17    Q    Well, this particular performance --
18  the performance appraisals are dated with the year
19  that they are issued.  All of them, correct?
20    A    Right.
21    Q    This is a 2016 performance appraisal,
22  is that correct?
23    A    That's correct.
24    Q    So this would cover the period from
25  2015 to 2016?

Page 82

E. TOOHIG

1
2    A    Correct.
3    Q    And we established already that she
4  only received the WMI administrator position in
5  May 2016?
6    A    Yes.
7    Q    So my question is why did she receive
8  a performance evaluation for 2016 if her first
9  performance evaluation should only have been
10  issued in -- in early 2017?
11         MS. CABRERA:  Objection.  It
12  mischaracterizes the question and the
13  testimony.  Your question to her was when
14  should her performance evaluation for the
15  WMI position should have been done and not
16  when a performance evaluation should have
17  been done, especially since we all know
18  Maria was employed for that year, but you
19  can answer the question again and if you
20  understand what is being asked.
21    A    I don't understand what is being
22  asked.
23    Q    Throughout this document was Maria
24  being evaluated based upon her ability to do her
25  job as inventory control manager or as a WMI

Page 83

E. TOOHIG

1
2  administrator?
3         MS. CABRERA:  I will object to the
4  form of the question.  You can answer it.
5    A    In my brief overview it appears she
6  was evaluated on both.
7    Q    And where do you see she was evaluated
8  based upon her duties as an inventory control
9  manager?
10    A    Just in some of the verbiage talking
11  about Maria is very organized.  It sounds like it
12  went from both prior and after the WMI
13  administration.
14    Q    Can you tell me specifically where in
15  this document you see that she was being evaluated
16  based upon her ability to do her job as inventory
17  control manager?
18    A    She demonstrated these abilities
19  during our July wall to wall inventory.
20    Q    Where is that?
21    A    On page 4 of 5.  2668.  Where it has
22  good analytical skills.  She regularly
23  demonstrated the skills during during meetings
24  prepeed for our physical inventories.
25    Q    Okay.  So you referred to SGW 002668,

Page 84

E. TOOHIG

1
2  correct?
3    A    Yes.
4         MS. CABRERA:  Were you done?
5    Q    You can continue.
6    A    That was one example.
7         MS. CABRERA:  Take your time to read
8    the entire document.  I don't want a brief
9    overview.  Take your time.  If you need 20
10    minutes to read it, take 20 minutes to read
11    it.  We can all wait.
12    A    On page 2667.  It talks about Maria is
13  very organized and plans very well.  "She is very
14  effective at scheduling her staff and managing the
15  processes that they need to perform on a daily
16  basis.  That would be a combination of both of her
17  responsibilities as before and after.  Again,
18  Maria can lead others through ambiguity in times
19  of change.  No problems bridging the past and
20  advancing new ideas and technologies."  That would
21  have been part of her inventory control manager
22  position.
23    Q    You are talking about the comments by
24  John Wilkinson on 2667, correct?
25    A    Correct.  So on 2666 comments again

21  (Pages 81 to 84)

Page 85

E. TOOHIG

1
2  by John Wilkinson who talks about Maria's
3  performance prior to the WMI trainers from coming
4  in.
5      Q.   Okay.
6      A.   On that same page Maria has a very
7  difficult time communicating with her cycle
8  counters, housing managers, and other departments
9  would have been as an inventory control managers
10  and any discussions, WMI implementation.
11      Q.   Anything else?
12      A.   I would say these are the examples.
13      Q.   So when we look at demonstrated
14  skills and results performance goals which is on
15  the first page, do you see that?
16      A.   What page was that again?
17      Q.   2665.  SGWS 2665.
18      A.   Are you looking at what part?
19      Q.   I am looking at where it says results
20  performance goals 50 percent of appraisal.
21      A.   Mm-hmm.
22      Q.   And then beneath that is -- when we
23  look at that she was evaluated based upon her
24  ability to perform the WMI administrative
25  position?

Page 86

E. TOOHIG

1
2      A.   She was evaluated on how she would
3  handle a WMI position and the transition to WMI
4  which she would have had responsibilities for
5  regardless of whether she got the WMI
6  administrator position or not.
7      Q.   So in the results and performance
8  goals which are 50 percent of the -- 50 percent of
9  her appraisal was she being reviewed based upon
10  any work she had done as inventory control manager
11  before she became WMI administrator?
12      A.   Well, to clarify what it said before,
13  the implementation of WMI was an entire project
14  that was going to happen regardless of whether
15  Maria had the WMI coordinator position or not.  So
16  as inventory control manager she was responsible
17  for the implementation of the new software of WMI.
18          MR. MOSER:  Read back the question.
19          (The question was repeated by the
20  court reporter).
21      A.   Yes, because it was a project of WMI
22  implementation so it was an entire major project
23  to convert the warehouse inventory tracking system
24  to the new software, the new WMI, which would be
25  part of her responsibilities as inventory control

Page 87

E. TOOHIG

1
2  manager prior to getting the title of coordinator.
3      Q.   So she had a role in the
4  implementation of WMI before she even had the WMI
5  administrator position?
6      A.   Yes.
7      Q.   What role did she have?
8      A.   She had to convert what she was
9  currently doing manually as an inventory control
10  manager and how we were managing inventory to the
11  current state, and how to transition to the new
12  state with the WMI new software and capabilities.
13  So her role was specifically designed to be able
14  to translate what they were currently doing to
15  what they were going to be doing in the future so
16  she had to be part of the implementation time.
17      Q.   She did that before May 5, 2016?
18      A.   Yes.
19      Q.   When Maria became WMI administrator
20  do you know if she was classified as exempt from
21  overtime?
22      A.   Yes.
23      A.   I believe the job description says it
24  was exempt from overtime.
25      Q.   Did she manage employees?

Page 88

E. TOOHIG

1
2      A.   She directed the work of the
3  employees.
4      Q.   As WMI administrator whose work did
5  she direct?
6      A.   The work of the inventory control
7  clerks if I remember the titles correctly.
8      Q.   This was after she became WMI
9  administrator?
10      A.   Yes.
11      Q.   Describe your understanding of how she
12  controlled their work.
13      A.   Basically I think she did an analysis
14  of any discrepancies from the inventory.  She
15  assigned it to a control clerk to investigate.
16  She then investigated their work to make sure it
17  was accurate and answered the question and then
18  helped them correct any inventory discrepancies.
19      Q.   Was she their supervisor?
20      A.   She did not have the right to
21  discipline them because they were actually going
22  to be disciplined by another manager, but she did
23  all of their work, you know, directed all of their
24  work, made sure that they were effective doing
25  what they needed to do and getting all of the

22  (Pages 85 to 88)

Page 89

E. TOOHIG

1
2   things that were done that were coming up from the
3   inventory analysis.  Was she their supervisor?  In
4   effect just as I came to direct their work.
5       Q   If she didn't have, who was their
6   manager?
7       A   Um, for when it came to disciplining
8   and attendance tracks all of that it was done by a
9   warehouse supervisor.
10      Q   Barry Finkelstein?
11      A   I think so.
12      Q   Why was that handled by Barry
13  Finkelstein after she became WMI administrator?
14      A   He had the resources in which to
15  handle that.
16      Q   What do you mean resources?
17      A   If there were absenteeism or things
18  going on he had the staffing that would be able to
19  jump in and cover for absenteeism.  He had the
20  relationship with the union in order to write up
21  disciplines and get those processed.
22      Q   So is there any other reason why Barry
23  Finkelstein became the manager of the inventory
24  control clerks?
25      A   None that I recall.

Page 90

E. TOOHIG

1
2       Q   I asked John Wilkinson at his
3   deposition who Maria supervised as WMI
4   administrator, and he said nobody.  Does that
5   sound accurate?
6           MS. CABRERA:  Objection as that is a
7       complete mischaracterization of the
8       testimony, and we may have to bring up the
9       transcript but you can answer the question?
10      A   Not to me, no.
11      Q   And were there any other supervisors
12  -- and so was Maria still a manager when she
13  became WMI administrator?
14      A   In what sense?  Can you clarify that
15  question?
16      Q   What is a manager at Southern when we
17  talk about managers?  What is a manager?
18      A   It depends on the role.  I don't know
19  that I can answer that question theory based.
20      Q   So you can't tell me if someone has
21  the title of manager at Southern what that means?
22      A   A manager could be of people or a
23  manager of function.
24      Q   And so which individuals were managers
25  of people at Southern?

Page 91

E. TOOHIG

1
2       A   Again, there were a lot of employees
3   there.  You want specific job titles?  What are
4   you looking for?
5       Q   Well, give me an example of anyone who
6   is a manager of a particular function?
7       A   Maria.
8       Q   Other than Maria.
9       A   On the sales side we have people who
10  were in talent.  They do the marketing and the
11  research.  They don't manage people.  They manage
12  the function.
13      Q   What do you mean the south side?
14      A   No, on the sales side.
15      Q   On the operations side, besides Maria
16  Suarez was there any other individual who was the
17  manager of a function?
18      A   No.  You have HR business partner or
19  generalist was a manager of function, not of
20  people.  You would have in the call center there
21  were managers of function, not people.  But I
22  would have to look at an exact, you know, job
23  description or things in order to give you a more
24  accurate definition.   There were more than just
25  Maria Suarez.

Page 92

E. TOOHIG

1
2       Q   Okay.  The other individuals who were
3   managers of functions, were they exempt?
4       A   Yes.
5       Q   And did the individuals who managed
6   functions also manage employees?
7       A   Define how you are using the word
8   manage employees.  Did they direct the work?
9       Q   Well, what does it mean at Southern
10  when someone has disciplinary authority over
11  another individual?  Does that mean they are their
12  manager?
13      A   Not necessarily.
14      Q   Okay.  So I am trying to wrap my head
15  around this.
16      A   It is a union environment.
17      Q   So why was it -- I am sure it is a
18  union environment, but before she became WMI
19  administrator Maria had disciplinary authority
20  over her employees, correct?
21      A   Yes.
22      Q   And that was when she became WMI
23  administrator that was taken away?
24      A   It was reclassified.
25      Q   It was taken away?

Page 93

1            E. TOOHIG
2        MS. CABRERA:  Objection.  You won't
3    argue with the witness on the record.  You
4    are not going to argue with the witness on
5    the record.  If you don't like her answer
6    that's too bad.
7        Q    It was reassigned, correct.  So it was
8    reassigned to another individual, but it wasn't
9    taken away from her, is that correct?
10       A    It was not part of the new
11   responsibilities of the WMI administrator.  The
12   focus of that job was the technicalities and the
13   infrequencies of understanding the WMI system and
14   being able to direct the work which was more of
15   the skill set we needed in that role versus
16   somebody who had union relations and union
17   relationships and was able to discipline somebody.
18   Her skill set had a higher skill set.
19       Q    Who determined that particular skill
20   set?
21       A    (No answer).
22       Q    Who determined that this particular
23   role was not a managerial role?
24       MS. CABRERA:  Objection.  It
25   mischaracterizes the testimony.  It is not

Page 94

1            E. TOOHIG
2    what she said.
3        A    I said it was an exempt level role of
4    somebody who was directing the work, and what
5    needs, and it was a job description that had been
6    created.  It was replicated in other areas so who
7    exactly defined that?  I don't know.
8        Q    So what was Barry Finkelstein's role
9    in managing the inventory control clerks?
10       A    To the best of my recollection his
11   role was to make sure if there was disciplinary
12   action issues he had conversations with the union
13   on their behalf.  If one of them called out sick
14   or was on an FMLA, or on a permanent leave he
15   would find somebody on his team who would be able
16   to support the work that Maria failed to get done.
17       Q    Anything else?
18       A    These are things off the top of my
19   head.
20       Q    When Maria's job as WMI administrator
21   was eliminated were any of her duties given to
22   anyone else?
23       A    I don't recall.
24       Q    So describe for me Maria's role when
25   she was the manager of the inventory control

Page 95

1            E. TOOHIG
2    clerks before she became WMI administrator?
3        A    To my knowledge?  When I had been
4    talking or working with Maria it was very paper
5    centric, was very kind of difficult to track large
6    quantities of inventory because it was not a
7    strong tracking or software system, so there were
8    a lot of challenges with staffing, having enough
9    staffing, the staffing calling out and trying to
10   get the work done, working lots of weekends, so it
11   was a labor intensive kind of a role which would
12   have been eliminated or systemic solutions to
13   create with the conversion to the WMI system.
14       Q    So as a manager of the inventory
15   control clerks in her management role before she
16   became WMI administrator, what were her duties as
17   a manager?
18       MS. CABRERA:  Objection.  Again,
19   continues to mischaracterize the testimony.
20   You can answer the question if you can.
21       A    I am not sure what you are asking me.
22       Q    You don't understand?
23       A    No.  I am not trying to be difficult.
24   I don't understand what you are asking.
25       MS. CABRERA:  Objection.  If she says

Page 96

1            E. TOOHIG
2    she doesn't understand, she doesn't
3    understand.  You don't push her on that.
4        MR. MOSER:  If you keep on telling the
5    witness that she doesn't understand --
6        MS. CABRERA:  I did not say that.  I
7    said you mischaracterized the testimony.
8    That is what I said.  It is on the record.
9    I didn't say she didn't understand.  I said
10   you mischaracterized the testimony.
11       MR. MOSER:  I think we can read back
12   what was said.
13       MS. CABRERA:  Absolutely.
14       MR. MOSER:  You are coaching the
15   witness.
16       MS. CABRERA:  Absolutely not.
17       MR. MOSER:  Your objections are
18   improper, and you know it.
19       MS. CABRERA:  I will make the
20   objections that I think need to be made to
21   rein you in.
22       MR. MOSER:  Regardless of whether they
23   comport with the rules.
24       MS. CABRERA:  Yes, I think I am just
25   fine with the rules, but if you want to

24  (Pages 93 to 96)

October 25, 2022

Page 97

E. TOOHIG

1
2      challenge that I am happy to get on the
3      phone with the court.  We can do that,
4      okay?
5          MR. MOSER:  Okay.
6          MS. CABRERA:  Let's do that if that's
7      what you want to do.
8          MR. MOSER:  I don't see the need to
9      bother the court.
10         MS. CABRERA:  Well, I need to do it
11     because my objections are appropriate.  I
12     won't sit here and let you mischaracterize
13     the testimony.
14         MR. MOSER:  Okay.
15         Q    So do you have any firsthand knowledge
16     of what Maria's supervisory role was when she
17     became WMI administrator?
18         A    Yes.  She directed the work and
19     assignments to the inventory control clerks.  She
20     worked alongside with the WMI manager which had
21     more of an accounting background, but she
22     researched and investigated all of the inventory
23     discrepancies, and she did that by utilizing the
24     inventory control clerks.
25         Q    So if she told an inventory control

Page 98

E. TOOHIG

1
2      clerk to do something and the inventory control
3      clerk did not their job correctly what was
4      Maria supposed to do?
5          A    Bring it to Barry Finkelstein.
6      Together they would write up the employee.
7          Q    If Maria was the one directing the
8      inventory control clerks, or as they are now
9      called cycle counters, what was Barry
10     Finkelstein's role?
11         A    Barry was the manager of the -- I
12     think, a warehouse supervisor.  I don't recall his
13     exact title.  So he was responsible for overall
14     operations in the warehouse including the movement
15     of the product and the loading of the cases.
16         Q    But the inventory control clerks did
17     not throw cases, correct?
18         A    No.
19         Q    Did they tie load or untie load?
20         A    No.
21         Q    What was their specific role?
22         A    Their specific role as far as I
23     understood is to track down inventory
24     discrepancies and determine if the inventory is
25     misplaced, misclassified, lost, broken, and then

Page 99

E. TOOHIG

1
2      rectify that situation.
3          Q    What was Barry Finkelstein's role in
4      that?  Was he assigning them any work?
5          A    Not that I am aware of.  Our work
6      would have been directed by Maria.
7          Q    If Barry Finkelstein was not assigning
8      any work to the inventory control clerks why would
9      he need to be their manager?
10         A    As I said, he -- they reported it to
11     him because he had the relationship with the
12     union.  He had the capabilitiy of making sure that
13     things were documented with the union, and when it
14     came to discipline and he had the staffing that if
15     somebody wasn't able to come to work he would have
16     somebody that was trained and ready to go in as a
17     backup.  Maria would not have these resources.
18         Q    So let's go through these briefly.  He
19     had a relationship with the union.  That's one
20     reason why the inventory control -- that he
21     managed the inventory control clerks, is that
22     correct?
23         A    It is a reason, yes.
24         Q    And what was the nature of his
25     relationship with the union?

Page 100

E. TOOHIG

1
2          A    The business agent relationship.  Any
3      discipline you want to issue to a union employee
4      needs to be negotiated and discussed with the
5      union before it was actually issued.
6          Q    Um, so did union employees report to
7      any managers other than Barry Finkelstein?
8          A    There were day shift, night shift, mid
9      shift.
10         Q    Okay.  So he had a relationship with
11     the union, correct?
12         A    Yes.
13         Q    That was one reason.  And the
14     relationship was that he was -- he was the one
15     designated to deal with the union if there were
16     any disciplinary issues?
17         A    He worked along with the union shop
18     stewards and Human Resources and the union
19     business agents on any contract or work
20     performance disputes.
21         Q    Who had been doing that before Barry
22     Finkelstein was doing it?
23         A    For the inventory control clerks?
24         Q    Yes.
25         A    I don't believe it was getting done,

25  (Pages 97 to 100)

Page 101

E. TOOHIG

1 but I don't know.
2     Q    Well, somebody had disciplinary
3 authority over these employees, correct?
4     A    Yes.
5     Q    Who had disciplinary authority over
6 these employees before Barry Finkelstein took it
7 over?
8     A    Maria, but she didn't have a
9 relationship with the union.
10    Q    What do you mean by relationship?
11    Q    What do you mean?
12    Q    She wasn't on good terms with them?
13        MS. CABRERA:  Objection.
14    Q    Or something else?
15        MS. CABRERA:  Objection to the form of
16    the question.
17    A    In my opinion?  A relationship is that
18 you have a conversation with the union.  You have
19 conversations.  You debate it.  You show what the
20 details -- you explain what your decision and your
21 rationale was.  You have a multiple conversation,
22 and then the discipline is issued.
23    Q    Does relationship mean anything else
24 to you in this particular context?

Page 102

E. TOOHIG

1     A    No.
2     Q    So Maria did not have a relationship
3 with the union.  Barry had a relationship with the
4 union?
5     A    Barry had a lot more employees and
6 more union shop stewards that reported to him so
7 he had a relationship.  He knew the process
8 better.
9     Q    What was that process?
10    A    What I just outlined for you.
11    Q    So then the second reason why he
12 became their manager was what?
13    A    I said he had the support staff to
14 help when there was absenteeism or leaves of
15 absences.
16    Q    What support staff would be used when
17 one of the old inventory control clerks was out?
18    A    Somebody else in the warehouse who may
19 have had the skill sets or actually had the
20 ability to help track down or move cases for them.
21    Q    Would that have been a warehouse man?
22    A    Potentially yes.
23    Q    So how were temporary vacancies in
24 Maria's department addressed before they became

Page 103

E. TOOHIG

1 WMI administrator?
2     A    To the best of my knowledge it was
3 mostly over time, or it did not get done.
4     Q    Well, did anyone ever fill in for
5 Tatiana Herdocia when she was pregnant?
6     A    When was Tatiana pregnant?
7     Q    So do you know how the process was
8 handled for filling in temporary vacancies before
9 Maria became WMI administrator?
10    A    To the best of my recollection it was
11 concerning because Maria would not get necessarily
12 the support or help because there were other
13 prioritizations?
14    A    Every manager has their own list of
15 things that need to be accomplished in a day.
16    Q    Did Maria report to John Wilkinson?
17    A    To the best of my recollection.
18        (At this time there was a short
19    recess).
20    Q    Who did Barry Finkelstein report to?
21    A    I believe, John Wilkinson.
22    Q    Who did Maria report to?
23    A    John Wilkinson.
24    Q    Did John Wilkinson have the authority

Page 104

E. TOOHIG

1 to tell Barry Finkelstein that he should get some
2 help for Maria?
3     A    I would assume so.
4     Q    And there was another -- a third
5 reason why Maria had supervisory -- did not have
6 disciplinary authority over her employees.  Do we
7 need to go back?  Are there any other reasons why
8 Maria's disciplinary authority other the inventory
9 control clerks was given to Barry Finkelstein?
10    A    I think overall it was to use
11 effective resources.  Barry had skills in moving
12 manual labor and negotiations and conversations
13 with the union.  Maria had expertise on inventory
14 control, solving those problems, and directing the
15 work that needed to get done.
16    Q    Anything else?
17    A    Not that I can think of.
18    Q    So when you say that Barry Finkelstein
19 had expertise in moving manual labor, for how many
20 years had Maria been -- for how many years had
21 Maria had supervisory authority over the inventory
22 control clerks?
23    A    I don't know.
24    Q    Was it more than ten years?

26 (Pages 101 to 104)

October 25, 2022

Page 105

E. TOOHIG

1
2    A    I don't know if Maria was with the
3    company for ten years.
4        Q    Were there any problems with Maria's
5    discipline or supervision of her employees?
6        A    Not that I know of.
7        Q    Who is responsible at Southern for
8    classifying an individual as either exempt from
9    overtime or not exempt from overtime?  Who is
10   responsible there?
11       A    That would be a corporate
12   responsibility.
13       Q    When you say corporate --
14       A    Based on the job descriptions that
15   were created and established.
16       Q    Who would determine that?
17       A    Corporate.  I don't know.
18       Q    Someone from the corporate office?
19       A    Yes.  The corporate office would
20   define the job descriptions.  All job descriptions
21   and any new ones had to be sent to corporate for
22   approval and going through FLSA standard to make
23   sure they qualify for exempt or nonexempt.
24       Q    Do you have an understanding of what
25   the role was between -- withdrawn.  Do you have an

Page 106

E. TOOHIG

1
2    understanding of what the role of the cycle
3    counters was when WMI was implemented?
4        A    I'm not sure of the question you are
5    asking.  What the difference was before and after?
6        Q    Yes.
7        A    I don't know the nuances.
8        Q    Are you aware of whether or not, how
9    a cycle counter did their job would have an effect
10   on Maria's workload?
11       A    I don't understand the question.  Can
12   you define that for me?
13       Q    Well, did the way in which the cycle
14   counters do their job affect Maria's workload?
15       A    I don't -- I mean, I wouldn't be able
16   to answer that question.  WMI completely changed
17   how everyone's roles were done based on automation
18   and the new processes.  Maria had a role in that
19   defining what inventory control would be doing,
20   so --
21       Q    Do you know whether the way in which
22   the cycle counters performed their job had an
23   impact on Maria's workload?
24       A    No.
25       Q    If the way they performed their job

Page 107

E. TOOHIG

1
2    had an impact on Maria's workload, do you think
3    that factors into whether she should have been
4    given disciplinary authority over them?
5        A    No.
6        Q    Describe for me how Maria supervised
7    the cycle counters once she was made WMI
8    administrator?
9        A    She assigned the work.  She supervised
10   the work to make sure it was done properly.
11       Q    Do you have any personal knowledge of
12   what work was assigned by her?
13       A    Do you mean like the actual tasks?
14       Q    Correct.
15       A    I know what tasks were assigned, but I
16   don't know any specific details.  It is inventory
17   discrepancies.
18       Q    Can you be more specific?
19       A    If the system says there is 100 cases
20   of Tito's and somebody goes to that location and
21   there are no cases of Tito's then that would be a
22   discrepancy.  Inventory control clerks would be
23   dispatched to identify why there were 100 cases of
24   Tito's not in the location that is indicated in
25   this system.

Page 108

E. TOOHIG

1
2        Q    That was their job?
3        A    That was a component of that job, yes.
4        Q    So the inventory control clerks were
5    responsible for did you say Tito's?
6        A    That's a vodka.  It was just an
7    example.  You asked me for an example so that was
8    an example.  It is, in fact, fiction.
9        Q    So the inventory control clerks, part
10   of their job was if there is a discrepancy between
11   what is physically in a location and what is shown
12   in the system, to investigate it and find out why
13   there is a discrepancy?
14       A    Yes.
15       Q    Did they do anything else?
16       A    I don't know.  If there was a
17   discrepancy and they found 100 cases of Jameson in
18   the Tito's location they have to move the Jameson
19   and then bring it to that exact location, fix it
20   in the system, and continue to find the Tito's.
21       Q    What about Maria's job on a daily
22   basis?  What did that look like as WMI
23   administrator?
24       A    I can't answer that.
25       Q    Did you ever supervise her?

27 (Pages 105 to 108)

Page 109

E. TOOHIG

1
2    A    Directly, no.
3    Q    How often did you see her while she
4  was WMI administrator?
5    A    I couldn't answer that.
6    Q    Did you ever see her performing her
7  job on a daily basis?
8    A    Not on a daily basis, no.
9    Q    Did you ever see her performing her
10 job at all?
11   A    Yes.
12   Q    Describe for me what you saw.
13   A    I would be able to describe a person
14 who was at a computer who was looking like they
15 were busy and assigning work out to Tatiana, Ena,
16 or to Justin, but I wouldn't be directly
17 responsible for involved in any of that.
18   Q    At some point was her office taken
19 away from her?
20   A    I believe everyone's office was taken
21 aware and put into a centralized location in the
22 middle of the warehouse for better observation of
23 what was going on.
24   Q    Besides Maria whose office was taken
25 away?

Page 110

E. TOOHIG

1
2    A    I don't recall who else was in that
3  area.  They demolished it, and created different
4  office space, but there were other people in
5  there.
6    Q    Who besides Maria?
7    A    I can't recall any specific name.
8    Q    Do you know whether there was any
9  individual besides Maria who lost their office?
10   A    There was definitely other people that
11 lost their office.  I just don't know their names.
12   Q    Do you have any personal knowledge of
13 what the cycle counters were doing?
14   A    No, other than conversations that I
15 had with them.
16   Q    Okay.
17   A    And in what research I did for the
18 other complaint.
19   Q    Did Maria ever report to Barry
20 Finkelstein?
21   A    I don't know.
22   Q    Was she basically coequal with Barry
23 Finkelstein?
24   A    I don't know.  I have to look at an
25 organizational chart.

Page 111

E. TOOHIG

1
2    Q    But is it fair to say that Barry
3  Finkelstein reported to John Wilkinson as did
4  Maria?
5    A    Yes.
6    Q    And can you give me an example of any
7  other individual at Southern who had ability to
8  delegate work to other employees but did not have
9  disciplinary authority over them?
10   A    I thought I answered that question
11 already.  Other positions in other areas of the
12 company that also had, but I can't give you
13 specifics without looking at a list of everyone's
14 titles.
15   Q    You can't think of any as you sit
16 here today?
17   A    No, that's a long way back.
18   Q    I am not talking about managing a
19 function.  I am talking about people who had the
20 ability to delegate work to others but did not
21 have disciplinary authority over them.
22        MS. CABRERA:  Objection.
23   A    Pricing managers gave work assignments
24 to pricing coordinators, but they did not have the
25 authority to discipline.  Only the director had

Page 112

E. TOOHIG

1
2  the authorization to discipline so they directed
3  the work, but they did not have any disciplinary
4  responsibility.
5    Q    And why?
6    A    Why?
7    Q    Yes.
8    A    I don't know.
9    Q    So what work did pricing managers give
10 pricing coordinators?
11   A    I don't want to sound snarky.  They
12 gave them the pricing.  They had to look at and
13 make pricing of the cases and what we were going
14 to be selling it for versus what we paid for it.
15   Q    And who did the pricing coordinators
16 -- who had disciplinary authority over the pricing
17 coordinators?
18   A    The director did.
19   Q    The director of what?
20   A    I don't remember her actual title.
21 Pricing was one of the components of what she
22 had.  She had pricing, compliance, and something
23 else.  I don't remember her exact title.
24   Q    She was in sales?
25   A    No.

28  (Pages 109 to 112)

Page 113

E. TOOHIG

1
2      Q    Can you give me any ideas as to what
3  her job title was other than director?
4      A    I believe it was director of pricing
5  and compliance but --
6      Q    So pricing manager.  Just to clarify
7  this, the pricing managers gave out work to
8  pricing coordinators?
9      A    Yes.
10      Q    But did not have disciplinary
11  authority other than, correct?
12      A    Correct.
13      Q    Who did the pricing manager report to?
14      A    The pricing director.
15      Q    And the pricing coordinators also
16  reported to the director?
17      A    Yes.  To the best of my knowledge.
18  Its been a long time.  I have to see an org chart.
19      Q    Can you think of any other
20  circumstance at Southern in which a manager who
21  was delegating work to the employees had another
22  manager who was -- at the same level that was
23  responsible for those employees' discipline?
24          MS. CABRERA:  Objection.
25      A    (No answer).

Page 114

E. TOOHIG

1
2      Q    Do you want me to be clearer because
3  she objected?
4      A    I was actually going to answer.
5      Q    So you have --
6          MS. CABRERA:  No, hold on.  Well, go
7  ahead.  You can ask her the question, but I
8  won't have you sit here and testify.
9          You have Barry Finkelstein reporting
10  to John Wilkinson, correct?  And you also have
11  Maria Suarez reporting to John Wilkinson, is that
12  fair to say?
13      A    Yes.
14      Q    Maria delegated work to certain
15  employees but doesn't have disciplinary authority
16  over them?
17      A    (Nodding).
18      Q    Correct?
19      A    Yes.
20      Q    And then there is another manager that
21  reports to her boss who has disciplinary authority
22  over these individuals, correct?
23      A    Yes.
24      Q    Is there any other circumstance in
25  which you saw this at Southern?

Page 115

E. TOOHIG

1
2      A    I gave you another example at Southern
3  with the pricing.  I can probably come up with
4  others if I saw the org chart again.  There was
5  limited interactions with the union so if somebody
6  had a relationship and was able to manage the
7  labor and was able to do those things we would
8  have these relationships stay there.  So it
9  doesn't matter.  It was a direct reporting
10  relationship so it was easily done.  As a matter
11  of fact, I do it in my current job too.
12      Q    Besides the pricing corrdinator
13  example can you give me any other examples of
14  instances in which one manager delegated work and
15  another manager had supervisory authority?
16      A    Not without seeing an org chart.
17      Q    If I showed you an organizational
18  chart will that help you?
19      A    Potentially.
20      Q    I don't have an org chart right now.
21  Did Maria Suarez ever report to Tonisha Durant?
22  Are you aware of the claims that Maria Suarez is
23  making in this lawsuit?
24      A    No, not really.  I believe the lawsuit
25  was filed after I left the company.

Page 116

E. TOOHIG

1
2      Q    Okay.  Have you ever seen any
3  agreements with Southern Wine and Spirits?
4      A    Such as what?
5      Q    Any agreements.
6      A    I signed my employment letter.  I
7  signed a release letter.  I signed a consultancy
8  letter.  I signed employment documents.
9      Q    Did you ever sign a nondisclosure
10  agreement?
11      A    Yes.
12      Q    Now as the VP of Human Resources --
13  withdrawn.  In your entire career at Southern how
14  many E.E.O.C. -- withdrawn.  In your entire career
15  at Southern how many claims of discrimination were
16  made against the company?
17      A    Approximately?  I wouldn't have any
18  exact knowledge.  I want to say five because I can
19  remember two other than the three that you brought
20  up here today.
21      Q    Did you have any role in the
22  investigation into those claims?
23      A    Yes.
24      Q    What was your role?
25      A    In the other two I was lead

29 (Pages 113 to 116)

Page 117

E. TOOHIG

1  investigator.
2      Q   In any of those instances did you ever
3  come to the conclusion that the complaint was
4  founded?
5      A   Through an EEO charge?
6      Q   No.  You did your own investigation,
7  correct?
8      A   Based off of the question of EEO
9  charges being filed.
10      Q   Okay.  I am not talking about EEO
11  charges being filed.  I am talking about any
12  claims of discrimination.  Not just EEO charges.
13      A   Even internal complaints?
14      Q   Yes.
15      A   Okay.
16      Q   So how many internal complaints were
17  there of discrimination while you were at
18  Southern?
19      A   I don't know.
20      Q   More than 20?
21      A   Less than 20, I think.
22      Q   Can you give me an approximation?
23      A   Maybe ten.
24      Q   And then there would be five EEO
25

Page 118

E. TOOHIG

1  charges in addition to those ten?
2      A   No.  Five EEO charges would be part of
3  those ten.
4      Q   Okay.  And was part of your role
5  determining whether or not the complaints of
6  discrimination were valid or not?
7      A   Yes.
8      Q   Did you find any valid claims of
9  discrimination when you were at Southern?
10      A   I am thinking about the cases.  Yes.
11      Q   Which one?
12      A   Is that relevant to this?  Can I give
13  names?
14      Q   Absolutely.  If she is going to say
15  that she expressed an opinion that the company was
16  discriminating against someone and that the
17  complaint was founded, that's relevant.
18      MS. CABRERA:  Not the name of the
19  person, no.  The name of the person is not
20  relevant.  If you want to talk about the
21  circumstances and so on and so forth I think
22  that's fine, but we are not going to violate
23  the privacy of perhaps an employee who is
24  not subject or a party to this lawsuit by
25

Page 119

E. TOOHIG

1  putting the name on there.  Absolutely not.
2      Q   What was the nature of the
3  allegation?
4      A   It was a sales manager, and the sales
5  representative was complaining that she felt that
6  she was being treated differently because she was
7  the only female on the team.
8      Q   Can you be more specific?
9      A   Excluded out of events, felt like she
10  had different work assignments than other sales
11  reps were given.
12      Q   Did you make any recommendation?
13      A   Yes.
14      Q   What was your recommendation?
15      A   The sales manager was written up,
16  went to training, and went to antiharassment
17  training and a few other trainings to make sure
18  that there was no bias or anything in the future
19  management.
20      Q   Was anything paid to the employee?
21      A   No.
22      Q   Other than that particular instance
23  were there any other claims of discrimination
24  against the company that you thought were valid?
25

Page 120

E. TOOHIG

1      A   No.
2      Q   Do you believe that Maria was
3  retaliated against because the women in her
4  department sued the company?
5      A   No.
6      Q   What is that opinion based upon?
7      A   I believe Maria did her responsibility
8  by identifying an issue that we immediately
9  corrected.  I don't believe it was Maria's fault
10  that Ena and Tatiana sued the company.
11      Q   How was the issue corrected?
12      A   It was a clerical error.  The error
13  was corrected in the system.  Justin was
14  classified the same way as Ena and Tatiana.
15      Q   Other than the instances that were
16  brought directly to your attention, have you ever
17  seen discrimination at Southern based upon race,
18  or gender, or national origin?
19      A   No.
20      Q   If you look at Plaintiff's Exhibit 13
21  I don't know if you have it in front of you.  If
22  you go to page 7 which is SGWS 001012 this policy
23  on retaliation, I would like you to read it.  I
24  will have a question or two.  You can read it to
25

Page 121

E. TOOHIG

1          yourself.
2              A    Okay.
3              Q    Why is it important to have this
4          policy?
5              A    You need to be able to file
6          comfortable expressions, their views, and if they
7          feel like they are not being treated respectfully
8          for it to be investigated and either rectified or
9          explanations.
10             Q    It talks about the open door policy
11         here.  Are you familiar with the open door policy?
12             A    Yes.
13             Q    Can you locate it in this handbook?
14         It is on page 54 which is -- SGWS 001059.  Is this
15         the open door policy that the antiretaliation
16         policy is referring to?
17             A    Yes.
18             Q    So do you have any personal
19         understanding as to or knowledge as to Maria's
20         supervisory responsibilities after she became WMI
21         administrator?
22             A    I'm not sure what you mean by personal
23         knowledge.  Do I know overall what her job
24         description said, or what her job responsibilities

Page 122

E. TOOHIG

1          were, or did I actively manage her?
2              Q    Do you know what her job
3          responsibilities were as a supervisor?
4              A    I understand it to be that she would
5          look around, find the inventory discrepancies that
6          were notified in WMI, and she would assign the
7          work to the inventory control clerks for
8          resolution.  She would make sure that it got
9          resolved so we can ship out the cases.
10             Q    Employment decisions that were made
11         with regard to the cycle counters.  So after Maria
12         became WMI administrator who made these employment
13         decisions?
14             A    Can you define employment decisions?
15             Q    Well, who hired cycle counters?
16             A    I don't know.
17             Q    Was Maria involved in the hiring of
18         any cycle counters when she became WMI
19         administrator?
20             A    I don't know if a new cycle counter
21         was hired from the established team so I don't
22         know.
23             Q    Do you know what the procedure would
24         have been if a cycle counter was needed would

Page 123

E. TOOHIG

1          Maria have been an individual who would have
2          interviewed them?
3              A    In my opinion, yes, but I don't know
4          what happened.
5              Q    And do you know whether she had any
6          say in who was hired for a particular -- for a
7          cycle counter position?
8              A    I don't recall.
9              Q    You don't recall or you don't know?
10             A    I don't know who was hired, when they
11         were hired, what the dates are.
12             Q    Were any cycle counters fired?
13             A    I don't know.
14             Q    Were any cycle counters disciplined
15         for any reason?
16             A    I don't know.
17             Q    Did Maria have any ability to -- did
18         she have any say in whether cycle counters should
19         be disciplined or not?
20             A    If they are going be disciplined for
21         performance related matters she would have to be
22         consulted or they wouldn't know they were not
23         doing that job.
24             Q    Is the answer --

Page 124

E. TOOHIG

1              A    If they were disciplined I would
2          sayyes, she would have a say.
3              Q    And did Southern take her
4          recommendations into account?
5              A    I don't know.
6              Q    I am almost done.  So let's look at
7          Exhibit 12 and if you can please go to SGWS 00265.
8          If you look at the bottom it says here during an
9          audit by our outside auditor Maria was absent, and
10         one of her subordinates had her accounts audited.
11         The accounts were not accurate and they needed to
12         be corrected by the IC manager and the auditor.
13         Do you know who the IC manager was?
14             A    No.
15             Q    When Maria was informed of this she
16         insisted that her counter was accurate and she not
17         be disciplined.
18             A    Maria had no proof of accuracy and did
19         not want to have her cycle counter disciplined.
20         She did not want to hold the cycle counter
21         accountable.
22             Q    Who was this cycle counter?
23             A    I don't know.
24             Q    Was this cycle counter, in fact,

Lexitas Court Reporting
800-678-0166

Page 125

```
1              E. TOOHIG
2   disciplined?
3        A    I don't know.
4             MR. MOSER:  I have no further
5   questions.
6             (Time noted:  2:20 p.m.)
7
8        _____
9             ELIZABETH TOOHIG
10
11  Subscribed and sworn to before me on
12  This _____ day of _____, 2022.
13
14  _____
15  Notary Public
16
17
18
19
20
21
22
23
24
25
```

Page 127

```
1              CERTIFICATION
2
3
4        I, David P. Yuni, a Shorthand Reporter
5   and Notary Public in and for the State of New
6   York, do hereby certify:
7        That the testimony of said witness was
8   held before me at the aforesaid time and place.
9        That said witness was duly sworn before the
10  commencement of the testimony and that the
11  testimony was taken stenographically by me and
12  is a true and accurate transcript of my
13  stenographic notes.
14       I further certify that I am not related
15  to any of the parties to the action by blood
16  or marriage and that I am in no way
17  interested in the outcome of this Matter.
18       IN WITNESS WHEREOF, I have hereunto set my
19  hand this 3rd day of November 2022.
20
21
22
23
24       _____
25            David P. Yuni
```

Page 126

```
1              E X H I B I T S
2
3   PLAINTIFF'S      DESCRIPTION        PAGE
4
5        8        HANDBOOK        18
6
7        9        CONFIDENTIAL LEASE AND    23
8                 SEVERANCE AGREEMENT
9        10       COMPLAINT        41
10       11       FEMALE APPLICANT SHEET    49
11       12       EMPLOYER'S POSITION STATEMENT  52
12       13       EMPLOYEE HANDBOOK    76
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 128

```
1   ERRATA SHEET FOR: ELIZABETH TOOHIG
2        ELIZABETH TOOHIG, being duly sworn, deposes and
3   says: I have reviewed the transcript of my
4   proceeding taken on 10/25/2022. The following
5   changes are necessary to correct my testimony.
6        _____
7   PAGE LINE   CHANGE        REASON
8   ----|----|--------------------|-------------
9   ----|----|--------------------|-------------
10  ----|----|--------------------|-------------
11  ----|----|--------------------|-------------
12  ----|----|--------------------|-------------
13  ----|----|--------------------|-------------
14  ----|----|--------------------|-------------
15  ----|----|--------------------|-------------
16  ----|----|--------------------|-------------
17  ----|----|--------------------|-------------
18  ----|----|--------------------|-------------
19  ----|----|--------------------|-------------
20  ----|----|--------------------|-------------
21       Witness Signature:_____
22  Subscribed and sworn to, before me
23  this ___ day of _____, 20 ___.
24  _____       _____
25  (NOTARY PUBLIC)     MY COMMISSION EXPIRES
```

32  (Pages 125 to 128)

October 25, 2022

[Page 129]

**A**

**a.m (1)**
1:12
**abilities (1)**
83:18
**ability (7)**
82:24 83:16
   85:24 102:21
   111:7,20
   123:18
**able (12)**
48:3 87:13
   89:18 93:14
   93:17 94:15
   99:15 106:15
   109:13 115:6
   115:7 121:6
**absence (2)**
55:19 56:9
**absences (2)**
55:16 102:16
**absent (1)**
124:10
**absenteeism ...**
89:17,19
   102:15
**Absolutely (4)**
96:13,16
   118:15 119:2
**accidentally ...**
46:7
**accomplishe...**
103:16
**account (1)**
124:5
**accountable ...**
124:22
**accountale (1)**
74:14
**accounting (1)**
97:21
**accounts (2)**
124:11,12
**accuracy (1)**

124:19
**accurate (10)**
70:5,20 71:10
   75:9 88:17
   90:5 91:24
   124:12,17
   127:12
**accurately (5)**
5:9 55:23
   71:16,17
   73:15
**achieve (1)**
75:5
**acquisition (2)**
9:21 10:14
**act (1)**
74:25
**action (2)**
94:12 127:15
**actions (1)**
11:18
**actively (2)**
6:5 122:2
**actual (5)**
28:17 74:2
   77:14 107:13
   112:20
**addition (1)**
118:2
**additional (2)**
23:15 30:22
**additions (1)**
78:7
**address (1)**
4:10
**addressed (1)**
102:25
**admin (1)**
10:17
**administer (1)**
3:16
**administrati...**
72:16 83:13
**administrati...**

85:24
**administrato...**
10:16 28:22,23
   29:5 62:25
   63:7 64:2,8
   71:12,18
   72:14 73:3
   74:2,25 78:11
   78:18 80:23
   80:25 81:5,15
   82:4 83:2
   86:6,11 87:5
   87:19 88:4,9
   89:13 90:4,13
   92:19,23
   93:11 94:20
   95:2,16 97:17
   103:2,10
   107:8 108:23
   109:4 121:22
   122:13,20
**administrato...**
73:16 75:9
**administrato...**
73:22
**adopt (1)**
61:7
**advancing (1)**
84:20
**affect (1)**
106:14
**aforesaid (1)**
127:8
**against- (1)**
1:6
**age (1)**
27:2
**agent (1)**
100:2
**agents (1)**
100:19
**ages (1)**
28:14
**ago (3)**

17:8 27:24
   28:18
**AGREED (3)**
3:2,8,13
**agreement (6)**
23:24 25:5,7
   46:15 116:10
   126:8
**agreements (4)**
25:15 26:3
   116:3,5
**ahead (3)**
49:21 68:22
   114:7
**allegation (1)**
119:4
**allegations (1)**
45:24
**alongside (1)**
97:20
**ambiguity (1)**
84:18
**America (1)**
42:9
**analysis (3)**
38:5 88:13
   89:3
**analytical (1)**
83:22
**analyze (1)**
75:4
**ANJANETT...**
2:11
**announced (1)**
14:17
**annual (9)**
51:16,17,19,24
   52:9 53:16
   55:12 56:17
   59:18
**answer (29)**
4:20 29:13
   37:15 43:5
   44:6 46:17

47:17 51:5
   57:2,6 60:22
   69:23 71:20
   73:4,10 79:4
   82:19 83:4
   90:9,19 93:5
   93:21 95:20
   106:16
   108:24 109:5
   113:25 114:4
   123:25
**answered (8)**
29:13 36:11
   37:13 71:20
   73:10 80:19
   88:17 111:10
**answering (1)**
73:13
**antiharassm...**
119:17
**antiretalliatio...**
121:16
**anybody (1)**
56:4
**apologize (2)**
8:19 59:22
**apparently (2)**
24:18 50:8
**appear (3)**
24:6 50:6 76:8
**appeared (1)**
45:19
**appears (7)**
25:3,10 50:15
   58:11,19 67:4
   83:5
**applicant (3)**
49:24 65:2
   126:10
**applicants (1)**
50:16
**application (1)**
76:2
**applied (5)**

14:18 47:7
49:10 50:16
50:18
**apply (3)**
19:5 65:7
78:10
**appraisal (13)**
54:13 55:3
57:9 59:18,19
60:13 61:24
79:19 81:3,14
81:21 85:20
86:9
**appraisals (7)**
54:5,10 55:6
57:13 76:22
77:15 81:18
**appropriate ...**
46:8 97:11
**approval (5)**
36:14 67:7,20
68:8 105:22
**approve (10)**
32:22 33:7,8
36:5,9 63:18
67:14,19
68:10,21
**approved (10)**
34:22 38:7
65:4 67:9,10
67:17,18 68:2
68:15,25
**approving (9)**
33:13,13 35:16
35:21 68:4,14
69:4,7,14
**approximate...**
5:6 10:25
21:20 23:17
**approximate...**
5:22 7:7,12
8:11,13,22,23
9:9,10,11,12
10:5 15:3,4

116:17
**approximati...**
117:23
**April (5)**
53:8 59:2,5
80:10 81:11
**area (9)**
6:12,16,17 8:6
12:16 20:9,19
27:16 110:3
**areas (3)**
64:13 94:6
111:11
**argue (2)**
93:3,4
**aside (1)**
56:8
**asked (15)**
29:12 37:12
43:8 44:23
45:7,8 71:19
73:5,18,18,19
82:20,22 90:2
108:7
**asking (5)**
29:4 73:12
95:21,24
106:5
**assess (1)**
55:23
**assign (1)**
122:7
**assigned (4)**
88:15 107:9,12
107:15
**assigning (3)**
99:4,7 109:15
**assignments ...**
97:19 111:23
119:11
**assist (1)**
75:3
**associated (1)**
70:19

**assume (6)**
28:7 35:4,25
36:16 66:24
104:4
**assuming (1)**
77:23
**assumption (1)**
36:2
**attached (2)**
61:14 65:4
**attendance (1)**
89:8
**attention (6)**
45:13,19 58:9
70:12 79:17
120:17
**attorney (3)**
4:14 35:13,18
**attorneys (3)**
2:4,9 3:3
**audit (1)**
124:10
**audited (1)**
124:11
**auditor (2)**
124:10,13
**authority (18)**
36:9 92:10,19
101:4,6
103:25 104:7
104:9,22
107:4 111:9
111:21,25
112:16
113:11
114:15,21
115:15
**authorizatio...**
112:2
**authorized (1)**
3:15
**automation (3)**
33:21 64:11
106:17

**Avenue (1)**
2:9
**aware (10)**
42:17,21,24
48:21 57:20
57:24 99:5
106:8 109:21
115:22

**B**

**B (2)**
4:2 126:1
**back (12)**
14:19 21:6
34:21 49:5
54:12 73:7,8
79:15 86:18
96:11 104:8
111:17
**background ...**
97:21
**backup (1)**
99:17
**bad (1)**
93:6
**bargaining (1)**
46:14
**Barry (23)**
89:10,12,22
94:8 98:5,9
98:11 99:3,7
100:7,21
101:7 102:4,6
103:21 104:2
104:10,12,19
110:19,22
111:2 114:9
**based (22)**
28:7,10 40:12
40:16 50:22
52:13 53:13
59:3,4 64:11
80:20 82:24
83:8,16 85:23

86:9 90:19
105:14
106:17 117:9
120:7,18
**basically (2)**
88:13 110:22
**basis (5)**
72:2 84:16
108:22 109:7
109:8
**Bate (7)**
18:20,21 24:8
24:18 41:13
50:5 52:24
**bear (1)**
41:13
**bearing (2)**
24:7,18
**becoming (1)**
9:4
**begins (1)**
69:11
**behalf (2)**
66:24 94:13
**believe (24)**
11:8 13:8,11
19:22 20:6
24:12 28:21
43:19 44:12
49:6 55:10
56:4 64:10
65:20 78:16
87:23 100:25
103:22
109:20 113:4
115:24 120:3
120:8,10
**beneath (1)**
85:22
**benefits (1)**
10:15
**best (21)**
20:17 32:11,16
33:14 34:15

October 25, 2022

[Page 131]

39:3 40:5
45:12 51:25
54:3,17,23
68:3 74:19
78:3,6 94:10
103:3,11,18
113:17
**Beth (1)**
67:13
**better (3)**
40:10 102:9
109:22
**bias (1)**
119:19
**blood (1)**
127:15
**boroughs (1)**
6:19
**boss (1)**
114:21
**bother (1)**
97:9
**bottom (2)**
67:6 124:9
**break (1)**
53:18
**bridging (1)**
84:19
**brief (2)**
83:5 84:8
**briefly (1)**
99:18
**bring (3)**
90:8 98:5
108:19
**bringing (1)**
45:18
**broad (1)**
46:11
**Broadhollow...**
1:10
**broken (1)**
98:25
**Brooklyn (5)**

7:3,6,8 12:25
14:24
**BROOKS (1)**
2:8
**brought (5)**
17:11 20:18
45:13 116:19
120:17
**budgeted (1)**
68:19
**building (5)**
74:5,6,10,12
74:14
**bunch (1)**
72:10
**business (13)**
5:17 12:9
19:16 30:20
33:4 39:4,6
39:16,20,23
91:18 100:2
100:19
**busy (1)**
109:15
**button (1)**
69:2

_____
**C**
**C (1)**
2:2
**CABRERA (...**
2:11 24:3,16
28:25 29:12
32:23 37:12
37:15 39:18
41:11 43:2
46:13,16
47:16 48:19
49:19 50:3,20
51:4 56:19
57:5 58:2
60:20 69:22
70:8 71:3,19
73:17 77:9

80:15 82:11
83:3 84:4,7
90:6 93:2,24
95:18,25 96:6
96:13,16,19
96:24 97:6,10
101:14,16
111:22
113:24 114:6
118:19
**calendar (1)**
52:13
**call (3)**
7:10 58:13
91:20
**called (3)**
5:14 94:13
98:9
**calling (1)**
95:9
**candidate (1)**
75:3
**capabilities (5)**
74:5,10,13,14
87:12
**capabilitiy (1)**
99:12
**capability (1)**
74:7
**capacity (1)**
12:12
**career (2)**
116:13,14
**case (17)**
24:11,19,20,21
30:20 32:3,10
33:4,4 35:14
37:5 41:15,20
41:22 46:20
50:7,10
**cases (10)**
98:15,17
102:21
107:19,21,23

108:17
112:13
118:11
122:10
**cats (1)**
51:21
**cause (1)**
39:22
**center (1)**
91:20
**centralized (1)**
109:21
**centric (1)**
95:5
**certain (3)**
31:11 49:16
114:14
**CERTIFICA...**
127:1
**certify (2)**
127:6,14
**cetera (1)**
34:11
**chain (1)**
72:21
**challenge (2)**
32:22 97:2
**challenged (1)**
34:22
**challenges (1)**
95:8
**change (2)**
84:19 128:7
**changed (3)**
55:21 62:8
106:16
**changes (1)**
128:5
**charge (4)**
40:22,24 51:11
117:6
**charges (5)**
117:10,12,13
118:2,3

**Charles (1)**
17:25
**chart (6)**
110:25 113:18
115:4,16,18
115:20
**check (1)**
52:4
**circumstanc...**
113:20 114:24
**circumstanc...**
33:17 118:22
**City (1)**
6:18
**claim (1)**
44:2
**claimed (2)**
44:17 48:22
**claims (8)**
42:19 49:2
115:22
116:15,22
117:13 118:9
119:24
**clarification ...**
73:6
**clarified (1)**
43:22
**clarify (6)**
14:20 68:6
70:10 86:12
90:14 113:6
**classification...**
47:2,10,13
48:16,23
**classification...**
28:17 29:3
44:24 46:11
**classified (8)**
43:18 44:25
45:2,4,11,20
87:20 120:15
**classifying (1)**
105:8

clear (2)
73:19,21
clearer (1)
114:2
clearly (2)
72:25 73:24
clerical (7)
29:20 43:19
44:25 46:5,8
46:21 120:13
clerk (3)
88:15 98:2,3
clerks (19)
88:7 89:24
94:9 95:2,15
97:19,24 98:8
98:16 99:8,21
100:23
102:18
104:10,23
107:22 108:4
108:9 122:8
clicking (1)
68:25
closer (2)
11:5 52:6
coaching (1)
96:14
coded (1)
46:7
coequal (1)
110:22
collective (1)
46:14
column (1)
26:24
combination ...
84:16
come (11)
19:17 20:22
21:5,8 34:21
57:11 66:2
78:7 99:15
115:3 117:4

comes (2)
46:19 56:14
comfortable ...
121:7
coming (3)
64:12 85:3
89:2
commencem...
127:10
comments (3)
70:13 84:23,25
commercial (...
19:17 29:15,21
29:23
COMMISSI...
128:25
communicat...
35:9,12
communicat...
37:21 38:6
54:20
communicati...
85:7
communicati...
54:24 61:8
comp (1)
43:19
company (17)
5:14 8:17 14:8
19:23 21:12
25:4 52:11
57:3 58:8
105:3 111:12
115:25
116:16
118:16
119:25 120:5
120:11
compared (1)
63:14
compensatio...
70:23
compiled (1)
34:8

complaining ...
119:6
complaint (11)
41:3,8 42:8,13
43:8,14,16
110:18 117:4
118:18 126:9
complaints (4)
46:10 117:14
117:17 118:6
complete (1)
90:7
completed (1)
60:7
completely (2)
50:10 106:16
completion (2)
52:3,9
compliance (3)
66:4 112:22
113:5
component (1)
108:3
components ...
31:19 112:21
comport (1)
96:23
computer (1)
109:14
concept (1)
73:25
concern (4)
16:11 43:17
47:15 49:8
concerned (1)
17:7
concerning (2)
34:9 103:12
concerns (5)
18:10,10 23:16
44:10 73:11
conclusion (1)
117:4
conditions (2)

70:19 71:25
conducted (1)
51:20
confidential ...
23:23 25:5,14
26:2 126:7
configure (1)
75:4
confirm (2)
68:18,18
connection (1)
50:10
consequence...
55:5,9,10
consider (1)
56:2
considered (5)
33:20 39:7
40:2 51:2
78:18
considering (1)
76:10
CONSTAN...
2:8
construed (1)
70:17
consultancy ...
116:7
consultant (2)
6:6 61:21
consulted (1)
123:23
contained (1)
15:17
contains (1)
58:5
context (1)
101:25
continue (2)
84:5 108:20
continues (2)
50:11 95:19
continuous (1)
80:3

contract (1)
100:19
control (34)
82:25 83:8,17
84:21 85:9
86:10,16,25
87:9 88:6,15
89:24 94:9,25
95:15 97:19
97:24,25 98:2
98:8,16 99:8
99:20,21
100:23
102:18
104:10,15,23
106:19
107:22 108:4
108:9 122:8
controlled (1)
88:12
conversation...
34:25 43:13,15
101:19,22
conversation...
21:15,22,25
43:11 63:24
64:6 68:23
79:7 94:12
101:20
104:13
110:14
conversion (1)
95:13
convert (2)
86:23 87:8
Cooper (3)
12:4,13 13:10
coordinator ...
86:15 87:2
coordinators...
111:24 112:10
112:15,17
113:8,15
copy (2)

24:15,24
**Corey (3)**
12:3,13 13:10
**corporate (12)**
13:14 14:17
15:12 19:14
19:19 64:10
105:11,13,17
105:18,19,21
**corrdinator (...**
115:12
**correct (44)**
8:5,16 26:24
27:9 37:23
47:22 49:14
49:18 50:19
58:21 59:12
59:23,25 60:2
60:5,6 68:8
78:21 79:10
79:13,20
81:19,22,23
82:2 84:2,24
84:25 88:18
92:20 93:7,9
98:17 99:22
100:11 101:4
107:14
113:11,12
114:10,18,22
117:8 128:5
**corrected (4)**
120:10,12,14
124:13
**correctly (2)**
88:7 98:3
**cost (7)**
22:9,11,14
27:11 29:9
32:14 39:20
**costs (1)**
20:24
**counsel (4)**
16:17,19 24:3

50:9
**counter (9)**
106:9 122:21
122:25 123:8
124:17,20,21
124:23,25
**counters (13)**
85:8 98:9
106:3,14,22
107:7 110:13
122:12,16,19
123:13,15,19
**country (1)**
75:19
**couple (1)**
16:2
**course (1)**
47:25
**court (8)**
1:2 3:18 42:6
73:9 81:10
86:20 97:3,9
**cover (3)**
60:25 81:24
89:19
**covered (5)**
27:17 59:14,25
60:5 79:19
**covers (2)**
60:24 79:22
**Crane (3)**
20:6,8,18
**create (3)**
66:10,18 95:13
**created (12)**
14:15 62:2
65:16,18 66:3
66:4,7,20
67:2 94:6
105:15 110:3
**creating (1)**
65:22
**criteria (1)**
78:17

**current (7)**
4:10 74:18,20
76:19 78:25
87:11 115:11
**currently (4)**
13:9 33:18
87:9,14
**customarily ...**
25:21 26:2
**cut (1)**
65:21
**cycle (21)**
85:7 98:9
106:2,9,13,22
107:7 110:13
122:12,16,19
122:21,25
123:8,13,15
123:19
124:20,21,23
124:25

---

**D**

**D (1)**
78:9
**daily (4)**
84:15 108:21
109:7,8
**data (1)**
49:10
**date (16)**
5:21 10:25
18:14 24:2
41:5 50:2
52:22 54:5,7
57:17 58:20
59:10,12 61:3
77:4,25
**dated (2)**
19:3 81:18
**dates (5)**
8:11 58:25
80:11,21
123:12

**David (3)**
4:3 127:4,25
**day (7)**
6:3 61:20
100:8 103:16
125:12
127:19
128:23
**day-to-day (2)**
12:8 74:3
**days (1)**
65:3
**deadline (2)**
52:6,8
**deal (1)**
100:15
**debate (1)**
101:20
**December (11)**
6:5,8 7:6 8:16
8:17,23,23
9:9,10,11
61:20
**decided (1)**
22:21
**decision (11)**
22:21 30:24
40:12,15
62:24 63:4,6
63:9,14 77:6
101:21
**decisions (7)**
21:23 70:6,21
71:22 122:11
122:14,15
**defendant (3)**
1:20 2:9 24:9
**Defendants (1)**
1:9
**define (5)**
34:4 92:7
105:20
106:12
122:15

**defined (1)**
94:7
**defining (1)**
106:19
**definitely (1)**
110:10
**definition (1)**
91:24
**delegate (2)**
111:8,20
**delegated (2)**
114:14 115:14
**delegating (1)**
113:21
**Delivery (1)**
18:9
**demographic...**
23:8 31:18
33:17 34:9
**demolished (1)**
110:3
**demonstrate...**
83:18,23 85:13
**department (...**
10:4 18:9
23:12,13 35:3
35:7,11,12
44:5,18,22
46:6 67:11
68:17 74:15
102:25 120:5
**departments...**
35:6 85:8
**Depending (1)**
52:5
**depends (1)**
90:18
**deposed (11)**
16:2,5,11,13
16:15,19,25
17:10,12,15
18:19
**deposes (1)**
128:2

October 25, 2022

[Page 134]

deposition (3)
3:14 13:18
90:3
depositions (1)
17:6
describe (12)
31:10 54:12
55:9 63:10
71:16,17
73:15 88:11
94:24 107:6
109:12,13
described (1)
73:25
description (...
64:9 65:15
69:8,11,11,16
70:4,5,16,24
71:7 72:6
73:23 74:24
75:9,20 87:23
91:23 94:5
121:25 126:3
descriptions ...
31:14 65:5
75:18 105:14
105:20,20
designated (1)
100:15
designed (1)
87:13
designs (1)
72:8
details (4)
65:6 68:21
101:21
107:16
determine (3)
70:25 98:24
105:16
determined (3)
61:8 93:19,22
determining ...
118:6

Develop (1)
72:7
developing (1)
74:13
development...
14:10 15:7
70:23
difference (2)
44:23 106:5
different (12)
11:5 16:18
24:19 48:14
50:10 52:11
72:10 73:18
73:19 77:25
110:3 119:11
differently (4)
45:5,11,20
119:7
difficult (3)
85:7 95:5,23
difficulty (1)
62:14
Dina (14)
10:7,18 42:22
42:23,25 43:3
43:7,12 44:10
65:16 66:9,17
66:23 75:23
direct (6)
25:6 88:5 89:4
92:8 93:14
115:9
directed (6)
30:21 88:2,23
97:18 99:6
112:2
directing (3)
94:4 98:7
104:15
directly (3)
109:2,16
120:17
director (17)

5:16 6:10 7:19
8:2,15,20,24
9:4,6 11:23
111:25
112:18,19
113:3,4,14,16
disapproved ...
34:22
disapproving...
35:16,21
disciplinary ...
11:18 18:11
92:10,19
94:11 100:16
101:3,6 104:7
104:9 107:4
111:9,21
112:3,16
113:10
114:15,21
discipline (9)
88:21 93:17
99:14 100:3
101:23 105:5
111:25 112:2
113:23
disciplined (8)
88:22 123:15
123:20,21
124:2,18,20
125:2
disciplines (1)
89:21
disciplining (...
89:7
discovery (4)
24:7,21 41:22
42:2
discrepancie...
88:14,18 97:23
98:24 107:17
122:6
discrepancy ...
107:22 108:10

108:13,17
discriminate...
44:19,22
discriminati...
118:17
discriminati...
17:11,18,22
42:19 43:23
116:15
117:13,18
118:7,10
119:24
120:18
discriminato...
49:12
discussed (1)
100:4
discussions (1)
85:10
disparate (3)
31:20,22 33:6
dispatched (2)
7:9 107:23
disputes (1)
100:20
disqualified (...
49:17
disqualify (1)
47:6
distribution ...
29:19
District (4)
1:2,3 42:6,7
diversity (2)
48:11,14
divided (1)
33:22
document (32)
18:25 24:6,19
25:11,17
26:14 33:12
39:10 41:8,18
42:3,16 50:6
50:14,15

52:17,23,25
58:4,7,10
61:16,17 62:2
64:20,22 65:2
65:9 66:16
82:23 83:15
84:8
documentati...
37:18,20 38:2
38:18
documented ...
33:10 36:19,22
37:11,16 38:9
99:13
documents (...
18:23 21:4
22:8 23:17
25:22 34:16
34:17 38:12
39:13 41:18
41:25 50:8
52:18 59:3
65:4 76:12,14
80:20 116:8
doing (13)
12:12 32:7
69:21 74:2
87:9,14,15
88:24 100:21
100:22
106:19
110:13
123:24
dollars (1)
23:4
door (4)
12:18 121:11
121:12,16
draw (3)
58:9 70:11
79:17
drivers (1)
29:19
drivers' (1)

October 25, 2022

[Page 135]

18:9
**due (6)**
33:21 54:5
55:2 58:24
59:4 61:3
**duly (3)**
4:3 127:9
128:2
**duplicated (1)**
75:25
**duplication (2)**
65:18 66:21
**Durant (1)**
115:21
**duties (8)**
9:14 18:7
71:18 73:16
73:22 83:8
94:21 95:16
**duty (1)**
15:25

_____
**E**

**E (128)**
2:1,2 4:1,2,2
5:1 6:1 7:1
8:1 9:1 10:1
11:1 12:1
13:1 14:1
15:1 16:1
17:1 18:1
19:1 20:1
21:1 22:1
23:1 24:1
25:1 26:1
27:1 28:1
29:1 30:1
31:1 32:1
33:1 34:1
35:1 36:1
37:1 38:1
39:1 40:1
41:1 42:1
43:1 44:1

45:1 46:1
47:1 48:1
49:1 50:1
51:1 52:1
53:1 54:1
55:1 56:1
57:1 58:1
59:1 60:1
61:1 62:1
63:1 64:1
65:1 66:1
67:1 68:1
69:1 70:1
71:1 72:1
73:1 74:1
75:1 76:1
77:1 78:1
79:1 80:1
81:1 82:1
83:1 84:1
85:1 86:1
87:1 88:1
89:1 90:1
91:1 92:1
93:1 94:1
95:1 96:1
97:1 98:1
99:1 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
**E-mail (2)**
36:16 42:25
**E-mails (2)**

35:2 37:6
**E.E.O.C (1)**
116:14
**earlier (4)**
15:20 77:25
78:2 80:10
**early (1)**
82:10
**earning (3)**
20:22 22:11,14
**easier (1)**
68:25
**easily (1)**
115:10
**East (1)**
2:5
**Eastern (2)**
1:3 42:6
**EEO (7)**
31:19 117:6,9
117:11,13,25
118:3
**EEOC (2)**
40:22,23
**effect (6)**
3:17 22:11
77:22 78:4
89:4 106:9
**effective (3)**
84:14 88:24
104:12
**efficiencies (2)**
39:25 74:15
**efficiency (1)**
40:4
**efforts (2)**
70:18 71:25
**either (9)**
24:8,22 26:9
32:21 33:7
34:21 65:3
105:8 121:9
**electronic (1)**
62:9

**elements (4)**
70:6,21 71:13
71:22
**eligibility (3)**
78:9,10 79:9
**eligible (1)**
77:12
**eliminate (3)**
36:14 40:12,15
**eliminated (6)**
22:2 31:17
38:19 39:21
94:21 95:12
**eliminating (2)**
21:23 51:2
**elimination (...**
30:19 31:2,8
31:12,24,25
32:12,14,18
33:2,9 34:3
34:14 35:17
36:5,10 38:14
38:22 39:6,8
50:25
**Elizabeth (5)**
1:20 4:9 125:9
128:1,2
**else's (1)**
66:7
**emerging (2)**
74:18,21
**employed (10)**
5:11,13 6:5 7:7
10:22 16:24
16:25 46:24
47:19 82:18
**employee (23)**
15:14,17 18:4
19:2,5 34:9
51:16 55:13
55:18,20
56:12 68:23
69:19,20 77:2
77:19,21

78:16 98:6
100:3 118:24
119:21
126:12
**employee's (1)**
33:16
**employees (35)**
6:23 7:5,11
11:16 15:2,7
23:6 25:22
26:3 31:18
42:18 45:19
46:22 47:24
53:10,21 62:6
65:6 70:7
75:15 87:25
88:3 91:2
92:6,8,20
100:6 101:4,7
102:6 104:7
105:5 111:8
113:21
114:15
**employees' (2)**
70:22 113:23
**employer (1)**
5:24
**employer's (2)**
52:20 126:11
**employment ...**
14:10 15:7
28:3 49:10
116:6,8
122:11,13,15
**Ena (13)**
40:19,21 42:10
43:18,24 44:7
44:24 45:7,10
45:21 109:15
120:11,15
**ended (1)**
9:8
**entail (1)**
29:23

October 25, 2022

[Page 136]

entire (9)
6:14 12:18
27:19 33:10
84:8 86:13,22
116:13,14
entry (1)
65:10
environment...
92:16,18
equal (1)
21:14
ERRATA (1)
128:1
error (3)
46:5 120:13,13
especially (1)
82:17
ESQ (2)
2:6,11
established (4)
78:19 82:3
105:15
122:22
establishing ...
14:14
estimate (2)
47:21 53:24
et (1)
34:11
evaluated (8)
72:3 79:25
82:24 83:6,7
83:15 85:23
86:2
evaluation (20)
52:13 54:23
55:12 56:11
56:18 58:11
58:18,24 59:7
59:9,24 60:4
60:18,24 80:6
81:6 82:8,9
82:14,16
evaluations (...

11:16 51:8,20
51:24 52:9
53:7 55:8
59:3 62:7
77:8
events (1)
119:10
everyone's (3)
106:17 109:20
111:13
exact (5)
91:22 98:13
108:19
112:23
116:18
exactly (3)
10:23 42:14
94:7
EXAMINAT...
1:18 4:7
examined (1)
4:5
example (8)
84:6 91:5
108:7,7,8
111:6 115:2
115:13
examples (2)
85:12 115:13
exchanged (7)
24:7,13,14,20
41:14,16,25
Excluded (1)
119:10
executed (1)
12:11
execution (2)
9:16,19
exempt (7)
87:20,24 92:3
94:3 105:8,9
105:23
exhaustive (2)
70:17 71:24

Exhibit (33)
18:13,16 23:22
23:25 24:4,17
25:2 26:17,19
28:24 29:6
41:2,4,7,12
49:25 50:4
52:21 53:4
57:16 58:4
60:15,17
62:18,20
64:19 76:25
77:3,19 79:16
79:18 120:21
124:8
expectations ...
69:25
expense (2)
21:16 22:3
expenses (5)
19:15,20,25
20:16 21:11
expertise (2)
104:14,20
EXPIRES (1)
128:25
explain (6)
9:18 67:7
79:22 81:13
81:16 101:21
explanations...
121:10
expressed (1)
118:16
expressions (1)
121:7
extent (1)
24:13
extenuating (...
33:17
external (3)
30:23 35:18
74:24
externals (1)

65:7

_____
F
_____

facilities (4)
7:2 12:23
14:21 53:22
facility (15)
6:24 7:3,4,6,8
7:12,17 12:20
13:2 47:14,20
48:2 53:11
56:12 57:14
fact (4)
44:14 108:8
115:11
124:25
factor (2)
39:7 50:24
factors (4)
30:24 38:25
39:25 107:3
failed (1)
94:16
fair (4)
50:23 57:23
111:2 114:12
fairly (1)
52:6
familiar (3)
19:8 40:18
121:12
far (1)
98:22
fault (1)
120:10
favoritism (2)
40:6,13
February (3)
58:25 59:5
81:11
FEDERAL (1)
3:1
feel (1)
121:8

felt (2)
119:6,10
female (7)
42:18 47:9
48:9 49:24
50:15 119:8
126:10
females (3)
44:21 46:25
47:6
fiction (1)
108:8
figure (1)
72:5
file (5)
40:22 61:8
77:12 78:15
121:6
filed (6)
40:19 42:13
43:8 115:25
117:10,12
files (1)
77:14
filing (3)
3:4 42:5,7
fill (1)
103:5
filled (2)
33:15 76:3
filling (1)
103:9
find (6)
49:4 94:15
108:12,20
118:9 122:6
fine (2)
96:25 118:23
finish (1)
80:16
Finkelstein (...
89:10,13,23
98:5 99:7
100:7,22

October 25, 2022

[Page 137]

101:7 103:21
104:2,10,19
110:20,23
111:3 114:9
**Finkelstein's...**
94:8 98:10
99:3
**fired (1)**
123:13
**FIRM (1)**
2:4
**first (9)**
4:2 18:20 59:7
59:10 67:5
80:24 81:3
82:8 85:15
**firsthand (1)**
97:15
**five (26)**
8:10 13:8
14:24 28:4
29:8 30:5,9
30:12,15 34:5
36:5,9,15,20
36:23 37:7,10
37:18 38:21
39:8,16 40:12
40:16 116:18
117:25 118:3
**fix (1)**
108:19
**flawed (1)**
40:11
**Florida (2)**
13:13,16
**FLSA (1)**
105:22
**FMLA (1)**
94:14
**focus (1)**
93:12
**follow (3)**
54:9 57:4
68:13

**followed (5)**
17:22 37:7
60:5 63:23
69:4
**following (2)**
64:12 128:4
**follows (1)**
4:6
**force (1)**
3:16
**forgot (1)**
12:2
**form (14)**
3:9 32:23
39:18 43:2
46:13,16 57:5
60:20 69:22
70:8 71:3
77:9 83:4
101:16
**former (1)**
18:4
**forth (1)**
118:22
**forward (3)**
33:7,19 50:13
**found (3)**
31:21 59:8
108:17
**founded (2)**
117:5 118:18
**four (2)**
17:5 28:4
**frame (4)**
10:11 22:13
50:17 59:2
**frames (1)**
52:11
**front (3)**
67:4 80:8
120:22
**function (8)**
64:10 90:23
91:6,12,17,19

91:21 111:19
**functional (1)**
74:25
**functions (3)**
75:5 92:3,6
**further (4)**
3:8,13 125:4
127:14
**future (2)**
87:15 119:19

——————
**G**

**G (2)**
4:2 20:20
**gender (2)**
48:13 120:19
**general (7)**
12:15 13:3
20:2,5,8
67:22 69:24
**generalist (6)**
10:20,21,24
18:6,8 91:19
**generalists (3)**
10:16 26:7,10
**generate (1)**
52:3
**generated (2)**
22:8 23:18
**geographic (4)**
6:11 8:6 20:9
27:16
**getting (5)**
10:12 52:6
87:2 88:25
100:25
**give (13)**
34:5 62:24
63:6 77:6
91:5,23 111:6
111:12 112:9
113:2 115:13
117:23
118:13

**given (11)**
22:4,5,6 56:17
62:21 76:6
79:12 94:21
104:10 107:4
119:12
**gives (2)**
69:24 75:11
**Glazer's (10)**
1:7,19 4:16 6:2
6:4 13:19,20
14:5 15:8
25:4
**Glazier's (1)**
23:13
**go (23)**
14:19 21:3
22:16,22 28:6
28:10,20 29:8
29:11 30:2,6
30:9,16 33:7
49:20 54:12
67:19 99:16
99:18 104:8
114:6 120:23
124:8
**goal (1)**
20:15
**goals (3)**
85:14,20 86:8
**goes (2)**
61:10 107:20
**going (34)**
4:17 18:15,17
21:5 23:4
25:22 26:4,13
30:22 31:15
33:19 41:6,11
41:17,21
52:23 56:6,23
59:6 64:18
68:24 70:11
86:14 87:15
88:21 89:18

93:4 105:22
109:23
112:13 114:4
118:15,23
123:21
**good (8)**
4:13 52:18
55:11,15
75:11 78:16
83:22 101:13
**Goodrich (8)**
12:2,6,10 13:3
67:14,20,21
68:2
**Goodrich's (1)**
12:14
**grade (1)**
19:22
**guess (5)**
7:18 14:6
66:12,14,15
**guidance (1)**
43:9
**guide (1)**
70:25

——————
**H**

**H (3)**
4:2,2 126:1
**hand (2)**
16:4 127:19
**handbook (10)**
18:12 19:2,5
77:2,19,21
78:4 121:14
126:5,12
**handbooks (3)**
15:7,14,18
**handful (1)**
16:20
**handle (2)**
86:3 89:15
**handled (2)**
89:12 103:9

October 25, 2022

[Page 138]

| | | | | |
|---|---|---|---|---|
| **happen (3)** | 66:13 77:17 | 25:2 41:4,7 | **indicated (2)** | **insisted (1)** |
| 31:21 34:20 | 122:18 | 50:2 52:22 | 78:15 107:24 | 124:17 |
| 86:14 | **history (1)** | 57:17 64:20 | **indicates (1)** | **instance (1)** |
| **happened (1)** | 76:18 | 77:4 79:17 | 66:25 | 119:23 |
| 123:5 | **hold (5)** | **identify (1)** | **indicating (1)** | **instances (3)** |
| **happening (2)** | 8:11 9:9 16:4 | 107:23 | 65:12 | 115:14 117:3 |
| 33:19 34:10 | 114:6 124:21 | **identifying (1)** | **individual (13)** | 120:16 |
| **happy (1)** | **holding (1)** | 120:9 | 17:24 30:17 | **instructions ...** |
| 97:2 | 74:13 | **immediately ...** | 32:2 34:14 | 19:20 |
| **hard (2)** | **home (2)** | 120:9 | 48:7 76:21 | **insure (1)** |
| 19:16 57:8 | 11:6,7 | **impact (6)** | 91:16 92:11 | 75:6 |
| **head (3)** | **honestly (3)** | 39:4,5,15,22 | 93:8 105:8 | **intended (8)** |
| 56:15 92:14 | 8:13 17:14 | 106:23 107:2 | 110:9 111:7 | 70:16,20 71:14 |
| 94:19 | 52:10 | **implement (1)** | 123:2 | 71:15,16,17 |
| **headquarter...** | **housing (1)** | 72:7 | **individuals (...** | 71:23 72:2 |
| 14:17 15:12 | 85:8 | **implementat...** | 7:7 10:6,9 | **intense (1)** |
| **held (1)** | **HR (19)** | 85:10 86:13,17 | 22:15 28:6,10 | 21:21 |
| 127:8 | 7:20 8:16,20 | 86:22 87:4,16 | 30:9,12,15,25 | **intensive (1)** |
| **help (5)** | 9:16,19 11:11 | **implemented...** | 31:7,12 32:13 | 95:11 |
| 102:15,21 | 12:3,11,12 | 106:3 | 33:2,23,24 | **interacting (1)** |
| 103:13 104:3 | 13:11 14:9,20 | **implementin...** | 34:2,6 36:5,9 | 72:21 |
| 115:18 | 14:21 17:19 | 14:16 15:16 | 36:15,20,23 | **interactions ...** |
| **helped (1)** | 48:2 54:14 | **important (2)** | 37:8,11,18 | 115:5 |
| 88:18 | 67:17 77:11 | 48:11 121:4 | 38:21 39:2,8 | **interested (1)** |
| **herding (1)** | 91:18 | **improper (1)** | 39:16 40:12 | 127:17 |
| 51:21 | **human (16)** | 96:18 | 40:16 44:18 | **internal (4)** |
| **Herdocia (6)** | 5:16 6:10 8:2,4 | **improvemen...** | 48:5 53:25 | 16:17,19 |
| 40:19,21 42:10 | 8:9,24 9:5,6,8 | 72:20 | 67:12 90:24 | 117:14,17 |
| 44:8 45:21 | 9:15 11:24 | **in-house (3)** | 92:2,5 114:22 | **Interview (1)** |
| 103:6 | 17:16 51:11 | 35:6,10,11 | **industry (1)** | 63:13 |
| **hereunto (1)** | 62:5 100:18 | **Ina (1)** | 16:21 | **interviewed (...** |
| 127:18 | 116:12 | 44:2 | **influencing (1)** | 63:12 76:17 |
| **high (1)** | **Huntington (1)** | **inappropriat...** | 30:24 | 123:3 |
| 48:4 | 2:5 | 43:4 45:18 | **information ...** | **inventories (1)** |
| **higher (1)** | | **include (7)** | 23:7,14 33:16 | 83:24 |
| 93:18 | ——————— | 6:17,20,23 | 34:8,9,23 | **inventory (46)** |
| **hired (11)** | **I** | 12:20,22 | **informed (1)** | 72:22 82:25 |
| 46:6,25 47:10 | **IC (2)** | 20:11 48:13 | 124:16 | 83:8,16,19 |
| 47:25 48:8 | 124:13,14 | **included (1)** | **infrequencie...** | 84:21 85:9 |
| 76:9 122:16 | **idea (1)** | 74:4 | 93:13 | 86:10,16,23 |
| 122:22 123:7 | 30:2 | **including (1)** | **initiative (2)** | 86:25 87:9,10 |
| 123:11,12 | **ideas (2)** | 98:14 | 27:11 29:9 | 88:6,14,18 |
| **hiring (6)** | 84:20 113:2 | **indicate (1)** | **inquiry (1)** | 89:3,23 94:9 |
| 11:13,14 49:12 | **identificatio...** | 73:2 | 45:9 | 94:25 95:6,14 |
| | 18:13,17 23:25 | | | |

97:19,22,24
97:25 98:2,8
98:16,23,24
99:8,20,21
100:23
102:18 104:9
104:14,22
106:19
107:16,22
108:4,9 122:6
122:8
**invesigated (1)**
43:22
**investigate (3)**
43:9 88:15
108:12
**investigated ...**
88:16 97:22
121:9
**investigation...**
45:23 46:3,4
48:25 116:22
117:7
**investigator ...**
117:2
**investigatory...**
16:13,15
**involve (1)**
29:18
**involved (10)**
30:8,15 35:15
35:19,20
62:23 63:2,8
109:17
122:18
**Island (3)**
6:18 14:23
20:12
**issue (3)**
100:3 120:9,12
**issued (9)**
60:19 61:24
80:6,13 81:14
81:19 82:10

100:5 101:23
**issues (2)**
94:12 100:16

—————————
**J**

**J (6)**
2:6 60:15,18
62:18,20
79:18
**Jameson (2)**
108:17,18
**January (1)**
65:11
**Jean (1)**
17:25
**Jersey (3)**
6:19 7:14
20:12
**job (74)**
6:9 11:5,9
26:24 28:7,16
29:2 31:13,14
50:25 64:9
65:5,15,20
66:3,7 67:10
69:8,10,11,15
70:4,5,6,7,19
70:21,22,24
71:2,7,13,17
71:21,22 72:6
73:2,22 75:18
75:20 76:18
76:19 77:6
78:14,24
79:24 82:25
83:16 87:23
91:3,22 93:12
94:5,20 98:3
105:14,20,20
106:9,14,22
106:25 108:2
108:3,10,21
109:7,10
113:3 115:11

121:24,25
122:3 123:24
**jobs (1)**
67:25
**John (11)**
80:3 84:24
85:2 90:2
103:17,22,24
103:25 111:3
114:10,11
**Josienne (1)**
43:25
**July (2)**
19:3 83:19
**jump (1)**
89:19
**June (1)**
61:9
**Jury (1)**
15:25
**justifications...**
23:5
**justified (2)**
33:4 43:24
**Justin (6)**
43:20 44:25
45:20 46:5
109:16
120:14

—————————
**K**

**keep (3)**
51:22,23 96:4
**keeping (2)**
38:16,17
**Keith (1)**
35:15
**kept (2)**
22:20,24
**Kevin (8)**
20:3 21:12
31:5,6,11
33:25 66:13
67:13

**key (1)**
69:17
**kind (2)**
95:5,11
**knew (3)**
68:22,24 102:8
**know (114)**
4:20 10:23
13:9 16:6
17:24 21:10
26:9 27:13,16
27:19,22 28:9
28:19 29:3
30:14 32:9,17
35:19,20,24
36:3,18 37:5
38:12 39:25
42:14,15 43:4
44:14 45:10
46:18,19 47:3
47:5 48:6,7
48:10,20
50:17 52:12
54:22 56:22
57:20 58:4,7
60:7,9,12
61:15 62:2,16
62:17,20
64:17 65:19
65:24 66:2,17
66:20,23
74:17,20,21
74:22 75:20
75:23 78:7,23
79:2,5,6 80:5
82:17 87:20
88:23 90:18
91:22 94:7
96:18 101:2
103:8 104:24
105:2,6,17
106:7,21
107:15,16
108:16 110:8

110:11,21,24
112:8 117:20
120:22
121:24 122:3
122:17,21,23
122:24 123:4
123:6,10,11
123:14,17,23
124:6,14,24
125:3
**knowing (1)**
50:21
**knowledge (...**
15:13 24:21
28:11 34:15
40:5 56:7
68:16 78:4,6
95:3 97:15
103:3 107:11
110:12
113:17
116:18
121:20,24
**known (3)**
13:22 14:3
48:18
**knows (1)**
69:20
**Kohn (6)**
31:6,11 32:18
33:25 36:18
67:13

—————————
**L**

**L (1)**
4:2
**labor (5)**
9:22 95:11
104:13,20
115:7
**language (1)**
65:13
**large (1)**
95:5

**Larry (9)**
12:2,6,9,14
13:2 67:14,20
67:21 68:2
**launch (3)**
54:19 58:13,18
**launched (1)**
53:8
**launches (1)**
58:14
**Lauren (1)**
35:25
**LAW (1)**
2:4
**lawsuit (11)**
4:15 16:14
17:11 18:18
18:19 40:18
57:21,24
115:23,24
118:25
**lawsuits (2)**
16:8,12
**layoffs (1)**
11:20
**lead (2)**
84:18 116:25
**leader (2)**
68:17 80:3
**leaders (2)**
20:19 54:22
**leadership (6)**
20:18 31:3
67:11,18 75:7
75:13
**learn (1)**
19:24
**learned (1)**
20:15
**learning (1)**
9:23
**lease (2)**
23:23 126:7
**leave (6)**

10:15 55:16,19
56:9 61:19
94:14
**leaves (1)**
102:15
**leaving (1)**
68:23
**led (1)**
21:11
**left (3)**
8:17 61:18
115:25
**left-hand (1)**
26:23
**legal (20)**
23:9,10,12,13
26:20 27:23
33:5 34:18
35:3,5,7,10
35:11 36:2,4
36:8,11,14
38:2,4
**legitimate (1)**
45:22
**let's (6)**
14:19 16:23
54:12 97:6
99:18 124:7
**letter (4)**
43:20 116:6,7
116:8
**letting (1)**
30:5
**level (2)**
94:3 113:22
**lightly (1)**
21:24
**limited (1)**
115:5
**Linden (7)**
7:4,12,14
12:20,25
14:24 20:11
**line (3)**

54:25 67:6
128:7
**list (9)**
23:6 26:21
27:14 28:14
34:5 70:17
71:24 103:15
111:13
**listed (6)**
28:23 29:5
66:13 67:13
76:8 79:10
**listing (1)**
72:9
**LLC (2)**
1:8,20
**LLP (1)**
2:8
**load (2)**
98:19,19
**loading (1)**
98:15
**local (5)**
75:8,13,14,16
75:19
**locate (1)**
121:14
**located (1)**
6:21
**location (11)**
13:6 15:8
20:12 75:15
75:17 107:20
107:24
108:11,18,19
109:21
**locations (4)**
13:4,7 14:24
15:3
**long (13)**
5:18 6:18 7:19
8:8 10:21
14:7,23 16:21
17:8 20:12

28:18 111:17
113:18
**longer (6)**
19:9,13 31:17
33:20 39:23
58:8
**look (32)**
9:7 16:21
19:16 26:22
31:18,19
56:23 57:16
58:3 59:9,23
60:14,17 61:3
65:8 67:5
70:12 74:5,23
78:9 79:15,16
85:13,23
91:22 108:22
110:24
112:12
120:21 122:6
124:7,9
**looked (5)**
49:9 75:25
76:18,19,22
**looking (12)**
24:9 27:25
29:15 51:15
53:5 72:12,18
85:18,19 91:4
109:14
111:13
**looks (3)**
28:4 61:7
65:17
**loss (1)**
20:21
**lost (3)**
98:25 110:9,11
**lot (6)**
21:24 23:19
55:7 91:2
95:8 102:6
**lots (4)**

21:21,22,22
95:10
**loud (1)**
71:8

_____

**M**

**main (3)**
2:5 10:17
13:14
**major (1)**
86:22
**making (12)**
17:17,20 22:21
30:23 42:19
51:19 70:6,21
71:22 72:20
99:12 115:23
**male (4)**
47:14 48:17,23
49:7
**man (1)**
102:22
**manage (7)**
87:25 91:11,11
92:6,8 115:6
122:2
**managed (3)**
72:23 92:5
99:21
**management...**
9:22 18:10
66:5 74:4
79:8 95:15
119:20
**manager (52)**
12:15 13:3
20:2,5,8
44:17 55:6
66:13 67:22
73:5,12 77:17
82:25 83:9,17
84:21 86:10
86:16 87:2,10
88:22 89:6,23

90:12,16,17
90:21,22,23
91:6,17,19
92:12 94:25
95:14,17
97:20 98:11
99:9 102:13
103:15 113:6
113:13,20,22
114:20
115:14,15
119:5,16
124:13,14
**managerial (1)**
93:23
**managers (12)**
57:4,13 85:8,9
90:17,24
91:21 92:3
100:7 111:23
112:9 113:7
**managing (4)**
84:14 87:10
94:9 111:18
**Manhattan (1)**
75:2
**manual (3)**
79:10 104:13
104:20
**manually (1)**
87:9
**March (5)**
6:6 58:25 59:5
80:10 81:11
**Margolis (9)**
10:7,18 42:22
43:12 44:11
65:16 66:18
66:23 75:23
**Maria (108)**
1:4 4:15 19:6,9
19:12 25:9,17
26:11 28:5,13
30:12 32:18

35:21 38:13
42:15,18
44:12,13,16
44:21,23 45:3
45:6,13,14,18
56:17 58:5,12
58:19,23 60:8
60:14 61:9
62:21,24 63:6
63:20,21,25
70:25 71:11
73:4,11,11,14
73:19 76:6,9
77:6 78:9,23
80:13,21,22
82:18,23
83:11 84:12
84:18 85:6
86:15 87:19
90:3,12 91:7
91:8,15,25
92:19 94:16
95:4 98:4,7
99:6,17 101:9
102:3 103:10
103:12,17,23
104:3,6,14,21
104:22 105:2
106:18 107:6
109:24 110:6
110:9,19
111:4 114:11
114:14
115:21,22
120:3,8
122:12,18
123:2,18
124:10,16,19
**Maria's (17)**
50:24,25 71:17
85:2 94:20,24
97:16 102:25
104:9 105:4
106:10,14,23

107:2 108:21
120:10
121:20
**Mark (3)**
23:21 40:25
76:24
**marked (15)**
18:12,16 23:24
24:4,25 41:3
41:6 49:25
50:4 52:16,21
58:3 64:19
77:3,18
**marketing (3)**
29:24 30:3
91:10
**marriage (1)**
127:16
**Martin (2)**
20:6,8
**matter (3)**
115:9,10
127:17
**matters (3)**
16:13,16
123:22
**mature (1)**
10:17
**Meadowbro...**
4:11
**mean (25)**
8:22 9:12,19
12:6 13:18
19:10 23:11
27:6,10 55:20
59:14 61:6
70:23 75:12
76:6 89:16
91:13 92:9,11
101:11,12,24
106:15
107:13
121:23
**means (8)**

20:22 27:7
65:14,19,20
74:17,20
90:21
**measured (1)**
72:23
**meet (1)**
78:9
**meeting (3)**
20:18 21:2
78:24
**meetings (3)**
21:3,22 83:23
**Melville (1)**
1:10
**members (1)**
35:3
**memories (1)**
19:10
**memory (3)**
19:12 32:10
39:3
**men (1)**
47:19
**merger (1)**
14:5
**Merrick (1)**
4:11
**met (4)**
76:11 78:12,17
79:9
**metro (2)**
6:16,17
**MHE (2)**
74:18,21
**mid (1)**
100:8
**middle (1)**
109:22
**mine (2)**
4:19 18:4
**minimum (1)**
78:12
**minute (1)**

12:2
**minutes (2)**
84:10,10
**mischaractei...**
96:10
**mischaracter...**
90:7
**mischaracter...**
95:19 97:12
**mischaracter...**
96:7
**mischaracter...**
82:12 93:25
**misclassified...**
98:25
**misplaced (1)**
98:25
**mixed (1)**
72:7
**Mm-hmm (2)**
59:11 85:21
**money (1)**
30:6
**months (5)**
56:5 78:14
80:2 81:3,5
**Moody (1)**
35:25
**morning (1)**
4:13
**Moser (24)**
2:4,6 4:7,13,14
23:21 24:12
24:23 40:25
49:22 52:16
73:7 76:24
81:8 86:18
96:4,11,14,17
96:22 97:5,8
97:14 125:4
**move (2)**
102:21 108:18
**movement (1)**
98:14

October 25, 2022

[Page 142]

**moving (3)**
50:13 104:12
104:20
**multiple (1)**
101:22

—————— N ——————

**N (1)**
2:2
**name (12)**
4:8 12:2 13:23
17:24 25:7
31:6 43:20
44:3 110:7
118:19,20
119:2
**names (2)**
110:11 118:14
**national (1)**
120:19
**nature (2)**
99:24 119:3
**necessarily (3)**
28:17 92:13
103:12
**necessary (4)**
4:22 31:17
33:21 128:5
**need (12)**
21:10 49:5
56:22 84:9,15
96:20 97:8,10
99:9 103:16
104:8 121:6
**needed (9)**
12:10 21:6
54:23 55:2
88:25 93:15
104:16
122:25
124:12
**needs (3)**
67:10 94:5
100:4

**negotiated (1)**
100:4
**negotiations ...**
104:13
**new (52)**
1:3,8,10,19,23
2:5,10,10 4:5
4:11,16 6:13
6:14,18,19
7:14 8:7 9:17
11:12 12:10
12:17,18 13:2
13:19 14:25
20:10,11,13
27:20 42:7
55:16,20 56:3
56:9 64:11
66:5 67:24,25
75:15,17 78:7
84:20 86:17
86:24,24
87:11,12
93:10 105:21
106:18
122:21 127:5
**night (1)**
100:8
**Nine (1)**
10:5
**Nodding (1)**
114:17
**nondisclosur...**
116:9
**nonexempt (1)**
105:23
**nonunion (5)**
53:20,21,23
55:13 56:12
**normally (3)**
63:17 80:9,13
**Notary (5)**
1:22 4:4
125:15 127:5
128:25

**note (4)**
24:5,17 41:12
41:21
**noted (1)**
125:6
**notes (3)**
23:19 63:13
127:13
**notice (1)**
42:5
**notified (1)**
122:7
**November (1)**
127:19
**nuances (1)**
106:7
**number (9)**
21:5,7 22:5,6
22:19 24:4,17
41:13 50:5
**numbers (2)**
23:3 24:18

—————— O ——————

**O (2)**
4:2,2
**oath (3)**
3:16 4:25
49:13
**object (1)**
83:3
**objected (2)**
37:14 114:3
**objection (35)**
28:25 29:12
32:23 37:12
39:18 43:2,6
46:13,16
47:16 48:19
49:19 50:20
51:4 56:19
57:5 58:2
60:20 69:22
70:8 71:3,19

73:17 77:9
80:15 82:11
90:6 93:2,24
95:18,25
101:14,16
111:22
113:24
**objections (4)**
3:9 96:17,20
97:11
**objectives (1)**
75:6
**observation (...**
109:22
**occasions (4)**
5:4 16:18
21:18 32:9
**October (1)**
1:11
**offered (2)**
63:16 76:2
**office (10)**
13:12,14
105:18,19
109:18,20,24
110:4,9,11
**officer (1)**
3:15
**offices (1)**
6:21
**official (1)**
61:20
**Oh (1)**
31:6
**okay (35)**
4:23 8:15
13:22 24:12
27:6 28:5,13
32:11 36:13
37:2 41:10
43:10 45:17
53:21 58:20
59:22 62:15
66:17 71:6

72:11 78:8
83:25 85:5
92:2,14 97:4
97:5,14
100:10
110:16 116:2
117:11,16
118:5 121:3
**okjections (1)**
50:12
**old (1)**
102:18
**once (2)**
17:3 107:7
**one-third (1)**
26:23
**ones (1)**
105:21
**ongoing (1)**
41:22
**open (4)**
54:19 121:11
121:12,16
**operate (1)**
75:4
**operating (9)**
19:15,20,25
20:16,24
21:11,16 22:3
22:10
**operational (4)**
19:18 31:3
39:24 40:4
**operationall...**
11:25 12:5,7
**operations (1...**
19:17 29:10,15
29:17 30:6
39:23 72:18
75:5 91:15
98:14
**opinion (9)**
72:25 73:14,21
75:8 77:5

October 25, 2022

[Page 143]

101:18
118:16 120:7
123:4
**opportunity ...**
11:5,9 77:13
**oppose (3)**
31:24,25 32:12
**option (1)**
32:21
**options (1)**
32:25
**order (6)**
1:21 55:2,3
67:15 89:20
91:23
**org (4)**
113:18 115:4
115:16,20
**organization...**
12:9
**organization...**
110:25 115:17
**organized (2)**
83:11 84:13
**origin (1)**
120:19
**originally (2)**
31:7 75:21
**othersaw (1)**
18:10
**outcome (3)**
46:2,4 127:17
**Outline (1)**
69:17
**outlined (1)**
102:11
**outside (1)**
124:10
**overall (14)**
23:3 39:4,5
43:13,14,15
43:16 63:22
69:24 73:24
74:15 98:13

104:11
121:24
**oversee (1)**
75:4
**overtime (4)**
87:21,24 105:9
105:9
**overview (4)**
69:25 75:11
83:5 84:9
**owners (1)**
19:23

---

**P**

**P (5)**
2:2,2 4:3 127:4
127:25
**P.C (1)**
2:4
**p.m (2)**
65:11 125:6
**page (25)**
18:20,21 25:6
25:7 26:22
52:24 53:5
58:16,17,19
59:10,20
61:14 65:9,10
67:5 83:21
84:12 85:6,15
85:16 120:23
121:15 126:3
128:7
**pages (1)**
26:13
**paid (2)**
112:14 119:21
**paper (2)**
67:3 95:4
**paperwork (2)**
80:7,12
**part (20)**
22:3 25:13,20
29:9 32:14

37:3 41:19
60:15 61:22
69:7 76:15
79:18 84:21
85:18 86:25
87:16 93:10
108:9 118:3,5
**particular (23)**
6:11 8:6 12:16
32:3,10,14
34:2 39:6
49:17 55:22
59:24 65:15
66:3,18 68:5
69:10 81:17
91:6 93:19,22
101:25
119:23 123:7
**parties (2)**
3:4 127:15
**partner (2)**
5:17 91:18
**party (1)**
118:25
**pasted (1)**
65:21
**pay (1)**
19:22
**people (20)**
7:16 10:3 22:2
22:4 27:13
28:2 29:8,11
30:2,6 63:12
90:22,25 91:9
91:11,20,21
110:4,10
111:19
**peoples' (1)**
21:24
**percent (9)**
47:14 48:17,23
49:7 74:6,7
85:20 86:8,8
**perform (2)**

84:15 85:24
**performance...**
9:22,23 11:15
38:23 40:8,16
50:24,25 51:8
51:16,19,24
52:9,12 53:6
53:16 54:4,10
54:13 55:3,6
55:12,24
56:11,18 57:9
57:12 58:5,18
58:24 59:2,7
59:9,17,18,24
60:4,13,18,24
61:24 62:6
70:7,22 71:23
76:18,22 77:7
77:14 78:20
79:8,19 80:6
80:24 81:2,14
81:17,18,21
82:8,9,14,16
85:3,14,20
86:7 100:20
123:22
**performance...**
78:15
**performed (6)**
38:4 45:23
53:7 55:13
106:22,25
**performing (3)**
70:25 109:6,9
**period (12)**
9:7 10:24
16:23 47:25
50:22 54:20
59:14,25
60:23 79:20
79:23 81:24
**permanent (1)**
94:14
**person (7)**

36:12 43:7
77:5,12
109:13
118:20,20
**personal (5)**
28:11 107:11
110:12
121:19,23
**personally (1)**
9:24
**perspective (1)**
12:3
**phone (1)**
97:3
**physical (1)**
83:24
**physically (1)**
108:11
**piece (1)**
67:3
**place (1)**
127:8
**plaintiff (4)**
1:5,21 2:4 24:8
**Plaintiff's (19)**
18:13,16 23:21
23:25 25:2
40:25 41:4,7
49:25 52:21
53:4 57:16
64:19 76:24
77:3,19 79:16
120:21 126:3
**plan (3)**
19:24 22:11
61:7
**planning (2)**
9:21,22
**plans (1)**
84:13
**please (3)**
4:19 26:14
124:8
**point (6)**

6:15 37:17
42:14,17
68:10 109:18
**policies (6)**
14:10,15,18
15:17 17:18
17:21
**policy (17)**
14:16 38:16,17
51:7,10,13,15
57:4 60:4
62:4 76:15
120:23 121:5
121:11,12,16
121:17
**posed (1)**
65:21
**position (49)**
33:18,19,20
34:10,11 39:7
47:7 48:4,8
49:17 50:19
51:3 52:20
53:14 56:7
62:25 63:7,11
63:15 64:2
65:5 66:11,18
67:2 69:18
70:16 75:10
76:2,7,11
78:11,13,14
78:25 79:12
80:23 81:4,6
81:15 82:4,15
84:22 85:25
86:3,6,15
87:5 123:8
126:11
**positions (9)**
23:4 38:18
39:21,22
49:11 50:16
63:16 68:15
111:11

**possession (1)**
50:9
**posted (5)**
63:12 65:3,6
67:10 78:13
**posting (1)**
69:24
**Potentially (3)**
75:24 102:23
115:19
**practice (2)**
62:4 77:11
**practices (2)**
49:12 74:19
**precedes (1)**
78:3
**pregnant (2)**
103:6,7
**Premiere (1)**
14:7
**prepare (5)**
25:11,14 34:13
34:17 61:15
**prepared (5)**
26:19 37:22
56:11 58:8
61:17
**preparing (1)**
26:16
**prepeed (1)**
83:24
**presented (1)**
23:14
**previous (1)**
81:4
**previously (3)**
13:22 64:19
65:21
**pricing (19)**
111:23,24
112:9,10,12
112:13,15,16
112:21,22
113:4,6,7,8

113:13,14,15
115:3,12
**primarily (3)**
11:13 17:17,20
**principal (4)**
70:6,21 71:10
71:21
**printout (1)**
64:25
**prior (8)**
8:2 10:22 14:5
14:6 18:19
83:12 85:3
87:2
**prioritizatio...**
103:14
**privacy (1)**
118:24
**probably (4)**
5:7 9:12 52:6
115:3
**problems (3)**
84:19 104:15
105:4
**procedure (4)**
14:16 54:9
76:15 122:24
**procedures (3)**
14:11,15,18
**proceeding (1)**
128:4
**process (35)**
18:11 21:21
22:21,25
23:18 33:10
33:12 37:3,7
52:2 53:20
54:13,15,18
54:19 57:9
61:22 62:10
63:3,8,10,13
63:19,22
64:21,23 65:4
68:4,13 69:3

69:7 74:3
102:8,10
103:8
**processed (1)**
89:21
**processes (2)**
84:15 106:18
**produced (1)**
18:18
**product (1)**
98:15
**profile (1)**
65:5
**profit (1)**
20:21
**profits (1)**
20:22
**program (1)**
32:15
**programs (1)**
54:21
**project (4)**
75:6 86:13,21
86:22
**projects (1)**
72:8
**promoted (1)**
9:13
**proof (1)**
124:19
**properly (1)**
107:10
**PROPHETE...**
2:8
**proposed (1)**
34:2
**provide (6)**
24:15,23 25:17
25:21 34:24
60:11
**provided (7)**
26:2,10 36:24
63:19,22
64:21,23 65:4
59:8,18,19
64:14

**providing (2)**
75:7,12
**Public (5)**
1:22 4:4
125:15 127:5
127:25
**pulled (1)**
75:24
**purchased (1)**
14:7
**purpose (1)**
69:15
**purposes (2)**
13:17 43:18
**pursuant (1)**
1:21
**push (1)**
96:3
**put (5)**
22:11 23:5
27:23 50:11
109:21
**puts (1)**
57:8
**putting (1)**
119:2

___

**Q**

**qualification...**
76:11 78:12
**qualified (1)**
63:15
**qualify (2)**
70:2 105:23
**quantities (1)**
95:6
**Queens (1)**
11:8
**question (52)**
3:10 4:19
30:13 32:24
39:19 40:11
43:3 45:22
46:17 49:23

51:5 54:12
57:6,6 60:21
69:23 70:9,10
71:4 72:12
73:7,8,13,14
73:18,20
77:10 80:17
80:19 81:8,9
81:16 82:7,12
82:13,19 83:4
86:18,19
88:17 90:9,15
90:19 95:20
101:17 106:4
106:11,16
111:10 114:7
117:9 120:25
**questions (5)**
4:17 26:15
73:5,11 125:5
**quite (4)**
16:4,21 21:19
32:8

---

**R**

**R (1)**
2:2
**race (1)**
120:18
**raised (2)**
43:17 44:10
**Randall (10)**
20:3 21:13,16
31:6,11 32:17
33:25 36:19
66:13 67:13
**range (1)**
58:25
**rarely (1)**
69:9
**rated (1)**
81:7
**rationale (2)**
30:21 101:22

**read (12)**
70:15 71:6
73:7,8 74:23
84:7,10,10
86:18 96:11
120:24,25
**reading (2)**
72:5 78:14
**reads (1)**
72:23
**ready (1)**
99:16
**realizes (1)**
57:10
**really (5)**
17:9 28:16
30:19 41:23
115:24
**reason (14)**
4:18 5:8 39:15
55:11 60:10
62:17 89:22
99:20,23
100:13
102:12 104:6
123:16 128:7
**reasons (5)**
19:8 23:5
55:15 56:10
104:8
**reassigned (3)**
31:15 93:7,8
**recall (57)**
5:5 8:14 11:10
17:9,14 21:9
22:7,19 25:12
25:19 26:12
27:21 29:14
30:4,7 31:9
32:5,19 34:7
35:13,23
36:11,21 37:9
37:16 38:20
39:9,14 40:23

43:10 44:9,15
44:17 45:6
48:3 52:10,15
54:8 56:6
62:13,13 63:2
63:3,5,9,19
63:21 64:5
65:13 69:3
89:25 94:23
98:12 110:2,7
123:9,10
**receive (3)**
36:13 68:7
82:7
**received (7)**
8:19 32:20
37:6,17 78:20
79:24 82:4
**recess (1)**
103:20
**reclassified (1)**
92:24
**recognize (8)**
18:23 24:10,25
41:8 58:10
64:20,21,23
**recollection (...**
20:17 32:12,16
33:14 39:11
45:12 51:25
53:5,6 54:3
54:18 68:3
94:10 103:11
103:18
**recommenda...**
32:22 119:13
119:15
**recommenda...**
32:21 72:20
124:5
**recommende...**
23:7 30:18,25
31:8,11 32:13
33:2,3

**record (12)**
4:8 24:5 38:16
38:17 41:12
41:20,21 50:4
70:15 93:3,5
96:8
**records (2)**
22:20,24
**recruiter (1)**
10:15
**rectified (1)**
121:9
**rectify (1)**
99:2
**redefine (1)**
30:13
**reduce (3)**
19:15,25 21:11
**reduced (1)**
19:21
**reducing (1)**
20:16
**reduction (11)**
20:20,23,24
21:16 22:3,10
22:11,15
27:11 29:9
32:15
**reductions (1)**
39:21
**redundant (2)**
33:20 34:11
**reevaluation...**
58:5
**refer (1)**
74:9
**reference (1)**
52:19
**referred (1)**
83:25
**referring (2)**
26:22 121:17
**reflecting (1)**
41:14

**reflection (3)**
70:5,20 71:10
**refresh (3)**
39:11 53:4,5
**regard (12)**
15:22 16:7
17:10 22:9,20
22:24 23:18
38:18 41:18
51:8 63:20
122:12
**regarding (1)**
37:6
**regardless (3)**
86:5,14 96:22
**regularity (1)**
31:23
**regularly (1)**
83:22
**rein (1)**
96:21
**related (6)**
16:14 70:7,22
71:22 123:22
127:14
**relations (2)**
9:22 93:16
**relationship ...**
89:20 99:11,19
99:25 100:2
100:10,14
101:10,11,18
101:24 102:3
102:4,8 115:6
115:10
**relationships...**
93:17 115:8
**release (4)**
25:5,14 26:2
116:7
**released (2)**
25:23 26:4
**relevance (1)**
41:16

**relevant (3)**
118:13,18,21
**remember (18)**
9:13 17:4,6
20:25 22:12
27:24 28:18
31:5 36:17
41:15 43:13
43:21 44:3
50:14 88:7
112:20,23
116:19
**remembered...**
32:7
**reminders (1)**
54:25
**repeat (4)**
4:21 17:13
44:20 81:8
**repeated (2)**
81:9 86:19
**rephrase (1)**
4:21
**replacing (1)**
68:20
**replicated (1)**
94:6
**report (9)**
11:23 42:11
100:6 103:17
103:21,23
110:19
113:13
115:21
**reported (14)**
10:7,10 11:14
11:17,21,25
12:3,6 42:15
42:18 99:10
102:7 111:3
113:16
**reporter (6)**
1:22 4:4 73:9
81:10 86:20

127:4
**reporting (4)**
80:3 114:9,11
115:9
**reports (4)**
49:5 52:2,4
114:21
**represent (2)**
4:15 18:17
**representati...**
119:6
**reps (1)**
119:12
**request (5)**
19:14 66:8,10
68:7,18
**requested (2)**
67:7 68:8
**requirement...**
78:10,24 79:10
**requisition (7)**
67:7,9 68:5,8
69:5,14 76:3
**requisitions (...**
67:25 69:8
75:25
**research (2)**
91:11 110:17
**researched (1)**
97:22
**reserve (2)**
41:17 50:12
**reserved (1)**
3:10
**resign (1)**
11:4
**resigned (2)**
10:23 11:2
**resolution (1)**
122:9
**resolved (1)**
122:10
**resource (2)**
5:17 74:25

**resources (19)**
6:10 8:2,4,9,25
9:5,6,8,15
11:24 17:17
51:11 62:5
89:14,16
99:17 100:18
104:12
116:12
**respectfully (...**
121:8
**respective (2)**
3:4 20:19
**responded (1)**
18:9
**responsibiliti...**
25:13,20 26:8
31:14 69:17
70:18 71:11
71:24 72:6,14
73:2 74:3
76:20 84:17
86:4,25 93:11
121:21,25
122:4
**responsibilit...**
105:12 112:4
120:8
**responsible (...**
6:13 9:20,24
11:13 14:14
14:21 15:6,11
15:16 17:17
17:20 29:25
48:2 51:18
63:6 72:16,17
86:16 98:13
105:7,10
108:5 109:17
113:23
**result (3)**
22:14 30:5
33:8
**results (3)**

85:14,19 86:7
**retaliated (1)**
120:4
**retaliation (1)**
120:24
**revenue (1)**
20:23
**review (14)**
23:8 26:14
31:13 33:3,5
34:19 39:13
51:16,17
57:12 69:8,10
77:11 78:20
**reviewed (14)**
23:15 30:17,19
37:3 53:11,13
54:2 69:13
76:12,15 77:7
80:25 86:9
128:3
**right (5)**
24:9 67:2
81:20 88:20
115:20
**rights (2)**
41:17 50:12
**Road (2)**
1:10 4:11
**role (37)**
14:9,13 26:16
30:11 55:17
55:20,21,22
56:3,5,10
69:25 70:3
87:3,7,13
90:18 93:15
93:23,23 94:3
94:8,11,24
95:11,15
97:16 98:10
98:21,22 99:3
105:25 106:2
106:18

116:21,24
118:5
**roles (4)**
10:13 21:24
48:14 106:17
**room (1)**
20:19
**rough (4)**
7:18 14:6
47:21 53:24
**Roughly (2)**
7:9,13
**Roy (4)**
31:6,11 33:25
67:13
**rules (2)**
96:23,25
**run (1)**
12:13
**running (1)**
12:8

_____

**S**

**S (3)**
2:2 20:20
126:1
**Sajous (1)**
43:25
**salaries (1)**
63:18
**salary (1)**
51:17
**sales (10)**
19:16 29:24
30:2 91:9,14
112:24 119:5
119:5,11,16
**satisfactorily...**
78:24
**save (1)**
65:22
**saved (1)**
30:6
**savings (1)**

19:18
**saw (3)**
109:12 114:25
115:4
**saying (2)**
61:23,25
**says (17)**
26:22,24 53:8
60:17 65:10
65:18 67:6
71:13,21,23
74:17 85:19
87:23 95:25
107:19 124:9
128:3
**sayyes (1)**
124:3
**scanned (1)**
62:11
**scheduling (1)**
84:14
**Scott (5)**
40:19,21 42:10
44:7 45:21
**scratch (1)**
65:23
**sealing (1)**
3:5
**second (2)**
65:9 102:12
**section (2)**
70:13 78:9
**see (27)**
18:21 25:7
26:21 28:13
41:16 43:23
49:11 52:3,25
57:18 59:20
60:15 61:4,10
70:2,13 74:6
76:2,4 83:7
83:15 85:15
97:8 109:3,6
109:9 113:18

**seeing (1)**
115:16
**seen (4)**
37:20 77:18
116:2 120:18
**select (1)**
38:25
**selected (18)**
27:4,7,10 28:2
28:5,10,15
32:18 34:14
36:20 37:19
38:13,22,22
39:17 48:8
65:24 76:21
**selecting (4)**
37:7 39:8
50:24 63:25
**selection (5)**
30:8,11,15
36:23 37:10
**selling (1)**
112:14
**senior (1)**
5:16
**sense (1)**
90:14
**sent (2)**
37:25 105:21
**separation (2)**
21:12 28:2
**September (2)**
5:23,24
**series (1)**
75:3
**service (1)**
15:25
**set (5)**
93:15,18,18,20
127:18
**sets (1)**
102:20
**seven (1)**
81:5

**severance (5)**
23:24 25:5,14
26:3 126:8
**severe (1)**
55:7
**sex (1)**
45:4
**SGW (1)**
83:25
**SGWS (21)**
52:24,25 53:3
58:16 59:8,10
59:20,23
60:14 61:3
65:8 69:11
70:12 74:6,23
78:8 79:18
85:17 120:23
121:15 124:8
**Shaneka (1)**
17:25
**share (3)**
59:6 77:13,14
**shared (1)**
24:11
**sheet (3)**
49:24 126:10
128:1
**shift (3)**
100:8,8,9
**ship (1)**
122:10
**shop (2)**
100:17 102:7
**short (2)**
74:24 103:19
**Shorthand (1)**
127:4
**show (7)**
18:15 26:13
38:13 41:6
52:23 64:18
101:20
**showed (3)**

77:23,24
115:17
**showing (1)**
37:18
**shown (3)**
24:3 41:24
108:11
**sick (1)**
94:13
**side (5)**
26:23 91:9,13
91:14,15
**sign (2)**
62:6 116:9
**signature (4)**
25:10 61:13
62:18 128:21
**signatures (1)**
62:9
**signed (8)**
3:15,17 62:11
63:18 116:6,7
116:7,8
**significant (1)**
55:23
**similar (1)**
43:25
**single (1)**
52:17
**sir (1)**
61:12
**sit (4)**
47:11 97:12
111:15 114:8
**site (1)**
67:10
**situation (1)**
99:2
**situations (1)**
17:15
**six (4)**
14:24 56:5
78:14 80:2
**Sixth (1)**

2:9
**skill (5)**
93:15,18,18,19
102:20
**skills (6)**
70:18 71:24
83:22,23
85:14 104:12
**skip (1)**
59:21
**SMITH (1)**
2:8
**smooth (1)**
75:6
**snarky (2)**
39:12 112:11
**Sodexo (3)**
5:14,22 25:3
**software (5)**
75:2 86:17,24
87:12 95:7
**solutions (3)**
74:18,22 95:12
**solving (1)**
104:15
**somebody (12)**
54:25 70:2
93:16,17 94:4
94:15 99:15
99:16 101:3
102:19
107:20 115:5
**sorry (1)**
25:3
**sound (3)**
39:12 90:5
112:11
**sounds (1)**
83:11
**source (1)**
52:19
**south (1)**
91:13
**Southern (56)**

| | | | | |
|---|---|---|---|---|
| 1:7,19 4:16 | **specifics (1)** | 75:6 | 42:15,18 | 88:19 89:3,9 |
| 6:2,4 7:23 | 111:13 | **state (15)** | 44:13,16 | 98:12 122:4 |
| 13:15,18,19 | **Spirits (16)** | 1:23 4:5,8 6:14 | 45:15,18 | **supervisors (1)** |
| 13:20,24,25 | 1:7,19 4:16 6:2 | 8:7 9:16 | 56:17 58:6,12 | 90:11 |
| 14:3 15:3,8 | 6:4 13:15,19 | 11:12 12:10 | 58:19 60:8,14 | **supervisory (...** |
| 16:24 17:2,12 | 13:20,24,25 | 12:18 20:10 | 62:21,24 63:6 | 97:16 104:6,22 |
| 17:20 19:3,9 | 14:4 15:8 | 27:19 67:24 | 63:20,22,25 | 115:15 |
| 19:13 23:13 | 19:3 42:8 | 87:11,12 | 77:6 80:14 | 121:21 |
| 25:4 35:7 | 48:22 116:3 | 127:5 | 91:16,25 | **supply (1)** |
| 38:18 40:22 | **spoke (1)** | **statement (3)** | 114:11 | 72:21 |
| 42:8 46:25 | 36:12 | 20:21 52:21 | 115:21,22 | **support (4)** |
| 48:11,22 51:7 | **spreadsheet ...** | 126:11 | **Suarez' (3)** | 94:16 102:14 |
| 54:13 56:12 | 33:15 | **States (2)** | 21:11 28:19 | 102:17 |
| 57:14,20 | **spreadsheets...** | 1:2 42:6 | 58:23 | 103:13 |
| 59:19 60:11 | 23:3 37:22 | **status (1)** | **subject (1)** | **supported (1)** |
| 75:2 76:16 | **staff (7)** | 52:3 | 118:25 | 12:9 |
| 90:16,21,25 | 75:8,13,14,16 | **stay (4)** | **submit (3)** | **supporting (1)** |
| 92:9 105:7 | 84:14 102:14 | 22:22 74:18,20 | 34:18 55:3,6 | 75:2 |
| 111:7 113:20 | 102:17 | 115:8 | **submitted (3)** | **supposed (6)** |
| 114:25 115:2 | **staffing (5)** | **stenographic...** | 23:9 54:11 | 57:4 69:20 |
| 116:3,13,15 | 89:18 95:8,9,9 | 127:13 | 57:13 | 71:9 72:21 |
| 117:19 | 99:14 | **stenographic...** | **subordinates...** | 73:25 98:4 |
| 118:10 | **stamp (2)** | 127:11 | 124:11 | **sure (27)** |
| 120:18 124:4 | 24:18 52:24 | **Stenotype (2)** | **Subscribed (2)** | 17:18,21 30:23 |
| **Southern's (3)** | **stamped (3)** | 1:22 4:4 | 125:11 128:22 | 31:19 33:4,5 |
| 17:18,21 39:16 | 18:20,21 50:6 | **Steven (2)** | **substance (1)** | 34:19 51:19 |
| **space (1)** | **stamps (2)** | 2:6 4:14 | 43:11 | 54:7,10 57:8 |
| 110:4 | 24:8 41:13 | **stewards (2)** | **succession (1)** | 68:20 72:19 |
| **speak (1)** | **stand (1)** | 100:18 102:7 | 9:21 | 72:22 77:12 |
| 68:17 | 32:9 | **STIPULAT...** | **sued (3)** | 88:16,24 |
| **specific (15)** | **standard (2)** | 3:2,8,13 | 48:21 120:5,11 | 92:17 94:11 |
| 10:13 15:22 | 25:4 105:22 | **STIPULATI...** | **suggest (1)** | 95:21 99:12 |
| 22:12,19 54:5 | **standing (1)** | 3:1 | 45:3 | 105:23 106:4 |
| 54:20 64:22 | 78:16 | **Street (1)** | **suit (1)** | 107:10 |
| 67:15 91:3 | **standpoint (2)** | 2:5 | 64:12 | 119:18 |
| 98:21,22 | 12:11 19:17 | **strong (1)** | **sum (1)** | 121:23 122:9 |
| 107:16,18 | **start (1)** | 95:7 | 43:10 | **surprise (3)** |
| 110:7 119:9 | 5:21 | **Suarez (41)** | **supervise (1)** | 56:16 57:7,11 |
| **specifically (...** | **started (3)** | 1:4 4:15 19:6,9 | 108:25 | **surprised (2)** |
| 9:18 37:5 51:2 | 14:8 53:14 | 19:13 22:16 | **supervised (3)** | 56:24,25 |
| 51:14 63:19 | 80:22 | 25:9,18 26:11 | 90:3 107:6,9 | **sworn (10)** |
| 63:21 64:7,15 | **starts (1)** | 28:5,13 30:12 | **supervision (1)** | 3:14,17 4:3 |
| 69:4 83:14 | 43:20 | 32:18 35:16 | 105:5 | 15:21,23 16:4 |
| 87:13 | **startup (1)** | 35:21 38:13 | **supervisor (5)** | 125:11 127:9 |

October 25, 2022

[Page 149]

125:11 127:9
128:2,22
**SWS000102 ...**
18:20
**SWS000171 ...**
18:21
**Syosset (11)**
6:21 7:16
12:25 14:23
15:9 47:14,20
53:10,22
56:13 57:14
**system (19)**
52:13 54:18,22
58:14 62:9,12
65:2 66:6
67:16 76:9
86:23 93:13
95:7,13
107:19,25
108:12,20
120:14
**systemic (3)**
52:2 68:25
95:12
**Systemically ...**
65:25

**T**

**T (3)**
4:2,2 126:1
**take (8)**
19:15 21:23
23:19 79:16
84:7,9,10
124:4
**taken (10)**
1:21 56:8
92:23,25 93:9
109:18,20,24
127:11 128:4
**talent (4)**
9:21,21 10:14
91:10

**talk (6)**
16:23 35:5,10
42:25 90:17
118:21
**talking (8)**
35:6 83:10
84:23 95:4
111:18,19
117:11,12
**talks (3)**
84:12 85:2
121:11
**target (5)**
20:20 22:4,5,6
61:3
**task (1)**
58:15
**tasks (3)**
74:2 107:13,15
**Tatiana (16)**
40:19,21 42:10
43:18,24 44:2
44:7,24 45:7
45:10,21
103:6,7
109:15
120:11,15
**team (14)**
26:20 27:23
33:5 34:18
36:2,12 57:8
67:19 72:18
74:13 75:19
94:15 119:8
122:22
**technicalities...**
93:12
**technologies ...**
72:19 74:19
84:20
**technology (1)**
64:11
**tell (12)**
16:10 20:15

27:25 42:23
43:3 49:5
51:14 60:18
60:23 83:14
90:20 104:2
**telling (1)**
96:4
**tells (1)**
72:15
**temporary (2)**
102:24 103:9
**ten (7)**
16:6,11 104:25
105:3 117:24
118:2,4
**term (1)**
20:21
**termination ...**
11:20 27:8,11
30:18,19
35:22
**terms (3)**
14:21 56:3
101:13
**testified (6)**
4:5,25 15:20
49:13,16
80:10
**testify (2)**
5:9 114:8
**testimony (13)**
15:21,23 82:13
90:8 93:25
95:19 96:7,10
97:13 127:7
127:10,11
128:5
**Thank (2)**
50:13 81:13
**theme (1)**
50:8
**theory (2)**
76:13 90:19
**things (8)**

72:10 89:2,17
91:23 94:18
99:13 103:16
115:7
**think (22)**
10:16 16:3
17:15 39:15
47:9 55:11,15
60:10 75:11
88:13 89:11
96:11,20,24
98:12 104:11
104:18 107:2
111:15
113:19
117:22
118:22
**thinking (1)**
118:11
**third (1)**
104:5
**Thorell (1)**
35:15
**thought (2)**
111:10 119:25
**three (3)**
5:20 17:5
116:19
**throw (1)**
98:17
**tie (1)**
98:19
**time (51)**
3:11 9:7 10:11
10:24 14:19
14:22 16:21
16:23 17:8
19:3 20:7
22:12 28:18
42:12,13,16
46:10,24
47:25 49:6
50:17,22 52:5
52:10 53:11

53:14,17 54:2
54:20,24 55:4
55:23 56:3,4
59:2 60:23
62:5,8,14
68:22 69:14
80:24 84:7,9
85:7 87:16
103:4,19
113:18 125:6
127:8
**times (14)**
4:21 15:21
16:2,3,4,5,6
16:10,11,20
16:25 17:5
65:3 84:18
**title (20)**
6:9 7:21,25 8:8
8:12 9:3,10
10:18 12:14
13:10 18:5
26:24 28:19
46:8 87:2
90:21 98:13
112:20,23
113:3
**titles (10)**
10:13,17 26:21
28:7,14,17
29:2 88:7
91:3 111:14
**Tito's (6)**
107:20,21,24
108:5,18,20
**today (11)**
4:18 5:2,9
24:15,24
41:19 47:11
49:13 50:8
111:16
116:20
**today's (1)**
13:18

**told (4)**
43:7 56:16
  66:17 97:25
**Tonisha (1)**
115:21
**Toohig (130)**
1:20 2:1 4:1,9
  4:13 5:1 6:1
  7:1 8:1 9:1
  10:1 11:1
  12:1 13:1
  14:1 15:1
  16:1 17:1
  18:1 19:1
  20:1 21:1
  22:1 23:1
  24:1 25:1
  26:1 27:1
  28:1 29:1
  30:1 31:1
  32:1 33:1
  34:1 35:1
  36:1 37:1
  38:1 39:1
  40:1 41:1
  42:1 43:1
  44:1 45:1
  46:1 47:1
  48:1 49:1
  50:1 51:1
  52:1 53:1
  54:1 55:1
  56:1 57:1
  58:1 59:1
  60:1 61:1
  62:1 63:1
  64:1 65:1
  66:1 67:1,13
  68:1 69:1
  70:1 71:1
  72:1 73:1
  74:1 75:1
  76:1 77:1
  78:1 79:1

80:1 81:1
82:1 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1
92:1 93:1
94:1 95:1
96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1,9
128:1,2
**top (4)**
56:14 65:10
  70:13 94:18
**total (2)**
15:2 29:8
**track (5)**
51:22,23 95:5
  98:23 102:21
**tracking (3)**
65:2 86:23
  95:7
**tracks (1)**
89:8
**train (1)**
75:4
**trained (1)**
99:16
**trainers (1)**
85:3
**training (5)**

54:21 75:7,13
  119:17,18
**trainings (1)**
119:18
**transcript (3)**
90:9 127:12
  128:3
**transition (4)**
62:13 75:7
  86:3 87:11
**translate (2)**
74:16 87:14
**treated (2)**
119:7 121:8
**treatment (3)**
31:20,22 33:6
**trends (3)**
72:19 74:19,21
**trial (2)**
1:18 3:11
**trouble (1)**
65:22
**truck (1)**
7:10
**trucks (1)**
7:9
**true (1)**
127:12
**truthfully (1)**
5:9
**trying (5)**
16:2 17:14
  92:14 95:9,23
**turn (3)**
53:3 58:16
  78:8
**turnover (1)**
48:4
**two (7)**
7:10 41:23
  46:11,18
  116:19,25
  120:25
**twofold (1)**

74:12

———————
**U**
**ultimately (1)**
51:18
**Um (2)**
89:7 100:6
**un (1)**
50:5
**undated (1)**
50:5
**understand (...**
4:19,22 13:17
  41:24 72:9
  82:20,21
  95:22,24 96:2
  96:3,5,9
  106:11 122:5
**understandi...**
40:3 42:4
  72:13 88:11
  93:13 105:24
  106:2 121:20
**understood (2)**
68:20 98:23
**union (25)**
53:19 89:20
  92:16,18
  93:16,16
  94:12 99:12
  99:13,19,25
  100:3,5,6,11
  100:15,17,18
  101:10,19
  102:4,5,7
  104:14 115:5
**United (2)**
1:2 42:6
**untie (1)**
98:19
**upstate (6)**
12:22 13:2,5,7
  14:25 20:13
**use (1)**

104:11
**useful (1)**
52:18
**utilize (1)**
54:22
**utilizing (1)**
97:23

———————
**V**
**V (1)**
43:20
**vacancies (2)**
102:24 103:9
**Vaguely (1)**
19:10
**valid (4)**
56:10 118:7,9
  119:25
**validity (1)**
68:18
**value (1)**
57:10
**Veigh (2)**
43:21 45:20
**venture (1)**
66:12
**verbiage (1)**
83:10
**verbose (1)**
34:24
**verified (1)**
46:9
**versus (3)**
46:7 93:15
  112:14
**vice-preside...**
8:3 9:4,15
  11:11
**VIDEOCON...**
1:18
**views (1)**
121:7
**violate (1)**
118:23

vodka (1)
108:6
VP (12)
8:4,9 9:8 10:5
13:11 14:9,20
17:16,19
54:14 62:5
116:12

_____
W
wait (1)
84:11
waived (1)
3:6
Wald (9)
10:7,18 42:22
43:12 44:11
65:16 66:18
66:23 75:23
wall (2)
83:19,19
want (16)
14:20 34:23
39:12 58:16
66:14 84:8
91:3 96:25
97:7 100:3
112:11 114:2
116:18
118:21
124:20,21
warehouse (...
6:20 28:21
29:19 43:22
45:2 46:7,12
46:22 47:2,7
47:10,13,19
47:24 48:8,16
48:23 50:16
50:19 66:5
72:17,22
74:18 86:23
89:9 98:12,14
102:19,22

109:22
wasn't (6)
61:22,25 79:5
93:8 99:15
101:13
way (15)
36:19,19,22
37:11 40:10
50:21 66:15
67:16 79:4
106:13,21,25
111:17
120:15
127:16
weekends (1)
95:10
went (5)
53:17 64:3
83:12 119:17
119:17
WHEREOF ...
127:18
Wilkinson (11)
80:4 84:24
85:2 90:2
103:17,22,24
103:25 111:3
114:10,11
Wine (16)
1:7,19 4:16 6:2
6:4 13:15,19
13:20,24,25
14:3 15:8
19:3 42:8
48:22 116:3
Wine's (1)
75:2
withdraw (3)
42:24 49:22
54:11
withdrawn (...
7:6 14:19
17:19 22:9,10
25:21 38:17

51:23 55:19
105:25
116:13,14
withdrew (1)
43:5
witness (11)
4:24 41:24
50:11 93:3,4
96:5,15 127:7
127:9,18
128:21
WM (1)
75:5
WMI (68)
28:21,23 29:5
62:24 63:7,25
64:8 66:5
71:11,18
72:14,16
73:15,22 74:2
75:9 78:11,18
80:22,25 81:5
81:15 82:4,15
82:25 83:12
85:3,10,24
86:3,3,5,11
86:13,15,17
86:21,24 87:4
87:4,12,19
88:4,8 89:13
90:3,13 92:18
92:22 93:11
93:13 94:20
95:2,13,16
97:17,20
103:2,10
106:3,16
107:7 108:22
109:4 121:21
122:7,13,19
WMI-I (1)
75:3
WMS (2)
72:7 73:3

woman (2)
44:4 77:16
women (4)
48:21 49:16
50:18 120:4
word (3)
51:15,15 92:7
work (43)
14:8 30:21,22
33:22 55:8
57:8 72:17
86:10 88:2,4
88:6,12,16,23
88:24 89:4
92:8 93:14
94:4,16 95:10
97:18 99:4,5
99:8,15
100:19
104:16 107:9
107:10,12
109:15 111:8
111:20,23
112:3,9 113:7
113:21
114:14
115:14
119:11 122:8
worked (10)
6:4,6 7:5,11,16
10:19 15:2
56:21 97:20
100:17
worker's (1)
43:19
workers (1)
46:12
working (6)
5:18,21 70:19
71:25 95:4,10
workload (4)
106:10,14,23
107:2
workplace (1)

17:22
works (2)
19:9,13
wouldn't (6)
58:7 69:13
106:15
109:16
116:17
123:23
wrap (1)
92:14
write (3)
54:23 89:20
98:6
written (3)
36:14 62:18
119:16
wrong (1)
25:4

_____
X
x (3)
1:3,9 126:1

_____
Y
year (8)
7:23,24 8:20
52:14 56:20
61:2 81:18
82:18
yearly (1)
81:6
years (8)
5:20 8:10
41:23 56:22
104:21,21,25
105:3
York (31)
1:3,8,10,19,23
2:5,10,10 4:5
4:12,17 6:13
6:14,18 8:7
9:17 11:12
12:10,17,18
13:2,19 14:25

October 25, 2022

[Page 152]

20:10,13
27:20 42:7
67:24 75:15
75:17 127:6
**younger (1)**
16:22
**Yuni (3)**
4:3 127:4,25

---

**Z**

**Z (1)**
4:2

---

**0**

**00001754 (1)**
65:19
**00007154 (1)**
66:21
**0000897 (1)**
69:12
**0000899 (1)**
70:12
**000897 (1)**
74:23
**001012 (1)**
120:23
**001024 (1)**
78:8
**001059 (1)**
121:15
**002601 (1)**
52:24
**00265 (1)**
124:8
**002668 (1)**
83:25
**002686 (1)**
52:25
**00896 (1)**
65:8

---

**1**

**1,500 (1)**
15:5
**10 (8)**

5:7 15:21 41:2
41:4,7,13
57:16 126:9
**10/25/2022 (1)**
128:4
**10:20 (1)**
1:12
**100 (10)**
7:13 47:14
48:17,23 49:6
53:24,25
107:19,23
108:17
**10013 (1)**
2:10
**101 (1)**
2:9
**11 (3)**
49:25 50:5
126:10
**11566 (1)**
4:12
**11743 (1)**
2:5
**11747 (1)**
1:10
**12 (6)**
52:22 53:4
58:4 79:16
124:8 126:11
**13 (5)**
76:25 77:3,19
120:21
126:12
**1459 (1)**
4:11
**15 (1)**
53:8
**150 (1)**
47:23
**18 (1)**
126:5
**19 (1)**
61:21

---

**2**

**2-19-CV-072...**
1:4
**2/1/2013 (1)**
59:12
**2/16 (1)**
60:25
**2:20 (1)**
125:6
**20 (9)**
58:21 74:6,7
78:21 84:9,10
117:21,22
128:23
**200 (3)**
1:10 53:24,25
**2010 (2)**
53:9 58:6
**2012 (3)**
9:10 19:4
59:15
**2013 (2)**
59:15,25
**2014 (9)**
57:18,24 58:12
58:21 59:21
59:25 60:5
77:24 78:21
**2015 (8)**
14:6 59:5,20
60:5 61:2
79:20,23
81:25
**2016 (21)**
11:3 59:20
60:13 65:11
69:6 76:4,7,9
77:22 78:5
79:13,20,23
79:24 80:23
81:14,21,25
82:5,8 87:17
**2017 (5)**
8:23 9:9,11

81:12 82:10
**2018 (6)**
6:6,8 8:16,18
8:24 61:21
**2019 (5)**
5:23,25 6:7 7:8
7:12
**2022 (3)**
1:11 125:12
127:19
**22 (1)**
57:18
**23 (1)**
126:7
**25 (4)**
1:11 5:7 7:9
15:21
**2618 (1)**
53:3
**2639 (1)**
59:10
**2645 (2)**
58:9 59:23
**2646 (1)**
60:17
**2651 (1)**
58:16
**2665 (6)**
59:8,20 60:14
79:18 85:17
85:17
**2666 (1)**
84:25
**2667 (2)**
84:12,24
**2668 (1)**
83:21
**2669 (2)**
61:3,10
**2670 (1)**
61:10
**27 (1)**
65:11

---

**3**

**3 (4)**
5:23,25 6:8
64:19
**30 (2)**
19:4 61:9
**300 (1)**
7:18
**31 (5)**
6:5,7 8:16,18
61:20
**3rd (1)**
127:19

---

**4**

**4 (1)**
83:21
**4:27:32 (1)**
65:11
**41 (1)**
126:9
**49 (1)**
126:10

---

**5**

**5 (8)**
2:5 76:3,7,9
79:13,24
83:21 87:17
**50 (4)**
48:5 85:20
86:8,8
**52 (1)**
126:11
**54 (1)**
121:15

---

**6**

**60 (1)**
7:10

---

**7**

**7 (4)**
25:6 58:19,19
120:23

October 25, 2022

[Page 153]

**76 (1)**
 126:12

_____
            **8**

**8 (6)**
 18:13,16 24:17
  26:13,22
  126:5
**898 (1)**
 74:6

_____
            **9**

**9 (6)**
 23:22,25 24:4
  25:2 26:13
  126:7