Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
INDEX# 15-CV-3270
-------------------------------------------x
MARIE M. JOSIANNE SAJOUS, on behalf of herself
and others similarly situated,
                    Plaintiffs,
              -against-
SOUTHERN WINE & SPIRITS OF NEW YORK, INC. and
WINE, LIQUOR & DISTILLERY WORKERS LOCAL 1-D,
                    Defendants.
-------------------------------------------x

                    1225 Franklin Avenue
                    Garden City, New York

                    October 7, 2016
                    9:38 a.m.

          Deposition a Non-Party Witness
MARIA SUAREZ, pursuant to Subpoena, before
Robert S. Barletta, a Notary Public of the
State of New York.

Page 3

 1
 2  A P P E A R A N C E S :
 3  STEVEN J. MOSER, P.C.
 4  Attorneys for Plaintiffs
 5      3 School Street
 6      Glen Cove, Neew York 11542
 7  BY:  STEVEN J. MOSER, ESQ.
 8
 9  KORSHAK, KRACOFF, KONG & SUGANO, L.L.P.
10  Attorneys for Defendants-
11      Southern Wine & Spirits of New York, Inc.
12      1640 South Sepulveda Blvd.
13      Los Angeles, California 90025
14  BY:  KEITH R. THORELL, ESQ.
15
16  O'CONNOR & MANGAN, P.C.
17  Attorneys for Defendants-
18  Wine, Liquor & Distillery Workers Local 1-D
19      271 North Avenue
20      New Rochelle, New York 10801
21  BY:  J. WARREN MANGAN, ESQ.
22
23
24
25

Page 2

 1
 2      S T I P U L A T I O N S
 3
 4      IT IS HEREBY STIPULATED AND
 5  AGREED by and between the attorneys
 6  for the respective parties herein, that the
 7  filing, sealing and certification of the
 8  within deposition be waived.
 9
10      IT IS FURTHER STIPULATED AND
11  AGREED that all objections, except as to the
12  form of the question, shall be reserved to
13  the time of the trial.
14
15
16      IT IS FURTHER STIPULATED AND
17  AGREED that the within deposition may be
18  sworn to and signed before any officer
19  authorized to administer an oath with the
20  same force and effect as if signed and sworn
21  to before the Court.
22
23
24              - oOo -
25

Page 4

 1              Suarez
 2      M A R I A   S U A R E Z ,  called as a
 3      witness, having been duly sworn by a Notary
 4      Public, was examined and testified as
 5      follows:
 6
 7  EXAMINATION BY
 8  MR. MOSER:
 9      THE REPORTER:  Please state your full
10  name and address for the record.
11      THE WITNESS:  Maria Suarez.  515 Green
12  Grove Avenue, Uniondale, New York 11553.
13      MR. MOSER:  Good morning, Ms. Suarez.
14  Q.  We never met before; correct?
15  A.  I think I met you once.
16  Q.  Really?  Do you recall when we met?
17  A.  I think you went with Josie to the
18  office.  We were introduced.
19  Q.  I am sorry.  I did not remember that.
20  How are you today?
21  A.  Good.  Thank you.
22      MR. MOSER:  Before we begin, there are a
23  couple of things I want to mention.  First, I
24  understand that testifying under oath at a
25  deposition is not something people look

                              1 (Pages 1 to 4)

Page 5

Suarez

1       Suarez
2       forward to.  If your testimony was not
3       necessary for this case, we would not bother
4       you with it.  Secondly, testifying under oath
5       is not a conversation.  Please wait until I
6       finish my question entirely, and then pause
7       slightly, then answer the question because
8       the court reporter can only take down one
9       person speaking at a time.
10       Q.  Have you ever testified under oath
11       before?
12       A.  Never.
13       Q.  Do you understand that the oath that you
14       took just a moment ago is the same oath you would
15       take as if you would be testifying in court in
16       front of a judge?
17       A.  Yes.
18          MR. MOSER:  If you don't understand a
19       question of mine, please don't answer it.  I
20       would rather you let me know.  I will repeat
21       it or rephrase it until you fully understand
22       the question.
23       Q.  Okay?
24       A.  Okay.
25          MR. MOSER:  I represent Marie Josianne

Page 6

1       Suarez
2       Sajous.
3       Q.  Did you refer to her as Josie?
4       A.  Yes.
5       Q.  For the purposes of this deposition, may
6       I refer to her as Josie?
7       A.  Yes.
8          MR. MOSER:  I am going to be asking you
9       questions about a lawsuit brought by Josie
10       against Southern Wine and Spirits of New York
11       and United Food and Commercial Workers Union
12       Local 1-D.
13       Q.  Has Southern Wine and Spirits changed
14       its name since December 2013?
15       A.  Yes.
16       Q.  What is Southern Wine and Spirit now?
17       A.  Southern Glazer's Wine and Spirits.
18          MR. MOSER:  For the purposes of today's
19       deposition, I am going to represent Southern
20       -- refer to Southern Wine and Spirits of New
21       York and Southern Glazer's as "Southern."
22       Q.  Is that okay?
23       A.  Yes.
24          MR. MOSER:  I am going to also refer to
25       the United Food and Commercial Workers Union

Page 7

Suarez

1       Suarez
2       Local 1-D as "the Union."
3       Q.  Do you understand that?
4       A.  Yes.
5       Q.  Are you employed by Southern?
6       A.  Yes.
7       Q.  What is your job title?
8       A.  WMI Administrator.
9       Q.  What does WMI stand for?
10       A.  Warehouse Management for IT.
11       Q.  Is it Warehouse Management Information
12       Administrator?  If you know.  I don't want you to
13       guess.
14       A.  The thing is, it changed from MSA.
15       Sorry.  WMS.  Warehouse Management System now
16       changed to -- I don't know what it stands for.
17       WMI.
18          MR. MANGAN:  Was it WMI all the time,
19       that didn't change, or did it change from WMS
20       to WMI?
21          THE WITNESS:  It recently changed.
22       BY MR. MOSER:
23       Q.  From WMS to WMI?
24       A.  Yes.
25       Q.  Have your duties changed when your title

Page 8

1       Suarez
2       changed?
3       A.  Yes.
4       Q.  How did they change?
5       A.  I am not in charge of inventory for
6       management anymore.  Somebody else is the
7       inventory control manager.  My job
8       responsibilities now is more about the entire
9       warehouse system.
10       Q.  Do you correctly supervise any other
11       employees now?
12       A.  I don't know how to reply to that
13       question.  My team, the Inventory Control Team
14       still gets work from me, but they report to my
15       boss.
16       Q.  Who is your boss?
17       A.  John Wilkinson.
18       Q.  Before they reported to John Wilkinson,
19       did they report to you?
20       A.  No.
21       Q.  When did that change take place?
22       A.  To the best of my knowledge, in July
23       this year.
24       Q.  July of 2016?
25       A.  Yes.

2 (Pages 5 to 8)

---

Page 9

Suarez

1
2    Q.  Who are the members of the Inventory
3    Control Team today?
4        A.  Tatiana Herdosia, Ena Scott, Justin Vegh
5    and Carlos Delarosa (all names phonetic).
6        Q.  Were you responsible for hiring Carlos
7    Delarosa?
8        MR. THORELL:  Objection.  You can
9    answer.
10       A.  Partly.  I made the selection and my
11   boss had the final word on it.
12       Q.  Was Carlos Delarosa recommended or
13   referred for that position by the Union?
14       MR. THORELL:  Objection.
15       A.  Not that I know of.
16       Q.  Did you interview Carlos Delarosa?
17       A.  Yes.
18       Q.  How did it come to be you who
19   interviewed him?
20       A.  He applied online for the position.
21       Q.  Did any females apply for the position?
22       MR. THORELL:  Objection.
23       A.  I remember only one.
24       Q.  How many males applied for the position?
25       MR. THORELL:  Objection.

---

Page 10

Suarez

1
2        A.  I don't remember correctly, but maybe
3    five.
4        Q.  Was the female who applied for the
5    position interviewed?
6        MR. THORELL:  Objection.
7        A.  Yes.
8        Q.  Who interviewed her?
9        A.  I did.  I remember interviewing one.  I
10   don't remember how many applied for the position.
11       Q.  Who determined who you interviewed?
12       A.  HR.
13       Q.  Are the members of the Inventory Control
14   Team today classified as office employees or
15   warehouse employees?
16       MR. THORELL:  Objection.
17       A.  By the Union?
18       Q.  Correct.
19       A.  They are classified as clerical.
20       Q.  Why do these employees now report to
21   John Wilkinson?
22       MR. THORELL:  Objection.
23       A.  I don't know.
24       Q.  Who informed you of that change that the
25   inventory control clerks would no longer be

---

Page 11

Suarez

1
2    reporting to you, but reporting to John Wilkinson?
3        A.  Kevin Randall.
4        Q.  Who is Kevin Randall?
5        A.  VP of Operations.
6        Q.  Can you tell me everything you remember
7    about that conversation you had with Kevin
8    Randall?
9        MR. THORELL:  Objection.
10       A.  It was very brief.  He gave me my new
11   position.  The papers to sign.  He just told me
12   that I would report to the warehouse director now.
13       Q.  Was your pay reduced at that time as
14   well or did your pay remain the same or increased?
15       A.  It was increased.
16       Q.  How long have you been employed by
17   Southern?
18       A.  Since 2004, December.
19       Q.  Before 2004, were you employed by any
20   company that was taken over by Southern?
21       A.  Yes.
22       Q.  What company was that?
23       A.  Premier Wine and Spirits.
24       Q.  How long were you employed by Premier?
25       A.  Since April 2000.

---

Page 12

Suarez

1
2        Q.  Before April of 2000, were you employed
3    by a company that was taken over by Premier?
4        A.  No, I wasn't.
5        Q.  In April of 2000, what physical location
6    did you work out of?
7        A.  The Payroll Department.
8        Q.  Was that in Syosset, New York?
9        A.  Yes.
10       Q.  What address was that?
11       A.  345 Underhill Boulevard.
12       Q.  Have you been continuously employed at
13   345 Underhill Boulevard from April of 2000 until
14   today?
15       A.  No.
16       Q.  What is at that location?
17       A.  There was an office building and a
18   warehouse building.
19       Q.  The warehouse building, is that located
20   at 313 or 345?
21       A.  345.
22       Q.  Where is the office located?
23       A.  At 225.
24       Q.  So just to clarify, two warehouses?
25       A.  Yes.

CONFIDENTIAL                                    SGWS 000817

October 7, 2016

| Page 13 |
|---|

Suarez

1
2    Q.  One at 225 and one at 345?
3    A.  Yes.
4    Q.  There is an office as well?
5    A.  Yes.
6    Q.  Where is the office located?
7    A.  At 313 and at 345.
8    Q.  Describe for me the offices at 345?
9        MR. THORELL:  Objection.
10   A.  A two-story building.  Maybe 50 offices
all together.
11
12   Q.  How long did you have the WMS position?
13   A.  Since July 2016.
14       MR. MOSER:  I thought I misunderstood.
15   Q.  Before July of 2016 what was your job
16   title?
17   A.  Inventory Control Manager.
18   Q.  When did you first receive the title of
19   Inventory Control Manager?
20   A.  July 2007.
21   Q.  When you received that position, was
22   Josie already working at Southern?
23   A.  Yes.
24   Q.  How many employees reported to you when
25   you first became the Inventory Control Manager in

| Page 14 |
|---|

Suarez

1
2    July of 2007?
3        MR. THORELL:  Objection.  You can
4    answer.
5    A.  Only one.
6    Q.  Who was that?
7    A.  Josie.
8    Q.  When did Josie stop working for
9    Southern?
10   A.  I don't remember.
11   Q.  Do you recall if it was in --
12   A.  I remember it was December.
13   Q.  Do you know if it was December of 2013?
14   I don't want you to guess.
15   A.  I don't remember the year.
16   Q.  Did she resign?
17   A.  Yes.
18       MR. THORELL:  Objection.
19   Q.  From the time that Josie first began
20   reporting to you in July of 2007 until she
21   resigned, were you her direct supervisor?
22   A.  Yes.
23   Q.  When she first reported to you, was she
24   a Union employee or non-Union employee?
25   A.  I am not sure, but I don't think she

| Page 15 |
|---|

Suarez

1    was.
2
3    Q.  Do you recall that at some point in time
4    you had additional workers in the Inventory
5    Control Department other than Josie?
6    A.  Yes.
7    Q.  Who was the first person to be hired
8    into the Inventory Control Department after Josie?
9    A.  I think it was Tatiana Herdosia.
10   Q.  She was a woman; correct?
11   A.  Yes.
12   Q.  After Tatiana was hired, who was next
13   hired into the Inventory Control Department?
14   A.  Ena Scott.
15   Q.  Is Ena Scott also a woman?
16   A.  Yes.
17   Q.  Did the members of the Inventory Control
18   Department become members of the Union in December
19   of 2008?
20   A.  I don't know for sure.  I don't
21   remember.
22   Q.  When Ena was hired, was she a Union
23   employee?
24   A.  I don't remember the time, but I think
25   they were all three hired before they joined the

| Page 16 |
|---|

Suarez

1
2    Union.
3    Q.  We are not sure of precise dates, but
4    Josie, Tati and Ena were all hired before they
5    became Union employees?
6    A.  Yes, and I think before the fourth one
7    was also hired before joining the Union.
8    Q.  Who was that?
9    A.  I don't know the exact dates.
10   Q.  The fourth one was Vegh?
11   A.  Justin Vegh.
12   Q.  Were you aware that the members of your
13   department were going to become Union members?
14       MR. THORELL:  Objection.
15   A.  Yes, I was aware.
16   Q.  How did you become aware of that?
17   A.  Before hearing anything from my team
18   members I heard I was included in a conversation
19   with John Wilkinson and Risley.
20   Q.  How did you spell Risley?
21   A.  R-i-s-l-e-y.  I think the spelling is
22   correct.  I am not sure.
23   Q.  Who was Greg Risley at that time?
24   A.  VP of Operations.
25   Q.  Who was John Wilkinson at that time?

Jay Deitz Associates - Court Reporting Services
212-374-7700      516-678-0700      718-527-7700      fax: 516-678-4488
CONFIDENTIAL                                              SGWS 000818

Page 17

Suarez
1     A. Director of Operations.
2     Q. Was this an in-person conversation?
3     A. Yes.
4     Q. Where did this conversation take place?
5     A. One of the conference rooms we used to
6  have an operations meeting every week.
7     Q. Tell me everything you remember about
8  that conversation.
9     A. Something about they were having
10 conversations to include my team in the Union so
11 they could drive machinery.
12    Q. Before they became Union, were they
13 allowed to drive machinery?
14    A. Sometimes we had a hard time for them
15 performing their job. I think they were allowed
16 to use scissor lifts only.
17    Q. After they became Union, were they
18 allowed to use equipment other than scissor lifts?
19    A. Yes.
20    Q. What additional equipment were they
21 allowed to use after they became Union members?
22    A. Cherry pickers.
23    Q. When you had that conversation with Greg
24 Risley and John Wilkinson, did you have a basic

Page 18

Suarez
1  understanding of the classifications in the
2  contract?
3     MR. THORELL: Objection.
4     A. I had a basic understanding, yes,
5  because of my job in the Payroll Department.
6     Q. Was it your understanding there were two
7  broad classifications of workers. Office and
8  clerical employees on the one hand, and warehouse
9  employees on the other hand?
10    A. Yes.
11    Q. In that conversation that you had with
12 Greg Risley and John Wilkinson, was there any
13 discussion whether the members of the Inventory
14 Control Department would be classified as
15 warehouse workers or office and clerical
16 employees?
17    MR. MANGAN: Objection.
18    A. I don't remember.
19    Q. At any time did you discuss with John
20 Wilkinson whether members of the Inventory Control
21 Department should be classified as warehouse
22 employees?
23    MR. MANGAN: Objection.
24    MR. THORELL: Objection.

Page 19

Suarez
1     A. Yes. I don't remember dates or times.
2  The conversation itself.
3     Q. But is it fair to say at some point in
4  time it was your opinion that inventory control
5  clerks should be classified as warehouse
6  employees?
7     MR. MANGAN: Objection.
8     A. It was my opinion.
9     Q. What was that opinion based on?
10    A. Based on basically they work in the
11 warehouse.
12    Q. To your knowledge, were the members of
13 the Inventory Control Department, the only Union
14 members who worked in the warehouse, but did not
15 have the warehouse classification?
16    MR. THORELL: Objection.
17    MR. MANGAN: Objection.
18    THE WITNESS: Can you repeat the
19 question?
20    (Whereupon, the last question was read
21 back by the reporter.)
22    A. No, there were more.
23    Q. Who else worked in the warehouse, but
24 did not have the warehouse classification?

Page 20

Suarez
1     MR. THORELL: Objection.
2     A. The warehouse admins.
3     Q. Besides the warehouse admins and the
4  inventory control clerks, were there any other
5  individuals who worked in the warehouse, but did
6  not have the warehouse classification?
7     MR. THORELL: Objection.
8     A. Yes.
9     Q. Who else?
10    A. Receiving clerks.
11    Q. Are there any other categories of
12 workers who worked in the warehouse you haven't
13 mentioned that did not have the warehouse
14 classification?
15    MR. THORELL: Objection.
16    A. Yes, security clerks.
17    Q. Are there any other categories of
18 workers that worked in the warehouse, but did not
19 have the warehouse classification than what you
20 already mentioned?
21    MR. THORELL: Objection.
22    A. I don't know of any others.
23    Q. Now, the members of your department,
24 they were allowed to use scissor lifts and cherry

Jay Deitz Associates - Court Reporting Services
212-374-7700     516-678-0700     718-527-7700     fax: 516-678-4488
CONFIDENTIAL                                        SGWS 000819

October 7, 2016

| Page 21 | Page 23 |
|---|---|

**Page 21**

Suarez

1
2  pickers; correct?
3      A.  Yes.
4          MR. THORELL:  Objection.
5      Q.  Were they also allowed to use any other
6  machinery in the warehouse on an as-needed basis?
7          MR. THORELL:  Objection.
8          MR. MANGAN:  Objection.
9      A.  No.
10     Q.  Who gave them permission to use cherry
11  pickers?
12         MR. THORELL:  Objection.
13     A.  I did.
14     Q.  Who trained them in the use of cherry
15  pickers?
16         MR. THORELL:  Objection.
17     A.  The safety director.
18     Q.  Was that a man by the name of Munoz?
19     A.  He is now, but before that it was Bill.
20  I don't remember the name.
21     Q.  Was it Bob?
22     A.  I don't remember.
23     Q.  The warehouse admins, did they use
24  cherry pickers?
25     A.  No, they don't.

**Page 22**

Suarez

1
2      Q.  The warehouse admins, did they use
3  scissor lifts?
4          MR. THORELL:  Objection.
5      A.  No, they don't.
6      Q.  Do they need to use scissor lifts to do
7  their jobs?
8          MR. THORELL:  Objection.
9      A.  I don't think so.
10     Q.  What about receiving clerks?  Did
11  receiving clerks use any machinery to do their
12  jobs?
13         MR. THORELL:  Objection.
14     A.  I don't think so.
15     Q.  How about security clerks?  Do security
16  clerks use scissor lifts or cherry pickers to do
17  their jobs?
18         MR. THORELL:  Objection.
19     A.  I don't know.
20     Q.  Were the members of the Inventory
21  Control Department the only employees classified
22  as clerical who used the cherry pickers?
23         MR. THORELL:  Objection.
24         MR. MANGAN:  Objection.
25     A.  I am not sure.

**Page 23**

Suarez

1
2      Q.  At any time during your employment, did
3  you ever see any clerical employee other than
4  members of the Inventory Control Department using
5  cherry pickers?
6      A.  I have not.
7      Q.  Were you in the warehouse on a regular
8  basis?
9      A.  Yes.
10     Q.  How frequently were you actually in the
11  warehouse?
12         MR. THORELL:  Objection.
13     A.  Average, once a day.  10 to 15 minutes
14  to and hour.  That is average.  Sometimes the
15  entire day during physical inventories.  Some
16  other times in the office all day maybe.
17     Q.  The three women in your department were
18  Tatiana, Ena and Josie; correct?
19     A.  Yes.
20     Q.  Did you ever see any women other than
21  Tati, Ena or Josie operating a scissor lift?
22         MR. THORELL:  Objection.
23     A.  No.
24     Q.  Other than Tati, Ena and Josie, did you
25  ever see any women at Southern operate a cherry

**Page 24**

Suarez

1
2  picker?
3          MR. THORELL:  Objection.
4      A.  Do I count?
5      Q.  Yes.
6      A.  Yes.
7      Q.  You yourself used a cherry picker?
8      A.  Yes.
9      Q.  Were you trained in the use of a cherry
10  picker?
11     A.  Yes.
12     Q.  Other than you, Tati, Ena and Josie, did
13  you ever see any other woman at Southern use a
14  cherry picker?
15     A.  No, I have not.
16     Q.  Were you issued safety footwear?
17     A.  Yes.
18     Q.  Were you issued a safety harness working
19  at elevations?
20     A.  Yes.
21     Q.  Did you undergo safety training with
22  regard to warehouse operations?
23     A.  Yes.
24     Q.  Did all of the members of your
25  department receive safety shoes?

6 (Pages 21 to 24)

Page 25

1          Suarez
2      A.  Yes.
3      Q.  Did they receive those safety shoes from
4  Southern or through Southern's program?
5      A.  Yes.
6      Q.  How did they receive their safety shoes?
7      MR. THORELL:  Objection.
8      A.  A truck comes to the company, and they
9  go pick the shoes up, and sign their name on the
10  list already given to the vendors, and take the
11  shoes.
12      Q.  Is this the same way you got your safety
13  footwear?
14      A.  I think I have gone to the store a
15  couple of times.  Not gone to the truck.
16      Q.  How were the members of the Inventory
17  Control Department issued safety harnesses?
18      MR. THORELL:  Objection.
19      A.  I am not sure what point the safety
20  harnesses -- all the safety harnesses were behind
21  the room and everybody went and took one.  At one
22  point I remember the safety manager coming to the
23  office and bringing the harnesses for my
24  department.
25      Q.  What is the purpose of the safety

Page 26

1          Suarez
2  harness?
3      A.  To protect the employee.
4      Q.  From what?
5      A.  Falls.
6      Q.  Is the safety harness attached to some
7  type of winch or piece of equipment?
8      A.  Yes, they are supposed to attach one
9  part of the harness to the machine.
10      Q.  And is there some type of elastic or
11  bungee type material between the harness and the
12  machine you attach it to?
13      A.  Yes.
14      Q.  How high up did members of the Inventory
15  Control Department have to work to do their jobs?
16      MR. THORELL:  Objection.
17      A.  I don't know measurements, but they have
18  to reach the highest racks.
19      Q.  How high off the floor approximately is
20  the highest rack?
21      MR. THORELL:  Objection.
22      A.  I don't know measurements, but we are
23  talking about the fifth level.
24      Q.  There are five racks?
25      A.  Yes.

Page 27

1          Suarez
2      Q.  In each rack, how many palettes fit one
3  on top of the other?
4      MR. THORELL:  Objection.
5      A.  Average, one per rack.
6      Q.  Do you know how high each rack is?
7      A.  No, I don't.
8      Q.  Is the first rack the same height as all
9  the other racks?
10      MR. THORELL:  Objection.
11      A.  Sometimes.  Not all the time.
12      Q.  If you stand by the first rack, is the
13  first rack higher than you?
14      A.  No, it is not.  Sorry.  I don't know.  I
15  haven't measured myself against the rack.
16      Q.  Fine.  Have there ever been any injuries
17  from falls in the warehouse?
18      MR. THORELL:  Objection.
19      A.  I don't know details, but yes there have
20  been.
21      Q.  What do you know about an injury from a
22  fall in the warehouse?
23      MR. MANGAN:  Objection.
24      A.  Only what I hear.  Somebody fell.  No
25  more than that.

Page 28

1          Suarez
2      Q.  Was there a man who fell at Southern?
3      MR. THORELL:  Objection.
4      A.  Yes.
5      Q.  How long was he out of work for after he
6  fell?
7      A.  I don't know.
8      Q.  Do you know if it was more or less than
9  six months?
10      A.  No.
11      Q.  The members of your department did they
12  wear any type of collared shirts to work?
13      A.  Yes.
14      Q.  Did they have a dress code?
15      A.  We all have a dress code, but it is the
16  understanding that the warehouse people don't
17  follow the dress code for the company shirts or
18  ties.  Office dress code.  We have an office dress
19  code.
20      Q.  Does the office dress code apply to the
21  members of the Inventory Control Department?
22      MR. THORELL:  Objection.
23      A.  No.
24      Q.  Did the office dress code apply to
25  admins who worked in the warehouse?

7 (Pages 25 to 28)

| | |
|---|---|
| **Page 29** | **Page 31** |

Page 29

Suarez

2  MR. THORELL: Objection.
3  A. I don't know.
4  Q. Members of the Inventory Control
5  Department when Josie worked there, would they
6  come to work in jeans?
7  A. Yes.
8  Q. Could they come to work in sweat pants?
9  A. Yes.
10  Q. Could they come to work with a
11  sweatshirt?
12  A. Yes.
13  Q. And would they come to work with other
14  casual clothing?
15  A. Yes.
16  Q. Was it common for them to get dirty when
17  they did their jobs?
18  A. Yes.
19  Q. Did they have any gloves?
20  A. Yes.
21  MR. THORELL: Objection.
22  Q. Who issued the gloves?
23  A. The company.
24  Q. Besides gloves, safety harnesses and
25  safety footwear, were members of the Inventory

Page 31

Suarez

1  A. It changed. At one point it was up to
2  two cases, then up to five cases.
3  Q. When was it up to two cases?
4  A. I don't remember.
5  Q. When was it changed up to five cases?
6  A. I don't remember either, but it was one
7  after the other. That is all I remember.
8  Q. Is it up to two cases in total or up to
9  two cases per location?
10  MR. THORELL: Objection.
11  A. Per location.
12  Q. How many locations?
13  A. That is my understanding.
14  Q. What was that understanding from?
15  A. From the instructions from my boss, John
16  Wilkinson.
17  Q. At the time that the inventory control
18  clerks were allowed to move up to two cases per
19  location, how many locations were there in the
20  warehouse?
21  MR. THORELL: Objection. Read that
22  back.
23  (Whereupon, the last question was read
24  back by the reporter.)

Page 30

Suarez

1  Control Department issued any other safety
2  equipment?
3  MR. THORELL: Objection.
4  A. I don't recall any other safety
5  equipment.
6  Q. How would you describe Josie as an
7  employee?
8  MR. THORELL: Objection.
9  A. A very good employee.
10  Q. Had you ever described her as a great
11  employee?
12  A. Yes.
13  Q. Did you ever have any issues with
14  Josie's work?
15  MR. THORELL: Objection.
16  A. Not that I remember.
17  Q. Were members of the Inventory Control
18  Department permitted to move cases in the
19  warehouse?
20  MR. THORELL: Objection.
21  A. Yes.
22  Q. Was there a limit to how many cases they
23  could move per location?
24  MR. THORELL: Objection.

Page 32

Suarez

1  A. I don't know for sure how many locations
2  were in the warehouse at that point.
3  Q. During the entire time you were the
4  Inventory Control Manager, was there a physical
5  location in the warehouse for each product sold by
6  Southern Wine and Spirits?
7  MR. THORELL: Objection.
8  A. No, one item can have multiple
9  locations.
10  Q. How many, just so I understand? I am
11  going to give you several hypotheticals here. Can
12  one location have more than one item in it?
13  A. Yes.
14  Q. Was there at least one physical location
15  for every item sold by Southern Wine & Spirits?
16  A. Yes.
17  MR. THORELL: Objection.
18  Q. How many items were sold by Southern
19  Wine & Spirits while you were the Inventory
20  Control Manager?
21  MR. THORELL: Objection.
22  A. From 15,000 to 35,000.
23  Q. Is it fair to say while you were the
24  Inventory Control Manager there were between

Jay Deitz Associates - Court Reporting Services
212-374-7700    516-678-0700    718-527-7700    fax: 516-678-4488

CONFIDENTIAL                    SGWS 000822

Page 33

Suarez

1
2  15,000 and 35,000 locations in the warehouse?
3        MR. THORELL:  Objection.
4     A.  Yes.
5     Q.  Is it fair to say that inventory control
6  clerks at different points in time could move
7  between two cases and five cases for each one of
8  those locations?
9        THE WITNESS:  Repeat the question.
10       (Whereupon, the last question was read
11  back by the reporter.)
12       MR. THORELL:  Objection.
13    A.  I don't think that is physically
14 possible.  I don't understand that.  We really --
15    Q.  Well, they were permitted to move two
16 cases per location; is that correct?
17    A.  Yes.
18       MR. THORELL:  Objection.
19    Q.  Later on it changed?  They could move up
20 to five cases per location; is that correct?
21    A.  Yes.
22    Q.  Was there any limit placed on the total
23 number of cases they can move in a given day?  Let
24 me make it clear.  There was a limit placed on the
25 number of cases they can move per location;

Page 34

Suarez

1
2  correct?  Between two cases per location and/or
3  five cases per location?
4     A.  I wouldn't say per location.  I would
5  say at a time.
6     Q.  What do you mean by at a time?
7     A.  I am the one giving out work.  I will
8  print a set of locations that need products to be
9  moved.  Most of the time it was bottles and
10 sometimes there were cases.  I will never give
11 them work more than five cases per location, as
12 you said, but the work was given from me.  I
13 wouldn't send like to move five cases from all
14 locations.  It was what was needed at that time.
15    Q.  Do you know the most number of cases
16 that Tatiana moved in a day?
17       MR. THORELL:  Objection.
18    A.  No, I don't know the number for sure.
19    Q.  Do you know the total number of cases
20 that Ena moved in a day?
21       MR. THORELL:  Objection.
22    A.  In general?
23    Q.  Ever.
24    A.  No.
25    Q.  Do you know what was the most number of

Page 35

Suarez

1
2  cases that Josie ever moved in a day?
3        MR. THORELL:  Objection.
4     A.  No, I don't know for sure.
5     Q.  Part of the job duties of inventory
6  control clerks was to count merchandise?
7     A.  Yes.
8     Q.  Did they sometimes have to count
9  merchandise by climbing onto palettes that were
10 some distance from the warehouse floor?
11       MR. MANGAN:  Objection.
12    A.  Yes.
13    Q.  While they were climbing the palettes
14 some distance from the warehouse floor, were they
15 attached to the cherry picker with a lanyard or
16 with a safety bungee cord?
17       MR. THORELL:  Objection.
18    A.  Yes.
19    Q.  Why were they not considered
20 warehousemen?
21       MR. THORELL:  Objection.
22    A.  I don't know.
23    Q.  Did you tell John Wilkinson you believed
24 they should be considered warehousemen for the
25 purposes of their Union classification?

Page 36

Suarez

1
2     A.  Like I said before, at one point I had a
3  conversation.  I don't remember dates or the
4  conversation itself.
5     Q.  Did John ever get back to you after that
6  conversation and report back anything?
7        MR. THORELL:  Objection.
8     A.  Not that I remember.
9     Q.  Do you recall speaking with an
10 investigator after Josie filed her complaint?
11    A.  Yes.
12    Q.  Who was that investigator?
13    A.  I don't remember her name.
14    Q.  Do you remember the name Selena
15 Seabrooks?
16    A.  Yes.
17       MR. MOSER:  Off the record.
18       (Whereupon, a break was taken off the
19 record.)
20       (Back on the record.)
21       MR. MOSER:  I am going to show you
22 Plaintiff's Exhibit 23.
23       (Plaintiff's Exhibit 23, Document Bates
24 stamped 225 through 229 marked for
25 identification.) Not Plaintiff's Exhibit 34.

9 (Pages 33 to 36)

October 7, 2016

**Page 37**

Suarez

1 Just Exhibit 23.
2 (Whereupon, a document was handed to the
3 witness.)
4 MR. MOSER:  I would like you to take a
5 couple of moments to look through this
6 document.
7 Q.  You can pick it up and read it.
8 A.  Okay.  I am familiar with this.
9 Q.  When for the first time did you see this
10 document?
11 A.  I don't remember the exact date.
12 Q.  Was it sometime after September 13th of
13 2013?
14 A.  Yes, it must have been.  I don't
15 remember the date.
16 Q.  Did someone send you this document?
17 A.  No.
18 MR. THORELL:  Objection.
19 Q.  Where were you when you first reviewed
20 this document?
21 A.  At a conference room in Southern.
22 Q.  Was Ms. Selena Seabrooks present when
23 you reviewed it?
24 A.  No.

**Page 38**

Suarez

1 Q.  Who was present when you reviewed the
2 document?
3 A.  Keith.
4 Q.  Keith Thorell?
5 A.  Yes.
6 Q.  Was Mr. Thorell present when
7 Ms. Seabrooks interviewed you?
8 A.  No.
9 Q.  Did you review this document for
10 accuracy?
11 MR. THORELL:  Objection.
12 A.  Yes.
13 Q.  Were you given the opportunity to make
14 any corrections to this document?
15 A.  No.
16 Q.  When you reviewed it, did you at that
17 time -- were its contents accurate?
18 A.  Sorry.
19 Q.  When you reviewed this document for the
20 first time, were its contents accurate?
21 A.  I think so.
22 Q.  Is there anything you believe is
23 inaccurate about this document as you sit here
24 today?

**Page 39**

Suarez

1 A.  I don't remember.  This happened long
2 ago.  It is accurate to the best of my knowledge.
3 MR. MOSER:  I am going to draw your
4 attention, just for the record, to properly
5 identify the document.  Bates stamp numbers
6 PL 1291 through 1295 in the upper corner.  If
7 you look at the bottom of the page, Page 3 of
8 5.
9 Q.  Towards the top it mentions you describe
10 Josie as a great worker?
11 A.  Yes.
12 MR. MOSER:  If we turn towards the
13 second paragraph from the bottom.  I would
14 like you to read that to yourself.
15 MR. THORELL:  The one that starts
16 "Suarez stated."
17 MR. MOSER:  Yes.
18 MR. THORELL:  I am pointing to the area
19 for the witness.
20 MR. MOSER:  You mentioned in -- if you
21 look at the last sentence of that paragraph,
22 you made a comment about Justin Vegh's
23 classification out loud which is what you
24 describe as an honest mistake.

**Page 40**

Suarez

1 Q.  Why do you think it was a mistake to
2 mention Mr. Vegh's classification out loud?
3 MR. THORELL:  Objection.
4 A.  Repeat the question.
5 Q.  Why do you think it was a mistake to
6 mention Mr. Vegh's classification out loud?
7 A.  I think I did not mention the
8 classification out loud.  I think I was referring
9 it was a mistake from payroll.
10 Q.  You were referring to that
11 classification of Mr. Vegh as warehouse was due to
12 an honest mistake in payroll?
13 A.  Yes.
14 Q.  Now, how often did the members of your
15 department work with the warehousemen?
16 MR. THORELL:  Objection.
17 A.  Every day.
18 Q.  For how many hours every day did they
19 work with warehousemen?
20 MR. MOSER:  Objection.
21 A.  There are no set hours.
22 Q.  You have an office at 345 Underhill?
23 A.  Yes.
24 MR. THORELL:  Now or back then?

10  (Pages 37 to 40)

October 7, 2016

```
                                         Page 41
             Suarez
 1
 2      Q.  Back when Josie reported to you, did you
 3  have an office at 345 Underhill?
 4      A.  Yes.
 5      Q.  Did your office have a door?  I am
 6  assuming it did.
 7      A.  I have moved.  At the beginning, no.  It
 8  was one office for all of us.  No doors.  There
 9  were cubicles, then yes, I had an office with two
10  doors.
11      Q.  When did your office change to the
12  office with the two doors?
13      A.  I don't remember the day.
14      Q.  When there were just cubicles at that
15  during that period of time when Josie reported to
16  you, do you know how many hours members of the
17  Inventory Control Team were spending on the
18  warehouse floor?
19          MR. MANGAN:  Objection.
20      A.  Yes.
21      Q.  Back at this time, how many hours per
22  day were they spending on the warehouse floor?
23          MR. THORELL:  Objection.
24          MR. MANGAN:  Objection.
25      A.  At that time, most of the day.
```

```
                                         Page 42
             Suarez
 1
 2      Q.  Do you have any reason to believe that
 3  that ever changed when you got your own office?
 4      A.  It changed a bit, yes.
 5      Q.  How did it change?
 6      A.  It was more time because we are not as
 7  close to the warehouse as we were before.  So
 8  there was more time for preparation of paperwork
 9  to go into our -- for them to go into their
10  research and counts and work in the warehouse, and
11  also they needed time to come back and to do
12  reconciliation of accounts, replying to e-mails to
13  the office.  Yes.
14      Q.  When you got your own office, it had two
15  doors?
16      A.  Yes.
17      Q.  Did you usually keep those doors open or
18  closed?
19          MR. THORELL:  Objection.
20      A.  Well, generally opened and the other
21  door generally closed.
22      Q.  Was there a window to that office?
23      A.  Yes.
24      Q.  When you were sitting at your desk,
25  where was the window with regard to where you were
```

```
                                         Page 43
             Suarez
 1
 2  facing?
 3      A.  I moved my desk many times.
 4      Q.  How many times in total did you move
 5  your desk?
 6      A.  I remember twice.
 7      Q.  Where your office desk was first
 8  located, when you sat at that desk, where was the
 9  window?
10      A.  The windows were at my left.  The wall
11  was on my right.
12      Q.  Where were the doors?
13      A.  One behind me and one in front of me.
14      Q.  At that time, were the doors usually
15  opened or closed?
16          MR. THORELL:  Objection.
17      A.  The one behind me, closed.  The one in
18  front of me, opened.
19      Q.  As you were sitting at your desk, what
20  could you see, if anything, outside the front door
21  to your office?
22      A.  The office desks of my team.
23      Q.  Did you ever keep track of how much time
24  your team was spending in the office v. in the
25  warehouse?
```

```
                                         Page 44
             Suarez
 1
 2      A.  I honestly keep track of their work more
 3  than their time.
 4      Q.  During the time period you had your
 5  office, did they spend more time in the office or
 6  in the warehouse?
 7      A.  I would say average of 50/50.
 8      Q.  Were there times when you had your own
 9  office that the members of the Inventory Control
10  Department spent all of their time in the
11  warehouse?
12      A.  Yes.
13      Q.  Are Ena and Tatiana suing Southern?
14      A.  I heard about it, but I don't know for
15  sure.
16      Q.  What did you hear?  I don't want to know
17  about anything you spoke about with Mr. Thorell.
18  That is entirely confidential.  Nothing you spoke
19  with him about.  Other than Mr. Thorell, did you
20  speak with anyone about whether Ena and Tatiana
21  are suing Southern?
22      A.  In I think June or July of this year the
23  head of HR asked me about if I am available for a
24  deposition on Ena and Tatiana's case.  That is
25  all.  Nothing in writing.  Just that.
```

11 (Pages 41 to 44)

Page 45

Suarez

1
2      Q.  Do you know what this case is about?
3      A.  I haven't received anything in writing.
4  I don't know for sure.  I only know Josie is suing
5  the company and what I heard in the morning at the
6  Union.
7      Q.  Were warehousemen, to your knowledge,
8  eligible for something called top pay?
9      A.  I don't know what top pay is really.
10     Q.  Were warehousemen guaranteed overtime?
11     A.  Yes.
12     Q.  Were members of the Inventory Control
13  Department guaranteed overtime?
14         MR. THORELL:  Objection.
15     A.  No.
16         MR. MOSER:  I have been referring to
17  them as warehousemen.
18     Q.  The people who have the warehouse
19  classification at Southern Wine & Spirits, are all
20  of the people who have the warehouse
21  classification at Southern Wine & Spirits men?
22         MR. THORELL:  Objection.
23     A.  To the best of my knowledge, yes.
24     Q.  Do you know why that is?
25     A.  No.

Page 46

Suarez

1
2      Q.  Have you ever asked anyone why that is?
3      A.  No.
4      Q.  Has that ever been a topic of discussion
5  at Southern Wine & Spirits why all of the people
6  who have the warehouse classification are men?
7         MR. MANGAN:  Objection.
8      A.  I have never participated in those
9  conversations.  I don't remember.
10     Q.  Have you ever heard a conversation
11  regarding why all of the people who have the
12  warehouse classification are men at Southern?
13     A.  No.
14     Q.  How many warehouse employees are
15  there --
16         MR. THORELL:  Objection.
17     Q.  -- by warehouse employees, I mean
18  warehousemen who have a warehouse classification?
19         MR. THORELL:  Objection.
20     A.  I don't know.  It changed since I was in
21  payroll.  I don't keep track of the number.
22     Q.  When you were in payroll how many
23  warehousemen were there?
24         MR. THORELL:  All shifts.
25         MR. MOSER:  In all shifts.

Page 47

Suarez

1
2      A.  About 100.
3      Q.  When you were in payroll, were
4  warehousemen union members?
5      A.  Yes.
6      Q.  Was Ronnie the Union Shop Steward at
7  that point?
8      A.  No.
9      Q.  Was Ronnie an employee at that point
10  when you were doing payroll?
11     A.  Yes.
12     Q.  Do you have any opinions about the way
13  the Union treated members of the Inventory Control
14  Team?
15         MR. THORELL:  Objection.
16         MR. MANGAN:  Objection.
17     A.  The Union?
18     Q.  Yes.  Or Ronnie.
19     A.  No, I don't have opinions about the
20  Union.
21     Q.  Do you have opinions about the way
22  Ronnie treated members of the Inventory Control
23  Team?
24         MR. MANGAN:  Objection.
25     A.  Yes, my opinion was formed from what my

Page 48

Suarez

1
2  team members reported to me.
3      Q.  What did your team members report to
4  you?
5      A.  At one time, I sent my people to
6  re-label one part of the warehouse location.
7  Applying labels to the location to the racks.
8  They came back and said Ronnie told them that was
9  a Union job.
10     Q.  That was before they became Union
11  members?
12     A.  No, they were Union already.
13     Q.  Other than that, did the members of your
14  department tell you anything else about Ronnie
15  that formed your opinion about Ronnie?
16     A.  A few times they have issues with the
17  paychecks or wanted to ask anything about the
18  Union and he didn't help them.  He sent them to
19  the shop steward, or customer service, or some
20  other shop steward.  He didn't want to help them.
21     Q.  Did you ever have any conversations with
22  Ronnie about the way the members of your
23  department were classified?
24     A.  No.  Only one time I told him if he has
25  anything to tell to my people, to come to me and

12 (Pages 45 to 48)

Page 49

```
 1              Suarez
 2    tell me or go to my boss and tell him.  That was
 3    the only thing about the Union issue.  That was it
 4    between us.
 5        Q.  When was that?  When did you tell that
 6    to him?
 7        A.  I don't remember.
 8        Q.  How did Ronnie respond to you?
 9        A.  He didn't say much.  I don't think he
10    said anything.
11        Q.  Were warehousemen permitted to park next
12    to the building?
13            MR. THORELL:  Objection.
14        A.  Not at the 345 parking lot.
15        Q.  Where were they supposed to park?
16            MR. THORELL:  Objection.
17        A.  At the truck entrance.  The receiving
18    entrance, or 313, or 225.
19        Q.  Why was that?
20        A.  I am not sure.  They explained something
21    to me.  I really didn't understand.
22        Q.  Were the members of your department told
23    they had to park with the warehousemen?
24        A.  Yes.
25        Q.  Did they have to park with the
```

Page 50

```
 1              Suarez
 2    warehousemen the entire year or just part of the
 3    year?
 4            MR. THORELL:  Objection.
 5        A.  That, I don't know.
 6        Q.  Did you tell the members of your team
 7    they had to park with the warehousemen?
 8        A.  I forwarded them a couple of e-mails
 9    from Dave.
10        Q.  Dave who?
11        A.  David.  The head of security.
12        Q.  Spell the last name?
13        A.  Dougherty.  D-o-u-g-h-e-r-t-y.
14        Q.  Do you know why your staff had to park
15    with the warehousemen?
16            MR. THORELL:  Objection.
17        A.  Again, I am not sure.  Dave explained
18    this to me, but I am not sure I understood at that
19    time.  By now, I forgot.
20            MR. MOSER:  Let's look at Page 4 of 5.
21    Are you open to that page?  If you look at
22    the third paragraph from the top, it says
23    here, "Suarez then commented that she
24    personally felt that her team should be
25    considered warehouse."
```

Page 51

```
 1              Suarez
 2        Q.  Why did you personally feel that your
 3    team should be considered warehouse?
 4        A.  Because they work in the warehouse.
 5    They drive machinery.  They are exposed to the
 6    same conditions as the warehousemen.
 7            MR. MOSER:  If we look a little bit
 8    further down, I am going to read this into
 9    the record, then I will have a question.  If
10    you look at the fifth line in the third
11    paragraph. "After the Union recognized her
12    department, Suarez said she asked Wilkinson
13    to have her group considered as part of the
14    warehouse.  Suarez said she believed
15    Wilkinson attempted to achieve this.
16    However, the Union denied allowing the
17    department to be recognized as part of the
18    warehouse.  Suarez argued her employees wore
19    boots similar to a warehouse worker and were
20    exposed to the same hazards as a warehouse
21    worker.  She further stated prior to her
22    department being recognized as part of the
23    Union, the employees worked 40 hours per
24    week, 8 hours per day.  Since then, their
25    work decreased to 35 hours per week, 7 hours
```

Page 52

```
 1              Suarez
 2    per day."
 3        Q.  Does this refresh your memory of your
 4    conversation with John Wilkinson?
 5        A.  Yes, I remember talking to him, but I
 6    don't remember the dates.  I don't remember him
 7    getting back to me or nothing of the sort.
 8        Q.  Did Mr. Wilkinson ever say he agreed
 9    with you that members of your department should be
10    classified as warehouse employees?
11        A.  No, I don't remember him ever saying
12    that.
13        Q.  Did he ever approve that the members of
14    your department would be reclassified as warehouse
15    employees?
16            MR. THORELL:  Objection.
17        A.  Not that I know of.
18            MR. MOSER:  Mark this.
19            (Plaintiff's Exhibit 24, Document Bates
20    stamped 850 and 851, marked for
21    identification.)
22            MR. MOSER:  I draw your attention to
23    this document which has the Bates stamped
24    PL-850 and 0851 in the upper right corner.
25    Turn to the second page, PL-0851.  The bottom
```

13 (Pages 49 to 52)

Page 53

Suarez

1          Suarez
2    e-mail.
3        Q.  Was this sent by you?
4        A.  Yes.
5        Q.  Who was it sent to?
6        A.  My boss, John Wilkinson.
7        Q.  May 2, 2013?  Was that May 2, 2013?
8        A.  Only by what it says here, yes.
9        Q.  Did you write, "I think the best way to
10   do it is to insist on all of them to be moved to a
11   new department as per our previous conversation
12   and approved by you?"
13       A.  Yes.
14       Q.  What did you mean by "them?"  Is "them"
15   referring to all of the members of the Inventory
16   Control Department?
17       A.  Yes.
18       Q.  When you say that they should be "moved
19   to a new department" what are you referring to?
20       A.  Payroll division.
21       Q.  What payroll division would they be
22   moved to?
23       A.  By themselves.  One department that
24   payroll generates all the pages by their division.
25   I wanted my people to be printed on a separate

Page 54

Suarez

1          Suarez
2    page.  Payroll included my people and everybody
3    else working in the warehouse in one department,
4    which is actually two departments.  Warehouse
5    days.  Warehouse nights.  They were in the same
6    division department with all the warehouse.  The
7    day employees.
8        Q.  The payroll for inventory control clerks
9    was included with all of the payroll of the
10   warehouse workers?
11       A.  Yes.
12       Q.  Why was that?
13       MR. THORELL: Objection.
14       Q.  Do you know why that was done that way?
15       A.  No, I don't.
16       Q.  Did you have access to the warehouse
17   payroll?
18       A.  Yes, when I had access to my people's
19   payroll, I had access to the warehouse payroll.
20   That is why I wanted them to be moved separate so
21   I just wanted to see them and I don't want them to
22   be, I guess, on the same payroll page with
23   everybody else.
24       Q.  Did you have access to how much Ronnie
25   was earning?

Page 55

Suarez

1          Suarez
2        A.  No.  No salaries.
3        Q.  Did you have access to how much your
4    employees were earning?
5        MR. THORELL:  Objection.
6        A.  No.  Limited access.
7        Q.  How would you obtain access?
8        A.  Just at the beginning.  When I hired
9    them, I was given the current rate of pay for a
10   starting position.  I know in general that they
11   are given raises every year, but other than that,
12   no.
13       Q.  Do you know whether Justin Vegh was
14   earning more per hour than Ena and Tati for any
15   period of time?
16       A.  No, I wouldn't know.
17       Q.  During this investigation did Selena
18   Seabrooks ever show you the payroll records of any
19   of the individuals in your department to show you
20   what their relative earnings were?
21       A.  I don't remember that.
22       MR. MOSER:  Go to the next paragraph.
23   On Exhibit 23, Page 4 of 5.  Bates number PL
24   1294.  The fourth paragraph.  The second line
25   from the top. "Suarez indicated."

Page 56

Suarez

1          Suarez
2        Q.  Do you see that?
3        A.  Yes.
4        MR. MOSER: "Suarez indicated she
5    approached Wilkinson and Risley with this
6    concern when her department initially became
7    recognized by the Union in December 2008."
8        Q.  So, does this refresh your recollection
9    as to when your department went Union?
10       A.  Even with this, I wouldn't remember the
11   dates clearly, but I will go by this.
12       Q.  Do you have any reason to believe this
13   is incorrect?
14       A.  No, I don't.
15       Q.  Would you ever tell Selena Seabrooks
16   something that was incorrect or false?
17       MR. THORELL:  What was the question?
18       A.  No, I wouldn't.
19       Q.  Was there anyone other than you that had
20   more knowledge of what the members of your team
21   were doing on a daily basis in December of 2008?
22       MR. THORELL:  Objection.
23       A.  I don't think so.
24       Q.  Is it fair to say you were the person
25   with the most knowledge in December of 2008 about

Page 57

Suarez

1  what the members of the Inventory Control Team
2  were doing?
3      MR. THORELL:  Objection.
4      A.  Yes.
5      Q.  Before they went Union, did any Union
6  member come and ask you about what the members of
7  your department were doing?
8      A.  No.
9      Q.  Did anyone come and ask you any
10  questions about the daily activities of the
11  members of your department before they went Union
12  in December of 2008?
13      MR. THORELL:  Objection.
14      A.  No.
15      Q.  Do you know how they decided that the
16  members of your department would not join the
17  warehouse classification but would join the office
18  or clerical classification?
19      MR. THORELL:  Objection.
20      A.  Did I know how?  No, I didn't.
21      Q.  If they asked you before they made that
22  decision to classify them as clerical what would
23  you have told them?
24      MR. THORELL:  Objection.

Page 58

Suarez

1      A.  They didn't ask me, but I did say to
2  John and Greg they should be warehouse.
3      Q.  If they asked you before the decision
4  was made, would you have said they should be
5  warehouse employees?
6      A.  Yes.
7      Q.  Did you understand at that point in time
8  there was a select group of employees who could
9  earn top pay?
10      MR. MANGAN:  Objection.
11      A.  No.
12      Q.  Did you understand that if your
13  department was entitled to the warehouse
14  classification, that Josie might be eligible for
15  top pay instead of another warehousemen?
16      MR. THORELL:  Objection.
17      MR. MANGAN:  Objection.
18      A.  No.
19      Q.  It says here you stated that you "did
20  not blame Wilkinson or the company" but instead
21  said "it was the Union."
22      MR. THORELL:  Where did you read that.
23      Q.  Look at the middle of the fourth
24  paragraph.

Page 59

Suarez

1      MR. THORELL:  Okay I see it.
2      A.  I don't remember if I used the word
3  "blame," but I was told by Greg and John that it
4  was the Union who didn't accept them as a
5  warehousemen.
6      Q.  Did you believe at that time that Greg
7  and John had gone to the Union and asked the Union
8  for the members of your team to be classified as
9  warehousemen?
10      MR. MANGAN:  Objection.
11      A.  I don't know for sure.
12      Q.  Is that what they told you?
13      MR. MANGAN:  Objection.
14      A.  More or less what they told me is that
15  Greg said something like "I tried, but I don't
16  know anymore."
17      Q.  When he said, "I tried," that was in
18  context of getting the members of your department
19  reclassified from clerical workers to warehouse
20  workers; correct?
21      MR. THORELL:  Objection.
22      MR. MANGAN:  Objection.
23      A.  It was at the beginning when they joined
24  the Union.  I insisted they were warehouse or had

Page 60

Suarez

1  conversations with John and Greg.
2      Q.  In December of 2008, was your department
3  exclusively female?
4      A.  I am not sure when Justin was hired.
5      Q.  Wasn't Justin hired in February 2009?
6      A.  I don't know for sure.  I should have
7  prepared with dates saying stuff like that if I
8  would know.
9      MR. MOSER:  Mark this.
10      (Plaintiff's Exhibit 25, Document Bates
11  stamped 1619 through 1632, marked for
12  identification.)
13      Q.  Have you ever seen this document before
14  today?
15      A.  No.
16      MR. MOSER:  I am going to draw your
17  attention to page PL-1621 on the upper right
18  hand corner.  Page 3 of 14.  This is a report
19  from Selena Seabrooks actually furnished to
20  the EEOC, Equal Employment Opportunity
21  Commission.  It says towards the bottom, the
22  second paragraph from bottom, "On February 2,
23  2009, Vegh began working for Southern as a
24  full-time inventory control clerk."

15  (Pages 57 to 60)

Page 61

Suarez

1
2    Q.  Do you see that?
3    A.  Yes.
4    Q.  Do you have any reason to believe this
5    information is incorrect?
6    A.  No.
7    Q.  That would mean in December of 2008,
8    your department was 100 percent female; is that
9    correct?
10       MR. THORELL:  Objection.
11   A.  Yes.  Hired employees.  I had temps
12   working.
13   Q.  Your full-time staff was one hundred
14   percent female?
15   A.  Yes.
16   Q.  Did you believe that the Union's reason
17   for denying women the warehouse classification was
18   because they were women?
19       MR. THORELL:  Objection.
20       MR. MANGAN:  Objection.
21   A.  I wouldn't know.
22   Q.  Did Mr. Risley or Mr. Wilkinson tell you
23   the reasons why they believed the women in your
24   department were not classified as warehousemen?
25   A.  No.

Page 62

Suarez

1
2    Q.  Did Risley disagree with you when you
3    told him you believed the members of your
4    department should be classified as warehouse
5    employees?
6        MR. THORELL:  Objection.
7    A.  It seemed at the time both John and Greg
8    agreed with me.
9    Q.  Is it fair to say Justin Vegh was hired
10   after you complained to John Wilkinson and Greg
11   Risley that the members of your department should
12   be classified as warehouse?
13       MR. THORELL:  Objection.
14       MR. MANGAN:  Objection.
15   A.  I don't understand the question you are
16   asking for.  If this was the reason?
17   Q.  I am not asking if that was the reason.
18   I am asking, was he actually hired after you
19   complained that your department should be
20   classified as warehouse?
21       MR. THORELL:  Objection.
22       MR. MANGAN:  Objection.
23   A.  Yes, he was hired after.
24   Q.  Did you hire Justin?
25   A.  I interviewed him and I selected him,

Page 63

Suarez

1
2    but the final word was John's.
3    Q.  Did you select who to interview for that
4    position?
5    A.  I don't remember if at that time I was
6    given the files by HR like it is the way it is
7    now.  I don't remember at the time who gave me the
8    names, but I remember that the selection I made,
9    both of them were temps working for me already.
10   Q.  Who were the two temps who you chose
11   from?
12   A.  I think the other name was Michael.  I
13   don't remember very well.
14   Q.  Did you interview any women for that
15   position?
16   A.  I had I think one more temp woman
17   working for me, but I selected only the two of
18   them.  Michael and Justin.
19   Q.  You selected them why?
20   A.  They were the best temps.  The best
21   workers I had at that time.
22   Q.  How did Justin get his job as a temp?
23       MR. THORELL:  Objection.
24   A.  I called one of the staff agencies
25   asking for workers.

Page 64

Suarez

1
2    Q.  How did Michael get his job as a temp?
3    A.  The same way.
4        MR. THORELL:  Objection.
5    Q.  Michael was a man?
6    A.  Yes.
7    Q.  Was Justin white?
8    A.  Yes.
9    Q.  Was Michael white?
10   A.  No.  A black man.
11   Q.  Was Ronnie a member of a firehouse?
12       MR. THORELL:  Objection.
13       MR. MANGAN:  Objection.
14   A.  I don't know.
15   Q.  Is Justin a member of the firehouse?
16       MR. THORELL:  Objection.
17       MR. MANGAN:  Objection.
18   A.  I don't know.
19   Q.  Do you know how the temp agency selected
20   Justin and Michael?
21       MR. THORELL:  Objection.
22   A.  No, they were two different temp
23   agencies.
24   Q.  What were the two different temp
25   agencies?

16  (Pages 61 to 64)

Page 65

Suarez

1           Suarez
2       A.  Justin and somebody else.  A lady that
3   didn't last long came from Accountemps, and
4   Michael and three other temps came from -- I don't
5   remember the name.  The staffing agency that
6   already worked in the warehouse and provided with
7   drivers and helpers.
8       Q.  When Justin worked as a temp, was his
9   paycheck issued by Southern or by Accountemps?
10          MR. THORELL:  Objection.
11      A.  Accountemps.
12      Q.  When Justin worked as a temp at Southern
13  Wine and Spirits, did he have to fill out an
14  employment application or was one already done
15  through Accountemps?
16          MR. THORELL:  Objection.
17          MR. MANGAN:  Objection.
18      A.  Everything was done through HR, so I am
19  not sure about the details.  I only had to report
20  hours to HR and they deal with the agencies.
21      Q.  Can you describe the duties of an
22  inventory control clerk?
23          MR. MANGAN:  When?
24      Q.  Did the duties of inventory control
25  clerks remain more or less the same during the

Page 66

Suarez

1           Suarez
2   time period that Josie worked for Southern?
3       A.  Yes.
4       Q.  Could you please describe the duties of
5   an inventory control clerk?
6       A.  Basically, cycle counts.  Comparing the
7   physical inventory against inventory books.
8       Q.  I am learning a lot about inventory.  It
9   is my understanding that physical inventory, that
10  refers to the actual product that is on the
11  shelves or on the floor in the warehouse?
12      A.  Yes.
13      Q.  Then there is a paper record or
14  electronic record of that inventory?
15      A.  Yes.
16      Q.  That is kept in a data?
17      A.  Yes.
18      Q.  The essence of Josie's job was to make
19  sure that the inventory that was in the warehouse
20  matched the inventory in the computer?
21      A.  Yes.
22      Q.  Are you familiar with something called a
23  shipping and receiving clerk, or checker?
24      A.  I will change it to "and checker."  They
25  are two different positions.

Page 67

Suarez

1           Suarez
2       Q.  Are you familiar with what the job
3   duties of a shipping and receiving clerk were
4   between 2008 and the time Josie left?
5          MR. THORELL:  Objection.
6       A.  In general.
7       Q.  In general, what were the duties of a
8   shipping and receiving clerk during that time
9   period?
10      A.  They prepared the paperwork.  Print the
11  paperwork.  I think it was only one clerk during
12  the day shift.  They keep the log.  They forward
13  paperwork to the Accounting Department.
14      Q.  Who was the shipping and receiving clerk
15  for the day?
16          MR. THORELL:  Objection.
17      A.  Paul Kazan.
18      Q.  Was he a warehouseman?
19      A.  Not that I know of.
20      Q.  Who was the shipping and receiving clerk
21  for the night?
22          MR. THORELL:  Objection.
23      A.  I don't think we had anybody at night.
24      Q.  The shipping and receiving clerk is a
25  day position to your understanding?

Page 68

Suarez

1           Suarez
2       A.  Yes.
3       Q.  The shipping and receiving clerk to your
4   understanding worked during the day?
5          MR. THORELL:  Now or back then?
6          MR. MOSER:  Back then.
7       A.  I didn't know about anybody working at
8   night in that position.
9       Q.  Are you familiar with the job duties of
10  the checker?
11      A.  In general.
12      Q.  Did the job duties of checkers remain
13  more or less the same from December 2008 until the
14  time Josie left?
15          MR. THORELL:  Objection.
16      A.  I believe so.
17      Q.  Describe for me your duties as a checker
18  as you understood them?
19      A.  Compare the receiving paperwork to the
20  purchase orders.  Bill of lading against the
21  merchandise.  The actual merchandise received by
22  the company and count the product.
23          MR. MOSER:  I am going to over simplify
24  this.  Just a simplification.  You can
25  disagree with me if I wrong.

17 (Pages 65 to 68)

October 7, 2016

Page 69

Suarez

1  Q.  When a shipment of merchandise is
2  received by Southern, there is a certain amount of
3  product that is actually on that truck that
4  arrives; correct?
5      A.  Yes.
6      Q.  That product -- there is paperwork for
7  that product to show what is actually on that
8  truck; is that fair to say?
9      A.  Yes.
10     Q.  Is it the checker's job to make sure
11 that the physical items on the truck actually
12 match the paperwork that is received?
13         MR. MANGAN:  Objection.
14     A.  Yes.
15     Q.  What the Inventory Control Department
16 does on a warehouse basis, is it fair to say, that
17 is the same thing that a checker does for an
18 individual shipment that arrives?
19         MR. THORELL:  Objection.
20         MR. MANGAN:  Objection.
21     A.  In my opinion, yes.
22         MR. MOSER:  Let's talk about the year
23 2009.
24     Q.  How many shipments of product were

Page 70

Suarez

1  received by Southern on a daily basis in 2009?
2          MR. THORELL:  Objection.
3          MR. MANGAN:  Objection.
4      A.  I wouldn't say a number for sure, but
5  the records are there.  I wouldn't attempt to put
6  a number.
7      Q.  It is a lot?
8      A.  Yes.
9      Q.  Are trucks arriving and being unloaded
10 all day long?
11     A.  Yes.
12     Q.  The checkers have time to do other jobs
13 other than the job of a checker when those trucks
14 were arriving?
15         MR. THORELL:  Objection.
16         MR. MANGAN:  Objection.
17     A.  I wouldn't know if they were.  They have
18 time for something else.
19     Q.  Are there individuals who specifically
20 have the title of checker?
21         MR. THORELL:  Objection.
22         MR. MANGAN:  Objection.
23     A.  To the best of my knowledge, yes.
24     Q.  What are the names of the checkers that

Page 71

Suarez

1  you know?
2          MR. THORELL:  Objection.
3      A.  I would say Andy Sidler (phonetic).
4      Q.  Beside Mr. Sidler, do you know of any
5  other checkers?
6      A.  I don't know for sure.
7      Q.  Is Kevin Eisenbaum (phonetic) a checker?
8          MR. THORELL:  Objection.
9      A.  I don't know.
10     Q.  Do any warehousemen have e-mail
11 addresses?
12         MR. THORELL:  Objection.
13     A.  Yes.
14     Q.  Have warehousemen had e-mail addresses
15 since December of 2008?
16         MR. THORELL:  Objection.
17     A.  I wouldn't say for sure dates.  Some of
18 them like also had e-mail addresses, yes.
19     Q.  For the time period that you were the
20 Inventory Control Manager, were there some
21 warehousemen who had e-mail addresses?
22     A.  Yes.
23     Q.  Did checkers prepare paperwork?
24         MR. THORELL:  Objection.

Page 72

Suarez

1      A.  Yes.
2      Q.  What skills were required of inventory
3  control clerks?
4      A.  Computer skills.  Lifting.  I don't
5  remember the exact amount of pounds.  Ability of
6  climbing and being comfortable with heights.
7      Q.  Was it important for inventory control
8  clerks to get an accurate physical count of
9  merchandise in the warehouse?
10     A.  Yes.  Math skills, yes.
11     Q.  What kind of computer skills were
12 required?
13     A.  I don't remember whether it was written
14 down the requirements for the position exactly,
15 but I would say that like Office, Excel, Word,
16 Outlook.
17     Q.  Were there computers in the warehouse
18 that the warehousemen used to send and receive
19 e-mails?
20     A.  Yes.
21     Q.  What is the name of the computer
22 inventory system that was used by Southern while
23 you were the Inventory Control Manager?
24     A.  Sapphire.

18  (Pages 69 to 72)

Page 73

Suarez

1
2      Q.  Is it fair to say you are extremely
3   knowledgeable of Sapphire?
4      A.  I am knowledgeable in Sapphire, yes.
5      Q.  Did warehousemen use Sapphire as well?
6      A.  Yes.
7      Q.  Did inventory control clerks use
8   Sapphire?
9      A.  Yes.
10     Q.  Did warehousemen use Excel spreadsheets?
11         MR. THORELL:  Objection.
12     A.  Yes.
13     Q.  Did warehousemen use Microsoft Word?
14         MR. THORELL:  Objection.
15     A.  I don't know.
16         MR. MOSER:  Off the record.
17         (Whereupon, a break was taken off the
18   record.)
19         (Back on the record.)
20         MR. MOSER:  Welcome back.
21         THE WITNESS:  Thank you.
22         MR. MOSER:  I am going to have some more
23   questions for you.  The same instructions I
24   had for the first half of the day still
25   apply.  If you don't understand a question,

Page 74

Suarez

1
2   let me know and I will repeat or rephrase it.
3   Don't answer it.
4      Q.  Okay?
5      A.  Yes.
6      Q.  Does the inventory control clerk's job
7   require the ability to count product?
8      A.  Yes.
9      Q.  Does it require the ability to carry up
10  to 45 pounds?
11         MR. THORELL:  Objection.
12     A.  I don't recall the exact amount of
13  pounds.  It sounds right, 45.
14     Q.  Does it require the ability to be
15  comfortable with heights?
16     A.  Yes.
17     Q.  How about the physical ability to climb
18  and maneuver around palettes?
19         MR. THORELL:  Objection.
20     A.  Yes.
21     Q.  Is warehouse experience preferred for
22  the inventory control clerk job?
23         MR. THORELL:  Objection.
24         MR. MANGAN:  Objection.
25     A.  Yes.

Page 75

Suarez

1
2      Q.  Is college required for the position?
3      A.  Not required.
4      Q.  When we turn to the checker job, does
5   the checker's position require the ability to
6   count product?
7          MR. MANGAN:  Objection.
8      A.  I don't know their requirements.
9          MR. MOSER:  Mark this.
10         (Plaintiff's Exhibit 26, Document Bates
11  stamped 0053, marked for identification.)
12         MR. MOSER:  You are shown what is marked
13  Exhibit 26 for identification.  In the upper
14  right hand corner, the Bates stamp is
15  PL-0053.
16     Q.  Do you see that?
17     A.  Yes.
18     Q.  Do you recognize this document?
19     A.  Yes.
20     Q.  What is this document?
21     A.  We were asked by -- I was asked by HR
22  the requirements for the inventory check position.
23  We were ready to hire more people other than
24  Josie.  At that time, it was only Josie.  If I
25  remember correctly, it was Josie who helped me

Page 76

Suarez

1
2   write down these requirements.
3      Q.  Did you approve this document?
4      A.  Yes.
5      Q.  Was this the job description for the
6   inventory control clerk position at time it was
7   prepared?
8          MR. THORELL:  Objection.
9      A.  Yes.
10     Q.  Did this job description remain the same
11  from the time you prepared it until Josie left?
12         MR. THORELL:  Objection.
13     A.  Yes.
14     Q.  Where it says, "Summary of position
15  responsibilities," is that a list of all of the
16  material responsibilities of the inventory control
17  clerk?
18         MR. THORELL:  Objection.
19     A.  No, sometimes we have special projects.
20  Basically, the daily responsibilities.  Yes.
21     Q.  What is a cycle count?
22     A.  Like you say matching physical inventory
23  against inventory and books.
24     Q.  What is verifying counts and vintages?
25     A.  On a daily basis, we had questions from

19 (Pages 73 to 76)

October 7, 2016

Page 77

Suarez

1   Suarez
2   the sales force and marketing.  Confirmation of
3   vintages.  Current shipping vintage or sometimes
4   the breakdown of certain product by vintages with
5   counts.
6       Q.  Is it fair to say the sales force needed
7   to know what product you had on hand to see if
8   they can sell it to customers?
9       A.  Yes.
10      Q.  When you received those e-mails, was it
11  the job of the inventory control clerks to go into
12  the warehouse and verify that the physical product
13  was located?
14          MR. MANGAN:  Objection.
15      A.  Yes.
16      Q.  What about "research and locate items?"
17  What does that refer to?
18      A.  Many times product wasn't registered in
19  a location.  Somebody just forgot to write down or
20  somebody just forgot to enter the location in the
21  computer.  We went and looked for the product.
22  Locate the product.  Locate it in the computer as
23  well.
24      Q.  Did Josie have the authority to make any
25  changes to inventory in the computer?

Page 78

1   Suarez
2          MR. THORELL:  Objection.
3       A.  To inventory, no.
4       Q.  Did you have the authority to make any
5   changes to inventory in the computer?
6          MR. THORELL:  Objection.
7       A.  Changes to inventory, no.
8       Q.  What department had the authority to
9   change inventory in the computer to match the
10  physical inventory on hand?
11      A.  Accounting.
12      Q.  Where was accounting located?
13          MR. THORELL:  Objection.
14      Q.  What address?
15      A.  313 Underhill.
16      Q.  Just so I understand, the members of the
17  Inventory Control Team count product, but they
18  could not change the inventory on the computer to
19  match the physical inventory on hand?
20      A.  That is correct.
21      Q.  Do you consider Exhibit 26 to be an
22  accurate job description?
23          MR. THORELL:  Objection.
24      A.  Yes.
25      Q.  What is scrubbing?

Page 79

1   Suarez
2       A.  Scrubbing is the same as cycle counts.
3   We do sections of areas of the warehouse at a
4   time, location by location.
5       Q.  Do you scrub the warehouse on a regular
6   basis?
7       A.  Yes.
8       Q.  Is that done on a daily basis?
9       A.  Yes.
10      Q.  Scrubbing requires the person doing the
11  scrubbing to be physically in the warehouse?
12      A.  Yes.
13          MR. THORELL:  Objection.
14      Q.  Describe for me what is scrubbing.
15      A.  Verifying locations.  We have the report
16  showing the list of inventory items with
17  locations.  We go to that section of the warehouse
18  and compare location by location and compare the
19  physical product against the report.
20      Q.  If there was a difference between the
21  physical inventory located at a location than what
22  is on the printed report, what is the inventory
23  control clerk supposed to do?
24      A.  Change the location in the system to
25  make the system register the accurate location in

Page 80

1   Suarez
2   the system.
3       Q.  Can the inventory control clerk actually
4   make the location change in the system?
5       A.  Yes.
6          MR. MOSER:  Let's assume for instance we
7   are talking about wine, and at a particular
8   location it says there are -- the computer
9   says ten cases of wine.  When the inventory
10  control clerk gets to that location, they
11  find five cases of wine.
12      Q.  What are they supposed to do?
13          MR. THORELL:  Objection.
14      A.  Here, it becomes -- this would become a
15  cycle count.  This person is supposed to tell me,
16  for me to write an e-mail to accounting or
17  themselves write an e-mail to accounting reporting
18  the difference.
19          MR. MOSER:  Mark this.
20          (Plaintiff's Exhibit 27, Document Bates
21  stamped 1074, marked for identification.)
22          MR. MOSER:  I am going to show you what
23  has been marked Exhibit 27 for identification
24  and it has the Bates stamp PL-1074 on the
25  right hand corner.

Jay Deitz Associates - Court Reporting Services
212-374-7700      516-678-0700      718-527-7700      fax: 516-678-4488

CONFIDENTIAL                                      SGWS 000834

Page 81

Suarez
1
2    Q.  Do you see that?
3        (Whereupon, a document was handed to the
4    witness.)
5    A.  Yes.
6    Q.  Did you prepare this document?
7    A.  Yes, with the help of HR.
8    Q.  Who from HR helped you prepare that
9    document?
10   A.  If I remember correctly, Ena.  She was
11   my contact for all warehouse employees.
12   Q.  Is this used to advise an employee that
13   they have violated a company policy.
14       MR. THORELL:  Objection.
15   A.  Yes.
16   Q.  Was this issued to Josie for violating a
17   company policy?
18   A.  Yes.
19   Q.  Other than receiving this particular
20   employee documentation, did you ever issue any
21   other employee documentation to Josie for
22   violation of company policy?
23   A.  I don't remember ever doing so.
24       MR. MOSER:  Mark this.
25       (Plaintiff's Exhibit 28, Document Bates

Page 82

Suarez
1
2    stamped 1783, marked for identification.)
3        MR. MOSER:  I am now showing you what
4    was marked Exhibit 28 for identification.
5    The upper right hand corner has the number
6    PL-1783.
7    Q.  Did you see that?
8        (Whereupon, a document was handed to the
9    witness.)
10   A.  Yes.
11       MR. MOSER:  On the upper left hand
12   corner, there is a number that begins OE02.
13   Q.  Do you know what that refers to?
14   A.  That is the program that writes the name
15   of the program for this specific screen.
16   Q.  Is this part of Sapphire?
17   A.  Yes.
18       MR. MOSER:  Below that, it has
19   "JSajous".
20   Q.  What does that refer to?
21   A.  The user.
22       MR. MOSER:  In the upper right hand
23   corner, 9/4 of 2013.
24   Q.  What does that refer to?
25   A.  When it was printed.

Page 83

Suarez
1
2    Q.  What is the purpose of this report?
3        MR. THORELL:  Objection.
4    Q.  What is this document?
5    A.  This is a screen shot of inventory and
6    locations at that moment in the warehouse.
7    Q.  Because the user is JSajous, would it
8    mean Josie printed this out?
9    A.  Yes.
10   Q.  Did inventory control clerks print out
11   these screen shots?
12   A.  Yes.
13   Q.  For what purpose?
14       MR. THORELL:  Objection.
15   A.  To go to the warehouse and do the
16   physical verification.
17   Q.  Would this be preceded by instruction
18   from you or by e-mail from someone asking them to
19   go check the product?
20       MR. THORELL:  Objection.
21   A.  Yes.
22   Q.  The location on the bottom, LOC,
23   underneath that, 64821, what does that refer to?
24       MR. THORELL:  The handwriting.
25       MR. MOSER:  Yes.

Page 84

Suarez
1
2        MR. THORELL:  Objection.
3    A.  It is the same as the warehouse
4    location.
5    Q.  When we talk about warehouse location,
6    is that basically like an address for a particular
7    physical location in the warehouse?
8    A.  Yes.
9    Q.  Were there 64,000 locations?
10       MR. THORELL:  Objection.
11   A.  No.
12   Q.  Does this, in your opinion tell you
13   where this the warehouse location is?
14   A.  Yes.
15   Q.  How can you tell from looking at the
16   number where the location is?
17   A.  At that point from 57,000 to 69,000
18   locations refers to cooler room, and the cage, and
19   the lockup.
20   Q.  How did you know where these locations
21   were? Was there a map or some type of guide that
22   you used?
23       MR. THORELL:  Objection.
24       MR. MANGAN:  Objection.
25   A.  Yes, for the non-experienced people we

21 (Pages 81 to 84)

Page 85

Suarez

1  had a map, or when the auditors came, we showed
2  them a map.  For my people they just knew
3  firsthand.  They knew the warehouse locations.
4  They have to.
5      Q.  When you look at the location can you
6  tell whether that location is located physically
7  on the floor or located higher up on the racks?
8      A.  Yes, the last digit for this location
9  will refer to the floor level.
10      Q.  64821 means on the ground?
11      A.  Yes.
12         MR. MOSER:  When we see the third
13  handwritten number, LOC says "23015."
14      Q.  Do you see that?
15      A.  Yes.
16      Q.  What does the 5 refer to?
17      A.  The fifth level.
18         MR. THORELL:  Objection.  Are you the
19  one who wrote the handwriting on this
20  document?
21         THE WITNESS:  No.
22  BY MR. MOSER:
23      Q.  Do you know whose handwriting this is?
24      A.  Josie's.

Page 86

Suarez

1      Q.  Would the 5 mean the fifth rack from the
2  floor?
3      A.  Yes.
4      Q.  Would she have to use some type of
5  equipment to get up that high?
6      A.  Not for this location.
7      Q.  How would she get up there for this
8  particular location?
9      A.  23015 is the bottle room.
10      Q.  She will be able to reach the shelf
11  simply because it is five shelves up to the
12  bottom?
13      A.  Yes.
14         MR. MOSER:  Mark this.
15         (Plaintiff's Exhibit 29, Document Bates
16  stamped 1337 through 1339, marked for
17  identification.)
18      Q.  Just for the record, do you see this
19  document has the number PL-1337 in the upper right
20  hand corner?
21      A.  Yes.
22      Q.  The last page is PL-1339?
23      A.  Yes.
24      Q.  If you look below the third horizontal

Page 87

Suarez

1  line on the first page, that is an e-mail you
2  sent?
3      A.  Yes.
4      Q.  Who did you send that to?
5      A.  To the Inventory Control Team.
6      Q.  If you look at the last page, what is
7  this page?
8         MR. THORELL:  Objection.
9      A.  Items with less than five cases in two
10  different locations.
11      Q.  What were the inventory control clerks
12  supposed to do according to your instructions?
13      A.  Go and check the locations and we need
14  to move the product.  Put it one location only.
15      Q.  Do you know how many cases were moved by
16  members of the Inventory Control Department --
17  were all of the products moved on the same day?
18         MR. THORELL:  Objection.
19      A.  I don't know if there was another e-mail
20  following up this.  Most of my tasks are given
21  from me to them that were on the same day, yes.
22      Q.  If you look towards the bottom here do
23  you see where it says from Josie Sajous, PL-1337?
24      A.  Yes.

Page 88

Suarez

1      Q.  Was that e-mail from Josie to you?
2         MR. THORELL:  Objection.
3      A.  Yes, that means everything was done.
4      Q.  She was referring to locations 69442 to
5  85020?
6         MR. THORELL:  Objection.
7      A.  Yes.
8      Q.  Do you know how many cases Josie moved
9  pursuant to your instructions?
10         MR. THORELL:  Objection.
11      A.  We wouldn't know by this report.  I
12  wouldn't know how many cases were in this location
13  and how many cases were in the other location.
14  Common sense dictates you move things.  Fewer
15  inventory.  I wouldn't know by this report.
16      Q.  In addition to moving up to five cases
17  per location, were inventory control clerks
18  required to shift or move cases when examining
19  palettes to get an accurate count of what was in
20  the palette?
21         MR. THORELL:  Objection.
22      A.  Yes, many times.
23      Q.  Was that considered part of the moving
24  up to five cases?

22 (Pages 85 to 88)

October 7, 2016

Page 89

Suarez

1
2    MR. THORELL:  Objection.
3    A.  I wouldn't say that.
4    Q.  They were allowed to move up to five
5  cases per location, and in addition, they were
6  required to move or shift cases to determine an
7  accurate count of the palette?
8    A.  Yes.
9    MR. MANGAN:  Objection.
10    Q.  Do you know what was the most number of
11  cases that Josie ever lifted in a day?
12    MR. MANGAN:  Objection.
13    A.  No, I wouldn't know.
14    Q.  Could it be more than a hundred?
15    MR. MANGAN:  Objection.
16    MR. THORELL:  Objection.
17    A.  I wouldn't know the number for sure.
18  She was the person who helped the most on special
19  projects.  So maybe one day she had done that.  I
20  don't know for sure, if she ever did it.
21    MR. MOSER:  Mark this.
22    (Plaintiff's Exhibit 30, Document Bates
23  stamped 1785, marked for identification.)
24    MR. MOSER:  Take a look at what has been
25  marked Exhibit 30 for identification.

Page 90

Suarez

1
2    (Whereupon, a document was handed to the
3  witness.)
4    Q.  Do you know what this form is?
5    A.  Yes.
6    Q.  What is this form?
7    A.  Blind receiver.
8    Q.  What is a blind receiver?
9    A.  That is the documentation printed in the
10  receiving office and given to the checkers to
11  receive the loads.
12    Q.  What is the job of the checker with
13  regard to completion of this form?
14    MR. THORELL:  Objection.
15    A.  Compare the description against the
16  product physically in front of them and record the
17  count.
18    Q.  Do you recognize any signature on this
19  document?
20    A.  Yes, Tatiana's signature.
21    Q.  Do you know what a lumber is?
22    A.  Yes.
23    Q.  What is a lumber?
24    A.  Day shift.  Move the cases for the
25  checkers in order to count to make the

Page 91

Suarez

1
2  configuration of the palettes equal.
3    Q.  Have you ever watched a checker count
4  product for an incoming shipment?
5    A.  Yes.
6    Q.  Describe for me how that was done.
7    A.  The machine pulled the palettes from the
8  truck, placed on the receiving dock and the
9  checker goes to the receiving office, gets the
10  paperwork, gets the labels, comes back, and checks
11  the product.
12    Q.  When the product needs to be moved or
13  shifted, who does that work?
14    MR. MANGAN:  Objection.
15    A.  I wouldn't know.  That happens all the
16  time or one time what I seen is that always a
17  person with a machine moving the palettes, the
18  checker is standing and counting with the papers
19  and looking at the product, and if they need to
20  reconfigure one palette, another person will shift
21  the cases or work the entire palette all together
22  in order for the checker to count.
23    Q.  Is that person a lumberer?
24    A.  Yes.
25    Q.  Do you think, based upon your

Page 92

Suarez

1
2  observation, the physical demands on the checker
3  are more than the physical demands on the
4  inventory control clerk?
5    MR. THORELL:  Objection.
6    MR. MANGAN:  Objection.
7    A.  I wouldn't.  All the time, or every
8  time, or all the checkers work the same.  What I
9  have seen, no.  The checkers don't move that much
10  product.  They do have to move on a daily basis.
11    Q.  Did Ronnie ever get involved in what
12  members of the Inventory Control Team could not
13  do -- withdrawn.
14    MR. THORELL:  Objection.
15    MR. MOSER:  Mark this.
16    (Plaintiff's Exhibit 31, Document Bates
17  stamped 0051, marked for identification.)
18    MR. MOSER:  This has been marked in the
19  upper right hand corner as PL-0051.
20    Q.  Do you see that?
21    (Whereupon, a document was handed to the
22  witness.)
23    A.  Yes.
24    Q.  What is this document?
25    A.  It looks like an e-mail from Jennifer to

23  (Pages 89 to 92)

October 7, 2016

Page 93

Suarez

1   Suarez
2   me, then I replied to her.
3       Q.  Does Jennifer answer to Ronnie?
4           MR. THORELL:  Objection.
5       A.  No, she is the administrative assistant
6   to John Wilkinson.
7       Q.  Does Jennifer report to Ronnie?
8       A.  No.
9           MR. THORELL:  Objection.
10      Q.  If we look at the original message on
11  the bottom, was that from Jennifer to you?
12      A.  Yes.
13      Q.  September 24th of 2009?
14      A.  Per this document, yes.
15          MR. MOSER:  It says here, "As per
16  Ronnie, the lunch hour is not to be used
17  towards the guaranteed overtime."
18      Q.  Did Ronnie have the authority to
19  determine how your employees lunch hour would be
20  spent?
21          MR. THORELL:  Objection.
22          MR. MANGAN:  Objection.
23      A.  I don't know how to respond to that
24  question.  My boss is John Wilkinson.  Ronnie has
25  a lot to say about everybody.  Work hours and

Page 94

1   Suarez
2   everything.  I guess because he is the shop
3   steward.
4       Q.  Is it fair to say when you received this
5   message, you took it not as a direction from
6   Ronnie, but as a direction from John Wilkinson
7   that you should follow?
8           MR. THORELL:  Objection.
9       A.  I would say yes, because he is copied on
10  the e-mail.
11      Q.  Do you know if John Wilkinson took his
12  direction from Ronnie?
13          MR. THORELL:  Objection.
14      A.  I don't know.
15          MR. MOSER:  Mark this.
16          (Plaintiff's Exhibit 32, Document Bates
17          stamped 1687, marked for identification.)
18          MR. MOSER:  We are looking at what has
19  been marked Exhibit 32.  The upper right hand
20  corner is PL-1687.
21          (Whereupon, a document was handed to the
22          witness.)
23      Q.  Is that right?
24      A.  Yes.
25      Q.  What is this document?

Page 95

1   Suarez
2           MR. THORELL:  Objection.
3       A.  Instructions from Jerry Dansy (phonetic)
4   to me.
5       Q.  Who was Jerry Dansy?
6       A.  My co-worker.  His warehouse manager.
7       Q.  Is he a Union or non-Union employee?
8       A.  A Non-Union employee.
9       Q.  It says, "from Jerry."  Was that an
10  e-mail Jerry sent to you?
11      A.  Yes.
12          MR. THORELL:  Objection.
13      Q.  Did Ronnie have the authority to
14  determine whether or not the members of the
15  Inventory Control Team counted during inventory?
16          MR. THORELL:  Objection.
17          MR. MANGAN:  Objection.
18      A.  I wouldn't know how to respond to that
19  question.  I receive my orders from my boss.  If
20  he is copied, I take it that he agrees.
21          MR. MOSER:  Mark this.
22          (Plaintiff's Exhibit 33, Document Bates
23          stamped 0054, marked for identification.)
24      Q.  Do you recognize this document -- is it
25  fair to say the upper right hand corner there is

Page 96

1   Suarez
2   the number PL-0054?
3           (Whereupon, a document was handed to the
4           witness.)
5           MR. THORELL:  Objection.
6       A.  Yes.
7       Q.  Do you recognize this document?
8       A.  Yes.
9       Q.  What is this document?
10      A.  She is asking for all our job
11  descriptions.
12      Q.  She is Jennifer Moore?
13      A.  Yes.
14      Q.  Who is Jennifer?
15      A.  The administrative assistant to John
16  Wilkinson.
17      Q.  The warehouse director?
18      A.  Yes.
19      Q.  Are there any checkers who received this
20  e-mail?
21          MR. THORELL:  Objection.
22      A.  I don't see any warehouse workers here.
23      Q.  Did any warehousemen receive this
24  e-mail?
25          MR. THORELL:  Objection.

Jay Deitz Associates - Court Reporting Services
212-374-7700     516-678-0700     718-527-7700     fax: 516-678-4488
**CONFIDENTIAL**                                                    SGWS 000838

October 7, 2016

Page 97

1                     Suarez
2        A.  I don't recognize any warehousemen here.
3   No, all of these are warehouse workers but not
4   warehouse Union men.
5            MR. MOSER:  Nothing further about that
6   particular document.
7        Q.  At some point, did Southern attempt to
8   modernize its inventory by using RF scanners?
9        A.  Yes.
10       Q.  When was that?
11       A.  If I remember correctly we started using
12  RF counts in 2010, but I could be mistaken.
13       Q.  What is an RF ID?
14       A.  A user ID to log into the RF scanner.
15       Q.  Do you have to be issued and RF ID in
16  order to be able to use the RF scanner gun?
17       A.  Yes.
18       Q.  Were warehousemen issued RF IDs?
19           MR. THORELL:  Objection.
20       A.  Yes.
21       Q.  Did you issue the RF IDs to
22  warehousemen?
23       A.  I sent the list of all RF users to IT.
24       Q.  Other than warehousemen, was anyone else
25  issued an RF ID?

Page 98

1                     Suarez
2            MR. THORELL:  Objection.
3        A.  Yes, inventory control clerks.
4        Q.  Is it fair to say that the RF gun as you
5   call it can only be used in the warehouse?
6        A.  Yes.
7            MR. THORELL:  Objection.
8            MR. MOSER:  I am going to draw your
9   attention to 2013.
10       Q.  When did you find out that Josie first
11  filed a complaint?
12       A.  I think I received notification from HR
13  that I need to attend the interview with
14  Ms. Selena.
15       Q.  Ms. Seabrooks?
16       A.  Yes.
17       Q.  That was before Josie resigned; right?
18       A.  Yes.
19       Q.  Did you ever get an e-mail or
20  notification that told you to preserve any e-mails
21  or documents?
22       A.  No.
23       Q.  Do you know whether there were any
24  e-mails on your computer at the time you learned
25  of the complaint that have been deleted?

Page 99

1                     Suarez
2        A.  I wouldn't know for sure.  I had the
3   computer accident at that time.  Like I had a
4   computer accident last week.
5            MR. MOSER:  The unfortunate computer
6   accidents.  They happen less now than they
7   did in the past thankfully.
8        Q.  Is there a policy that e-mails are
9   automatically deleted after six months?
10       A.  Yes, now I think they expanded that to
11  nine months, but I am not sure.  At that point,
12  six months.
13       Q.  Do you have any e-mails from 2013?
14       A.  No.
15       Q.  Do you know whether anyone saved your
16  e-mails from 2013?
17       A.  They are supposed to be saved in the
18  server.
19       Q.  When they are deleted, they are only
20  deleted on your computer?
21       A.  Yes.
22       Q.  Did you search for any documents with
23  regard to this case?
24           MR. THORELL:  Objection.
25       A.  I don't believe so. I don't remember.

Page 100

1                     Suarez
2        Q.  Did anyone ask you to search for
3   documents regarding this case?
4        A.  Nobody spoke to me about this case.
5   Only Keith.
6        Q.  Did you, in fact, search for any
7   documents concerning this case?
8        A.  I don't remember doing so, no.
9            MR. MOSER:  Nothing further to the
10  extent Mr. Mangan has any questions.  I
11  reserve my right to reopen.
12           MR. MANGAN:  No questions.
13           MR. MOSER:  Then, I am going to close
14  with a couple of more.  Let's take a break.
15           (Whereupon, a break was taken off the
16  record.)
17           (Back on the record.)
18       Q.  If a checker made a mistake when he was
19  counting a particular incoming shipment, what
20  would be the consequence to inventory?
21           MR. THORELL:  Objection.
22           MR. MANGAN:  Objection.
23       A.  Inventory becomes not accurate.
24       Q.  If an inventory control clerk went to a
25  particular location and incorrectly counted the

25 (Pages 97 to 100)

| Page 101 | Page 103 |
|---|---|

**Page 101**

Suarez

1          Suarez
2    inventory that was at that particular location,
3    what would be the consequences for inventory?
4        A.   The same inventory would become not
5    accurate.
6        Q.   Was the purpose of the checker to verify
7    inventory?
8        MR. THORELL:  Objection.
9        A.   Upcoming inventory.
10       MR. THORELL:  Objection.
11       Q.   Was the purpose of the inventory control
12   clerks to verify inventory that had already been
13   received in Southern Wine and Spirits?
14       MR. THORELL:  Objection.
15       A.   Yes.
16       Q.   Do you have an opinion as to which job
17   had more responsibility associated with the job of
18   checker or inventory control clerk?
19       MR. THORELL:  Objection.
20       MR. MANGAN:  Objection.
21       A.   Not really.  I never thought about who
22   has more responsibility.
23       Q.   Is it fair to say if either one did not
24   perform their job correctly, the consequence would
25   be the same?  Inaccurate inventory.

**Page 103**

1          Suarez
2        Q.   What does she do?
3        A.   She is administrative assistant at an
4    attorney's office.
5        Q.   It is not my office?
6        A.   No.
7        MR. MOSER:  I just want to thank you for
8    taking time and showing up here today.  I
9    know it is never an east situation when you
10   are called upon to testify under oath in a
11   case against your employer.  I appreciate
12   your effort and time.  Thank you.
13       THE WITNESS:  Thank you.
14       THE REPORTER:  Who would like a copy of
15   the transcript?
16       MR. MOSER:  I would.
17       MR. THORELL:  I would.
18       MR. MANGAN:  I would.
19
20       (Time noted:  1:34 p.m.)
21
22
23
24
25

**Page 102**

1          Suarez
2        MR. THORELL:  Objection.
3        A.   Yes.
4        MR. MOSER:  I didn't ask these questions
5    earlier on.  I will ask them now.
6        Q.   What is your highest level of education?
7        A.   I have a Bachelor's Degree in Economics.
8        Q.   Where do you live?  I don't need the
9    specific address.
10       A.   On Long Island.
11       Q.   Do you know how many members are in your
12   household?
13       A.   This time, five.
14       Q.   Who are they?
15       A.   My sister, my two nieces, my grand niece
16   and I.
17       Q.   Do the members of your immediate
18   household financially depend on you?
19       A.   Yes.
20       Q.   Does any other member of your immediate
21   household have a full-time job?
22       MR. THORELL:  Objection.
23       A.   Yes.
24       Q.   Who is that?
25       A.   One niece.

**Page 104**

1
2        A C K N O W L E D G M E N T
3
4    STATE OF NEW YORK   )
                         :ss
5    COUNTY OF _____)
6
7        I, MARIA SUAREZ, hereby certify that I
8    have read the transcript of my testimony taken
9    under oath in my deposition of October 7, 2016
10   that the transcript is a true, complete and
11   correct record of my testimony, and that the
12   answers on the record as given by me are true and
13   correct.
14
15
16
17       _____
18
19            MARIA SUAREZ
20
21
22
     Signed and subscribed to before
23   me, this           day
     of            , 2016.
24
     _____
25   Notary Public, State of New York

26 (Pages 101 to 104)

Page 105

```
 1              I N D E X          105
 2  Examination by     Witness Name        Page
 3  EXAMINATION BY--------- MARIA SUAREZ -------------------- 4
    MR. MOSER
 4
 5           EXHIBITS MARKED FOR IDENTIFICATION
       No.    Description                      Page
 6
 7   23   Document Bates stamped 225 through 229 ---------- 36
 8   24   Document Bates stamped 850 and 851---------------- 52
 9   25   Document Bates stamped 1619 through 1632---------- 60
10   26   Document Bates stamped 0053----------------------- 75
11   27   Document Bates stamped 1074----------------------- 80
12   28   Document Bates stamped 1783----------------------- 81
13   29   Document Bates stamped 1337 through 1339--------- 86
14   30   Document Bates stamped 1785----------------------- 89
15   31   Document Bates stamped 0051----------------------- 92
16   32   Document Bates stamped 1687----------------------- 94
17   33   Document Bates stamped 0054----------------------- 95
18
             INFORMATION/DOCUMENTATION REQUESTED
19                     Page   Line
20  NONE------------------------------------------
21       QUESTIONS/ANSWERS MARKED IN THE TRANSCRIPT
                       Page   Line
22
    NONE------------------------------------------
23
24
25
```

Page 106

```
 1
 2
 3            C E R T I F I C A T E
 4  STATE OF NEW YORK     )
 5                        ) ss.:
 6  COUNTY OF SUFFOLK)
 7
 8        I, ROBERT S. BARLETTA, a Notary
 9  Public within and for the State of New York, do
10  hereby certify:
11        That MARIA SUAREZ, the witness whose
12  deposition is hereinbefore set forth, was duly
13  sworn by me and that such deposition is a true
14  record of the testimony given by such witness.
15        I further certify that I am not
16  related to any of the parties to this action by
17  blood or marriage; and that I am in no way
18  interested in the outcome of this matter.
19        IN WITNESS WHEREOF, I have hereunto
20  set my hand this 7th day of October, 2016.
21
22
23        ------------------------------
24            ROBERT S. BARLETTA
25
```

27 (Pages 105 to 106)

**A**

**ability** 72:6
74:7,9,14,17
75:5
**able** 86:11
97:16
**accept** 59:5
**access** 54:16,18
54:19,24 55:3
55:6,7
**accident** 99:3,4
**accidents** 99:6
**Accountemps**
65:3,9,11,15
**accounting**
67:13 78:11
78:12 80:16
80:17
**accounts** 42:12
**accuracy** 38:11
**accurate** 38:18
38:21 39:3
72:9 78:22
79:25 88:20
89:7 100:23
101:5
**achieve** 51:15
**action** 106:16
**activities** 57:11
**actual** 66:10
68:21
**addition** 88:17
89:5
**additional** 15:4
17:21
**address** 4:10
12:10 78:14
84:6 102:9
**addresses**
71:12,15,19
71:22
**administer**
2:19
**administrative**
93:5 96:15
103:3

**Administrator**
7:8,12
**admins** 20:3,4
21:23 22:2
28:25
**advise** 81:12
**agencies** 63:24
64:23,25
65:20
**agency** 64:19
65:5
**ago** 5:14 39:3
**agreed** 2:6,12
2:17 52:8
62:8
**agrees** 95:20
**allowed** 17:14
17:16,19,22
20:25 21:5
31:19 89:4
**allowing** 51:16
**amount** 69:3
72:6 74:12
**Andy** 71:4
**and/or** 34:2
**Angeles** 3:13
**answer** 5:7,19
9:9 14:4 74:3
93:3
**answers** 104:12
**anybody** 67:23
68:7
**anymore** 8:6
59:17
**application**
65:14
**applied** 9:20,24
10:4,10
**apply** 9:21
28:20,24
73:25
**Applying** 48:7
**appreciate**
103:11
**approached**
56:5

**approve** 52:13
76:3
**approved**
53:12
**approximately**
26:19
**April** 11:25
12:2,5,13
**area** 39:19
**areas** 79:3
**argued** 51:18
**arrives** 69:5,19
**arriving** 70:10
70:15
**asked** 44:23
46:2 51:12
57:22 58:4
59:8 75:21,21
**asking** 6:8
62:16,17,18
63:25 83:18
96:10
**assistant** 93:5
96:15 103:3
**associated**
101:17
**assume** 80:6
**assuming** 41:6
**as-needed** 21:6
**attach** 26:8,12
**attached** 26:6
35:15
**attempt** 70:6
97:7
**attempted**
51:15
**attend** 98:13
**attention** 39:5
52:22 60:18
98:9
**attorneys** 2:6
3:4,10,17
**attorney's**
103:4
**auditors** 85:2
**authority** 77:24

78:4,8 93:18
95:13
**authorized**
2:19
**automatically**
99:9
**available** 44:23
**Avenue** 1:15
3:19 4:12
**average** 23:13
23:14 27:5
44:7
**aware** 16:12,15
16:16
**a.m** 1:17

**B**

**Bachelor's**
102:7
**back** 19:22
31:23,25
33:11 36:5,6
36:20 40:25
41:2,21 42:11
48:8 52:7
68:5,6 73:19
73:20 91:10
100:17
**Barletta** 1:21
106:8,24
**based** 19:10,11
91:25
**basic** 17:25
18:5
**basically** 19:11
66:6 76:20
84:6
**basis** 21:6 23:8
56:21 69:17
70:2 76:25
79:6,8 92:10
**Bates** 36:23
39:6 52:19,23
55:23 60:11
75:10,14
80:20,24

81:25 86:16
89:22 92:16
94:16 95:22
105:7,8,9,10
105:11,12,13
105:14,15,16
105:17
**began** 14:19
60:24
**beginning** 41:7
55:8 59:24
**begins** 82:12
**behalf** 1:6
**believe** 38:23
42:2 56:12
59:7 61:4,16
68:16 99:25
**believed** 35:23
51:14 61:23
62:3
**best** 8:22 39:3
45:23 53:9
63:20,20
70:24
**Bill** 21:19
68:20
**bit** 42:4 51:7
**black** 64:10
**blame** 58:21
59:4
**blind** 90:7,8
**blood** 106:17
**Blvd** 3:12
**Bob** 21:21
**books** 66:7
76:23
**boots** 51:19
**boss** 8:15,16
9:11 31:16
49:2 53:6
93:24 95:19
**bother** 5:3
**bottle** 86:10
**bottles** 34:9
**bottom** 39:8,14
52:25 60:22

60:23 83:22
86:13 87:23
93:11
**Boulevard**
12:11,13
**break** 36:18
73:17 100:14
100:15
**breakdown**
77:4
**brief** 11:10
**bringing** 25:23
**broad** 18:8
**brought** 6:9
**building** 12:17
12:18,19
13:10 49:12
**bungee** 26:11
35:16

---

**C**

**C** 3:2 104:2
106:3,3
**cage** 84:18
**California** 3:13
**call** 98:5
**called** 4:2 45:8
63:24 66:22
103:10
**Carlos** 9:5,6,12
9:16
**carry** 74:9
**case** 5:3 44:24
45:2 99:23
100:3,4,7
103:11
**cases** 30:19,23
31:3,3,4,6,9
31:10,19 33:7
33:7,16,20,23
33:25 34:2,3
34:10,11,13
34:15,19 35:2
80:9,11 87:10
87:16 88:9,13
88:14,17,19

**casual** 29:14
**categories**
20:12,18
**certain** 69:3
77:4
**certification**
2:8
**certify** 104:7
106:10,15
**change** 7:19,19
8:4,21 10:24
41:11 42:5
66:24 78:9,18
79:24 80:4
**changed** 6:13
7:14,16,21,25
8:2 31:2,6
33:19 42:3,4
46:20
**changes** 77:25
78:5,7
**charge** 8:5
**check** 75:22
83:19 87:14
**checker** 66:23
66:24 68:10
68:17 69:18
70:14,21 71:8
75:4 90:12
91:3,9,18,22
92:2 100:18
101:6,18
**checkers** 68:12
70:13,25 71:6
71:24 90:10
90:25 92:8,9
96:19
**checker's** 69:11
75:5
**checks** 91:10
**cherry** 17:23
20:25 21:10
21:14,24

22:16,22 23:5
23:25 24:7,9
24:14 35:15
**chose** 63:10
**City** 1:15
**clarify** 12:24
**classification**
19:16,25 20:7
20:15,20
35:25 39:24
40:3,7,9,12
45:19,21 46:6
46:12,18
57:18,19
58:15 61:17
**classifications**
18:2,8
**classified** 10:14
10:19 18:15
18:22 19:6
22:21 48:23
52:10 59:9
61:24 62:4,12
62:20
**classify** 57:23
**clear** 33:24
**clearly** 56:11
**clerical** 10:19
18:9,16 22:22
23:3 57:19,23
59:20
**clerk** 60:25
65:22 66:5,23
67:3,8,11,14
67:20,24 68:3
74:22 76:6,17
79:23 80:3,10
92:4 100:24
101:18
**clerks** 10:25
19:6 20:5,11
20:17 22:10
22:11,15,16
31:19 33:6
35:6 54:8
65:25 72:4,9

73:7 77:11
83:10 87:12
88:18 98:3
101:12
**clerk's** 74:6
**climb** 74:17
**climbing** 35:9
35:13 72:7
**close** 42:7
100:13
**closed** 42:18,21
43:15,17
**clothing** 29:14
**code** 28:14,15
28:17,18,19
28:20,24
**collared** 28:12
**college** 75:2
**come** 9:18 29:6
29:8,10,13
42:11 48:25
57:7,10
**comes** 25:8
91:10
**comfortable**
72:7 74:15
**coming** 25:22
**comment** 39:23
**commented**
50:23
**Commercial**
6:11,25
**Commission**
60:22
**common** 29:16
88:15
**company** 11:20
11:22 12:3
25:8 28:17
29:23 45:5
58:21 68:22
81:13,17,22
**compare** 68:19
79:18,18
90:15
**Comparing**

66:6
**complained**
62:10,19
**complaint**
36:10 98:11
98:25
**complete**
104:10
**completion**
90:13
**computer**
66:20 72:5,12
72:22 77:21
77:22,25 78:5
78:9,18 80:8
98:24 99:3,4
99:5,20
**computers**
72:18
**concern** 56:6
**concerning**
100:7
**conditions** 51:6
**conference**
17:6 37:22
**confidential**
44:18
**configuration**
91:2
**Confirmation**
77:2
**consequence**
100:20
101:24
**consequences**
101:3
**consider** 78:21
**considered**
35:19,24
50:25 51:3,13
88:24
**contact** 81:11
**contents** 38:18
38:21
**context** 59:19
**continuously**

12:12
**contract** 18:3
**control** 8:7,13
9:3 10:13,25
13:17,19,25
15:5,8,13,17
18:15,21 19:5
19:14 20:5
22:21 23:4
25:17 26:15
28:21 29:4
30:2,18 31:18
32:5,21,25
33:5 35:6
41:17 44:9
45:12 47:13
47:22 53:16
54:8 57:2
60:25 65:22
65:24 66:5
69:16 71:21
72:4,8,24
73:7 74:6,22
76:6,16 77:11
78:17 79:23
80:3,10 83:10
87:6,12,17
88:18 92:4,12
95:15 98:3
100:24
101:11,18
**conversation**
5:5 11:7
16:18 17:3,5
17:9,24 18:12
19:3 36:3,4,6
46:10 52:4
53:11
**conversations**
17:11 46:9
48:21 60:2
**cooler** 84:18
**copied** 94:9
95:20
**copy** 103:14
**cord** 35:16

**corner** 39:7
52:24 60:19
75:14 80:25
82:5,12,23
86:21 92:19
94:20 95:25
**correct** 4:14
10:18 15:10
16:22 21:2
23:18 33:16
33:20 34:2
59:21 61:9
69:5 78:20
104:11,13
**corrections**
38:15
**correctly** 8:10
10:2 75:25
81:10 97:11
101:24
**count** 24:4 35:6
35:8 68:22
72:9 74:7
75:6 76:21
78:17 80:15
88:20 89:7
90:17,25 91:3
91:22
**counted** 95:15
100:25
**counting** 91:18
100:19
**counts** 42:10
66:6 76:24
77:5 79:2
97:12
**COUNTY**
104:5 106:6
**couple** 4:23
25:15 37:6
50:8 100:14
**court** 1:2 2:21
5:8,15
**Cove** 3:6
**co-worker** 95:6
**cubicles** 41:9

41:14
**current** 55:9
77:3
**customer** 48:19
**customers** 77:8
**cycle** 66:6
76:21 79:2
80:15

---

**D**

**D** 104:2 105:1
**daily** 56:21
57:11 70:2
76:20,25 79:8
92:10
**Dansy** 95:3,5
**data** 66:16
**date** 37:12,16
**dates** 16:3,9
19:2 36:3
52:6 56:11
60:8 71:18
**Dave** 50:9,10
50:17
**David** 50:11
**day** 23:13,15
23:16 33:23
34:16,20 35:2
40:18,19
41:13,22,25
51:24 52:2
54:7 67:12,15
67:25 68:4
70:11 73:24
87:18,22
89:11,19
90:24 104:23
106:20
**days** 54:5
**deal** 65:20
**December** 6:14
11:18 14:12
14:13 15:18
56:7,21,25
57:13 60:3
61:7 68:13

71:16
**decided** 57:16
**decision** 57:23
58:4
**decreased**
51:25
**Defendants**
1:12 3:10,17
**Degree** 102:7
**Delarosa** 9:5,7
9:12,16
**deleted** 98:25
99:9,19,20
**demands** 92:2
92:3
**denied** 51:16
**denying** 61:17
**department**
12:7 15:5,8
15:13,18
16:13 18:6,15
18:22 19:14
20:24 22:21
23:4,17 24:25
25:17,24
26:15 28:11
28:21 29:5
30:2,19 40:16
44:10 45:13
48:14,23
49:22 51:12
51:17,22 52:9
52:14 53:11
53:16,19,23
54:3,6 55:19
56:6,9 57:8
57:12,17
58:14 59:19
60:3 61:8,24
62:4,11,19
67:13 69:16
78:8 87:17
**departments**
54:4
**depend** 102:18
**deposition** 1:19

2:9,17 4:25
6:5,19 44:24
104:9 106:12
106:13
**describe** 13:8
30:7 39:10,25
65:21 66:4
68:17 79:14
91:6
**described**
30:11
**description**
76:5,10 78:22
90:15 105:5
**descriptions**
96:11
**desk** 42:24 43:3
43:5,7,8,19
**desks** 43:22
**details** 27:19
65:19
**determine** 89:6
93:19 95:14
**determined**
10:11
**dictates** 88:15
**difference**
79:20 80:18
**different** 33:6
64:22,24
66:25 87:11
**digit** 85:9
**direct** 14:21
**direction** 94:5
94:6,12
**director** 11:12
17:2 21:17
96:17
**dirty** 29:16
**disagree** 62:2
68:25
**discuss** 18:20
**discussion**
18:14 46:4
**distance** 35:10
35:14

**Distillery** 1:11
3:18
**DISTRICT** 1:2
1:3
**division** 53:20
53:21,24 54:6
**dock** 91:8
**document**
36:23 37:3,7
37:11,17,21
38:3,10,15,20
38:24 39:6
52:19,23
60:11,14
75:10,18,20
76:3 80:20
81:3,6,9,25
82:8 83:4
85:21 86:16
86:20 89:22
90:2,19 92:16
92:21,24
93:14 94:16
94:21,25
95:22,24 96:3
96:7,9 97:6
105:7,8,9,10
105:11,12,13
105:14,15,16
105:17
**documentation**
81:20,21 90:9
**documents**
98:21 99:22
100:3,7
**doing** 47:10
56:21 57:3,8
79:10 81:23
100:8
**door** 41:5
42:21 43:20
**doors** 41:8,10
41:12 42:15
42:17 43:12
43:14
**Dougherty**

50:13
**draw** 39:4
52:22 60:17
98:8
**dress** 28:14,15
28:17,18,18
28:20,24
**drive** 17:12,14
51:5
**drivers** 65:7
**due** 40:12
**duly** 4:3 106:12
**duties** 7:25
35:5 65:21,24
66:4 67:3,7
68:9,12,17
**D-o-u-g-h-e-...**
50:13

**E**

**E** 3:2,2 4:2
104:2,2 105:1
106:3,3
**earlier** 102:5
**earn** 58:10
**earning** 54:25
55:4,14
**earnings** 55:20
**east** 103:9
**EASTERN** 1:3
**Economics**
102:7
**education**
102:6
**EEOC** 60:21
**effect** 2:20
**effort** 103:12
**Eisenbaum**
71:8
**either** 31:7
101:23
**elastic** 26:10
**electronic**
66:14
**elevations**
24:19

**eligible** 45:8
58:15
**employed** 7:5
11:16,19,24
12:2,12
**employee** 14:24
14:24 15:23
23:3 26:3
30:8,10,12
47:9 81:11,20
81:21 95:7,8
**employees** 8:11
10:14,15,20
13:24 16:5
18:9,10,17,23
19:7 22:21
46:14,17
51:18,23
52:10,15 54:7
55:4 58:6,9
61:11 62:5
81:11 93:19
**employer**
103:11
**employment**
23:2 60:21
65:14
**Ena** 9:4 15:14
15:15,22 16:4
23:18,21,24
24:12 34:20
44:13,20,24
55:14 81:10
**enter** 77:20
**entire** 8:8
23:15 32:4
50:2 91:21
**entirely** 5:6
44:18
**entitled** 58:14
**entrance** 49:17
49:18
**equal** 60:21
91:2
**equipment**
17:19,21 26:7

30:3,6 86:6
**ESQ** 3:7,14,21
**essence** 66:18
**everybody**
25:21 54:2,23
93:25
**exact** 16:9
37:12 72:6
74:12
**exactly** 72:15
**Examination**
4:7 105:2,3
**examined** 4:4
**examining**
88:19
**Excel** 72:16
73:10
**exclusively**
60:4
**Exhibit** 36:22
36:23,25 37:2
52:19 55:23
60:11 75:10
75:13 78:21
80:20,23
81:25 82:4
86:16 89:22
89:25 92:16
94:16,19
95:22
**EXHIBITS**
105:5
**expanded**
99:10
**experience**
74:21
**explained**
49:20 50:17
**exposed** 51:5
51:20
**extent** 100:10
**extremely** 73:2
**e-mail** 53:2
71:11,15,19
71:22 80:16
80:17 83:18

87:2,20 88:2
92:25 94:10
95:10 96:20
96:24 98:19
**e-mails** 42:12
50:8 72:20
77:10 98:20
98:24 99:8,13
99:16

**F**

**F** 106:3
**facing** 43:2
**fact** 100:6
**fair** 19:4 32:24
33:5 56:24
62:9 69:9,17
73:2 77:6
94:4 95:25
98:4 101:23
**fall** 27:22
**falls** 26:5 27:17
**false** 56:16
**familiar** 37:9
66:22 67:2
68:9
**February** 60:6
60:23
**feel** 51:2
**fell** 27:24 28:2
28:6
**felt** 50:24
**female** 10:4
60:4 61:8,14
**females** 9:21
**Fewer** 88:15
**fifth** 26:23
51:10 85:18
86:2
**filed** 36:10
98:11
**files** 63:6
**filing** 2:8
**fill** 65:13
**final** 9:11 63:2
**financially**

102:18
**find** 80:11
98:10
**Fine** 27:16
**finish** 5:6
**firehouse** 64:11
64:15
**first** 4:23 13:18
13:25 14:19
14:23 15:7
27:8,12,13
37:10,20
38:21 43:7
73:24 87:2
98:10
**firsthand** 85:4
**fit** 27:2
**five** 10:3 26:24
31:3,6 33:7
33:20 34:3,11
34:13 80:11
86:12 87:10
88:17,25 89:4
102:13
**floor** 26:19
35:10,14
41:18,22
66:11 85:8,10
86:3
**follow** 28:17
94:7
**following** 87:21
**follows** 4:5
**Food** 6:11,25
**footwear** 24:16
25:13 29:25
**force** 2:20 77:2
77:6
**forgot** 50:19
77:19,20
**form** 2:13 90:4
90:6,13
**formed** 47:25
48:15
**forth** 106:12
**forward** 5:2

67:12
**forwarded** 50:8
**fourth** 16:6,10
55:24 58:24
**Franklin** 1:15
**frequently**
23:10
**front** 5:16
43:13,18,20
90:16
**full** 4:9
**fully** 5:21
**full-time** 60:25
61:13 102:21
**furnished**
60:20
**further** 2:11,16
51:8,21 97:5
100:9 106:15

─────────
**G**
G 104:2
**Garden** 1:15
**general** 34:22
55:10 67:6,7
68:11
**generally** 42:20
42:21
**generates**
53:24
**getting** 52:7
59:19
**give** 32:12
34:10
**given** 25:10
33:23 34:12
38:14 55:9,11
63:6 87:21
90:10 104:12
106:14
**giving** 34:7
**Glazer's** 6:17
6:21
**Glen** 3:6
**gloves** 29:19,22
29:24

**go** 25:9 42:9,9
49:2 55:22
56:11 77:11
79:17 83:15
83:19 87:14
**goes** 91:9
**going** 6:8,19,24
16:13 32:12
36:21 39:4
51:8 60:17
68:23 73:22
80:22 98:8
100:13
**good** 4:13,21
30:10
**grand** 102:15
**great** 30:11
39:11
**Green** 4:11
**Greg** 16:23
17:24 18:13
58:3 59:4,7
59:16 60:2
62:7,10
**ground** 85:11
**group** 51:13
58:9
**Grove** 4:12
**guaranteed**
45:10,13
93:17
**guess** 7:13
14:14 54:22
94:2
**guide** 84:21
**gun** 97:16 98:4

─────────
**H**
**half** 73:24
**hand** 18:9,10
60:19 75:14
77:7 78:10,19
80:25 82:5,11
82:22 86:21
92:19 94:19
95:25 106:20

**handed** 37:3
81:3 82:8
90:2 92:21
94:21 96:3
**handwriting**
83:24 85:20
85:24
**handwritten**
85:14
**happen** 99:6
**happened** 39:2
**happens** 91:15
**hard** 17:15
**harness** 24:18
26:2,6,9,11
**harnesses**
25:17,20,20
25:23 29:24
**hazards** 51:20
**head** 44:23
50:11
**hear** 27:24
44:16
**heard** 16:18
44:14 45:5
46:10
**hearing** 16:17
**height** 27:8
**heights** 72:7
74:15
**help** 48:18,20
81:7
**helped** 75:25
81:8 89:18
**helpers** 65:7
**Herdosia** 9:4
15:9
**hereinbefore**
106:12
**hereunto**
106:19
**high** 26:14,19
27:6 86:6
**higher** 27:13
85:8
**highest** 26:18

26:20 102:6
**hire** 62:24
75:23
**hired** 15:7,12
15:13,22,25
16:4,7 55:8
60:5,6 61:11
62:9,18,23
**hiring** 9:6
**honest** 39:25
40:13
**honestly** 44:2
**horizontal**
86:25
**hour** 23:14
55:14 93:16
93:19
**hours** 40:19,22
41:16,21
51:23,24,25
51:25 65:20
93:25
**household**
102:12,18,21
**HR** 10:12
44:23 63:6
65:18,20
75:21 81:7,8
98:12
**hundred** 61:13
89:14
**hypotheticals**
32:12

─────────
**I**
**ID** 97:13,14,15
97:25
**identification**
36:25 52:21
60:13 75:11
75:13 80:21
80:23 82:2,4
86:18 89:23
89:25 92:17
94:17 95:23
105:5

**IDs** 97:18,21
**immediate** 102:17,20
**important** 72:8
**inaccurate** 38:24 101:25
**include** 17:11
**included** 16:18 54:2,9
**incoming** 91:4 100:19
**incorrect** 56:13 56:16 61:5
**incorrectly** 100:25
**increased** 11:14,15
**INDEX** 1:4
**indicated** 55:25 56:4
**individual** 69:19
**individuals** 20:6 55:19 70:20
**information** 7:11 61:5
**INFORMAT...** 105:18
**informed** 10:24
**initially** 56:6
**injuries** 27:16
**injury** 27:21
**insist** 53:10
**insisted** 59:25
**instance** 80:6
**instruction** 83:17
**instructions** 31:16 73:23 87:13 88:10 95:3
**interested** 106:18
**interview** 9:16 63:3,14 98:13

**interviewed** 9:19 10:5,8 10:11 38:8 62:25
**interviewing** 10:9
**introduced** 4:18
**inventories** 23:15
**inventory** 8:5,7 8:13 9:2 10:13,25 13:17,19,25 15:4,8,13,17 18:14,21 19:5 19:14 20:5 22:20 23:4 25:16 26:14 28:21 29:4,25 30:18 31:18 32:5,20,25 33:5 35:5 41:17 44:9 45:12 47:13 47:22 53:15 54:8 57:2 60:25 65:22 65:24 66:5,7 66:7,8,9,14 66:19,20 69:16 71:21 72:3,8,23,24 73:7 74:6,22 75:22 76:6,16 76:22,23 77:11,25 78:3 78:5,7,9,10 78:17,18,19 79:16,21,22 80:3,9 83:5 83:10 87:6,12 87:17 88:16 88:18 92:4,12 95:15,15 97:8 98:3 100:20

100:23,24
101:2,3,4,7,9
101:11,12,18
101:25
**investigation** 55:17
**investigator** 36:10,12
**involved** 92:11
**in-person** 17:3
**Island** 102:10
**issue** 49:3 81:20 97:21
**issued** 24:16,18 25:17 29:22 30:2 65:9 81:16 97:15 97:18,25
**issues** 30:14 48:16
**item** 32:9,13,16
**items** 32:19 69:12 77:16 79:16 87:10

**J**

**J** 3:3,7,21
**jeans** 29:6
**Jennifer** 92:25 93:3,7,11 96:12,14
**Jerry** 95:3,5,9 95:10
**job** 7:7 8:7 13:15 17:16 18:6 35:5 48:9 63:22 64:2 66:18 67:2 68:9,12 69:11 70:14 74:6,22 75:4 76:5,10 77:11 78:22 90:12 96:10 101:16 101:17,24 102:21

**jobs** 22:7,12,17 26:15 29:17 70:13
**John** 8:17,18 10:21 11:2 16:19,25 17:25 18:13 18:20 31:16 35:23 36:5 52:4 53:6 58:3 59:4,8 60:2 62:7,10 93:6,24 94:6 94:11 96:15
**John's** 63:2
**join** 57:17,18
**joined** 15:25 59:24
**joining** 16:7
**Josianne** 1:6 5:25
**Josie** 4:17 6:3,6 6:9 13:22 14:7,8,19 15:5,8 16:4 23:18,21,24 24:12 29:5 30:7 35:2 36:10 39:11 41:2,15 45:4 58:15 66:2 67:4 68:14 75:24,24,25 76:11 77:24 81:16,21 83:8 87:24 88:2,9 89:11 98:10 98:17
**Josie's** 30:15 66:18 85:25
**JSajous** 82:19 83:7
**judge** 5:16
**July** 8:22,24 13:13,15,20 14:2,20 44:22

**June** 44:22
**Justin** 9:4 16:11 39:23 55:13 60:5,6 62:9,24 63:18 63:22 64:7,15 64:20 65:2,8 65:12

**K**

**K** 104:2
**Kazan** 67:17
**keep** 42:17 43:23 44:2 46:21 67:12
**Keith** 3:14 38:4 38:5 100:5
**kept** 66:16
**Kevin** 11:3,4,7 71:8
**kind** 72:12
**knew** 85:3,4
**know** 5:20 7:12 7:16 8:12 9:15 10:23 14:13 15:20 16:9 20:23 22:19 26:17 26:22 27:6,14 27:19,21 28:7 28:8 29:3 32:2 34:15,18 34:19,25 35:4 35:22 41:16 44:14,16 45:2 45:4,4,9,24 46:20 50:5,14 52:17 54:14 55:10,13,16 57:16,21 59:12,17 60:7 60:9 61:21 64:14,18,19 67:19 68:7 70:18 71:2,5 71:7,10 73:15

74:2 75:8
77:7 82:13
84:20 85:24
87:16,20 88:9
88:12,13,16
89:10,13,17
89:20 90:4,21
91:15 93:23
94:11,14
95:18 98:23
99:2,15
102:11 103:9
**knowledge**
8:22 19:13
39:3 45:7,23
56:20,25
70:24
**knowledgeable**
73:3,4
**KONG** 3:9
**KORSHAK**
3:9
**KRACOFF** 3:9

------

**L**

**L** 2:2 104:2
**labels** 48:7
91:10
**lading** 68:20
**lady** 65:2
**lanyard** 35:15
**lawsuit** 6:9
**learned** 98:24
**learning** 66:8
**left** 43:10 67:4
68:14 76:11
82:11
**Let's** 50:20
69:23 80:6
100:14
**level** 26:23
85:10,18
102:6
**lift** 23:21
**lifted** 89:11
**Lifting** 72:5

**lifts** 17:17,19
20:25 22:3,6
22:16
**limit** 30:23
33:22,24
**Limited** 55:6
**line** 51:10
55:24 87:2
105:19,21
**Liquor** 1:11
3:18
**list** 25:10 76:15
79:16 97:23
**little** 51:7
**live** 102:8
**loads** 90:11
**LOC** 83:22
85:14
**Local** 1:11 3:18
6:12 7:2
**locate** 77:16,22
77:22
**located** 12:19
12:22 13:6
43:8 77:13
78:12 79:21
85:7,8
**location** 12:5
12:16 30:24
31:10,12,20
32:6,13,15
33:16,20,25
34:2,3,4,11
48:6,7 77:19
77:20 79:4,4
79:18,18,21
79:24,25 80:4
80:8,10 83:22
84:4,5,7,13
84:16 85:6,7
85:9 86:7,9
87:15 88:13
88:14,18 89:5
100:25 101:2
**locations** 31:13
31:20 32:2,10

33:2,8 34:8
34:14 79:15
79:17 83:6
84:9,18,20
85:4 87:11,14
88:5
**lockup** 84:19
**log** 67:12 97:14
**long** 11:16,24
13:12 28:5
39:2 65:3
70:11 102:10
**longer** 10:25
**look** 4:25 37:6
39:8,22 50:20
50:21 51:7,10
58:24 85:6
86:25 87:7,23
89:24 93:10
**looked** 77:21
**looking** 84:15
91:19 94:18
**looks** 92:25
**Los** 3:13
**lot** 49:14 66:8
70:8 93:25
**loud** 39:24 40:3
40:7,9
**lumber** 90:21
90:23
**lumberer** 91:23
**lunch** 93:16,19
**L.L.P** 3:9

------

**M**

**M** 1:6 4:2
104:2
**machine** 26:9
26:12 91:7,17
**machinery**
17:12,14 21:6
22:11 51:5
**males** 9:24
**man** 21:18 28:2
64:5,10
**management**

7:10,11,15
8:6
**manager** 8:7
13:17,19,25
25:22 32:5,21
32:25 71:21
72:24 95:6
**maneuver**
74:18
**Mangan** 3:16
3:21 7:18
18:18,24 19:8
19:18 21:8
22:24 27:23
35:11 41:19
41:24 46:7
47:16,24
58:11,18
59:11,14,23
61:20 62:14
62:22 64:13
64:17 65:17
65:23 69:14
69:21 70:4,17
70:23 74:24
75:7 77:14
84:24 89:9,12
89:15 91:14
92:6 93:22
95:17 100:10
100:12,22
101:20
103:18
**map** 84:21 85:2
85:3
**Maria** 1:20
4:11 104:7,19
105:3 106:11
**Marie** 1:6 5:25
**Mark** 52:18
60:10 75:9
80:19 81:24
86:15 89:21
92:15 94:15
95:21
**marked** 36:24

52:20 60:12
75:11,12
80:21,23 82:2
82:4 86:17
89:23,25
92:17,18
94:17,19
95:23 105:5
105:21
**marketing** 77:2
**marriage**
106:17
**match** 69:13
78:9,19
**matched** 66:20
**matching** 76:22
**material** 26:11
76:16
**Math** 72:11
**matter** 106:18
**mean** 34:6
46:17 53:14
61:7 83:8
86:2
**means** 85:11
88:4
**measured**
27:15
**measurements**
26:17,22
**meeting** 17:7
**member** 57:7
64:11,15
102:20
**members** 9:2
10:13 15:17
15:18 16:12
16:13,18
17:22 18:14
18:21 19:13
19:15 20:24
22:20 23:4
24:24 25:16
26:14 28:11
28:21 29:4,25
30:18 40:15

| | | | | |
|---|---|---|---|---|
| 41:16 44:9 | **months** 28:9 | 91:12 | 14:24 95:7,8 | 35:17,21 36:7 |
| 45:12 47:4,13 | 99:9,11,12 | **moving** 88:17 | **North** 3:19 | 37:19 38:12 |
| 47:22 48:2,3 | **Moore** 96:12 | 88:24 91:17 | **Notary** 1:21 | 40:4,17,21 |
| 48:11,13,22 | **morning** 4:13 | **MSA** 7:14 | 4:3 104:25 | 41:19,23,24 |
| 49:22 50:6 | 45:5 | **multiple** 32:9 | 106:8 | 42:19 43:16 |
| 52:9,13 53:15 | **MOSER** 3:3,7 | **Munoz** 21:18 | **noted** 103:20 | 45:14,22 46:7 |
| 56:20 57:2,7 | 4:8,13,22 | | **notification** | 46:16,19 |
| 57:12,17 59:9 | 5:18,25 6:8 | **N** | 98:12,20 | 47:15,16,24 |
| 59:19 62:3,11 | 6:18,24 7:22 | **N** 2:2 3:2 104:2 | **number** 33:23 | 49:13,16 50:4 |
| 78:16 87:17 | 13:14 36:17 | 104:2 105:1 | 33:25 34:15 | 50:16 52:16 |
| 92:12 95:14 | 36:21 37:5 | **name** 4:10 6:14 | 34:18,19,25 | 54:13 55:5 |
| 102:11,17 | 39:4,13,18,21 | 21:18,20 25:9 | 46:21 55:23 | 56:22 57:4,14 |
| **memory** 52:3 | 40:21 45:16 | 36:13,14 | 70:5,7 82:5 | 57:20,25 |
| **men** 45:21 46:6 | 46:25 50:20 | 50:12 63:12 | 82:12 84:16 | 58:11,17,18 |
| 46:12 97:4 | 51:7 52:18,22 | 65:5 72:22 | 85:14 86:20 | 59:11,14,22 |
| **mention** 4:23 | 55:22 56:4 | 82:14 105:2 | 89:10,17 96:2 | 59:23 61:10 |
| 40:3,7,8 | 60:10,17 68:6 | **names** 9:5 63:8 | **numbers** 39:6 | 61:19,20 62:6 |
| **mentioned** | 68:23 69:23 | 70:25 | | 62:13,14,21 |
| 20:14,21 | 73:16,20,22 | **necessary** 5:3 | **O** | 62:22 63:23 |
| 39:21 | 75:9,12 80:6 | **need** 22:6 34:8 | **O** 2:2 104:2 | 64:4,12,13,16 |
| **mentions** 39:10 | 80:19,22 | 87:14 91:19 | **oath** 2:19 4:24 | 64:17,21 |
| **merchandise** | 81:24 82:3,11 | 98:13 102:8 | 5:4,10,13,14 | 65:10,16,17 |
| 35:6,9 68:21 | 82:18,22 | **needed** 34:14 | 103:10 104:9 | 67:5,16,22 |
| 68:21 69:2 | 83:25 85:13 | 42:11 77:6 | **Objection** 9:8 | 68:15 69:14 |
| 72:10 | 85:23 86:15 | **needs** 91:12 | 9:14,22,25 | 69:20,21 70:3 |
| **message** 93:10 | 89:21,24 | **Neew** 3:6 | 10:6,16,22 | 70:4,16,17,22 |
| 94:5 | 92:15,18 | **never** 4:14 5:12 | 11:9 13:9 | 70:23 71:3,9 |
| **met** 4:14,15,16 | 93:15 94:15 | 34:10 46:8 | 14:3,18 16:14 | 71:13,17,25 |
| **Michael** 63:12 | 94:18 95:21 | 101:21 103:9 | 18:4,18,24,25 | 73:11,14 |
| 63:18 64:2,5 | 97:5 98:8 | **new** 1:3,10,15 | 19:8,17,18 | 74:11,19,23 |
| 64:9,20 65:4 | 99:5 100:9,13 | 1:22 3:11,20 | 20:2,8,16,22 | 74:24 75:7 |
| **Microsoft** | 102:4 103:7 | 3:20 4:12 | 21:4,7,8,12 | 76:8,12,18 |
| 73:13 | 103:16 105:3 | 6:10,20 11:10 | 21:16 22:4,8 | 77:14 78:2,6 |
| **middle** 58:24 | **move** 30:19,24 | 12:8 53:11,19 | 22:13,18,23 | 78:13,23 |
| **mine** 5:19 | 31:19 33:6,15 | 104:4,25 | 22:24 23:12 | 79:13 80:13 |
| **minutes** 23:13 | 33:19,23,25 | 106:4,9 | 23:22 24:3 | 81:14 83:3,14 |
| **mistake** 39:25 | 34:13 43:4 | **niece** 102:15,25 | 25:7,18 26:16 | 83:20 84:2,10 |
| 40:2,6,10,13 | 87:15 88:15 | **nieces** 102:15 | 26:21 27:4,10 | 84:23,24 |
| 100:18 | 88:19 89:4,6 | **night** 67:21,23 | 27:18,23 28:3 | 85:19 87:9,19 |
| **mistaken** 97:12 | 90:24 92:9,10 | 68:8 | 28:22 29:2,21 | 88:3,7,11,22 |
| **misunderstood** | **moved** 34:9,16 | **nights** 54:5 | 30:4,9,16,21 | 89:2,9,12,15 |
| 13:14 | 34:20 35:2 | **nine** 99:11 | 30:25 31:11 | 89:16 90:14 |
| **modernize** 97:8 | 41:7 43:3 | **non-experien...** | 31:22 32:8,18 | 91:14 92:5,6 |
| **moment** 5:14 | 53:10,18,22 | 84:25 | 32:22 33:3,12 | 92:14 93:4,9 |
| 83:6 | 54:20 87:16 | **Non-Party** 1:19 | 33:18 34:17 | 93:21,22 94:8 |
| **moments** 37:6 | 87:18 88:9 | **non-Union** | 34:21 35:3,11 | 94:13 95:2,12 |

95:16,17 96:5
96:21,25
97:19 98:2,7
99:24 100:21
100:22 101:8
101:10,14,19
101:20 102:2
102:22
**objections** 2:12
**observation**
92:2
**obtain** 55:7
**October** 1:16
104:9 106:20
**OE02** 82:12
**office** 4:18
10:14 12:17
12:22 13:4,6
18:8,16 23:16
25:23 28:18
28:18,20,24
40:23 41:3,5
41:8,9,11,12
42:3,13,14,22
43:7,21,22,24
44:5,5,9
57:18 72:16
90:10 91:9
103:4,5
**officer** 2:18
**offices** 13:8,10
**okay** 5:23,24
6:22 37:9
59:2 74:4
**once** 4:15 23:13
**online** 9:20
**oOo** 2:24
**open** 42:17
50:21
**opened** 42:20
43:15,18
**operate** 23:25
**operating**
23:21
**operations** 11:5
16:24 17:2,7

24:22
**opinion** 19:5,9
19:10 47:25
48:15 69:22
84:12 101:16
**opinions** 47:12
47:19,21
**opportunity**
38:14 60:21
**order** 90:25
91:22 97:16
**orders** 68:20
95:19
**original** 93:10
**outcome**
106:18
**Outlook** 72:17
**outside** 43:20
**overtime** 45:10
45:13 93:17
**O'CONNOR**
3:16

---

**P**

**P** 2:2 3:2,2
**page** 39:8,8
50:20,21
52:25 54:2,22
55:23 60:18
60:19 86:23
87:2,7,8
105:2,5,19,21
**pages** 53:24
**palette** 88:21
89:7 91:20,21
**palettes** 27:2
35:9,13 74:18
88:20 91:2,7
91:17
**pants** 29:8
**paper** 66:13
**papers** 11:11
91:18
**paperwork**
42:8 67:10,11
67:13 68:19

69:7,13 71:24
91:10
**paragraph**
39:14,22
50:22 51:11
55:22,24
58:25 60:23
**park** 49:11,15
49:23,25 50:7
50:14
**parking** 49:14
**part** 26:9 35:5
48:6 50:2
51:13,17,22
82:16 88:24
**participated**
46:8
**particular** 80:7
81:19 84:6
86:9 97:6
100:19,25
101:2
**parties** 2:7
106:16
**Partly** 9:10
**Paul** 67:17
**pause** 5:6
**pay** 11:13,14
45:8,9 55:9
58:10,16
**paycheck** 65:9
**paychecks**
48:17
**payroll** 12:7
18:6 40:10,13
46:21,22 47:3
47:10 53:20
53:21,24 54:2
54:8,9,17,19
54:19,22
55:18
**people** 4:25
28:16 45:18
45:20 46:5,11
48:5,25 53:25
54:2 75:23

84:25 85:3
**people's** 54:18
**percent** 61:8,14
**perform** 101:24
**performing**
17:16
**period** 41:15
44:4 55:15
66:2 67:9
71:20
**permission**
21:10
**permitted**
30:19 33:15
49:11
**person** 5:9 15:7
56:24 79:10
80:15 89:18
91:17,20,23
**personally**
50:24 51:2
**phonetic** 9:5
71:4,8 95:3
**physical** 12:5
23:15 32:5,15
66:7,9 69:12
72:9 74:17
76:22 77:12
78:10,19
79:19,21
83:16 84:7
92:2,3
**physically**
33:13 79:11
85:7 90:16
**pick** 25:9 37:8
**picker** 24:2,7
24:10,14
35:15
**pickers** 17:23
21:2,11,15,24
22:16,22 23:5
**piece** 26:7
**PL** 39:7 55:23
**place** 8:21 17:5
**placed** 33:22

33:24 91:8
**Plaintiffs** 1:8
3:4
**Plaintiff's**
36:22,23,25
52:19 60:11
75:10 80:20
81:25 86:16
89:22 92:16
94:16 95:22
**please** 4:9 5:5
5:19 66:4
**PL-0051** 92:19
**PL-0053** 75:15
**PL-0054** 96:2
**PL-0851** 52:25
**PL-1074** 80:24
**PL-1337** 86:20
87:24
**PL-1339** 86:23
**PL-1621** 60:18
**PL-1687** 94:20
**PL-1783** 82:6
**PL-850** 52:24
**point** 15:3 19:4
25:19,22 31:2
32:3 36:2
47:7,9 58:8
84:17 97:7
99:11
**pointing** 39:19
**points** 33:6
**policy** 81:13,17
81:22 99:8
**position** 9:13
9:20,21,24
10:5,10 11:11
13:12,21
55:10 63:4,15
67:25 68:8
72:15 75:2,5
75:22 76:6,14
**positions** 66:25
**possible** 33:14
**pounds** 72:6
74:10,13

preceded 83:17
precise 16:3
preferred
 74:21
Premier 11:23
 11:24 12:3
preparation
 42:8
prepare 71:24
 81:6,8
prepared 60:8
 67:10 76:7,11
present 37:23
 38:2,7
preserve 98:20
previous 53:11
print 34:8
 67:10 83:10
printed 53:25
 79:22 82:25
 83:8 90:9
prior 51:21
product 32:6
 66:10 68:22
 69:4,7,8,25
 74:7 75:6
 77:4,7,12,18
 77:21,22
 78:17 79:19
 83:19 87:15
 90:16 91:4,11
 91:12,19
 92:10
products 34:8
 87:18
program 25:4
 82:14,15
projects 76:19
 89:19
properly 39:5
protect 26:3
provided 65:6
Public 1:21 4:4
 104:25 106:9
pulled 91:7
purchase 68:20

purpose 25:25
 83:2,13 101:6
 101:11
purposes 6:5
 6:18 35:25
pursuant 1:20
 88:10
put 70:6 87:15
P.C 3:3,16
p.m 103:20

_____

Q

question 2:13
 5:6,7,19,22
 8:13 19:20,21
 31:24 33:9,10
 40:5 51:9
 56:17 62:15
 73:25 93:24
 95:19
questions 6:9
 57:11 73:23
 76:25 100:10
 100:12 102:4
QUESTION...
 105:21

_____

R

R 3:2,14 4:2,2
 106:3
rack 26:20 27:2
 27:5,6,8,12
 27:13,15 86:2
racks 26:18,24
 27:9 48:7
 85:8
raises 55:11
Randall 11:3,4
 11:8
rate 55:9
reach 26:18
 86:11
read 19:21
 31:22,24
 33:10 37:8
 39:15 51:8

58:23 104:8
ready 75:23
really 4:16
 33:14 45:9
 49:21 101:21
reason 42:2
 56:12 61:4,16
 62:16,17
reasons 61:23
recall 4:16
 14:11 15:3
 30:5 36:9
 74:12
receive 13:18
 24:25 25:3,6
 72:19 90:11
 95:19 96:23
received 13:21
 45:3 68:21
 69:3,13 70:2
 77:10 94:4
 96:19 98:12
 101:13
receiver 90:7,8
receiving 20:11
 22:10,11
 49:17 66:23
 67:3,8,14,20
 67:24 68:3,19
 81:19 90:10
 91:8,9
reclassified
 52:14 59:20
recognize 75:18
 90:18 95:24
 96:7 97:2
recognized
 51:11,17,22
 56:7
recollection
 56:8
recommended
 9:12
reconciliation
 42:12
reconfigure

91:20
record 4:10
 36:17,19,20
 39:5 51:9
 66:13,14
 73:16,18,19
 86:19 90:16
 100:16,17
 104:11,12
 106:14
records 55:18
 70:6
reduced 11:13
refer 6:3,6,20
 6:24 77:17
 82:20,24
 83:23 85:10
 85:17
referred 9:13
referring 40:9
 40:11 45:16
 53:15,19 88:5
refers 66:10
 82:13 84:18
refresh 52:3
 56:8
regard 24:22
 42:25 90:13
 99:23
regarding
 46:11 100:3
register 79:25
registered
 77:18
regular 23:7
 79:5
related 106:16
relative 55:20
remain 11:14
 65:25 68:12
 76:10
remember 4:19
 9:23 10:2,9
 10:10 11:6
 14:10,12,15
 15:21,24 17:8

18:19 19:2
 21:20,22
 25:22 30:17
 31:5,7,8 36:3
 36:8,13,14
 37:12,16 39:2
 41:13 43:6
 46:9 49:7
 52:5,6,6,11
 55:21 56:10
 59:3 63:5,7,8
 63:13 65:5
 72:6,14 75:25
 81:10,23
 97:11 99:25
 100:8
reopen 100:11
repeat 5:20
 19:19 33:9
 40:5 74:2
rephrase 5:21
 74:2
replied 93:2
reply 8:12
replying 42:12
report 8:14,19
 10:20 11:12
 36:6 48:3
 60:19 65:19
 79:15,19,22
 83:2 88:12,16
 93:7
reported 8:18
 13:24 14:23
 41:2,15 48:2
reporter 4:9
 5:8 19:22
 31:25 33:11
 103:14
reporting 11:2
 11:2 14:20
 80:17
represent 5:25
 6:19
REQUESTED
 105:18

CONFIDENTIAL                SGWS 000851

require 74:7,9
74:14 75:5
required 72:3
72:13 75:2,3
88:19 89:6
requirements
72:15 75:8,22
76:2
requires 79:10
research 42:10
77:16
reserve 100:11
reserved 2:13
resign 14:16
resigned 14:21
98:17
respective 2:7
respond 49:8
93:23 95:18
responsibilities
8:8 76:15,16
76:20
responsibility
101:17,22
responsible 9:6
review 38:10
reviewed 37:20
37:24 38:2,17
38:20
re-label 48:6
RF 97:8,12,13
97:14,15,16
97:18,21,23
97:25 98:4
right 43:11
52:24 60:18
74:13 75:14
80:25 82:5,22
86:20 92:19
94:19,23
95:25 98:17
100:11
Risley 16:19,20
16:23 17:25
18:13 56:5
61:22 62:2,11

Robert 1:21
106:8,24
Rochelle 3:20
Ronnie 47:6,9
47:18,22 48:8
48:14,15,22
49:8 54:24
64:11 92:11
93:3,7,16,18
93:24 94:6,12
95:13
room 25:21
37:22 84:18
86:10
rooms 17:6
R-i-s-l-e-y
16:21

─────────
S
─────────
S 1:21 2:2,2 3:2
4:2 106:8,24
safety 21:17
24:16,18,21
24:25 25:3,6
25:12,17,19
25:20,22,25
26:6 29:24,25
30:2,5 35:16
Sajous 1:6 6:2
87:24
salaries 55:2
sales 77:2,6
Sapphire 72:25
73:3,4,5,8
82:16
sat 43:8
saved 99:15,17
saying 52:11
60:8
says 50:22 53:8
58:20 60:22
76:14 80:8,9
85:14 87:24
93:15 95:9
scanner 97:14
97:16

scanners 97:8
School 3:5
scissor 17:17
17:19 20:25
22:3,6,16
23:21
Scott 9:4 15:14
15:15
screen 82:15
83:5,11
scrub 79:5
scrubbing
78:25 79:2,10
79:11,14
Seabrooks
36:15 37:23
38:8 55:18
56:15 60:20
98:15
sealing 2:8
search 99:22
100:2,6
second 39:14
52:25 55:24
60:23
Secondly 5:4
section 79:17
sections 79:3
security 20:17
22:15,15
50:11
see 23:3,20,25
24:13 37:10
43:20 54:21
56:2 59:2
61:2 75:16
77:7 81:2
82:7 85:13,15
86:19 87:24
92:20 96:22
seen 60:14
91:16 92:9
select 58:9 63:3
selected 62:25
63:17,19
64:19

selection 9:10
63:8
Selena 36:14
37:23 55:17
56:15 60:20
98:14
sell 77:8
send 34:13
37:17 72:19
87:5
sense 88:15
sent 48:5,18
53:3,5 87:3
95:10 97:23
sentence 39:22
separate 53:25
54:20
September
37:13 93:13
Sepulveda 3:12
server 99:18
service 48:19
set 34:8 40:22
106:12,20
shelf 86:11
shelves 66:11
86:12
shift 67:12
88:19 89:6
90:24 91:20
shifted 91:13
shifts 46:24,25
shipment 69:2
69:19 91:4
100:19
shipments
69:25
shipping 66:23
67:3,8,14,20
67:24 68:3
77:3
shirts 28:12,17
shoes 24:25
25:3,6,9,11
shop 47:6
48:19,20 94:2

shot 83:5
shots 83:11
show 36:21
55:18,19 69:8
80:22
showed 85:2
showing 79:16
82:3 103:8
shown 75:12
Sidler 71:4,5
sign 11:11 25:9
signature 90:18
90:20
signed 2:18,20
104:22
similar 51:19
similarly 1:7
simplification
68:24
simplify 68:23
simply 86:12
sister 102:15
sit 38:24
sitting 42:24
43:19
situated 1:7
situation 103:9
six 28:9 99:9,12
skills 72:3,5,11
72:12
slightly 5:7
sold 32:6,16,19
somebody 8:6
27:24 65:2
77:19,20
sorry 4:19 7:15
27:14 38:19
sort 52:7
sounds 74:13
South 3:12
Southern 1:10
3:11 6:10,13
6:16,17,19,20
6:21,21 7:5
11:17,20
13:22 14:9

23:25 24:13
25:4 28:2
32:7,16,19
37:22 44:13
44:21 45:19
45:21 46:5,12
60:24 65:9,12
66:2 69:3
70:2 72:23
97:7 101:13
**Southern's**
25:4
**speak** 44:20
**speaking** 5:9
36:9
**special** 76:19
89:18
**specific** 82:15
102:9
**specifically**
70:20
**spell** 16:20
50:12
**spelling** 16:21
**spend** 44:5
**spending** 41:17
41:22 43:24
**spent** 44:10
93:20
**Spirit** 6:16
**Spirits** 1:10
3:11 6:10,13
6:17,20 11:23
32:7,16,20
45:19,21 46:5
65:13 101:13
**spoke** 44:17,18
100:4
**spreadsheets**
73:10
**ss** 104:4 106:5
**staff** 50:14
61:13 63:24
**staffing** 65:5
**stamp** 39:6
75:14 80:24

**stamped** 36:24
52:20,23
60:12 75:11
80:21 82:2
86:17 89:23
92:17 94:17
95:23 105:7,8
105:9,10,11
105:12,13,14
105:15,16,17
**stand** 7:9 27:12
**standing** 91:18
**stands** 7:16
**started** 97:11
**starting** 55:10
**starts** 39:16
**state** 1:22 4:9
104:4,25
106:4,9
**stated** 39:17
51:21 58:20
**STATES** 1:2
**STEVEN** 3:3,7
**steward** 47:6
48:19,20 94:3
**STIPULATED**
2:5,11,16
**stop** 14:8
**store** 25:14
**Street** 3:5
**stuff** 60:8
**Suarez** 1:20 4:1
4:11,13 5:1
6:1 7:1 8:1
9:1 10:1 11:1
12:1 13:1
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1

34:1 35:1
36:1 37:1
38:1 39:1,17
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1,23 51:1
51:12,14,18
52:1 53:1
54:1 55:1,25
56:1,4 57:1
58:1 59:1
60:1 61:1
62:1 63:1
64:1 65:1
66:1 67:1
68:1 69:1
70:1 71:1
72:1 73:1
74:1 75:1
76:1 77:1
78:1 79:1
80:1 81:1
82:1 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1
92:1 93:1
94:1 95:1
96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:7,19
105:3 106:11
**Subpoena** 1:20
**subscribed**
104:22
**SUFFOLK**
106:6
**SUGANO** 3:9
**suing** 44:13,21
45:4

**Summary**
76:14
**supervise** 8:10
**supervisor**
14:21
**supposed** 26:8
49:15 79:23
80:12,15
87:13 99:17
**sure** 14:25
15:20 16:3,22
22:25 25:19
32:2 34:18
35:4 44:15
45:4 49:20
50:17,18
59:12 60:5,7
65:19 66:19
69:11 70:5
71:7,18 89:17
89:20 99:2,11
**sweat** 29:8
**sweatshirt**
29:11
**sworn** 2:18,20
4:3 106:13
**Syosset** 12:8
**system** 7:15 8:9
72:23 79:24
79:25 80:2,4

———————
**T**
**T** 2:2,2 104:2
106:3,3
**take** 5:8,15
8:21 17:5
25:10 37:5
89:24 95:20
100:14
**taken** 11:20
12:3 36:18
73:17 100:15
104:8
**talk** 69:23 84:5
**talking** 26:23
52:5 80:7

**tasks** 87:21
**Tati** 16:4 23:21
23:24 24:12
55:14
**Tatiana** 9:4
15:9,12 23:18
34:16 44:13
44:20
**Tatiana's** 44:24
90:20
**team** 8:13,13
9:3 10:14
16:17 17:11
41:17 43:22
43:24 47:14
47:23 48:2,3
50:6,24 51:3
56:20 57:2
59:9 78:17
87:6 92:12
95:15
**tell** 11:6 17:8
35:23 48:14
48:25 49:2,2
49:5 50:6
56:15 61:22
80:15 84:12
84:15 85:7
**temp** 63:16,22
64:2,19,22,24
65:8,12
**temps** 61:11
63:9,10,20
65:4
**ten** 80:9
**testified** 4:4
5:10
**testify** 103:10
**testifying** 4:24
5:4,15
**testimony** 5:2
104:8,11
106:14
**thank** 4:21
73:21 103:7
103:12,13

**thankfully** 99:7
**thing** 7:14 49:3
  69:18
**things** 4:23
  88:15
**think** 4:15,17
  14:25 15:9,24
  16:6,21 17:16
  22:9,14 25:14
  33:13 38:22
  40:2,6,8,9
  44:22 49:9
  53:9 56:23
  63:12,16
  67:11,23
  91:25 98:12
  99:10
**third** 50:22
  51:10 85:13
  86:25
**Thorell** 3:14
  9:8,14,22,25
  10:6,16,22
  11:9 13:9
  14:3,18 16:14
  18:4,25 19:17
  20:2,8,16,22
  21:4,7,12,16
  22:4,8,13,18
  22:23 23:12
  23:22 24:3
  25:7,18 26:16
  26:21 27:4,10
  27:18 28:3,22
  29:2,21 30:4
  30:9,16,21,25
  31:11,22 32:8
  32:18,22 33:3
  33:12,18
  34:17,21 35:3
  35:17,21 36:7
  37:19 38:5,7
  38:12 39:16
  39:19 40:4,17
  40:25 41:23
  42:19 43:16

44:17,19
45:14,22
46:16,19,24
47:15 49:13
49:16 50:4,16
52:16 54:13
55:5 56:17,22
57:4,14,20,25
58:17,23 59:2
59:22 61:10
61:19 62:6,13
62:21 63:23
64:4,12,16,21
65:10,16 67:5
67:16,22 68:5
68:15 69:20
70:3,16,22
71:3,9,13,17
71:25 73:11
73:14 74:11
74:19,23 76:8
76:12,18 78:2
78:6,13,23
79:13 80:13
81:14 83:3,14
83:20,24 84:2
84:10,23
85:19 87:9,19
88:3,7,11,22
89:2,16 90:14
92:5,14 93:4
93:9,21 94:8
94:13 95:2,12
95:16 96:5,21
96:25 97:19
98:2,7 99:24
100:21 101:8
101:10,14,19
102:2,22
103:17
**thought** 13:14
  101:21
**three** 15:25
  23:17 65:4
**ties** 28:18
**time** 2:14 5:9

7:18 11:13
14:19 15:3,24
16:23,25
17:15 18:20
19:5 23:2
27:11 31:18
32:4 33:6
34:5,6,9,14
37:10 38:18
38:21 41:15
41:21,25 42:6
42:8,11 43:14
43:23 44:3,4
44:5,10 48:5
48:24 50:19
55:15 58:8
59:7 62:7
63:5,7,21
66:2 67:4,8
68:14 70:13
70:19 71:20
75:24 76:6,11
79:4 91:16,16
92:7,8 98:24
99:3 102:13
103:8,12,20
**times** 19:2
  23:16 25:15
  43:3,4 44:8
  48:16 77:18
  88:23
**title** 7:7,25
  13:16,18
  70:21
**today** 4:20 9:3
  10:14 12:14
  38:25 60:15
  103:8
**today's** 6:18
**told** 11:11 48:8
  48:24 49:22
  57:24 59:4,13
  59:15 62:3
  98:20
**top** 27:3 39:10
  45:8,9 50:22

55:25 58:10
58:16
**topic** 46:4
**total** 31:9 33:22
  34:19 43:4
**track** 43:23
  44:2 46:21
**trained** 21:14
  24:9
**training** 24:21
**transcript**
  103:15 104:8
  104:10
  105:21
**treated** 47:13
  47:22
**trial** 2:14
**tried** 59:16,18
**truck** 25:8,15
  49:17 69:4,9
  69:12 91:8
**trucks** 70:10,14
**true** 104:10,12
  106:13
**turn** 39:13
  52:25 75:4
**twice** 43:6
**two** 12:24 18:7
  31:3,4,9,10
  31:19 33:7,15
  34:2 41:9,12
  42:14 54:4
  63:10,17
  64:22,24
  66:25 87:10
  102:15
**two-story**
  13:10
**type** 26:7,10,11
  28:12 84:21
  86:5

_____
  **U**
**U** 2:2 4:2
**undergo** 24:21
**Underhill**

12:11,13
40:23 41:3
78:15
**underneath**
  83:23
**understand**
  4:24 5:13,18
  5:21 7:3
  32:11 33:14
  49:21 58:8,13
  62:15 73:25
  78:16
**understanding**
  18:2,5,7
  28:16 31:14
  31:15 66:9
  67:25 68:4
**understood**
  50:18 68:18
**unfortunate**
  99:5
**union** 6:11,25
  7:2 9:13
  10:17 14:24
  15:18,22 16:2
  16:5,7,13
  17:11,13,18
  17:22 19:14
  35:25 45:6
  47:4,6,13,17
  47:20 48:9,10
  48:12,18 49:3
  51:11,16,23
  56:7,9 57:6,6
  57:12 58:22
  59:5,8,8,25
  95:7 97:4
**Uniondale** 4:12
**Union's** 61:16
**United** 1:2 6:11
  6:25
**unloaded** 70:10
**Upcoming**
  101:9
**upper** 39:7
  52:24 60:18

75:13 82:5,11
82:22 86:20
92:19 94:19
95:25
**use** 17:17,19,22
20:25 21:5,10
21:14,23 22:2
22:6,11,16
24:9,13 73:5
73:7,10,13
86:5 97:16
**user** 82:21 83:7
97:14
**users** 97:23
**usually** 42:17
43:14

### V

**v** 43:24
**Vegh** 9:4 16:10
16:11 40:12
55:13 60:24
62:9
**Vegh's** 39:23
40:3,7
**vendors** 25:10
**verification**
83:16
**verify** 77:12
101:6,12
**verifying** 76:24
79:15
**vintage** 77:3
**vintages** 76:24
77:3,4
**violated** 81:13
**violating** 81:16
**violation** 81:22
**VP** 11:5 16:24

### W

**W** 104:2
**wait** 5:5
**waived** 2:9
**wall** 43:10
**want** 4:23 7:12

14:14 44:16
48:20 54:21
103:7
**wanted** 48:17
53:25 54:20
54:21
**warehouse**
7:10,11,15
8:9 10:15
11:12 12:18
12:19 18:9,16
18:22 19:6,12
19:15,16,24
19:25 20:3,4
20:6,7,13,14
20:19,20 21:6
21:23 22:2
23:7,11 24:22
27:17,22
28:16,25
30:20 31:21
32:3,6 33:2
35:10,14
40:12 41:18
41:22 42:7,10
43:25 44:6,11
45:18,20 46:6
46:12,14,17
46:18 48:6
50:25 51:3,4
51:14,18,19
51:20 52:10
52:14 54:3,4
54:5,6,10,16
54:19 57:18
58:3,6,14
59:20,25
61:17 62:4,12
62:20 65:6
66:11,19
69:17 72:10
72:18 74:21
77:12 79:3,5
79:11,17
81:11 83:6,15
84:3,5,7,13

85:4 95:6
96:17,22 97:3
97:4 98:5
**warehouseman**
67:18
**warehousemen**
35:20,24
40:16,20 45:7
45:10,17
46:18,23 47:4
49:11,23 50:2
50:7,15 51:6
58:16 59:6,10
61:24 71:11
71:15,22
72:19 73:5,10
73:13 96:23
97:2,18,22,24
**warehouses**
12:24
**WARREN**
3:21
**wasn't** 12:4
60:6 77:18
**watched** 91:3
**way** 25:12
47:12,21
48:22 53:9
54:14 63:6
64:3 106:17
**wear** 28:12
**week** 17:7
51:24,25 99:4
**Welcome** 73:20
**went** 4:17
25:21 56:9
57:6,12 77:21
100:24
**WHEREOF**
106:19
**white** 64:7,9
**Wilkinson** 8:17
8:18 10:21
11:2 16:19,25
17:25 18:13
18:21 31:17

35:23 51:12
51:15 52:4,8
53:6 56:5
58:21 61:22
62:10 93:6,24
94:6,11 96:16
**winch** 26:7
**window** 42:22
42:25 43:9
**windows** 43:10
**wine** 1:10,11
3:11,18 6:10
6:13,16,17,20
11:23 32:7,16
32:20 45:19
45:21 46:5
65:13 80:7,9
80:11 101:13
**withdrawn**
92:13
**witness** 1:19
4:3,11 7:21
19:19 33:9
37:4 39:20
73:21 81:4
82:9 85:22
90:3 92:22
94:22 96:4
103:13 105:2
106:11,14,19
**WMI** 7:8,9,17
7:18,20,23
**WMS** 7:15,19
7:23 13:12
**woman** 15:10
15:15 24:13
63:16
**women** 23:17
23:20,25
61:17,18,23
63:14
**word** 9:11 59:3
63:2 72:16
73:13
**wore** 51:18
**work** 8:14 12:6

19:11 26:15
28:5,12 29:6
29:8,10,13
30:15 34:7,11
34:12 40:16
40:20 42:10
44:2 51:4,25
91:13,21 92:8
93:25
**worked** 19:15
19:24 20:6,13
20:19 28:25
29:5 51:23
65:6,8,12
66:2 68:4
**worker** 39:11
51:19,21
**workers** 1:11
3:18 6:11,25
15:4 18:8,16
20:13,19
54:10 59:20
59:21 63:21
63:25 96:22
97:3
**working** 13:22
14:8 24:18
54:3 60:24
61:12 63:9,17
68:7
**wouldn't** 34:4
34:13 55:16
56:10,18
61:21 70:5,6
70:18 71:18
88:12,13,16
89:3,13,17
91:15 92:7
95:18 99:2
**write** 53:9 76:2
77:19 80:16
80:17
**writes** 82:14
**writing** 44:25
45:3
**written** 72:14

| | | | | |
|---|---|---|---|---|
| **wrong** 68:25 | 105:13 | 36:24 49:18 | **4** 50:20 55:23 | **95** 105:17 |
| **wrote** 85:20 | **1339** 86:17 | 105:7 | 105:3 | |
| | 105:13 | **229** 36:24 | **40** 51:23 | |
| **X** | **14** 60:19 | 105:7 | **45** 74:10,13 | |
| **x** 1:5,13 105:1 | **15** 23:13 | **23** 36:22,23 | | |
| | **15,000** 32:23 | 37:2 55:23 | **5** | |
| **Y** | 33:2 | 105:7 | **5** 39:9 50:20 | |
| **year** 8:23 14:15 | **15-CV-3270** | **23015** 85:14 | 55:23 85:17 | |
| 44:22 50:2,3 | 1:4 | 86:10 | 86:2 | |
| 55:11 69:23 | **1619** 60:12 | **24** 52:19 105:8 | **50** 13:10 | |
| **York** 1:3,10,15 | 105:9 | **24th** 93:13 | **50/50** 44:7 | |
| 1:22 3:6,11 | **1632** 60:12 | **25** 60:11 105:9 | **515** 4:11 | |
| 3:20 4:12 | 105:9 | **26** 75:10,13 | **52** 105:8 | |
| 6:10,21 12:8 | **1640** 3:12 | 78:21 105:10 | **57,000** 84:17 | |
| 104:4,25 | **1687** 94:17 | **27** 80:20,23 | | |
| 106:4,9 | 105:16 | 105:11 | **6** | |
| | **1783** 82:2 | **271** 3:19 | **60** 105:9 | |
| **Z** | 105:12 | **28** 81:25 82:4 | **64,000** 84:9 | |
| **Z** 4:2 | **1785** 89:23 | 105:12 | **64821** 83:23 | |
| | 105:14 | **29** 86:16 | 85:11 | |
| **0** | | 105:13 | **69,000** 84:17 | |
| **0051** 92:17 | **2** | | **69442** 88:5 | |
| 105:15 | **2** 53:7,7 60:23 | **3** | | |
| **0053** 75:11 | **2000** 11:25 | **3** 3:5 39:8 | **7** | |
| 105:10 | 12:2,5,13 | 60:19 | **7** 1:16 51:25 | |
| **0054** 95:23 | **2004** 11:18,19 | **30** 89:22,25 | 104:9 | |
| 105:17 | **2007** 13:20 | 105:14 | **7th** 106:20 | |
| **0851** 52:24 | 14:2,20 | **31** 92:16 | **75** 105:10 | |
| | **2008** 15:19 | 105:15 | | |
| **1** | 56:7,21,25 | **313** 12:20 13:7 | **8** | |
| **1-D** 1:11 3:18 | 57:13 60:3 | 49:18 78:15 | **8** 51:24 | |
| 6:12 7:2 | 61:7 67:4 | **32** 94:16,19 | **80** 105:11 | |
| **1:34** 103:20 | 68:13 71:16 | 105:16 | **81** 105:12 | |
| **10** 23:13 | **2009** 60:6,24 | **33** 95:22 | **850** 52:20 | |
| **100** 47:2 61:8 | 69:24 70:2 | 105:17 | 105:8 | |
| **105** 105:1 | 93:13 | **34** 36:25 | **85020** 88:6 | |
| **1074** 80:21 | **2010** 97:12 | **345** 12:11,13 | **851** 52:20 | |
| 105:11 | **2013** 6:14 | 12:20,21 13:2 | 105:8 | |
| **10801** 3:20 | 14:13 37:14 | 13:7,8 40:23 | **86** 105:13 | |
| **11542** 3:6 | 53:7,7 82:23 | 41:3 49:14 | **89** 105:14 | |
| **11553** 4:12 | 98:9 99:13,16 | **35** 51:25 | | |
| **1225** 1:15 | **2016** 1:16 8:24 | **35,000** 32:23 | **9** | |
| **1291** 39:7 | 13:13,15 | 33:2 | **9/4** 82:23 | |
| **1294** 55:24 | 104:9,23 | **36** 105:7 | **9:38** 1:17 | |
| **1295** 39:7 | 106:20 | | **90025** 3:13 | |
| **13th** 37:13 | **225** 12:23 13:2 | **4** | **92** 105:15 | |
| **1337** 86:17 | | | **94** 105:16 | |