**Wald-Margolis, Dina**

**From:** Wald-Margolis, Dina
**Sent:** Thursday, May 02, 2013 2:33 PM
**To:** Suarez, Maria
**Cc:** Wilkinson, John; Bernitt, Frances
**Subject:** RE: job classification

Sure. Please let me know how this came about so I can address all aspects.

Dina J. Wald-Margolis, PHR
Human Resources Department
Southern Wine & Spirits of New York
313 Underhill Boulevard
PO Box 9034
Syosset, NY 11791-9034
Phone: 516-730-3262
Fax: 516-730-8266

---

**From:** Suarez, Maria
**Sent:** Thursday, May 02, 2013 1:54 PM
**To:** Wald-Margolis, Dina
**Cc:** Wilkinson, John; Bernitt, Frances
**Subject:** RE: job classification

Hello Dina,
This message was intended for my boss with the sole purpose of classifying all members of my team equally. But after your suggestion I spoke to my team, and yes, they would like clarification on the topic.
I appreciate your help.
Maria

---

**From:** Wald-Margolis, Dina
**Sent:** Thursday, May 02, 2013 1:30 PM
**To:** Suarez, Maria
**Cc:** Wilkinson, John; Bernitt, Frances
**Subject:** FW: job classification

Thank you for bringing this to our attention. Allow me to clarify how the employees are classified, all of them have the title of Inventory Control Clerk, assigned to the warehouse days department. The subcategory seems to be different for 3 out of the 4 employees. There are various reasons why this may have happened, none of which I guarantee you was based upon gender.

Other positions within the company have been identified as having miss-matched subcategories, but due to an issue with SAP and taxation, subcategories will be fixed as of 1/1/2014.

Please let me know if I need to speak with any of the employees to assure them this was not classified by gender.

Thank you –
Dina

1

Dina J. Wald-Margolis, PHR
Human Resources Department
Southern Wine & Spirits of New York
313 Underhill Boulevard
PO Box 9034
Syosset, NY 11791-9034
Phone: 516-730-3262
Fax: 516-730-8266

**From:** Wilkinson, John
**Sent:** Thursday, May 02, 2013 1:01 PM
**To:** Wald-Margolis, Dina; Bernitt, Frances
**Subject:** FW: job classification

See below.

John

**From:** Suarez, Maria
**Sent:** Thursday, May 02, 2013 11:37 AM
**To:** Wilkinson, John
**Subject:** job classification

Hi John, did you know that my team is classified different by payroll?
The three ladies are "ADMN"     administration
And Justin is classified as "WHSD"          warehouse days

I'm sure is just a mistake, but it looks like they were classified by sex. Can you please request that to be fixed? I think the best way to do it is to insist on all of them to be moved to a new department (as per our previous conversation and approved by you), I sent an email to Fran, if you can a rush on it, I appreciate it.

Maria,

SWS_0000241

PL000266