**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

# MOSER LAW FIRM, PC

January 17, 2023

**VIA ECF**

Hon. Gary R. Brown, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

    Re:    *Suarez v Southern Glazer's Wine & Spirits,* Case No. 19-cv-07271(GRB)(LGD)

Dear Judge Brown:

    I represent the plaintiff Maria Suarez in the above referenced action. On January 4th 2023 the court directed plaintiff to respond to the defendant's pre-motion letter on or before January 19, 2022. The Defendant's submission is in excess of 600 pages. On December 26, 2022 I slipped and fell on ice and drew my wrist, which was splinted for two weeks. In light of the foregoing, I respectfully request an additional two weeks (until February 2, 2023 to respond to the defendant's pre-motion letter). This is the first request for an extension. The defendant has consented to this request.

    Very truly yours,

    *Steven J. Moser*

    Steven J. Moser

CC:    All counsel of record via ECF