

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

February 1, 2023

**VIA ECF**

Hon. Gary R. Brown, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

      Re:    *Suarez v Southern Glazer's Wine & Spirits,* Case No. 19-cv-07271(GRB)(LGD)

Dear Judge Brown:

    I represent the plaintiff Maria Suarez in the above referenced action.  Plaintiff's response to Defendant's pre-motion letter for summary judgment is due tomorrow, February 2, 2023.  Due to continuing health issues, I respectfully request an addition two week extension (until February 16, 2023) to respond.  This is the second request for an extension. The first extension granted was from January 19, 2023 to February 2, 2023.  The defendant has consented to this request.

                              Respectfully submitted,

                              *Steven J. Moser*

                              Steven J. Moser

CC:    All counsel of record via ECF