# Clark, Antonia

**From:** Clark, Antonia
**Sent:** Friday, November 16, 2012 3:44 PM
**To:** Suarez, Maria
**Subject:** Updated Letter
**Attachments:** 0585_001.pdf

Maria,

I checked your file and found that your position title should indeed be Inventory Control Manager in our SAP system.

I have provided information to Payroll so that they can update the system as soon as possible to reflect that change.

In the meantime, attached is another letter. I have put the original in the interoffice mail to you so you will have it.

I am sorry for any confusion.

Thank you,
Toni

*Antonia Clark*

HR Assistant
Southern Wine & Spirits of NY
313 Underhill Blvd.
P. O. Box 9034
Syosset, NY 11791
Phone: 516-730-3155
Fax: 516-730-8266


**From:** scans@southernwine.com [mailto:scans@southernwine.com]
**Sent:** Friday, November 16, 2012 3:35 PM
**To:** Clark, Antonia
**Subject:** Attached Image

CONFIDENTIAL                                    SGWS 001488

**SOUTHERN WINE & SPIRITS**
Position Request Form

Office Use Only
New Position # ☐☐☐☐☐☐☐☐
Processed by

New Position ☐
Change Position ☐

## Basic Data

Copy From ☐  Change ☑
Position # 50007168
Number of Positions Requested ☐

Position Title  INVENTORY CONTROL MGR.  Valid From 6/4/2007

### Assignment

▼ Distribution Percentage  100%
▼ Distribution Percentage
▼ Personnel Area
▼ Personnel Subarea

MARITZA / FRAN—

PLEASE CORRECTLY LIST MARIA AS A MANAGER IN HER TITLE.

THANKS,
DINA

▼ Employee Subgroup  U2 - Salary
Exempt ☑   Non-Exempt ☐

### ...tion Attributes

HUMAN RESOURCES
FEB 2 5 2008
DATE RECEIVED

Number

### Workers Compensation

Worker's Comp State  NY - New York  ▼   Worker's Comp Code  ▼
Officer for WC Capping Purposes ☐

### Additional Notes

32468 - Suarez

### Signature Approvals

HR Manager  [signature]            Date 10/10/07
Department Manager                  Date
Operations Manager                  Date
Executive Officer                   Date