*handwritten notes: "(28k)", "Thursday 2:00 PM", "out of bus", "500 employees of company"*

# MARIA ISABEL SUAREZ
131 Manor Parkway
Uniondale, NY. 11553
(516) 565 1738

## Job Experience:

**Jun. 97 – Jun. 99**

**BOOKKEEPER**
H&S Tool — Brooklyn, NY.
Accounts Payable, accounts receivable, payroll ADP, billing, bank reconciliation, general ledger. Managed all aspects of bookkeeping and other office duties.

**Jun. 95 – Jan. 97**

**PAYROLL CLERK**
Metal Specialties, Inc. — Brooklyn, NY.
Entered time cards, posted payroll data for a multi-state company, issued paychecks for 1000+ employees weekly, generated journal entries to general ledger. Calculated and pay withholdings. Managed all paper work and inquires regarding to personnel administration (worker's comp., insurance, unions, etc.).

**Jan. 85 – Dec. 94**

**ACCOUNTANT**
Empresa Pesquera Nacional — Ecuador, SA.
Received promotion from bookkeeper. Compiled and analyzed financial information to prepare reports and complete records to trial balance. Assisted in the preparation of the budget.

## Education:

**1993**

**Bachelor of Arts Degree**
Universidad Eloy Alfaro — Ecuador, SA.
Major in Economics

**1985**

**Certified Public Accountant**
Universidad Eloy Alfaro — Ecuador, SA.

## Skills:

Word, Excel, Win98, Lotus, Qbooks, dBase, Internet.
Bilingual English-Spanish.

References furnished upon request.

TOTAL P.02

CONFIDENTIAL                                              SGWS 001404