# Tonisha Durant

*100 Beebe Avenue, Hempstead NY 11550*

*Phone - 516-205-1129 • E-mail:* tonishadurant@hotmail.com

## CORE COMPETENCIES

Leadership    Communication/Interpersonal Skills    Multitasker    Meticulous/Detail Oriented

Exceptional organizational, planning and implementation skills. Team player that is well liked and respected by fellow employees and managers. As a part of the Bachelor degree in Management I studied special courses that cover detailed supervision, team problems resolution, and progressive disciplinary actions. Within this degree I have successfully completed studies in Corporate Finance and Accounting.

## PROFESSION EXPERIENCE

**Southern Wine & Spirits of New York**                                              **March 2014 to Present**
*Inventory Control Manager*

- Responsible for directing, monitoring, completing, and supporting all inventory control accounting transactions
- Reconcile inventory levels for all SWS & outside warehouses
- Manage work assignments within department to ensure timely completion of all receipts, transfers, inventory adjustment and related tasks; reorganize workload as necessitated by change in priorities and workflow
- Train Inventory Control Coordinators on inventory control accounting functions
- Manage the monthly physical inventory and data entry of inventory counts; assist with and reconcile physical inventory discrepancies
- Provide prompt response to inquiries, and timely resolution of issues, as requested by department staff and internal and external customers
- Support all audit activities as requested and provide auditors with necessary information on a timely basis
- Other duties and special projects as assigned

**Southern Wine & Spirits of New York**                                              **December 2007 to March 2013**
*Inventory Control Coordinator*

- Process receiving documents
- Release pending orders & create warehouse transfer
- Ensure the accuracy and timeliness of all company inventory transaction.
- Assist in coordinating transportation as need for outgoing freight
- Assist in conducting ongoing inventory and process analysis to resolve inventory discrepancies
- Lead efforts in analyzing inventory related financial efforts and provide timely and accurate information and recommendations to appropriate departments
- Coordinate cycle counts efforts to meet and exceed pre-established cycle count turns
- Provide inventory control guidance and technical support for operation.
- Train new staff members on protocol and procedures
- Provide prompt response to inquiries, and timely resolution of issues, as requested by internal department staff and external warehouse staff
- Analyze and reconcile outside warehouse inventory discrepancies
- Create and analyze purchase order discrepancy report and distribute to appropriate parties to complete within a timely bases to assure marketing managers are kept updated

- Serve as a key member on all inventory-impacting projects; contribute to development, testing, successful implementation of new warehouses and programs.
- Utilize SAP to verify all costing issues and analyze discrepancies within the product batch to insure accuracy of inventory costing.
- Other duties and special projects as assigned

**Kravit Fabric**                                                                                                         **August 2006 to December 2007**
*Account Manager/Collector*

- Responsible for approving order and credit lines for new accounts
- Analyze delinquent accounts and prepare report on high risk accounts including recommendations for resolutions
- Interact with customers to obtain additional credit information to support credit line
- Reconcile transactions and balance to maintain accurate accounts
- Check for credit viability on request for extended terms and evaluate various adjustments or exception documents
- Maintain bad debt and bad debt recovery records
- Monitor receivables and collections and provide regular updates of receivables to management
- Negotiate payment programs with delinquent customers
- Approve and release orders to warehouse for shipping once credit issues are resolved

**Mr. Bar B Q Inc.**                                                                                                      **November 2005 to August 2006**
*Customer Service/Import Assistant*
- Process and key purchase order
- Track imported shipment from China
  assist sales representative with any upcoming issues regarding customers order
- Charge Back analysis

**Worldwide Footwear Inc.**                                                                                               **April 2000 to June 2005**
*Customer Service/Traffic Manager*
- Daily communication with off-site warehouse to manage inventory
- Heavy order processing/EDI
- Process and key manual orders
- Provide sale and customer support regarding order status, shipping etc.
- Arrange trucks for pickup and drop off of merchandise for customers using UPS,FEDEX and LTL
- Arrange for container pickup from pier
- Investigate and resolve charge back issues
- Process bills of lading
- Account Payable/Account Receivables
- Assist customers with issues regarding orders

**Education:**
SUNY Empire State College, Saratoga Springs NY
Received BS in Management June 2012

**Reference:**
Will provide upon request.

**CONFIDENTIAL**                                                                                                          SGWS 001735