**Southern Wine & Spirits of New York**

## PERSONNEL ACTION NOTICE

| | Sap Number | Position Number (if change in position) |
|---|---|---|
| | 32468 | 10034632 |

|  | From | | To | |
|---|---|---|---|---|
| | ☐ Union   ☐ Non-Union | | ☐ Union   ☐ Non-Union | |

**EFFECTIVE DATE:** 5/9/16

| LAST NAME | FIRST | MIDDLE |
|---|---|---|
| SUAREZ | MARIA | |

| STATUS CHANGE | | FROM | TO |
|---|---|---|---|
| ☐ Salary Change | MANAGER | | |
| ☐ Promotion | DIVISION/CO. CODE | | |
| ☒ Reclassification | DEPARTMENT/SUB AREA/ WORKSITE # | | |
| ☐ Transfer | | | |
| ☐ New Postion | POSITION OR JOB TILE | | WMI ADMINISTRATOR |
| ☐ Replacement | | | |
| ☐ Bonus | WORK SCHEDULE/SHIFT | | |
| ☐ Leave of Absence | | | |
| Reason Code: | RATE OR SALARY   ☐ Hourly   ☒ Salary | | $75,000 |

| FOR SAPPHIRE USE | | |
|---|---|---|
| ☐ Return from Leave | | |
| ☐ Other - comments in remarks | SALES NUMBER | | |
| ☐ FRIT | TEAM NUMBER | | |
| ☐ ZDOT | MISC. MARKET # (KAM, FINE WINE, CHANNEL) | | |

**FOR TERMINATIONS ONLY:**   ☐ Voluntary   ☐ Involuntary   Reason:

**REMARKS:** DUE TO WMI

| APPROVED | Manager: Print and sign name for approval | Date | Department Head: Print and sign name for approval | Date |
|---|---|---|---|---|
| | Division VP: Print and sign name for approval | Date | *GM/EVP (salary adjustments only): Print and sign name for approval | Date |
| | Human Resources: Print and sign name for approval | Date 5/5/16 | Human Resources Processed: | Payroll Processed: |

*Send to payroll 5/5/16*

CONFIDENTIAL

SGWS 001485

T:\HR\METRO\Forms\PAN REVISED_January 2014.xls