| | |
|---|---|
| **To:** | Cory Cooper[CoryCooper@southernwine.com]; Roy Kohn[rkohn@southernwine.com] |
| **Cc:** | Kevin Randall[krandall@SOUTHERNWINE.com] |
| **From:** | Elizabeth Toohig[etoohig@southernwine.com] |
| **Sent:** | Mon 12/5/2016 10:21:27 PM (UTC) |
| **Subject:** | RE: Maria Suarez - part 3 |

I drafted paperwork with an aggressive proposal of termination. Can we find a few minutes while you are here tomorrow to discuss?

Thanks,
Beth

---

**From:** Cory Cooper
**Sent:** Monday, December 05, 2016 8:10 AM
**To:** Roy Kohn <rkohn@southernwine.com>
**Cc:** Elizabeth Toohig <etoohig@southernwine.com>; Kevin Randall <krandall@SOUTHERNWINE.com>
**Subject:** Re: Maria Suarez - part 3

Thank you for all of the current updates, Roy. I look forward to seeing the performance management documentation currently in her file and working with Beth and you all to get resolution.

Cory


On Dec 5, 2016, at 7:39 AM, Roy Kohn <rkohn@southernwine.com> wrote:

> After working on the data Saturday and Sunday, Tonisha and Melissa were able to reduce the $1.7 million variance to $135K. Retracing and undoing each transaction is laborious, and without a doubt unfortunate. They were able to focus on the major issues, but there is more work still to be done. There is nothing keeping Maria from continuing to make these errors if she is allowed to continue to make adjustments in the system. This needs to be a top priority for us today please.
>
> **From:** Roy Kohn
> **Sent:** Saturday, December 03, 2016 7:43 AM
> **To:** Elizabeth Toohig <etoohig@southernwine.com>; Cory Cooper <CoryCooper@southernwine.com>
> **Cc:** Kevin Randall <krandall@SOUTHERNWINE.com>
> **Subject:** Maria Suarez - part 2
> **Importance:** High
>
> It is obvious that dedication to proper accounting procedures and detailed knowledge of the system can provide stability and sound inventory management. The below note and the attached file reflects the work Tonisha Durant coordinated at the end of November. You will see the reconciliation report lists just a page of items with a variance of $14K. After Maria's issues covered in my earlier letter, the variance has spiked 100-fold in the span of a few days.
>
> **From:** Roy Kohn
> **Sent:** Monday, November 28, 2016 7:54 AM
> **To:** Tonisha Durant <tdurant@southernwine.com>
> **Subject:** FW: Inventory Reconciliation Report - NYM
> **Importance:** High
>
> Fantastic job getting this down to a manageable number of items.
>
> **From:** NYM - WMI user for NY Metro [mailto:NYMWMI@SOUTHERNWINE.COM]
> **Sent:** Monday, November 28, 2016 7:53 AM
> **To:** NYM WMI Inventory Reconciliation <NYMWMIInventoryReconciliation@southernwine.com>
> <dvogel@southernwine.com>; Marino Ariza <mariza@southernwine.com>; Patricia Cooper

CONFIDENTIAL    SGWS 002070

<pcooper@southernwine.com>
**Subject:** Inventory Reconciliation Report - NYM
**Importance:** High

Attached is the WMS Inventory Discrepancies Report by Warehouse.

CONFIDENTIAL                    SGWS 002071

**To:** Roy Kohn[rkohn@southernwine.com]
**From:** Elizabeth Toohig[etoohig@southernwine.com]
**Sent:** Mon 12/5/2016 8:51:04 PM (UTC)
**Subject:** Suarez - review of job expectations 12-5-16

[Suarez - review of job expectations 12-5-16.docx](#)

Your thoughts?

CONFIDENTIAL                    SGWS 002072



**SOUTHERN GLAZER'S WINE AND SPIRITS**
313 Underhill Blvd.
Syosset, NY  11797

Bus: 516.730.3677

**John Wilkinson**
Warehouse Director

# Memo

| | |
|---|---|
| To: | Maria Suarez |
| From: | John Wilkinson |
| Date: | December 5, 2016 |
| Subject: | WMI Administrator Performance Expectations |

On September 2, 2016 you and I met with Human Resources to review performance expectations in your new role as WMI Administrator.  I explained at the time that you had not been cooperative with the WMI subject matter experts that have been brought in for training and initial set up.  Several errors resulting from this lack of engagement were review with you and job accountabilities were assigned.

Additionally it was agreed that Melissa Johnson from Upstate would spend another week with you training on WMI administration. The training took placed the week of October 24th.  The three of us meet at the end of each day to review progress and you indicated your competency in each defined task.  On October 28th we again met with Human Resources and each task was reviewed and you acknowledged proficiency in each task and agreed to the defined timeframe for each.

Cycle count review was agreed that it needed to be accomplished daily and empty at the end of every day.  On December 1, 2016 there were well over 100 locations dated from November 10th through November 30th.

Stock locater report was another daily report that was required to be empty by the end of the day.  On December 1st there were 16 items still on the report that had to be corrected by Melissa.

The task managed report is required to be reviewed 2 to 3 times per week.  As of December 1st there are items still showing active since October 22nd through November 22nd.

Receiving returns report is to be reviewed 2 to 3 times per week.  As of December 1st there are items pending from November 22nd.

1

It is apparent that you are not following the guidelines established and agreed to at the meeting on October 28th.  At no time have you requested assistance or informed me that you are not completing the tasks expected of you.

In addition to your blatant disregard to completing daily and weekly tasks assigned to you those you are completing contain numerous errors that is costing the company significant dollars as well as additional hours required to be worked by Melissa and Tonisha.  Both who had to work over 15 hours each this weekend to correct the mistakes.

On December 2nd you were sent an email from Eric Meyer that on December 1st you did not close a wave properly which sent erroneous ADJ H transactions.  You were instructed to contact Melissa for assistance.  You did not respond to the email nor did you contact Melissa.  On December 5th you were notified that you made the same mistake again.

On November 30th you were sent the following message, "Moved LPN 45000002782 from OFFTRNHOT into INVTRSCH. LPN has been on QH since 10/7….pretty sure I sent emails about this when it was put on QH."  It your daily responsibly to be cleaning up transfer locations and it is obvious that was not done on this particular transfer.

On September 2nd my expectations were spelled out that large adjustment must be physically reviewed and researched by you and then communicated to Tonisha, Eric, Steve, Kevin and myself prior to making the adjustment from inventory.  I defined a large adjustment to be anything over 20 cases or valued over $500.00.  On November 29th you adjusted inventory on item 31735, Elijah Craig, without physically verifying the location and did not send an email.

Despite retraining and offers by myself, Eric, Tonisha and Melissa to assist you, basic responsibilities of your role as WMI Administrator are going ignored or are being done incorrectly causing a financial burden to the Company and creating increase in work load to the managers listed above.  Due to these facts your employment with Southern Glazer's Wine and Spirits is terminated effective immediately.

_____           _____
Maria Suarez               (Date)              John Wilkinson            (Date)

2

CONFIDENTIAL                                                                 SGWS 002074