| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE | Courtroom 940<br>DATE: 5/9/2023     TIME: |

CASE: Civil Cause for Telephone Pre-Motion Conference
2:19-cv-07271-GRB-LGD Suarez v. Southern Glazer's Wine and Spirits of New York, LLC

APPEARANCES:     Plaintiff:  Steven John Moser

Defendant:  Anjanette Cabrera

FTR:  AT&T: 10:28-10:50

**Motion for: Defendant's anticipated summary judgment motion pursuant to Rule 56 of the Federal Rules of Civil Procedure, DE 39.**

Case called.

☒ Counsel for all sides present.

☒ Pre-motion conference held.
  ☐ Parties to meet and confer and submit a schedule within 2 weeks.
  ☐ Motion Schedule set.    Motion served by:
              Response served by:
              Reply and all papers filed by:

☐ Discovery to proceed while motion is pending. Parties to contact Magistrate Judge assigned to the case to schedule an Initial Conference.

☐ Motion argued.

☒ The Court deems the motion made.

☒ Other: For the reasons set forth on the record, motion is denied.  The case is placed on the court's 72 HOUR TRIAL READY CALENDAR. A status report is due within 2 weeks.

☐ The parties are to submit order on notice to all parties.

☐ Settlement discussed. Choose an item.

☐ Jury Selection and trial set for:
    Joint pretrial order due by:

\*\* To obtain a copy of the transcript counsel should contact the ESR department in Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.\*\*