

175 Pearl Street
Suite C402
Brooklyn, NY 11201
Telephone: 646.341.6554
tbarbetta@constangy.com

June 29, 2023

<u>VIA ECF</u>

Hon. Lee G. Dunst
United States District Court Eastern District of New York
100 Federal Plaza, Courtroom 940
Central Islip, NY 11722

      **Re:** **Maria Suarez v. Southern Glazer's Wine and Spirits of New York, LLC**
            **Case No. 2:19-cv-07271-GRB-LGD**

The Honorable Lee G. Dunst:

    This firm represents Defendant Southern Glazer's Wine and Spirits of New York, LLC ("SGWS") in this matter. The Parties' proposed pretrial order is due on July 21, 2023 and a pretrial conference is scheduled for August 22, 2023. We write, with Plaintiff's consent, to request an extension of time for the Parties to file their pretrial order until August 21, 2023 and an adjournment of the pretrial conference until after that date. The reason for the request is because the undersigned needs additional time to prepare the pretrial order due to a recent death in the family. This is the Parties' first request for an extension.

    Thank you for Your Honor's consideration of SGWS' request.

                                                             Sincerely,
                                                             */s/ Timothy Barbetta*
                                                             Timothy Barbetta

9741223v1