**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARIA SUAREZ,<br><br>                Plaintiff,<br><br>    v.<br><br>SOUTHERN GLAZER'S WINE AND SPIRITS OF NEW YORK, LLC,<br><br>                Defendant. | Case No. 2:19-cv-07271-GRB-SIL<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT:

Please enter the appearance of John E. MacDonald as attorney for Defendant Southern Glazer's Wine and Spirits of New York, LLC, in the above-captioned action.

Dated: August 7, 2023

                                                    By:    */s/ John E. MacDonald*
                                                          John E. MacDonald (ID No. JM7443)
                                                          Constangy, Brooks, Smith & Prophete LLP
                                                           100 Charles Ewing Boulevard, Suite 140
                                                          Ewing, New Jersey 08628
                                                          Telephone: (609) 357-1183
                                                          Facsimile: (609) 357-1196
                                                          E-mail: jmacdonald@constangy.com
                                                          *Attorneys for Defendant*

9884330v1

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a copy of the foregoing **NOTICE OF APPEARANCE** to be filed with the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record:

> Steven John Moser
> Moser Law Firm, PC
> 3 School Street, Suite 207B
> Glen Cove, New York 11542
> Phone: (516) 671-1150
> E-mail: smoser@moseremploymentlaw.com
> **COUNSEL FOR PLAINTIFF**

Date: August 7, 2023                    By:    */s/ John E. MacDonald*
                                                John E. MacDonald