

175 Pearl Street
Suite C402
Brooklyn, NY 11201
Telephone: 646.341.6536
acabrera@constangy.com

August 7, 2023

<u>VIA ECF</u>

Hon. Lee G. Dunst
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 940
Central Islip, NY 11722

      Re:    **Maria Suarez v. Southern Glazer's Wine and Spirits of New York, LLC**
               **Case No. 2:19-cv-07271-GRB-LGD**

The Honorable Lee G. Dunst:

      This firm represents Defendant Southern Glazer's Wine and Spirits of New York, LLC ("SGWS") in this matter. We write jointly with Plaintiff to request a settlement conference on a date convenient for the Court. In light of this request, the Parties also respectfully request an extension of time to file their pretrial order (due on August 22, 2023) until thirty days after the settlement conference and to adjourn the pretrial conference (scheduled for August 29, 2023) after the submission of the pretrial order. The reason for this request is because the Parties are looking to avoid expending resources on trial preparation while they make good-faith efforts to resolve this matter. This is the Parties' second request for an extension of those dates.

      Thank you for Your Honor's consideration of the Parties' request.

                                            Sincerely,

                                            */s/ Anjanette Cabrera*
                                            Anjanette Cabrera