UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **August 29, 2023** |
| **TIME:** | **11:00AM** |
| **FORMAT:** | ☐ In Person    ☒ Video Conference    ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **19-CV-7271 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Suarez v. Southern Glazer's Wine and Spirits of New York, LLC |
| **FOR PLAINTIFF(S):** | Steven John Moser |
| **FOR DEFENDANT(S):** | Anjanette Cabrera, John Edward MacDonald |
| **NEXT CONFERENCE(S):** | October 5, 2023 at 3:00PM in Courtroom 830 |
| **FTR/COURT REPORTER:** | 11:05-11:08; 11:21-11:23, via Zoom |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

The parties remain obligated to file by September 29, 2023 a joint proposed pretrial order for the undersigned to review consistent with District Judge Gary R. Brown's Individual Practice Rule III.a.  See August 9, 2023 Order.

The parties (in addition to their counsel) must attend the final pretrial conference scheduled for October 5, 2023 at 3:00 PM in Courtroom 830 of the U.S. District Court E.D.N.Y. Long Island Courthouse located at 100 Federal Plaza in Central Islip, New York.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge