# EXHIBIT B

| Bates Begin | Bates End | No Pages | Description | SGWS Objections |
|---|---|---|---|---|
| 764 | 777 | 14 | Houston Casualty Renewal Application | Relevance |
| 1379 | 1388 | 10 | Premier Payroll Status Change Form (Suarez) - 04/24/2000 | Relevance |
| 1401 | 1402 | 2 | Plaintiff's Hire Resume with Notations - 04/11/2000 | Relevance |
| 1408 | 1408 | 1 | Premier Payroll Status Change Form (Suarez) - 05/05/2003 | Relevance |
| 1409 | 1409 | 1 | Premier Payroll Status Change Form (Suarez) - 05/01/2002 | Relevance |
| 1413 | 1414 | 2 | Congratulations to M Suarez on transfer to WMI Admin - 05/04/2016 | |
| 1436 | 1437 | 2 | Final Written Warning signed by Plaintiff - 12/01/2017 | |
| 1438 | 1440 | 3 | Performance Improvement Plan - 01/11/2017 | |
| 1441 | 1443 | 3 | Record of Disciplinary Action - 01/18/2017 | |
| 1444 | 1444 | 1 | Record of Disciplinary Action - Verbal Warning - 11/04/2016 | |
| 1445 | 1448 | 4 | Disciplinary Memo with attached Cycle Count Daily Procedure - 09/02/2016 | |
| 1449 | 1455 | 7 | Perfomance Appraisal (Suarez) - 02/01/2014 | |
| 1456 | 1460 | 5 | Perfomance Appraisal (Suarez) - 02/01/2013 | |
| 1465 | 1468 | 4 | Perfomance Appraisal (Suarez) - 03/01/2012 | |
| 1469 | 1475 | 7 | Perfomance Appraisal (Suarez) - 04/01/2011 | |
| 1476 | 1482 | 7 | Perfomance Appraisal (Suarez) - 04/15/2010 | |
| 1483 | 1483 | 1 | Termination Letter - 04/10/2018 | |
| 1504 | 1504 | 1 | Email Re: Bonus Check from Premier (Siuarez) - 05/09/2005 | Relevance |
| 1506 | 1506 | 1 | Premier Payroll Status Change Form (Suarez) - 12/01/2004 | Relevance |
| 1929 | 1938 | 10 | Suarez Severance Agreement - 04/06/2018 | |
| 1944 | 1948 | 5 | WMI Administrator Job Description - 05/04/2016 | |
| 2220 | 2220 | 1 | Email from John Wilkinson to Maria Suarez - 10/27/2016 | |
| 2221 | 2222 | 2 | Email from Maria Suarez to John Wilkinson - 10/26/2016 | |
| 2259 | 2260 | 2 | Email Chain Re Inventory Control - 08/04/2016 | |
| P635 | P758 | | Deposition Transcript of Maria Suarez 10-07-2016 with Exhibits as follows: | |
| P265 | P266 | | Ex 24  - Email of 5-2-2013 | |
| | | | Ex 26 - Inventory Control Clerk Job Description | Relevance, never produced in discovery |
| | | | Ex 34 - Email of 5-2-2013 | |

| Bates Begin | Bates End | No Pages | Description | SGWS Objections |
|---|---|---|---|---|
| | | | Deposition Transcript of John Wilkinson 10-26-2016 with Exhibits as follows | Relevance, transcript and exhibits never produced in this action |
| | | | Ex 34 - Email of 5-2-2013 | |
| P759 | P766 | | Complaint - Herdocia v. SGWS, 14-cv-3196 (EDNY) | Relevance, hearsay |
| | | | Answer - Herdocia v. SGWS, 14-cv-3196 (EDNY) | Relevance, never produced in discovery |
| | | | Docket Sheet - Herdocia v. SGWS, 14-cv-3196 (EDNY) | Relevance, never produced in discovery |
| P769 | P791 | | Complaint - Sajous v. SGWS, 15-cv-03270 (EDNY) | Relevance, hearsay |
| | | | Answer - Sajous v. SGWS, 15-cv-03270 (EDNY) | Relevance, never produced in discovery |
| | | | Docket Sheet - Sajous v. SGWS, 15-cv-03270 (EDNY) | Relevance, never produced in discovery |
| SGWS524 | | | Receiving - 2 to 3 Times Per Week (Dep Exhibit 2) | |
| SGWS1447 | SGWS1448 | | Cycle Counting Daily Procedure (Dep Exhibit 4) | |
| PL269 | | | Email from Dina Wals Margolis to Female ICCs - 5/16/2013 | Relevance |
| PL278 | PL279 | | Email from Michael Munoz to Dina Wald Margolis - 6/4/2013 | Relevance |
| PL283 | PL284 | | Email from Dina Wald Margolis to J Sajous - 6/19/2013 | Relevance |
| PL287 | PL291 | | Memo to E Toohig From Dina Wald-Margolis - 6/20/2013 | |
| PL293 | PL296 | | Memo to E Toohig From Dina Wald-Margolis - 8/12/2013 | |
| PL324 | | | Retaliation is Strictly Prohibited | Relevance |
| PL329 | | | Retaliation | Relevance |
| PL378 | | | Vegh Pay Stub | Relevance, authenticity |
| PL380 | | | Sajous Pay Stub | Relevance, authenticity |

| Bates Begin | Bates End | No Pages | Description | SGWS Objections |
|---|---|---|---|---|
| PL382 | | | Marquez Pay Stub | Relevance, authenticity |
| PL545 | PL551 | | Employer Position Statement - 3/13/2019 | Relevance, hearsay |
| PL807 | | | Schedule | Relevance |
| PL809 | PL810 | | Social Media Posts | Relevance |

**Plaintiff's Additional Trial Exhibits (not pre-marked)**                                                                                               **SGWS Objection**

| Bates Begin | Bates End | No Pages | Description | |
|---|---|---|---|---|
| 1566 | 1575 | 10 | Joseph Durante applied for job: WMi Administrator – NY - 01/30/2016 | |
| 1577 | 1588 | 12 | Willie Johnson applied for job: WMi Administrator – NY - 01/30/2016 | |
| 1590 | 1598 | 9 | Joseph Lynn applied for job: WMi Administrator – NY - 01/30/2016 | |
| 1600 | 1608 | 9 | Michael McKeithen applied for job: WMi Administrator – NY - 01/30/2016 | |
| 1648 | 1656 | 9 | Nick Vukov applied for job: WMi Administrator – NY - 01/30/2016 | |
| 1658 | 1863 | 206 | Records Regarding Applicants for WMI ICM Position - 04/04/2016 | |
| 1864 | 1864 | 1 | WMI ICM Applicant List - 04/01/2016 | |
| 1952 | 1960 | 9 | Email Chain Re Errors - 08/29/2017 | |
| 1985 | 1985 | 1 | Email from John Wilkinson to Maria Suarez - 01/25/2017 | |
| 2045 | 2048 | 4 | Email from Cory Cooper to Elizabeth Toohig - 12/08/2016 | |
| 2059 | 2060 | 2 | Email from Eric Meyer to Maria Suarez - 11/30/2016 | |
| 2072 | 2074 | 3 | Email from Elizabeth Toohig to Roy Kohn 12.5.2016 - 12/05/2016 | |
| 2104 | 2162 | 59 | Email from E Toohig to Roy Kohn  - 12/03/2016 | |
| 2164 | 2209 | 46 | Email to Shanieka Jean Charles from E Toohig  - 11/23/2016 | |
| 2233 | 2233 | 1 | Email Chain Toohig/Suarez - 10/03/2016 | |
| 2265 | 2265 | 1 | Email Toohig/Suarez - 07/13/2016 | |
| 2268 | 2270 | 3 | Email Metzger/Wilkinson - 03/01/2018 | Relevance, authenticity |
| 2285 | 2317 | 33 | Suarez/Durant Email - 10/24/2017 | |
| 2318 | 2320 | 3 | Shanieka/Wilkinson Email - 09/18/2017 | |
| 2428 | 2428 | 1 | Emails Between R Cohn & Cory Cooper - 2/13/2017 | |
| 2521 | 2527 | 7 | Meeting Invitations from Wilkinson - 02/02/2017 | |
| 2574 | 2574 | 1 | Personnel Action Notice (Durant ICM to WMI ICM) - 05/23/2016 | |
| 1084 | 1094 | 11 | Organizational Chart Jan 2016 - 01/01/2016 | Relevance |
| 1095 | 1106 | 12 | Organizational Chart Apr 2018 - 04/01/2018 | Relevance |
| 1107 | 1122 | 16 | Organziational Chart Aug 2018 - 08/01/2018 | Relevance |
| 1123 | 1138 | 16 | Organizational Chart Jan 2017 - 01/01/2017 | Relevance |
| 1150 | 1165 | 16 | Organizational Chart Oct 2016 - 10/01/2016 | Relevance |
| 1485 | 1485 | 1 | Personnel Action Notice (Suarez ICM to WMI Admin) - 05/15/2016 | |
| 1500 | 1500 | 1 | Personnel Action Notice - Admin Asst to ICM (Suarez) - 06/04/2007 | Relevance |

**Plaintiff's Additional Trial Exhibits (not pre-marked)**                                                                 **SGWS Objection**

| Bates Begin | Bates End | No Pages | Description | |
|---|---|---|---|---|
| 2530 | 2530 | 1 | Congratulations to Tonisha Durant on becoming Inventory Control Manager - 03/14/2014 | Relevance |
| 2541 | 2546 | 6 | Tonisha Durant Hiring Info and Resume - 12/06/2007 | Relevance |
| 2362 | 2363 | 2 | Email to John Wilkinson from Kevin Randall 10.22.16 - 08/30/2016 | |
| 2710 | 2716 | 7 | 2015 Performance Appraisal - Tonisha Durant | Relevance |
| 2717 | 2723 | 7 | 2016 Performance Appraisal - Tonisha Durant | Relevance |
| 2724 | 2726 | 3 | 2017 Performance Appraisal - Tonisha Durant | Relevance |
| 2727 | 2730 | 4 | 2018 Performance Appraisal - Tonisha Durant | Relevance |
| 2731 | 2731 | 1 | Inventory Control Manager Job Description | |
| 2732 | 2732 | 1 | WMi Inventory Control Manager Job Description | |
| | | | Deposition Transcript of Elizabeth Toohig 10-26-2016 with the following Exhibits | Relevance, transcript and exhibits never produced in this action |
| | | | Ex 6 - Inventory Control Clerk Job Description | Relevance, transcript and exhibits never produced in this action |
| | | | Ex 7 - Warehouse Worker Job Description | Relevance, transcript and exhibits never produced in this action |
| | | | Ex 24 - Email of 5-2-2013 | Relevance, transcript and exhibits never produced in this action |
| | | | Ex 26 - Inventory Control Clerk Job Description | Relevance, transcript and exhibits never produced in this action |
| | | | Ex 42 - Female Applicants Reasons Not Hired | Relevance, transcript and exhibits never produced in this action |
| | | | Ex 45 - Local 1D Top Pay List | Relevance, transcript and exhibits never produced in this action |

**Plaintiff's Additional Trial Exhibits (not pre-marked)**                                                                                                    **SGWS Objection**

| Bates Begin | Bates End | No Pages | Description | |
|---|---|---|---|---|
| | | | Employee Handbook dated July 30, 2012 (Dep Exhibit 8) | Relevance, never produced in this action |
| | | | New Hire Notice - Justin Vegh (Dep Exhibit 17) | Relevance, never produced in this action |