UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br><div align="right">Deputy: Chelsea Tirado</div> |
| **DATE:** | **October 5, 2023** |
| **TIME:** | **3:00PM** |
| **FORMAT:** | ☒ In Person        ☐ Video Conference        ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **19-CV-7271 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Suarez v. Southern Glazer's Wine and Spirits of New York, LLC |
| **FOR PLAINTIFF(S):** | Steven John Moser |
| **FOR DEFENDANT(S):** | Anjanette Cabrera, John Edward MacDonald |
| **NEXT CONFERENCE(S):** | October 27, 2023 at 11:00AM via AT&T Teleconference<br><div align="right">(877-402-9753 – Access Code: 2785175)</div> |
| **FTR/COURT REPORTER:** | 3:08-3:25 |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, the Court rejected the Proposed Pretrial Order at DE 53 and directed the parties to submit a revised Proposed Pretrial Order by 10/20/2023. Subsequently, the parties engaged in confidential settlement discussions with the Court off the record. Case not settled at this time and settlement discussions are continuing.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge