

175 Pearl Street
Suite C402
Brooklyn, NY 11201
Telephone: 646.341.6536
acabrera@constangy.com

October 16, 2023

**VIA EMAIL**

Hon. Lee G. Dunst
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 940
Central Islip, NY 11722
dunst_chambers@nyed.uscourts.gov

    Re:    **Maria Suarez v. Southern Glazer's Wine and Spirits of New York, LLC
Case No. 2:19-cv-07271-GRB-LGD**

Dear Judge Dunst:

    This firm represents Defendant Southern Glazer's Wine and Spirits of New York, LLC ("SGWS") in this matter. In accordance with Rule II.F of Your Honor's Individual Practice Rules, we are pleased to report that the parties have reached resolution of this dispute. Your Honor's recent involvement in facilitating the mediation of this case has been greatly appreciated.

                                        Respectfully submitted,

                                        */s/ Anjanette Cabrera*
                                        Anjanette Cabrera
                                        John E. MacDonald

cc: Steven J. Moser, Esq. (via email)

10241287v1